UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Cause No. |
| WARDEN OF USP TERRE HAUTE,<br>MICHAEL CARVAJAL,<br>JEFFREY ROSEN, | ) | |
| Defendant(s) | ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Kelley J. Henry respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Lisa Montgomery in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Tennessee Supreme Court admitted April 30, 2001; Missouri Supreme Court; United States District Court Middle District of Tennessee admitted August 28, 2001; United States District Court Western District of Tennessee; United States District Court Eastern District of Tennessee; United States District Court Western District of Missouri admitted August 25, 1995; United States District Court of Arizona admitted October 6, 1997; Sixth Circuit Court of Appeals admitted January 7, 2004; Eighth Circuit Court of Appeal; Ninth Circuit Court of Appeal; Tenth Circuit Court of Appeals admitted March 26, 2012; and the Supreme Court of the United States.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to

other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: January 8, 2021

Respectfully submitted,

Kelley J. Henry
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Office: 615-736-5047
Fax: 615-736-5265

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY,<br><br>Plaintiff(s),<br><br>v.<br><br>WARDEN OF USP TERRE HAUTE,<br>MICHAEL CARVAJAL,<br>JEFFREY ROSEN,<br><br>Defendant(s). | ) | Cause No. |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Kelley J. Henry, counsel for Lisa Montgomery, for leave to appear and participate *pro hac vice* in the above-cap**tioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Kelley J. Henry
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Office: 615-736-5047
Fax: 615-736-5265
Kelley_Henry@fd.org

Dated: ____________

______________________
**[Name of Judge]**
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF