UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Cause No. |
| WARDEN OF USP TERRE HAUTE, MICHAEL CARVAJAL, JEFFREY ROSEN, | ) | |
| Defendant(s). | ) | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Kelley J. Henry, counsel for Lisa Montgomery, for leave to appear and participate *pro hac vice* in the above-cap**tioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Kelley J. Henry
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Office: 615-736-5047
Fax: 615-736-5265
Kelley_Henry@fd.org

Dated: ____________

______________________
**[Name of Judge]**
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF