IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRA HAUTE DIVISION

| | | |
|---|---|---|
| LISA MONTGOMERY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF USP TERRE HAUTE,<br>MICHAEL CARAJAL,<br>JEFFREY ROSEN<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. ____________________<br>DEATH PENALTY CASE<br><br>SCHEDULED FOR EXECUTION<br>January 12, 2021 |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner Lisa Marie Montgomery, through counsel, respectfully requests leave to file her Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed contemporaneous to the instant Motion, *in forma pauperis* and without prepayment of fees. In support of this Motion, counsel submits the following:

1. Mrs. Montgomery is a federal prisoner under sentence of death. She is currently confined at FMC Carswell in Fort Worth, Texas; within the coming days, she will be transferred to the United States Penitentiary in Terra Haute, Indiana for the purposes of execution by lethal injection on January 12, 2021.[1]

2. Mrs. Montgomery was found to be indigent and entitled to appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and was represented

[1] Mrs. Montgomery received notice on October 16, 2020 of the federal government's intention to execute her on December 8, 2020. However, due to litigation in the District Court for the District of Columbia, Mrs. Montgomery was granted a stay of her original execution date. D.D.C. Case No. 1:20-cv-3261-RDM, Dkts. 19-20. On November 23, 2020, she was notified of the scheduling of a new execution date on January 12, 2021. *Id.* at Dkt. 21.

by court appointed counsel in her capital prosecution. *United States v. Montgomery*, W.D. Mo. case number 5:05-cr-06002, D.E. 8, 12/28/04 (appointing counsel).

3. Pursuant to 18 U.S.C. § 3005, 3006A, and 3599, Ms. Henry, Ms. Harwell, and Ms. Nouri were appointed to represent Mrs. Montgomery at the commencement of her post-conviction proceedings pursuant to 28 U.S.C. § 2255. *Montgomery v. United States*, W.D. Mo. case number 4:12-cr-08001, D.E.2 (4/17/12); D.E. 20 (11/01/2012). All three remain statutory counsel for Mrs. Montgomery for all available post-conviction process.

4. Mrs. Montgomery remains indigent today, as she has throughout her criminal proceedings and subsequent period of incarceration. Her inmate trust account statement, attached hereto, demonstrates that she is unable to pay the fees and costs associated with the filing of the accompanying § 2241 petition.

5. Pursuant to S.D. Ind. L.R. 5-5(d), a proposed order granting the Motion is attached to this Motion

For these reasons, this Court should **GRANT** Mrs. Montgomery's.

Respectfully Submitted,

*/s/* Kelley J. Henry

Kelley J. Henry
Supervisory Asst. Fed. Public Defender
*Pro Hac Vice* Pending
Office of the Federal Public Defender
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, Tennessee 37203
Phone: (615) 736-5047
Fax: (615) 736-5265

Kelley_Henry@fd.org

Amy D. Harwell
Assistant Chief, Capital Habeas Unit
*Pro Hac Vice* Pending
Office of Federal Public Defender
Middle District of Tennessee
Amy_Harwell@fd.org

Lisa G. Nouri
*Pro Hac Vice* Pending
Missouri Bar # 32800
2526 Holmes Street
Kansas City, Missouri 64108
Phone: (816) 875-0448
Lisanouri_atty@hotmail.com