# CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the FMC-Carswell (name of institution) where Montgomery, Lisa (name of inmate), Inmate ID No. 11072-031, is confined as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ $606.36.

(2) During the past six months, the prisoner's:

Average monthly balance was $ $101.06.

Average monthly deposits to the prisoner's account were $ $101.06.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this 8th day of January, 20 21.

[signature] Trust Fund Specialist
Authorized Officer

FMC-Carswell
Institution of Confinement

## Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

Lisa Montgomery
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No. 11072-031
Jan. 8, 2021

Date: 01/08/2021
Time: 11:05:11 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CRW

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11072031 | Living Quarter: | A01-126D |
| Inmate Name: | MONTGOMERY, LISA M | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-A-A | Account Creation Date: | 1/31/2007 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | 11/11/2020 11:11:19 AM | TL1111 | | | TRUL Withdrawal | ($10.00) | | $586.74 |
| CRW | 11/11/2020 11:12:33 AM | TL112020 | | | Pre-Release Transaction | | $64.46 | ______ |
| CRW | 12/06/2020 04:10:09 PM | WICP1220 | | | Inmate Co-pay | ($2.00) | | $584.74 |
| CRW | 12/09/2020 12:20:54 PM | 20 | | | Sales | ($45.70) | | $539.04 |
| CRW | 12/21/2020 05:01:39 AM | 70123803 | | | Lockbox - CD | $4.27 | | $543.31 |
| CRW | 12/21/2020 10:31:41 AM | 59 | | | Sales | ($3.30) | | $540.01 |
| CRW | 12/26/2020 12:03:17 PM | 33420361 | | | Money Gram | $100.00 | | $640.01 |
| CRW | 12/26/2020 12:03:17 PM | 33420361 | | | Pre-Release Transaction | | ($25.00) | ______ |
| CRW | 01/04/2021 12:09:15 AM | 70123803 | | | Pre-Release Transaction | | ($1.06) | ______ |
| CRW | 01/05/2021 11:06:53 AM | 30 | | | Sales | ($33.65) | | $606.36 |
| | **Total Transactions:** | **161** | | | **Totals:** | **$405.76** | **$71.85** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | $580.30 | $26.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $606.36 |
| **Totals:** | **$580.30** | **$26.06** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$606.36** |

Date: 01/08/2021
Time: 11:05:11 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CRW

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11072031 | Living Quarter: | A01-126D |
| Inmate Name: | MONTGOMERY, LISA M | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-A-A | Account Creation Date: | 1/31/2007 |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance-Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,106.48 | $755.89 | $509.54 | $640.01 | $580.99 | N/A | N/A |