UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY,<br><br>Plaintiff(s),<br><br>v.<br><br>WARDEN OF USP TERRE HAUTE,<br>MICHAEL CARVAJAL,<br>JEFFREY ROSEN,<br><br>Defendant(s) | ) | Cause No. |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Lisa Nouri respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Lisa Montgomery in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Missouri and United States District Court, Western District of Missouri since 1985.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: January 8, 2021

Respectfully submitted,

Lisa Nouri, MO Bar # 32800
Nouri Law Office
2526 Holmes St.
Kansas City. MO 64108
Phone (816) 547-5625
Fax: (816) 416-7110

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Cause No. |
| WARDEN OF USP TERRE HAUTE, MICHAEL CARVAJAL, JEFFREY ROSEN, | ) | |
| Defendant(s). | ) | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Lisa Nouri, counsel for Lisa Marie Montgomery, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Lisa Nouri**
**Law Office of Lisa Nouri**
**2526 Holmes Street, Kansas City, MO 64108**
**816-547-5625**
**816-416-7110**
**lisanouri_atty@hotmail.com**

Dated: ____________

______________________
[Name of Judge]
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF