UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF USP TERRE HAUTE, IN. ET AL, et al.<br><br>Respondents. | ) | No. 2:21-cv-00020-JPH-DLP |

**ORDER SETTING BRIEFING SCHEDULE AND DENYING AS MOOT MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

Lisa Marie Montgomery is a federal inmate scheduled to be executed on January 12, 2021. She has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The respondent shall have **through 11:59 p.m. Eastern time on January 10, 2021**, to respond to the petition (and any accompanying motion to stay). The petitioner shall have through **noon Eastern time on January 11, 2021**, to file a reply.

The petitioner's motion to proceed *in forma pauperis*, dkt. [4], is **DENIED** as moot because the $5.00 filing fee has already been paid.

The **clerk is directed** to provide notice to government counsel from Mrs. Montgomery's 28 U.S.C. § 2255 litigation at the email addresses listed below.

**SO ORDERED.**

Date: 1/9/2021

James Patrick Hanlon

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Kelley J. Henry
FEDERAL PUBLIC DEFENDER TNM
kelley_henry@fd.org

Bruce Eugene Clark
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
(816)426-2775
Email: bruce.clark2@usdoj.gov

David M Ketchmark
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
816-426-4102
Email: david.ketchmark@usdoj.gov

Jeffrey E. Valenti
United States Attorney's Office
400 E. 9th Street
5th Floor
Kansas City, MO 64106
(816)426-4262
Email: jeff.valenti@usdoj.gov

Philip M Koppe
United States Attorney's Office
400 E 9th St
Ste 5510
Kansas City, MO 64106
(816) 426-4288
Email: phil.koppe@usdoj.gov