UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY,<br><br>Plaintiff(s),<br><br>v.<br><br>WARDEN OF USP TERRE HAUTE,<br>MICHAEL CARVAJAL,<br>JEFFREY ROSEN,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 2:21-cv-00020-JPH-DLP |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Kelley J. Henry, counsel for Lisa Montgomery, for leave to appear and participate *pro hac vice* in the above-cap**tioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Kelley J. Henry
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Office: 615-736-5047
Fax: 615-736-5265
Kelley_Henry@fd.org

Date: 1/9/2021

Doris L. Pryor
Hon. Doris L. Pryor
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF