UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LISA MARIE MONTGOMERY, | ) |
| Plaintiff(s), | ) |
| v. | ) Cause No. 2:21-cv-00020-JPH-DLP |
| WARDEN OF USP TERRE HAUTE, MICHAEL CARVAJAL, JEFFREY ROSEN. | ) |
| Defendant(s). | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Amy D. Harwell, counsel for Lisa Montgomery, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Amy D. Harwell
Assistant Chief, Capital Habeas Unit
Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Office: 615-736-5047
Fax: 615-736-5265
Amy_Harwell@fd.org

Date: 1/9/2021

*Doris L. Pryor*
Hon. Doris L. Pryor
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF