UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Cause No. 2:21-cv-00020-JPH-DLP |
| WARDEN OF USP TERRE HAUTE, MICHAEL CARVAJAL, JEFFREY ROSEN, | ) | |
| Defendant(s). | ) | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Lisa Nouri, counsel for Lisa Marie Montgomery, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Lisa Nouri**
**Law Office of Lisa Nouri**
**2526 Holmes Street, Kansas City, MO 64108**
**816-547-5625**
**816-416-7110**
**lisanouri_atty@hotmail.com**

Date: 1/9/2021

Doris L. Pryor
Hon. Doris L. Pryor
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF