UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY,<br><br>Petitioner,<br><br>v.<br><br>T.J. WATSON, *et al.*<br><br>Respondents. | ) | Case No. 2:21-cv-00020-JPH-DLP |

**NOTICE OF APPEARANCE**

John E. Childress, Acting United States Attorney for the Southern District of Indiana, by Special Assistant United States Attorney, Brian P. Casey, enters an appearance as counsel on behalf of the Respondents.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By: *s/ Brian P. Casey*

Brian P. Casey
Special Assistant United States Attorney
Office of the United States Attorney
400 E. 9th Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-4138
Fax: (816) 426-4328
E-mail: Brian.Casey@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on January 9, 2021, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

*s/ Brian P. Casey*

Brian P. Casey
Special Assistant United States Attorney
Office of the United States Attorney
400 E. 9th Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-4138
Fax: (816) 426-4328
E-mail: Brian.Casey@usdoj.gov