# APPENDIX INDEX

**APPENDIX A** ........................................................................................... A-001

March 3, 2017 Order Montgomery v. US, No. 412-08001 .............. A-002-A-005

**APPENDIX B – 2255 Hearing Exhibits** ................................................ B-001

Exhibit 1, Declaration of Jan Vogelsang ....................................... B-002-B-185

Exhibit 1-31, Declaration of Teddy Kleiner ................................. B-186-B-209

Exhibit 1-289, Declaration of Dr. Sallye Wilkinson, Ph.D. ............ B-210-B-222

Exhibit 7, Report of Katherine Porterfield .................................... B-229-B-242

Exhibit 8, Porterfield Supplemental Declaration .......................... B-243-B-250

Exhibit 10, Declaration of David Kidwell ..................................... B-251-B-257

Exhibit 14, Declaration of Linda Baker ................................................ B-258

Exhibit 20, Declaration of Dr. George Woods ............................... B-259-B-286

Exhibit 23, Report of Dr. Siddhartha Nadkarni ............................ B-287-B-293

Exhibit 24, Dianne Bradford Declaration ..................................... B-294-B-309

Exhibit 40, Report of Dr. William Logan ..................................... B-310-B-340

Exhibit 155, Kate Porterfield PowerPoint .................................... B-341-B-384

Exhibit 156, CV of Ruben Gur ..................................................... B-385-B-434

Exhibit 159, George Woods Power Point ........................................ B-435-535

**APPENDIX C – 2255 Hearing Testimony Transcripts** ........................... C-001

Vol. 4, Dr. Fucetola testimony...................................................... C-002-C-004

Vol. 4, Dr. Logan testimony.................................................................. C-005

Vol. 5, Dr. Kempke testimony ..................................................... C-006-C012

Vol. 6, Government no contest ............................................................ C-013

Vol. 6, Vogelsang Testimony ...................................................... C-014-C-015

Vol. 7, Porterfield testimony ..........................................................C-016-C-053

Vol. 7, Gur testimony ....................................................................C-054-C-056

Vol. 8, Gur Testimony ................................................................... C-057-C073


**APPENDIX D – Trial Testimony Transcripts** ...........................................D-001

TT. Vol. 10, McCandless Testimony ............................................ D-002-D-007

TT. Vol. 11, Logan Testimony ................................................................D-008

TT. Vol. 11, Martell Testimony ....................................................D-009-D010

TT. Vol. 12, Dietz Testimony ........................................................D-011-D013

TT. Vol. 14, Kuncel Testimony .................................................... D-014-D-015


**APPENDIX E – Montgomery Medical Records** .........................................E-001

Medication Administration Record August 2009 ...........................E-002-E-006

Restrictive Housing Mental Health Evaluation .............................E-006-E-022


**APPENDIX F – Expert Declarations**........................................................ F-001

Declaration of Katherine Porterfield, Ph.D................................... F-002-F-032

Declaration of George W. Woods, Jr., M.D. .................................. F-033-F-066