# DECLARATION OF TEDDY J. KLEINER

I, Teddy J. Kleiner, declare as follows:

I am the son of Jack Kleiner and Judy Shaughnessy (Rignell, Barabash, Patterson, Kleiner, Boman, Ochoa). Lisa Montgomery and I have the same mother so she is my half sister. I was born June 6, 1974, and am six years younger than Lisa.

My father Jack Kleiner and his first wife, Willadean, had five children: Terry, Timothy (Tim), Penny (Craig), Jackie Jo (Moffett) and Becky (Perky)—these are also my half siblings. My mother Judy Rignell and my father Jack Kleiner had three children: me, Tommy Kleiner and Jerri Jo Kleiner (Leonard). My mother has two children from a previous marriage: Lisa Montgomery and Patty Baldwin—these are my half sisters. My mother also had a baby when she was just a teenager, but the baby was stillborn.

It was obvious that Lisa and Patty had different fathers but for whatever reason my mom always played it like they had the same father. Patty had a dark complexion and did not look like the rest of us. My brothers and sisters and I always called Patty "squaw" or "nigger" and that's what the kids at school called her too. I called her that my entire life. There were very few black or brown people in the part of Oklahoma where we lived, so it was obvious that she didn't belong.

When I was a child Lisa took care of me. When I remember being fed, clothed and comforted it is Lisa I remember, not my mother. When I was sad or scared it was Lisa who comforted me. When our parents had violent brawls it was Lisa who sheltered us and took us to a safe hiding place.

1

B-186

Lisa was the oldest and she did the best she could to raise me and my other siblings, Patty, Tommy and Jerri Jo Kleiner, but she was just a child herself. She did a lot of the cooking, cleaning and laundry. She's the closest thing I ever had to a real mom.

Lisa was different from other people and even as a child I knew that. She went into her own little world a lot. She often spaced out, stared into space or lost herself in a book for hours on end. She was quiet, timid, shy and very passive as a child and as an adult.

Patty and Lisa received a lot of their punishment in the bathroom, especially from my dad. He and my mom beat them and then threw them in the shower and held them under the cold water. Tommy, Jerri Jo and I cried and cried for my mom and dad to stop hurting Lisa and Patty but they didn't listen.

My mom often choked us so that we couldn't breathe. It was so scary because I couldn't catch my breath and I thought I was going to die. I remember a time when my mom was choking me and Lisa came in and my mom stopped. Lisa tried to protect us. Today, I go crazy if someone touches my neck. I react violently and I don't even think about it. I just react. I cannot take someone touching my neck.

Sometimes when my dad started in on me he turned out all of the lights. That was the worst. I didn't know where the next blow was coming from so I didn't know how to protect myself. I curled up and just tried to count the seconds until it was over. I remember shaking after it was over, even after he was gone. I don't know what made me shake after he was gone. It was over by that time. It is still hard for

2

me to be in complete darkness. I think a lot about my childhood and the violent beatings I received from my mother and father. Even as an adult those memories haunt me and invade my thoughts to the point that sometimes it is hard for me to think of anything else.

When I was in first or second grade I got swats from the teacher for not dressing out into gym shorts for P.E. class. I didn't want to change into shorts because people could see the bruises on my legs. I forged a pathetic note from my mom stating that I could participate in P.E. class but I did not have to dress out into gym shorts. I wanted to play with the other kids—I just didn't want to be embarrassed when I changed in front of everyone. Of course the school knew the excuse note was a fake and they called my mom into the office. She signed an excuse for me just like that, no questions asked. I wish I had known it would be that easy.

One time my mom held a knife to Jerri Jo's tongue and said she was going to cut Jerri Jo's tongue out. It happened on Jerri Jo's birthday. I begged my mom— "please don't kill Jerri Jo, please don't kill her!" I was terrified that Jerri Jo was going to die right then.

I tried not to worry about myself being hurt, but I was very afraid that Lisa or Patty would get seriously injured or worse. Lisa and Patty got the worst of it from my mom and dad. I remember lying in bed praying that my parents wouldn't kill my sisters. It seemed like my dad beat on Patty more and my mom was meanest to Lisa.

We lived on Admiral Street in Tulsa for a time, which was in a very dangerous neighborhood. The racial tension was especially high there. There was a terrible fight one night and there was a shoot out between all the neighbors, black people,

3

B-188

Mexicans, and us. There weren't many other white people in the neighborhood. I was so scared; I could hear the guns firing and the screaming. I was little, maybe in the first grade. Lisa took all of us, and we hid in the back of the house.

At that same house on Admiral in Tulsa there was a garage apartment, a side house, or a basement where a Mexican family lived. They were around often. The father worked with my dad at the salvage yard. They had two daughters close to my age.

We went to a Pentecostal church when I was a kid. A bus picked us up and they gave us candy. The church had a raffle every week after service: one drawing for $5, one drawing for $4 and so on. I looked forward to that. With so many of us we were bound to win something but my mom took the money we won anyway. One time I got a fishing pole because I had perfect Sunday school attendance. But the laying on hands and speaking in tongues frightened me as a small child. People flopped around on the floor and passed out. I was scared that it would happen to me and I would die. Those churches freaked me out as a kid but getting a couple bucks was a plus because we were so poor. It confused me.

My mom and dad always had a lot of people over and there was a lot of random people coming in and going out. The purpose of all the coming and going as I remember was drinking, drinking, drinking. There was a lot of drinking. Grandpa Ernie made moonshine and it tasted like peppermint. Ernie wasn't really our grandpa, we just called him that. The moonshine was so strong a spoonful made you pass out. My mom gave it to us when we were sick. One couple, Kerry Bliss and his wife Joyce, came over a lot. They lived on Frankford Street in Tulsa, behind where

4

we later lived with Richard Boman. Later I sold dope to them. When I recognized them, I thought, "Wow! My parents were hanging out with dopers." I didn't realize they were dopers when I was a kid.

The police came to the house on Archer in Tulsa one time because they couldn't find me anywhere. I was just hiding.

My dad had an el Camino that was very nice. I've often wondered how they afforded that house and that car with a salvage yard salary.

The house on Archer Street had a small room with a window and a kitchen chair. The room was very small; I don't think it was a bedroom. When my mom and dad started fighting each other, Lisa rounded us up and took us to that room and told us everything was going to be okay, don't cry and keep quiet. She watched through the window to make sure they weren't coming for us. She protected us.

The police were called to our home at least twice over my parents fighting each other. My mom had to go to the hospital when my dad knocked out her teeth. When my dad was sober he was not mean, but he was distant. When he was drinking he was irritable, violent, and unpredictable. My mom was the same way. When they first started drinking they were fun, but their behavior got out of control the more drinks they had.

Drinking was a part of life; I don't remember a time not drinking. When I was very small, four or five years old, I made myself what everyone else was drinking. I didn't know what to call the feeling then, but I definitely was drunk a lot as a kid. My mom and dad didn't seem to notice or care. I didn't try and hide it, and no one ever told me I couldn't or tried to stop me. It was just a normal way of life; I didn't

5

know any different. I was born addicted to alcohol. My mom told me and I've been told by other family members that I had to be weaned off alcohol as a baby. I was born blind in my left eye and hard of hearing in both ears.

I started using drugs when I was 11 or 12, and not just using—shooting up. Drugs are a religion for people with problems and that's my religion. My half sister, Penny Craig, gave me my first fix. Penny is thirteen years older than I am. She told me, "here's the way out," and it was. Drugs put everything on hold. Nothing hurt; nothing mattered.

My dad worked at the salvage yard during the day, and as soon as he got home he and my mom started drinking. He drank Bacardi rum and Coke and my mom drank gin. I remember the gin and the way it tasted. They drank until they passed out.    Patty and Lisa made drinks for my parents and their friends. Sometimes it was fun; they laughed and we all danced and carried on, but eventually it turned bad and my mom started beating on him or he started beating on her. It was not a slap here and there; they were both in it to win it and it got dirty. One time I watched my mom strike my dad across the face with a cast iron skillet, and I thought, "Oh! That is going to kill him," but it didn't. Then he knocked out several of my mom's teeth and the cops came and arrested him, and my mom went and bailed him out of jail. I think my mom was pregnant with Tommy at the time.

My dad got several DUIs. When I was very young, four or five years old, my dad was so drunk that he had me get on his lap so I could drive the car. I couldn't keep the car straight and ran up against a curb. My dad vomited all over me

6

because he was so drunk. A cop came, helped me out of the car and took my dad to jail. We were living in Tulsa at the time.

My mom and dad had people in and out of our house all the time. Most of the people were from the salvage yard. Mom and dad let random people stay in our house around us kids. Several child molesters hung around the salvage yard and by consequence also around our house. Jeff Batson is one that comes to mind immediately. He molested me and had sex with my sister Lisa, who was just a kid. He was a predator. It is difficult for me to talk about what people from the salvage yard did to us. My parents should have never allowed those people to stay in our home. I cannot understand why my parents allowed those types of people to stay with us. They did nothing to protect us from them; they were too drunk to notice what was going on.

Our trailer in Sperry was in the middle of nowhere, and I had all this space to run and hide and play. I had a tree house, a whole pasture, my animals, and a Cadillac hood that I hid in. The Cadillac hood was the best place to hide because I could go and just get lost out there. There was always somewhere to go where no one could find me and hurt me. My safe haven was the pasture where the Cadillac hood was. I killed chickens sometimes, I don't know why. I shot the chickens in their legs with my pellet gun, but then my mom started asking why so many chickens had broken legs so I just started killing them instead of wounding them. I took the chickens out to the pasture and buried them so my mom wouldn't know I was killing them. My dog followed me around everywhere; he was about the only friend I had besides the retarded kid down the road. I thought my dog knew that we

7

could only mess with the chickens in the pasture. I was only eight at the time; I didn't know that my dog didn't understand that he couldn't drag a dead chicken into the yard where my mom could see it. One day I got off the school bus and my mom had my dog. As soon as I got off the bus I knew. She hit my dog in the head with the back end of a shovel and he started walking and falling and losing his balance. His brains came out of his head. He wouldn't die. Grandma Margaret Applegate shot him in the head. Grandma Margaret wasn't our grandma—she was a drinking buddy of my mom's. I wasn't old enough to understand that my dog didn't know the rules, but I knew it was my fault that he was killed. It devastated me. My mom waited to kill my dog until I was home from school. She wanted me to see her kill him. I will never forget seeing that happen.

The only other friend I had was the retarded kid who lived down the road from us, Norvin Hollingsworth. I didn't invite other kids over to our house—I never knew what could happen and I would have never lived it down if my parents got drunk and started fighting in front of someone I brought home. Norvin was okay because he didn't know the difference. Plus, Norvin's mom, Norma Hollingsworth, was a drunk too so he probably was okay with the way my parents acted. We were not allowed to visit friends. Norvin's parents took me on a trip to Dog Patch U.S.A. That was the coolest thing ever. I'd never been on a trip like that before and I was so glad they took me along to keep Norvin company.

At the house in Sperry, Lisa had her own special room that my dad built on to the rest of the trailer. Lisa had a separate room in the house in Tulsa too, I think it

8

was in the basement. I always though that was strange because there was so many of us and the rest of us had to share bedrooms.

We got our shoes out of the dumpster. I guess that is where we got our clothes. We did not go to stores and shop for school clothes.

I don't have many good memories. We drove a lot from one town to the next and moved a lot. It was difficult because it was never easy to make friends. Going to a new school always made me anxious. But when we took long trips, especially with my mom, I got to sit with her in the front seat because I was the only one who could stay up that long. My brother and sisters fell asleep. It was just me and her, and she paid attention to me during those drives. I felt special riding next to her in the front seat.

Now that I'm an adult, sober, and can think back, I know what was going on when we lived in Sperry. Men used to come and go from our trailer. The propane man came a couple of times a week and spent time alone with my mom. The electrician came to see her, too, and the plumber. These men were all old. Mom told us the men were doing work at the house. When these men came, mom sent us outside while the men were in the house with my mom and Lisa. My mom told me not to tell my dad about the men who came and went from our house during the day.

When my mom finally left my dad it was because of his drinking, not because of what he did to Lisa. He had gotten another DUI or something and she kicked him out. We all piled into the car and went to the propane man's house. He had a wife, which must have been weird for her, but maybe she didn't know about his daytime

9

visits to see my mother. After we left the propane gas man's house, we went to Kerry and Joyce Bliss' house. My mom dumped all of us kids there, and she left to go stay with Richard Boman. She eventually came back to get us.

The first time my mom kicked my dad out he stayed in a motel and my mom told us that dad couldn't come back until he quit drinking. He quit drinking and came back and I remember it like it was yesterday. He took all of us, the whole family, to Wal-Mart because he was supposed to be spending more time with us. It was the first time I had been to a Wal-Mart and I couldn't believe how big it was. There was a popcorn machine and we had popcorn and he gave us a quarter for Gatorade. I didn't understand why my mom allowed my dad back in the house after he raped Lisa. It didn't make sense to me, and I was so confused.

Dad's not drinking didn't last, and when he started drinking again my mom left him for good.

My Aunt Alice Derry was good to me and I loved going to her house. She was firm but I never felt threatened at her house. I knew what to expect when I was at Aunt Alice's house. Her children, Ronnie Burton, Steve Burton and Christina Derry were great playmates and I hung out with them even as an adult. I stayed with my Aunt Alice for an extended time when I was a kid. I didn't want to go back home. My mom didn't like that one bit. Aunt Alice was kind to me and I loved her very much. I wished she was my mother.

My Aunt Alice's second husband, Vick Derry, was strange. He married my Aunt Alice when I was a small child. He really liked my sisters and touched them inappropriately. He was a drunk too. He stroked their arms and back and made

10

them sit on his lap. My sisters called him "Sick Vick." My sisters and I stayed the night when we went to visit Aunt Alice.

My grandmother, Nelma Rignell, hated me because I was my father's son. She was a terrible, mean woman. She told me I was worthless. Most of the time I was made to sit in the car when my mom visited her because my grandmother hated me so. I don't know why she hated me; I was just a little kid. Children were not allowed to talk in her presence, because she believed children were to be seen and not heard. That rule was only for us though, because she loved my Uncle Bobby's kids.

My mom told me that my Grandpa Nils used to rape my grandmother and that is why she was so mean. My Grandpa Nils had a strong accent. I liked him, and he was nice to me.

The unbreakable rule in our home was not to ask my mom or dad "why?"— we were not allowed to ask questions about anything. I tried hard not to break the rule—I guess for whatever reason I knew better. Maybe that's why I'm so confused—nothing was ever explained to me. My mom had the answers; she was in control and there was no questioning her.

When I was a hard drug addict I was shooting a lot of meth, smoking a lot of weed and just living a really hard life. I slept in dirty places, I was around very dangerous people and my life then was so much better than what my life was as a kid. That's got to say something about the way we grew up. It was better to live in a crack house than be a kid in my mom and dad's house.

11

When my mom left my dad it was a relief. He was gone. He was a mean old man. When he drank he was violent with us and with my mom, but my mom was just as violent with us and with him. Their beating each other up was a two way street.

I was 12 years old or so when we moved in with Richard Boman. He was terrible to me. My mom stopped drinking for the most part when she married Richard. Richard didn't drink so my mom didn't really drink unless she was with her sisters, Alice and Darlene. After my mom married Richard she really stepped up the psychological and mental abuse of us. Since she wasn't drunk all the time she messed with our minds instead of beating the daylights out of us. Don't take that to mean she stopped beating on us though. She never stopped completely beating us up.

My mom was very cruel. Sometime after moving in with Richard we celebrated Patty and my birthdays. Patty's birthday is June 3 and my birthday is June 6. On Patty's birthday we had a big cake and a special dinner. She got a camera and money. On my birthday I got a dollar store Frisbee. There was no cake, there was no dinner. I was just a little kid. I wondered why my birthday was different from Patty's.

I was miserable living with Richard Boman. He beat me pretty regularly. When we moved in with Richard, I was the last to know what was going on. Lisa, Patty, even Tommy acted like they knew Richard. Tommy told me he knew Richard from Debbie's Diner where Richard bought him biscuits and gravy. My mom had

12

been working on finding another husband for some time before she left my dad but I was the last to know.

Richard was abusive to my mom. I remember the first time it happened I stepped in and tried to protect her and got beaten for my effort. I remember thinking, "my dad beats me, my mom beats me, now this guy gets to beat me?" There really was no safe place.

After we moved in with Richard, Lisa moved in with Richard's son, Carl Boman, and then she married him. I missed my sister. I didn't realize how much she took care of us until she was gone. She had always cooked and cleaned and taken care of us.

When Lisa lived with Carl their trailers and houses were disgusting. Dirty dishes, dirty clothes, and spoiled food were strewn about everywhere. There were piles of trash on the floor. Lisa just didn't seem able to keep a house clean. Her hygiene was also bad. She smelled of body odor, and she didn't bathe often. When they lived in Deming, New Mexico, they didn't have running water and their house was in especially bad shape. It is surprising to me that social services never took Lisa's kids away. Lisa loved her children, but she had a difficult time caring for them. She often left them unattended when she spent time with other men, or let them fend for themselves for food and clothing. I don't think she consciously neglected them, but I do think she wasn't able to manage all of the responsibilities of being a mother to four children. She was overwhelmed most of the time. Even though her children needed care, or the house needed cleaning, or the children needed something to eat she sat and read for hours instead.

13

Carl Boman was unfaithful to Lisa for most of their marriage. When they were living in Bartlesville, Oklahoma Lisa told me that he was stepping out on her so she started seeing a guy from Dewey, Oklahoma. He seemed to really like my sister. She took me to his house so I could give her my opinion. Lisa and Carl always played games like that with each other, and both of them were unfaithful.

When I was around eighteen or nineteen years old, Lisa and Carl were living on Colorado Street in Bartlesville, Oklahoma. I think I was trimming trees near there at the time. I went over to Lisa's to hang out with a guy named Kevin that lived down the street. Lisa and Carl were gone at the time. Kevin and I were sitting around and I put a video in the VCR. I thought it was a movie. It was a home video and it showed Carl raping and beating my sister. It was violent and like a scene out of a horror movie. My sister was crying and in pain. I felt sick watching the video. I didn't know what to do or how to talk to my sister about it.

After my mom and dad got divorced sometimes I stayed with my dad on the weekends. When he beat on me, I ran away to my half sister's, Penny's, house. She lived in the projects in Tulsa. The projects were a whole new world for me, and I was enthralled. Dope was everywhere, and I thought I was some tough kid. It was a terrible environment for a child, but at the time I thought it was exciting. Now as a recovering drug addict I know how harmful it was for me to be there.

One time after my dad beat me up pretty badly I called Pat, one of my mom's old friends, and she came to get me. This was when my dad lived in Manhattan next to the Blue Stem Kennel. I stayed with Pat until my mom came to get me.

14

B-199

My dad's first wife, Willadean, was a very kind, compassionate woman. Even though my dad left her for my mom she was always very kind and loving toward me. I went to Willadean's house often to see my half siblings, Tim, Terry and Penny. Later, when Willadean and my dad got back together, I went to Willadean's if I wanted to see my dad. My dad was horrible to Willadean. He called her "moo moo." One time my father was drunk and coming to strike me, and she stepped in and hit him in the head with a pan. My own mother never did that for me, but a woman who had no reason in the world to love me protected me from him. She made a special meal when we came to visit. She was a very kind person.

In the sixth grade, when we lived in Cleveland or Bartlesville, Oklahoma, I tried to run away. I tried to walk all the way to Penny's house in Tulsa. I stopped at a house along the way to use the phone and to call my sister to let her know I was on my way. The people who let me use the phone must have called the police. The police officer was very kind to me, and I told him about the abuse I was suffering at home. He told me if I ran he couldn't chase me, so I ran. I finally made it to Penny's house and the police came to get me. ~~I was taken to a juvenile facility~~. My mom *the* came and was so nice to me, she promised me that Richard would stop beating me and I wouldn't have to go to dad's again so I agreed to leave with her. She lied to me and took me to *the police station and then the police took me to* a children's home in Bartlesville and left me there. I was there for a month or two. I actually liked living there—it was much better than living at home.

When we lived in California my mom tried to steal Patty's daughter but Patty wasn't about to let that happen. One of Patty's boyfriends lived with us at the time. Patty had been out on a date with one of the managers at the McDonald's where she

15

worked. When Patty got home, her boyfriend started in on her and was going to hit her. I stepped in to stop him and we began fighting. My mom tried to take Patty's daughter during the chaos of the fight. My mom was telling Patty and her boyfriend to get out and that she was keeping the baby. Patty screamed and yelled for me to help her and not let mom take her daughter. I knew my mom would do it so I took the baby from my mom and helped Patty leave.

I was also in a juvenile facility when we lived in California—it was part of the California Youth Authority. I shot Patty's car windows out, and she had me arrested for it. I was with Lisa when I was arrested. I ~~was~~ also ~~in a group home~~ somewhere went to counseling TK
in Tulsa, for a short time. My mom was supposed to go with me TK
but she only went once. We never attended again.
One of the times we lived in California we lived in a house that had a pool. Lisa, Carl, and their kids lived in a house on the same property. There was a nudist colony next door. This was sometime after Lisa's daughter, Kayla, was born. Carl came over to the main house to talk with my mom al lot. It seemed like he spent more time there with us than he did with Lisa and his kids.

When we lived in San Diego Carl and Patty had an affair. Patty is a sex fiend, so it wasn't all that big of a shocker to me. I saw them having sex in the pool with my own eyes. At that time, Lisa and Carl lived with all four of their kids in a small trailer a few miles away. I lived with my mom, Richard, Michael, Tommy, Jerri Jo, Patty, and her daughter Karen. All of us lived together while Lisa was off all by herself in that trailer taking care of all those kids.

When Lisa and all her kids were living in that trailer park, Patty and I stole all of Lisa's cans. Lisa was flat broke. She had all those babies. She picked up cans from

16

B-201

the side of the road and dumpsters, saved them and turned them in for money at the recycling center. She had a big bag of cans all saved up on her porch, and Patty and I stole them to buy dope. I can't believe I did that. She needed that money and I stole from her.

When I was a sophomore my mom said, "pack your bags," because we had gotten into a fight and she had beaten me pretty severely. She drove me to Manhattan, Kansas and dropped me off at my dad's. She didn't even get out of the car. She went to Ponca City, Oklahoma and started seeing some drunk, Jacey *back* TK Rainwater. I stayed with my dad and entered my sophomore year in Manhattan, Kansas. I stayed as long as I could take it but eventually I could not stand my dad beating on me anymore, and I ran away to live with my sister Patty. That was great- -we did dope and had a lot of fun together. My mom stayed with Jacey Rainwater for a while. After that a guy named Lonnie started living with us because he needed a place to stay. Later, Lonnie lived with Lisa and then with Carl and Lisa for a while too.

I wanted to kill my dad for what he did to Lisa and because he beat us so much. My dad was one mean dude, and I was very scared of him but not as scared as I was of my mom. I have nightmares about what she did and will do to me. She's destroyed or taken everything I've ever loved and she holds so much power that I know she is capable of anything, Sometimes I think I'll never be safe. At other times, I think maybe my mom will love me, will help me because that is what moms are supposed to.

17

It is very hard for me to think. My mind races so fast I can't keep up with all of my thoughts. It's been like that ~~since I was a teenager or my early twenties.~~ as long as I can remember. ᵀᴵᶜ Ideas rush around in my head so much that sometimes I can almost hear them. I feel overwhelmed a lot of the time. I don't like being in crowds or around a lot of people. I get really paranoid and I have to leave to be alone. I've never liked being around a lot of people. I get anxious and trip out. It is easier to be alone. I took Geodon and Zyprexa in jail. I am not taking any medications right now.

Sometimes I see falling lights from the ~~left and~~ right side of my vision. The ᵀᴵᶜ lights fall to the floor and disappear.

When my dad died I went to the funeral and that was rough. I still loved my dad, and I hated to see him dead but I was so damaged by what he did to me and my sisters. I felt guilty for feeling sad that he was dead, and I felt guilty for wanting him dead. I couldn't make sense of my feelings. That day I knew I was going to commit suicide—I was just going to blow my brains out. I went back to the cemetery after everyone else left, and I just kind of lost it. I was emotional and pretty much a mess. I was sick of life, sick of my life, and being dead sounded so peaceful. I don't know why I decided not to do it, but I sold everything I had on me, bought some dope and got high. I had been clean and I fell down again.

Most of my sisters and brothers have alcohol and or substance abuse addictions. I am an alcoholic and a methamphetamine addict. My sisters Penny Craig, Patty Baldwin and Jerri Jo Leonard all have a history of addiction to methamphetamine. My brother Tommy Kleiner is also a drug addict. He is in prison

18

now. Lisa was an alcoholic, too. Patty got MSRA from smoking drugs and it about killed her.

Two of Jerri Jo's children are disabled and have a lot of problems. ~~After those two children were born she got cervical cancer thought she could not have any more children~~. I believe ~~that was why~~ my mom wanted custody of my daughter Hope and my son Justin. My mom was trying to get Jerri Jo another baby – my baby -- and I was the last to know. Lisa warned me and she was right.

*for Jerri Jo.*

Jerri Jo called me when she worked at the nursing home and wanted me to bring her some dope so I did. We did it in the car together and then she went back into work. It must have been really dirty because I began to trip out and I couldn't see anything.

Penny and I got high together a lot. I lived with her off and on starting when I was a teenager. We did a lot of dope together and sometimes when she was really high she cried about my dad and/or Tim molesting and raping her. ~~She told me how much she hated our dad~~. Penny and I have always been close and I will always love her for giving me my first hit of meth. It's complicated but meth is my first great love and she gave me that escape.

My sister Penny tried to get on disability for mental health issues. She was living in Tulsa at the time. The last time I saw Penny she looked pretty close to dead.

I'm the father of three children: Hope Kleiner, Justin Kleiner and Teddy Kleiner. Hope and Justin were taken from me by state social services in Oklahoma and Kansas after very difficult custody battles with my mother. Hope, my first child, tested positive for drugs when she was born and was placed in foster care. My mom

19

tried to get custody of Hope but the state didn't approve her. A nice family adopted Hope and I think they live in Florida. I know Hope has my DNA so that's something against her but maybe she's got a shot there in Florida with a normal family that loves her. I tell myself they love her and that they are a perfect family.

My second child Justin was taken by state social services in Kansas when he was just a few months old. My wife and I were very involved in drugs and struggled unsuccessfully to get off drugs. I went into rehab and my wife lived with Lisa and her family who really tried to help us get clean. We failed though, and my mom was given custody of Justin. She promised that she would let my little boy stay in touch with me and let me have a relationship with him, but she didn't keep her promise. She doesn't even give Justin the letters I write him weekly.

My mother's last husband, Danny Shaughnessy, was a stand up guy. He finally saw the writing on the wall and left my mom. He was nice to me, told me he didn't want to take Justin away, that they just wanted to get more VA money out of the deal. My mom said the same thing—"we don't want to take him from you—we just want to adopt him for the extra VA money." I believed her.

My youngest child, Teddy Jr., was recently involved with Kansas SRS because my wife, Bobbie Jo Kleiner, is using drugs again. I've begged her to get straight. I can't handle having another child taken away from me.

My mom takes advantage of a situation to get what she needs without regard to how much she hurts other people. For instance, she sold me ephedrine pills from the store where she worked and then reported me to the police for buying them.

20

She wanted me arrested and in jail so that she could have a better chance of getting custody of Justin.

My brother Tommy was making and selling meth with me. My mom and Patty came to me after I was arrested for manufacturing meth, and told me to rat out Tommy so that he would be imprisoned along with me. My mom wanted Tommy in jail because she was afraid of him--and she should be. Tommy has beaten my mom many times. Tommy gets confused and over emotional. Living with my mom puts him in a constant state of confusion and makes him go off into the deep end. He's pulled a knife on my mom before for playing her games.

Bonnie and I lived with Lisa in 2003 when we tried to get clean. I was convinced Lisa was pregnant. She looked and acted pregnant. The nursery was all done up but that was weird too. It was more like a shrine than a nursery. Lisa wanted to help me stay clean. We went to Kevin's church several times. I think Lisa was trying to help me get on the right path, she just had a lot of problems herself.

Lisa's kids are great; they are smart and really good kids, but Lisa was too out of it to handle the regular stress of being a parent. Lisa flipped out on Chelsea a few times, and screamed at her and hit her. I had never seen Lisa go crazy like that and hit anybody. I stepped in and stopped her. She looked at me like she didn't know what I was doing or what was going on. I began to realize that something was really wrong with Lisa, but I was so caught up in my own problems that I couldn't do anything for her. She kept a bottle of liquor under the kitchen sink. Kevin wasn't happy about it and was upset with Lisa for drinking.

21

Lisa always had horrible migraines, and they were painful for her. She had a lot of migraines when I lived with them in Melvern. It seemed like all she did was eat Excedrin. Sometimes she cried she was in so much pain. Sometimes her headaches lasted for days.

Lisa was very different during the time I was around her when she lived with Kevin. She was very determined to live this Amish type lifestyle. She only saw things one way, almost cult like. They had chickens, goats, rabbits, and dogs. Lisa got the children up very early to take care of the animals. The kids hated it and didn't even want the animals. It was chaos. She made her own soap and tried to make clothes for the family. The kids didn't want to wear those old-timer clothes. She was really intent on living an alternative, old-fashioned lifestyle but it wasn't working.

Lisa was under a lot of stress. Kevin was out of work, and Lisa worked a lot. Then she came home and tried to live like the Amish. Carl could not pay child support, and they were strapped for money. Lisa used a credit card and spent too much on lottery tickets and yarn of every type and kind. On top of her other stresses she tried to help me, which caused major turmoil with our mom, who wanted custody of Justin. Everything was out of control during that time and my sister definitely could not handle it. She spaced out even more than she normally did. Any little thing set her off and made her upset.

Lisa and Kevin took me and Bonnie out on a boat when we lived with them. I hate boats and water and I didn't want to go but Lisa insisted. It was cold. It was

22

very weird and uncomfortable. I don't know why she took us out for a boat ride in the middle of winter. She was acting very strange at the time.

Lisa is definitely the smartest one of the whole lot. The amount of information that she can talk about is exhausting. Sometimes I just left the room to get away from her talking and talking and talking.

Lisa and my cousin Wendy Treib are a lot alike, and they've always been close. They are both do-gooders, although Wendy is more of a churchgoer than my sister is. Lisa wanted to be like Wendy. If Wendy did something, then my sister had to do it too. My sister saw how much my mom loved Wendy and always talked about how proud she was of Wendy.

When my mom was married to Danny Shaughnessy she drank with Aunt Darlene and Aunt Alice. Danny used meth. One Thanksgiving, my mom told me to give Danny some meth. My mom told me that When Danny got drunk he fondled Lisa if she was there. One time he grabbed Lisa's hand and put it on his crotch. Lisa told my mom about it and my mom and Danny fought. My mom slapped Danny several times. My mom acted like it was Lisa's fault though.

The trial attorneys, or someone anyway, came to see me a few times. I remember Ron Ninemire. I answered the questions they had and I tried to help my sister. I just didn't know what they wanted, and they didn't talk with me about how I could help. No one came to talk to me when I was in holding before I testified. I was nervous and scared. We did not discuss my testimony or the questions they would ask me. I wanted to help my sister by telling everything I knew.

23

B-208

I would have testified to everything I have stated here at my sister's trial had I been asked.

I declare under the penalty of perjury under the laws of the State of Kansas and the United States that the foregoing is true as far as I know.

Dated this ___15th___ day of ___February___, 2013

Teddy J. Kleiner

24

Declaration of Dr. Sallye Wilkinson, Ph.D.

I, Sallye Wilkinson, being of lawful age and a citizen of Topeka, Kansas, declare as follows:

1.    I am a licensed clinical psychologist with a Ph.D. in psychology. In 2002, I was ~~employed~~ contracted SW by New Directions Behavioral Health where I provided psychotherapy and counseling services. Lisa Montgomery and her husband, Kevin Montgomery, were clients of mine. A copy of my notes are attached to this declaration as Attachment 1.

2.    I first met with Lisa Montgomery on April 5, 2002. My billing records indicate nine sessions between April 5, 2002 and June 13, 2002.

3.    My memory of Mrs. Montgomery is that she presented as an eccentric, quirky, earth mother. Her ideas about marriage and parenting seemed to be outside the mainstream.

4.    It was my professional opinion at the time of treatment that Lisa Montgomery met the criteria for an AXIS I diagnosis of Depression NOS. Mrs. Montgomery did not have a personality disorder. My notes reflect that I assessed Mrs. Montgomery GAF score at a ~~49 and~~ 43 45. SW Essentially, this means that I believed that Mrs. Montgomery's depressive symptoms had a significant impact on her ability to function in everyday life. I placed Mrs. Montgomery's GAF score at 59 For the previous year. SW

5.    My treatment goals for Mrs. Montgomery were: "1. Patient will show increased ability to compromise with spouse over parenting abilities and relationship issues [80% compatibility by 9/1/02]; 2. Patient will reliably demonstrate emotional resilience and less dysphoria by 9/1/02."

6.    I do not recall the subject of sexual abuse being raised in these marital counseling sessions but it is not unusual for victims of trauma to mask symptoms of their traumatic disorder. It would not surprise me to learn that Mrs. Montgomery suffered from complex trauma and bipolar disorder at the time I was treating her. I may have had one other patient with bipolar disorder at the time I saw Mrs. Montgomery but patients with major mental illness did not make up a large part of my practice.

7.    I do not know the exact reason that the Montgomerys stopped treatment. I do recall that Lisa Montgomery was frustrated that Kevin Montgomery did not seem to "get" what was going on in therapy.

8.    The treatment goals had not been met at the time that the counseling sessions ceased.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Dated the _18_ day of _April_, 2016 in Topeka, Kansas.

_Sallye Wilkinson_
Sallye Wilkinson, Ph.D.

ATTACHMENT 1

Kevin laid off Nov – March 2002
    laid off 4/21
Lisa works 2 days a week
    electrician
- Kevin wants Lisa home w/ him & not visit her family
- Kevin - there is one way to do things.

- married about 2 yr ago
- K's parents always married & together. Homebody
- L moved frequently & her parents div. N Mexico. Free spirit

In laws getting involved.
    L's mom - don't let a man tell you what to do.
        → been married 5/6 times
    K's mom - L should be a homemaker
        He had moved back home after div & grandma took care of kids
Laurie - ex-wife               - Grandma idolizes Laurie
    - Maybe Kevin wants her back

- Didn't see boys Jan-April 2001 bcz Laurie didn't want
- went to court in August
    - L feels like she's butting in

    Derek & Dustin Dillon
      still born
      daughter            "supposed to be girls"

B-212

→ 1st thing Laurie didn't like that L had 3 girls

Laurie made decisions & let Kevin know
↓
overruled re dependency needs

Derek going to court on 4/10 - voluntary sexual relations
w/ a child
↳ would tell Dad one thing & Laurie another
- abused driving Dad's truck
- abused phone via long distance

Rules on refrigerator since 4/01 that whole family made up

Dustin (and Dillon) steals from Lisa's kids

Laurie says that boys don't have to follow rules that
Lisa helped make up.

Kayla 11    CJ 12    Chelsea 13    Desiree 15

# Patient Information

## Please complete all entries

| Minor or Dependent Patient Name (Last, First, Middle I) | Sex M F | Age | Date of Birth |
|---|---|---|---|

| Adult Patient Name (Last, First, Middle I) or Parent/Guardian of Above Dependent | Sex M (F) | Age 34 | Date of Birth 2-27-68 |
|---|---|---|---|

Montgomery   Lisa   M

**Address (Street/ Apt.#/)**
32419 S. Adams

**Marital Status** ___Single _X_Married
___Divorced ___Widowed ___Separated

**Address (City – State- Zip)**
Melvern   KS   66510

**Driver's License Number**
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   KS

| Home Phone Number | Cell Phone Number | Pager Number |
|---|---|---|
| (785) 549-3548 | (785) 256-3694 | ( ) |

| Insured Party's Employer | Occupation | Work Phone Number |
|---|---|---|
| IBEW # 226 | Electrician | ( ) |

**Employer's Address (City – State- Zip)**
Topeka KS

**Insured Party's Social Security Number**
510 64 7606

| Name of Spouse (Last, First, Middle I) | Date of Birth | Age | Social Security Number |
|---|---|---|---|
| Montgomery   Kevin   W | 6-28-60 | 41 | 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 |

**Spouse's Employer**
IBEW #226   Topeka, KS

**Spouse's Work Phone Number**
(620) 343-0468

| Nearest Relative Not Living With You | Relationship | Relative's Phone Number |
|---|---|---|
| Judy Shaughnessy | mother | (785) 828-3811 |

| In Case of Emergency Notify: | Relationship | Emergency Contact's Phone Number |
|---|---|---|
| Joy Montgomery | mother-in-law | (785) 549-3549 3459 |

| Whom May We Thank for Referring You to Us? | Phone Number |
|---|---|
| | ( ) |

| Primary Care Physician | Date - Last Office Visit | Phone Number |
|---|---|---|
| | | ( ) |

**Who is financially responsible for payment?** _____

## Insurance Information

| Primary Insurance Company | Address (Street or PO Box-City-State-Zip) | | Phone Number ( ) |
|---|---|---|---|
| Name of Insured | Relationship | I.D. Number | Group Number |
| Secondary Insurance Company | Address (Street or PO Box-City-State-Zip) | | Phone Number ( ) |
| Name of Insured | Relationship | I.D. Number | Group Number |

I understand and agree that I am ultimately responsible for payment.
**I understand that there will be a charge for any appointment not canceled at least 24 hours in advance.**
I certify this information is true and correct to the best of my knowledge.

_Lisa Montgomery_
Signature

4-5-02
Date

B-214




**I.B.E.W. Local Union 226**
**Open End Health & Welfare Fund**
P.O. Box 5515
Topeka, KS 66605-0515

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

Kevin Montgomery
Plan 2
Effective: 2/1/2001

Century Pre-Cert (785) 233-1816 or 1-800-227-0089 ext. 254
Nervous/Mental Pre-Cert: New Directions 1-800-551-9777
Customer Service: (785) 267-6333



PREFERRED HEALTH PROFESSIONALS

GROUP NAME: Local Union 226 - I.B.E.W.
Health & Welfare Fund
CLAIMS PAYOR: P.O. Box 5515
Topeka, KS 66605-0515
BENEFIT VERIFICATION          SECOND SURGICAL OPINION
(785) 267-6333                               NO
PPO: 80% of 1st $3,000 per family per year;
95% of balance up to $50,000, 100% over $50,000
Non-PPO: 50% of 1st $3,000 per family per year;
75% of balance up to $50,000, 100% over $50,000
SIGNATURE: *Kevin Montgomery*
- PLEASE SEE REVERSE SIDE -

*New Directions Beh Health*

*Auth # 1st 9 sessions*

*0137803*

*Unlimited # sessions x yr*

*ND pays 80%*

Current eligibility for benefits may be confirmed by calling the Fund office at (785) 257-6333.

Send PPO Claims to:    Century Health Solutions
                         P.O. Box 1676
                         Topeka, KS 66601-1676

Non-PPO claims: sent to I.B.E.W. Local 225 address on front of card.

PPO: 80% of 1st $3,000 per family per year; 85% of balance up to $80,000; 100% over $80,000.

Non-PPO: 60% of 1st $3,000 per family per year; 75% of balance up to $80,000; 100% over $80,000.

To locate a provider you can also reference the Century Health Solutions website: www.century-health.com

---

INSURED NAME _Kevin  Montgomery_

SOCIAL SECURITY # _510 . 64 . 7666_

PHP Providers, mail claims to:    Preferred Health Professionals
                                    P.O Box 25038
                                    Shawnee Mission, KS 66225-5038

Non-PHP Providers, mail claims to: Claims Payor on front of this card.

Patient is responsible for notifying physician office to PRE-CERTIFY ALL hospital admissions  913-685-0300 or # calling from outside the Kansas City area, (800) 544-3014.

THIS CARD MUST BE PRESENTED AT TIME OF HOSPITAL OR OFFICE VISIT OR YOUR PHP DISCOUNTS MAY NOT APPLY.

# Sallye Wilkinson, Ph.D., PA

## Financial Policy

Thank you for choosing me as one of your health care providers. I am committed to your treatment being successful. Please understand that payment of your bill is considered part of your treatment. The following is a statement of my Financial Policy which I require that you read and sign prior to any treatment.

I am an independent practitioner renting office space at this location. Other than the times of your appointments, all of your personal information is kept confidential and not shared with other practitioners at this site.

**FULL PAYMENT IS DUE AT THE TIME OF SERVICE.**
**I ACCEPT CASH AND CHECKS. I do not accept credit cards.**

**Regarding Insurance**     I expect full payment for the initial visit at the time of service if you have not yet met your deductible for the year. I may accept assignment of insurance benefits; however, I do require your co-payment for each visit to be paid at the time of service. The balance is your responsibility whether your insurance company pays or not. I cannot bill your insurance unless you bring in all insurance information. Your insurance policy is a contract between you and your insurance company. I am not a party to that contract. If your insurance company has not paid your account in full within 90 days, the balance of your account will be automatically billed to you. We will be glad to provide the necessary information to you so you can pursue payment for your insurance company. Please be aware some and perhaps all of the services provided may be "non-covered" services and not considered reasonable and necessary under the Medicare Program and/or other medical insurance. If you are a beneficiary of Medicare or eligible for Medicare, please indicate so even if you do not plan to use it.

**UCR (Usual and Customary Rates)**     My practice is committed to providing the best treatment possible and I charge what is usual and customary for our area. You are responsible for payment in full regardless of any insurance company's arbitrary determination of usual and customary rates.

**Individual and Group Psychotherapy**     Charges for weekly psychotherapy sessions are on a per session basis for individual psychotherapy and on a monthly basis for group psychotherapy. The billing for group psychotherapy never exceeds the monthly rate, even in those months which have five therapy sessions. Likewise, the billing continues at the same rate when a member takes a vacation or is ill. Each member is being charged for a slot that is reserved for him; it is his responsibility as to whether and how he chooses to use this time.

**Missed Appointments**     Unless canceled at least 24 hours in advance, my policy is to charge for missed appointments at the rate of a normal office visit. Please help me serve you better by keeping scheduled appointments.

**Confidentiality**     Many insurance companies request information about you including a diagnosis. Please be advised that I lose control of that information once it leaves this office and cannot promise confidentiality by the insurance company. Some people choose to self-pay as a way to protect their confidentiality and that option is agreeable with me should you choose to utilize it.

Thank you for understanding my Financial Policy. Please let me know if you have any questions or concerns:

I have read the Financial Policy (above). I understand and agree to this Financial Policy:

X _Lisa Montgomery_          Date _4-5-02_
Signature Patient or Responsible Party

X_____          Date_____
Signature Co-Responsible Party

B-217



**Operations**

- 📇 Quick Edit
- 🐝 New
- 📇 Full Edit
- 🗑 Delete

**Additional Info**

- 🔍 View Totals
- 📉 Payment Tracking

**Display Options**

- 🕮 Filter Transactions
- ☑ Set Filter ON
- ☑ Display for current patient only.

Standard | Detail |

| Date | Amount | Patient | Billable Party | Transaction Type |
|------|--------|---------|----------------|------------------|
| 4/5/2002 | $89.25 | Lisa Montgomery | | Session |
| 4/12/2002 | $67.55 | Lisa Montgomery | | Session |
| 4/19/2002 | $67.55 | Lisa Montgomery | | Session |
| 4/26/2002 | $67.55 | Lisa Montgomery | | Session |
| 5/2/2002 | $67.55 | Lisa Montgomery | | Session |
| 5/9/2002 | $67.55 | Lisa Montgomery | | Session |
| 5/23/2002 | $67.55 | Lisa Montgomery | | Session |
| 6/5/2002 | $67.55 | Lisa Montgomery | | Session |
| 6/13/2002 | $67.55 | Lisa Montgomery | | Session |
| 7/5/2002 | ($341.60) | Lisa Montgomery | New Directions Behav | Payment |
| 7/27/2002 | ($85.40) | Lisa Montgomery | Lisa Montgomery | Payment |
| 8/21/2002 | ($216.16) | Lisa Montgomery | New Directions Behav | Payment |

🖨 Print          📇 Close

## NEW DIRECTIONS BEHAVIORAL HEALTH
## OUTPATIENT AUTHORIZATION REQUEST FORM

| FAX REQUEST TO (913) 982-8199 | OR | TOLL-FREE TO (888) 979-9272 |
|---|---|---|

Date  6/17/02

Provider  Sallye M. Wilkinson PhD

Facility / Group Name

Phone  (785) 273-5278          Fax  (785) 273-5706

Tax ID # for office where service provided  48-1251043
(for billing purposes)

Client Name  Lisa Montgomery          SS#  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

Date of Birth  2/27/1968     Phone Number  785-549-3548

Certificate No.  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     Group No.  Plan 2

Insurance: ☐ Blue Cross (Commercial)  ☐ Blue Advantage+ (MC+)  ☐ Prudential  ☑ Other (specify): Century

DIAGNOSIS:
Axis I  311          Axis I

Axis II  799.90          Axis III  (Good) Health

Axis IV  Moderate - Primary Support Grp     Current Axis V (GAF)  48

Last Year's Axis V  59          ☐ Diagnosis Unknown

REQUEST:
Date client first seen this year  4/5/02          Is this an initial request  ☐ YES  ☑ NO

| Initial Request: | Continuation Request: |
|---|---|
| ☐ 1 – 90801 | ☐ 5 – 90862 |
| ☐ 4 – 90862 | ☑ 6 – 90806 |
| ☐ 5 – 90806 | ☐ 6 – 90807 |
| ☐ 5 – 90807 | ☐ 6 – 90847 |
| ☐ 5 – 90847 | ☐ Other (specify) |
| ☐ Other (specify) | Continuation start date  6/19/02 |

Provide Treatment Goals, target dates and medications, if any, in the space below (if this is a request for 90862, medications must accompany this request):

① Pt will show increased ability to compromise with spouse over parenting & relationship issues [ 80% compliance by 9/1/02 ] ② Pt will reliably demonstrate emotional resilience and less dysphoria by 9/1/02

RISK ASSESSMENT:  Rating scale: Highest (5) to Lowest (1)
-Rate your client's probability of remaining in outpatient treatment (vs. need for higher level of care):  ● 4  3  2  1
-Rate your client's capacity to comply with medical advice:  ● 4  3  2  1
-Would your client benefit from New Directions' program of no-cost supportive follow-up calls? ___ Yes  ✓ No
-I have contacted the client's Primary Care Physician:  ☐ YES  ■ NO
If "no", why not?  reports good health — self-referred

Revised: January 5, 2000

 
37147

# New Directions Behavioral Health
# Outpatient Authorization Continuation Form



| Fax Request to (913) 982 - 8119 |
|---|

| **Member's Name** | **Provider's Name** |
|---|---|
| LISA MONTGOMERY | SALLYE WILKINSON |
| **Social Security Number** | **Provider ID** |
| 440707519 | 34819 |
| **Date of Birth** | **Fax Number** |
| 02/27/1968 | (785) 273-5906 |

* Please complete sections in Black Ink, shade circles completely, DO NOT CHECK OR USE AN X

## Risk Assessment

* Rating Scale: Highest (5) to Lowest (1)

Rate your client's probability of remaining in outpatient Treatment (vs. need for higher level of care):
● 5    ○ 4    ○ 3    ○ 2    ○ 1

Rate your client's probability to comply with medical advice:
● 5    ○ 4    ○ 3    ○ 2    ○ 1

Would your client benefit from New Directions' program of no-cost supportive calls?
○ Yes    ● No

I have contacted the member's Primary Care Physician:
○ Yes    ● No

Is your client taking four or more different psychotropic medications?
○ Yes    ● No

Is it expected your client will have 5 or more medication management sessions?
○ Yes    ○ No    ● N/A

Is your client experiencing any medical problems?
○ Yes    ● No

History of Hospitalization in the past year?
○ Yes    ● No

## Continuation

○ 1 - 90801    ○ 6 - 90807
○ 6 - 90804    ○ 6 - 90847
○ 6 - 90805    ○ 6 - 90853
● 6 - 90806    ○ 5 - 90862

Please Select Desired Year
○ Previous Year
○ Next Year

* For all other requests, please contact New Directions at (913) 982- 8400 or (800) 528 - 5762

| Authorization Status | Authorization Number | Start Date | End Date | Code | Units |
|---|---|---|---|---|---|
| New | 0137803 | 04/05/2002 | 04/05/2002 | 90801 | 1 |
| New | 0137803 | 04/05/2002 | 08/30/2002 | 90806 | 8 |



The information contained in this facsimile transmission is confidential and intended only for use of the person(s) named as addressee(s) to the extent that information contained herein is intended to be confidential, and inadvertent transmittal via facsimile shall not waive the privileged character, pursuant to statute or law, of this communication. If you receive this facsimile in error, or if it cannot be delivered to the addressee, Please immediately notify us by telephone to arrange for the return of this telecopy to us. Please call (913) 982 - 8400 if you have any questions. Payment is based on member eligibility.



# FAX COVER SHEET

| To: | New Directions | From: | Sallye Wilkinson, Ph.D., PA |
|---|---|---|---|
| FAX: | 888-979-9272 | Pages: | 3   (including cover sheet) |
| Phone: | | Date: | 6/18/02 |
| RE: | Out patient Authorization Request | CC: | |

____ **Urgent**     ____ **For Review**     ____ **Please Comment**     ____ **Please Reply**     *Please Recycle*

**CONFIDENTIALITY NOTICE**: The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopy information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone.

**NOTE/ COMMENTS:**

*From the desk of:*

Sallye Wilkinson, Ph.D. PA
5040 SW 28th St., Suite F
Topeka KS 66614
(785) 273-5238
(785) 273-5906  fax

8000 Lee Boulevard
Leawood KS 66206
(913) 341-7447
(913) 341-7262  fax

Please send replies to:  _____ Topeka office     _____ Leawood office

Sallye Wilkinson, Ph.D.

5040 SW 28th St., Suite F
Topeka, Kansas 66614

→ GAF = 45

Auth #

013 7803

$\begin{cases} 1 = 90801 \\ 8 = 90806 \end{cases}$

Authorization Request form
for additional session

unlimited # per year
80%

New B+H Huffin
PO 6729
(eawood) 66206

Century Health Solutions
PO Box 1676
Topeka KS 66601-1676

**Katherine Porterfield, Ph.D.**
591 10th Street, Suite #1
Brooklyn, NY 11215
New York State License # 014105-1

Kelley J. Henry
Supervisory AFPD - Capital Habeas
810 Broadway, Suite 200
Nashville, TN 37203

April 22, 2016

Dear Ms. Henry,

This letter describes my initial findings and impressions concerning the impact of physical maltreatment, sexual and emotional abuse, and neglect that Lisa Montgomery suffered as a child and adolescent on her later psychological and emotional functioning as an adult. In this letter, I will review my qualifications and discuss the factors and events in Ms. Montgomery's life history that have been shown to put children and adolescents at risk for severe behavioral and emotional difficulties over the course of their lives. I will then discuss my opinion of Ms. Montgomery's clinical presentation and condition. Given the voluminous material provided to me, I have selected data from multiple sources to elaborate my opinions. This data should not be considered exhaustive in regards to the conclusions. I will continue to examine data as it is provided to me and adjust or elaborate my conclusions as needed.

## Qualifications

My qualifications are outlined in my curriculum vitae, appended as Appendix A. In sum, I am a clinical psychologist, licensed to practice in the State of New York. I received my Ph.D. in Clinical Psychology from the University of Michigan in 1998. My pre-doctoral and postdoctoral training included extensive training in the evaluation and diagnosis of mental disorders. Since 1998, I have worked as a psychologist at Bellevue Hospital and NYU School of Medicine at the Bellevue/NYU Program for Survivors of Torture. I have evaluated, treated and supervised the treatment of numerous children, adolescents and adults who have experienced war trauma and torture. I have evaluated individuals and served as an expert witness for court proceedings in the Military Commissions in Guantanamo Bay, US Federal Court, Southern and Eastern Districts in New York, Superior Court, Skagit County, Washington, and for immigration proceedings in courts through the Executive Office of Immigration Review. I have trained hundreds of health professionals and attorneys in the country on the evaluation and treatment of war trauma and torture survivors and have lectured or conducted seminars on issues of torture and complex trauma sponsored by a wide variety of organizations, including human rights organizations, governmental entities, universities, and the United Nations.

I have co-authored several publications pertaining to the assessment and treatment of torture and trauma survivors and traumatic stress in children. These peer-reviewed articles have been published in textbooks and professional journals, including *The Journal of Nervous and Mental Disease*; *The Prevention Researcher*; *Psychiatry: Interpersonal and Biological Processes*; *OMEGA – Journal of Death and Dying*; and *Journal of the American Academy of Child & Adolescent Psychiatry*. I serve as an ad-hoc reviewer on several peer-reviewed journals and presses, including *Anxiety, Stress, and Coping: An International Journal, Cambridge University Press Medical Group, International Journal of Law and Psychiatry, Journal of Clinical Child and Adolescent Psychology,* and *Journal of Clinical Psychology.*

## Sources of information

These are my initial opinions based on examining Ms. Montgomery on March 8-9, 2016. I examined Ms. Montgomery in the administrative wing of the Federal Medical Center, Carswell, Texas, for approximately 11 hours. I also relied on a voluminous amount of data provided to me. A list of material I reviewed is appended as Appendix B. I will refer to Lisa Montgomery as Lisa throughout the report, given that much of the history pertains to her as a child.

## Lisa Montgomery's relevant life history and risk factors

Lisa Montgomery's life is characterized by a catastrophic accumulation of damaging and disturbing life events, beginning in her early childhood and culminating in the tragic events of the current offense. The kinds of traumatic life events that Lisa experienced—including extensive emotional, physical and sexual abuse, neglect, domestic violence, and deeply exploitative adult caregiver behaviors—are likely to create developmental and personality impairments in the growing child and adolescent. Below, I will review risk factors, defined as life events that increase the likelihood that an individual who experiences them will suffer adverse outcomes, in Lisa Montgomery's life that contributed to her psychological and emotional vulnerabilities throughout her life. Then I will discuss her clinical presentation and my conclusions about her psychological condition.

### Risk Factor: Genetic vulnerability to mental illness

Lisa's paternal and maternal sides of her family have a significant history of psychiatric and neurologic impairments that place them at increased risk for developing mental disorders. While there is not an extensive record of people in the family seeking mental health care, there are many examples of family members acting in strange and disturbed ways. Lisa's paternal grandmother experienced blackouts and uncontrollable emotions, attacking others and having no subsequent memory of it. A paternal half-uncle had depression and developed uncontrollable emotions similar to his mother's blackouts. Lisa's maternal aunt underwent a craniotomy at the age of 50, and experienced grand mal seizures throughout her life. A paternal cousin was placed in special education in school,

had trouble learning, and had auditory hallucinations of "angry voices" and thoughts. Another paternal cousin attempted suicide and was noted to have depression.

Lisa's father, John, a veteran of Vietnam, manifested numerous behavioral and emotional problems throughout his life, including erratic behavior, drinking excessively, sleeping poorly, having nightmares and night terrors.

The maternal side of Lisa's family also demonstrated substantial mental health and neurologic symptoms, starting as far back as Lisa's maternal great grandmother who was described as "strange" and reported to have "hid" when she became upset. One of Lisa's great uncles had reported intellectual disability, and another's unusual behavior was attributed to a brain tumor. A maternal cousin has been diagnosed with bipolar mood disorder with psychosis and has been hospitalized multiple times, as has her daughter. Another maternal cousin was hospitalized, treated with antipsychotic medication, and diagnosed with psychotic disorder, and his daughter has been hospitalized for mental illness. Two of Lisa's maternal half-brothers have received treatment for substance abuse, have been incarcerated for criminal behavior, and have acted violently towards others. One of the half-brothers has received antipsychotic medication for his nightmares, racing thoughts, auditory hallucinations, paranoia and flashbacks. Two of Lisa's grandchildren have been diagnosed with autism and pervasive developmental disabilities.

Lisa's mother, Judy, lived a chaotic and destructive life, demonstrating behaviors highly suggestive of mental disturbance, including aggression, irritability, impulsivity, mood instability, and alcohol abuse. While she did not appear to receive mental health counseling, her profoundly dysfunctional life clearly begged for such intervention, in terms of almost all domains—parenting, marriage, self-regulation, and substance use.

*Risk Factor: Multigenerational family patterns of child objectification, abduction and abandonment*

Lisa's family history is remarkable for the prevalence of themes of child objectification, kidnapping and abandonment. There are numerous examples of individuals in Lisa's extended family absconding with children, threatening to take children away from parents and guardians, abandoning children, and actually taking children from their parents. This chilling pattern of the objectification of children as pawns to be used in disturbed adult conflicts resonated throughout Lisa's life and profoundly shaped her sense of self and relationships.

Lisa's paternal grandfather kidnapped Lisa's father, John Patterson, from his mother and kept him hidden for over a year when he was approximately 5 years old. Lisa's father's paternal grandparents took her father back and returned the child to his mother with no explanation of where he had been for the year. Once he was returned, Lisa's father never saw his own father or paternal grandparents again.

On the maternal side of Lisa's family, her great grandmother, Maude, had "six or seven" children with her first husband Ed, beginning when she was 13 years old. Maude decided to leave Ed and, in response, his family hid all of the children except one, a baby named Viola. Maude absconded with Viola, abandoning her hidden children and moving to Kansas where she married another man and had three children with him.

During Lisa's life, her father, John, took her and her half-sister and hid them from Lisa's mother, Judy. This event, the details of which are different, depending on who reported it, captures yet another incident of a caregiver hiding children from another caregiver. By the time, Lisa was three, John completely abandoned her and her older half-sister, Diane.

When Judy divorced Jack Kleiner, Lisa's stepfather who had raped her, Jack threatened his own biological children with abandonment, saying that if they sided with their mother, they would never see him again. Thus, Lisa's victimization became the source of yet another family rupture and threatened abandonment.

Lisa's mother, throughout Lisa's life, used threats of abandonment and child abduction against her. As a child, Lisa learned that her mother's threats were very real when Judy precipitously "gave away" Lisa's beloved half-sister Diane. Diane described being given up, at age 8:

> The case worker assigned to me sat and talked to Judy. They talked
> about places that I could go and live and have a permanent home.
> Judy told the social worker that my Grandma Marie was dead. The
> social worker took me away! As I was leaving, Judy leaned over and
> told me that I was being taken away from her because I was bad. She
> told me it was my fault! What a terrifying thing for a young girl to
> hear. I clung to Lisa as I was leaving. I knew deep down that if I left
> for good the sexual abuse that I had continually experienced while
> living with Judy would start to happen to Lisa. I knew that when I left
> no one would take care of baby Patty. Lisa was only four years old so I
> knew that she couldn't care for a new baby.

This event resonated throughout Lisa's life, as she knew that her mother's threats of abandonment were very real. Throughout Lisa's adulthood, Judy threatened to and at times did take Lisa's children from her. On more than one occasion, Lisa's first husband and her mother removed one or more of the children from Lisa's care and disappeared with them. Lisa's brother recalls how he and Judy and Carl Boman (first husband and step-brother) took Lisa's children from her in California and fled with them to Texas.

A cousin of Lisa's stayed with the family when Lisa was a young child. The young man discovered while staying there that his girlfriend had given birth in a field and discarded her infant there. Lisa was aware of this event and recalled her mother forbidding the cousin from getting the baby, even though he was the father.

After the birth of Lisa's fourth child, her mother told her, "I'm not going to attach to that baby if she's not Carl's baby." Here, an infant child is threatened with removal of affection and attachment as punishment for Lisa's supposed infidelity, yet another message to her about the power of family members to discard children.

In 2004, Lisa took the side of her brother in a custody dispute with their mother, Judy. Judy won the custody battle and later that year threatened to take Lisa's children away from her. In fact, Lisa describes her mother frequently threatening to take away her children, saying things to her like, "If you want to keep your kids, you'll do what I say." Her ex-husband, Carl, reported that, at times, he colluded with Judy to take the children from Lisa, until he realized she was trying to get custody.

*Risk Factor: Physical abuse*

Lisa experienced severe and chronic physical abuse and violence at the hands of her mother and stepfather throughout her life, as well as witnessed brutal abuse of her siblings. During her early childhood, when her half-sister still lived with her and her mother, Lisa and Diane were both abused by Judy, including being beaten, hit with objects, and smacked. Diane described Judy throwing her into the shower by her hair and turning the taps on cold. Teddy remembers Judy holding Lisa and Diane under cold water in the shower. Judy reportedly hit Lisa's half-sister's head with a broom stick. Lisa's mother slapped Lisa and her sister in their faces, strapped them on the backs of their legs, and pulled their hair. Lisa's mother used stress positions as punishment when Lisa did not eat all her food. She reportedly left Lisa strapped into her highchair for hours. Lisa's mother limited food intake, and when Lisa's half-sister was hungry, forced her to eat disliked food until she gagged. Judy regularly berated and yelled at the sisters. Once, Teddy remembers Judy holding a knife to his sister, Jerri Jo's, tongue and threatening to cut it off. Astonishingly, a family story involves Judy's finding humor in the fact that Lisa's first words as a toddler were, "Don't spank me."

Lisa's stepfather, Jack Kleiner, entered Lisa's life when she was 5 years old and he was severely physically abusive of her, including raping her for much of her early adolescence. Jack Kleiner is described as frightening and cruel, and those who encountered him learned to stay away from him. He hit and smacked children without provocation, assaulted them with household objects like a telephone receiver, shoved their heads through cabinets and beat them when they cried. Lisa's stepfather did not allow her mother to leave the house with all the children because he feared she would run away. On one occasion, he tied her sister's feet with phone cord to keep her sister from moving her feet. A cousin recalled witnessing Lisa's step father break a broom stick on Lisa's head. He forced false confessions from the children for perceived wrong doings and yelled and screamed at Lisa and her sisters. His son, Teddy, recalls him turning out the lights and beating him brutally and repeatedly in the dark. Once, he reportedly lifted one of Lisa's sisters up by her pig tails, and beat her with a belt for soiling her pants. Lisa's mother encouraged her step father to beat Lisa and her sister and encouraged the sisters to beat each other.

*Risk Factor: Sexual abuse*

Lisa experienced severe sexual abuse throughout her life, first when being exposed to the rape of her half-sister in the same room as her and later when her stepfather raped and controlled her sexually from early to mid-adolescence. Her adult relationships were also colored by dynamics of coercion, control and violent sex.

As a small child, Lisa shared a bedroom with her half-sister, Diane. Judy's involvement with multiple men at this time resulted in men coming in and out of the home. Diane vividly recalls a man coming into the bedroom more than once and molesting her. Lisa, age three, was in the bed next to her half-sister while this frightening abuse took place.

As Lisa entered late childhood and early adolescence, she became the victim of a chronic campaign of coercive sexual abuse and objectification by her stepfather. This abuse took the form of Lisa being literally singled out and placed in an external room in the home where she could be accessed by her stepfather for chronic and severe sexual abuse. Lisa's abuse by her stepfather is corroborated by court proceedings and 1998 records in which it is verified by numerous individuals and, yet, no legal action took place. Jack Kleiner began having intercourse with Lisa when she was in approximately 8th grade and did so "weekly" for several years. One record notes that Jack Kleiner threatened that he would sexually assault Lisa's little sister if Lisa did not submit to what he was doing. Counseling files say no legal action was taken because Judy brought Lisa to counseling, though this counseling appears to have only lasted approximately 4 months. Additionally, Jack brought a man into the home from his work who appears to have sexually abused both Lisa and her brother, Teddy.

Later, during her two marriages, Lisa's husbands sexually exploited her by engaging in coercive and violent sexual acts with her. Lisa's second husband, Kevin, reported that he tied up Lisa in the barn and had sexual intercourse with her. Lisa reported that he used items designed to cause pain during sex, such as clamps, hot wax, and whips on Lisa's body. Lisa noted that Carl used Jack's rapes of Lisa against her by telling her she "had done things for Jack and she should do it for him." Lisa, speaking about sex with Carl, noted that she "resented it a lot, I hated it". Lisa noted that she didn't think Carl had a right "to do to me what he was doing," but that she felt unable to stop him. Lisa's brother told the FBI he had seen a video tape of Carl raping his sister while she cried.

*Risk Factor: Emotional abuse*

Lisa's childhood is marked by a stunning amount of cruelty and abuse by her mother and other caregivers towards her and other children. Her childhood is punctuated with constant situations of denigration and coercive control. Lisa's half-sister Diane recalls Judy's capacity for sadistic cruelty, remembering that Judy threatened to give her up for adoption (something she ultimately did) by putting her out on the porch, nude, and telling her that people were coming to get her and take her away. Lisa's father recalls

that Judy screamed at and belittled the girls on purpose, something he wishes that he would have stopped. Lisa's first husband, Carl, noted Judy's intense cruelty towards Lisa, saying: "[Judy] put down Lisa, humiliated her and verbally abused her. Judy made her feel inferior. Lisa felt terrible about herself and did not think she was worth anything."

Lisa was isolated from peers, restricted in bringing friends home, forced to dress in a peculiar manner, and singled out for scapegoating. Her mother and stepfather did not allow her to develop normal competencies such as shopping for groceries, getting her hair cut, and purchasing school clothes. They cursed her, told her she was worthless, and blamed her for the family misfortunes. At one point, Lisa's mother duct taped Lisa's mouth closed, as a punishment for speaking. Lisa's brother Teddy remembers Lisa's mother attacking and killing the children's dog with a shovel, because it had eaten one of the chickens, an event witnessed by Lisa. Teddy remembered how disturbing it was to see the dog killed in front of him.

Perhaps no event captures the level of emotional abuse and perversity in the family more than Lisa's mother's discovery of Lisa's sexual victimization by her stepfather. Upon discovering Lisa being raped by her father, Lisa's mother got a gun, held it to Lisa's head and screamed, "How could you do this to me?" When this is reported in a counseling session, Lisa's mother stated that she pointed the gun at Jack. However, Lisa recalls the event as a moment of profound threat, as her mother seemed to be blaming her for having sex with her husband. Carl remembers that Judy blamed Lisa for the sexual abuse, saying she would tell people that Lisa slept with her husband. In a telling excerpt from the notes of the counselor who briefly treated the family after Jack's abuse was discovered, Lisa's mother is quoted as denigrating her children and saying that they will be asking for money for a track meet because they are "always wanting something," leading Judy to say she is "unappreciated." For a parent who only months earlier had discovered her spouse raping her minor child to be focusing in a counseling session on the children's lack of appreciation for her demonstrates a staggering amount of narcissism and denial. The counselor directly noted that Judy had a "lack of empathy" for Lisa. It is not surprising that, later in life, Lisa articulated a sense that her mother believed she had stolen her husband from her.

*Risk Factor: Head injuries/Seizures*

Lisa survived chronic blows to her head, face and body during her developmental years at the hands of her caregivers. Her mother and stepfather slapped, shook, and hit her frequently. As a teenager, her stepfather hit her head against the concrete floor when he sexually assaulted her. One of her stepbrothers threw a battery and wounded her in the back of head. As a young adult, she had several car accidents that involved head injuries including in 1988, 1990, 1993 and again in 1998. She reports that she hit her head while on a trampoline in 1999 and had to go to the hospital. She has been diagnosed with seizures and she has a chronic history of migraine headaches since adolescence. An evaluation by Dr. Siddhartha Nadkarni resulted in his conclusion that

Lisa suffered from seizures and neurological dysfunction, likely due to multiple head injuries, trauma, and genetic vulnerability.

*Risk Factor: Poverty*

Poverty exacerbated the strife, conflict, and fear in Lisa's daily life. Her mother and step fathers were uneducated, unskilled, and alcoholic, all of which compromised their ability to support their large families financially. In childhood and elementary school, Lisa lived in the inner city or in rural impoverished and underserved areas. Lisa moved approximately 16 times by the time she was a teenager, a pattern of frequent, impulsive moves that would repeat in her parenting of her own children. Although poverty was high in the areas where the family lived, the Kleiner family poverty stood out. Lisa wore hand me down clothes with holes in them, and she was often dirty. A community teacher and program organizer described Lisa's status in relation to the larger community: "A disproportionate number of families in Sperry were stressed by physical and sexual abuse, domestic violence, blended families with ongoing disputes, untreated mental illness, and substance abuse. The community was extremely poor, and Lisa Montgomery's family was poorer than most." Lisa's brother Teddy recalls having to get shoes out of a dumpster when he was young. Lisa recalls the elementary school calling Judy because Lisa's shoes were held together with duct tape.

*Risk Factor: Domestic violence and family conflict*

Multiple marriages, infidelities, divorces, violence and destructive alliances among family members characterized the functioning of Lisa's chaotic and disturbed family unit. Lisa's father married six times; her mother married seven times to six men. Judy and her second husband Jack Kleiner both drank excessively, violently fought with each other, and threatened children in the home. Lisa's younger half-brother, Teddy, remembered Lisa protecting him when his parents had "violent brawls." He also remembered the police being called to the house on two occasions, during one of which Judy's teeth were knocked out by her husband after she hit him across the face with a frying pan.

As discussed above, Lisa's childhood of coercive abuse by caregivers was recapitulated in her relationships with men. Specifically, her first marriage was characterized by coercive abuse by her husband, Carl. Her second marriage also was characterized by sexual degradation.

*Summary of risk factors*

Lisa Montgomery's life is characterized by exposure to multiple traumatic stressors, including severe physical abuse, chronic and violent sexual abuse, cruel and degrading emotional abuse, exposure to domestic violence by adult caregivers, intergenerational patterns of exploiting and abducting children, poverty and environmental stress, and multiple traumatic head injuries. The above mentioned risk factors—chronic, longstanding, severe and overwhelming—are each a source of

traumatic stress on the developing child, even if they occurred in isolation. However, for Lisa, these traumatic events were intertwined with one another, each exacerbating the impact of the others. For example, a child who experiences severe contact sexual abuse from an adult will likely suffer with serious biopsychosocial consequences to such a trauma. However, the presence of a protective, nurturing adult who responds lovingly to the child and who brings in appropriate systemic resources for the child after the sexual abuse is discovered could be an ameliorating protective factor that facilitates healing and recovery for the child. For Lisa, quite the opposite was true. Her sexual victimization was longstanding and brutal and, when it was discovered, her mother blamed her for the abuse and brought about no systemic response to charge the perpetrator. This combination of sexual abuse and emotional neglect and abuse by her mother served to heighten the impact of the trauma on the adolescent Lisa. In much the same way, other risk factors suffered by Lisa were exponentially intensified by the presence of so much other toxic stress and adversity.

Child sexual abuse has been specifically linked to multiple psychological problems in development. Evidence shows that adults who were sexually abused as children manifest higher rates of a number of psychiatric syndromes and symptoms, even than individuals who suffered other types of child abuse. Abuse that is characterized as "contact abuse," meaning that it involves genital contact between the child and the perpetrator has been shown to be a particularly toxic influence on children's mental health and development (Beitchman, 1992, Putnam, 2003). Lisa's severe and chronic sexual victimization by her stepfather for several years of her early adolescence constitutes such "contact abuse" at a severe level. Summarizing the range of problems faced by child sexual abuse survivors, Putnam, citing DeBellis et al., (1999) said:

> As a group, individuals with histories of childhood sexual abuse (CSA), irrespective of their psychiatric diagnosis, manifest significant problems with affect regulation, impulse control, somatization, sense of self, cognitive distortions, and problems with socialization. Many of these processes are believed to have developmentally sensitive neuronal and behavioral periods related to brain maturation and early caretaker interactions (Putnam, 2003).

Scientific research has shown that damage and alterations in the neurochemical and neuroendocrine systems, as well as the architecture of the brain are present in individuals with a high loading or "dose" of risk factors, especially childhood sexual abuse, family violence, and neglect. These brain abnormalities are implicated in the numerous emotional, behavioral and physical problems that individuals with histories of severe child abuse later manifest. One study noted:

> Now, converging evidence from neurobiology and epidemiology suggests that early life stress such as abuse and related adverse experiences cause enduring brain dysfunction that, in turn, affects health and quality of life throughout the lifespan (Anda et al., 2006).

The U.S. Department of Health and Human Services (2009) reported on the often long-lasting effects of child maltreatment on the developing brain. The majority of brain development occurs after birth, with critical periods of development occurring for certain functions, such as language acquisition, attachment, and abstract reasoning. Research has shown that the child's developing brain can be altered by environmental stressors that occur during these periods, such as child abuse and neglect, and that the neurochemical and neuroendocrine processes that are disrupted may be permanently destroyed or damaged (US Department of HHS, 2009).

Thus, this preponderance of severe and toxic risk factors, present throughout Lisa Montgomery's childhood and adolescence, is implicated in the adverse outcomes that characterized her life and functioning.

*CCA and BOP Diagnoses of Lisa Montgomery:*

Since being incarcerated in CCA and the Federal Bureau of Prisons, Lisa has had substantial contact with mental health services. A review of her records indicates several diagnoses, including several "rule-out" diagnoses (diagnoses that a clinician recommends needing further evaluation in order to determine). Throughout 2005-2007, she was diagnosed by a clinician at CCA with Bipolar Disorder, NOS, Dysthymic Disorder, and Alcohol Abuse. Two rule/out diagnoses were also included: Brief Psychotic episode and Dissociative Disorder. Lisa's records indicate that she has taken Bupropion (2006), Wellbutrin (2006), Valproic Acid (2006), and Amitriptyline (2006).

In the BOP, when Lisa was transferred in January, 2007, she was diagnosed with Borderline Personality Disorder. She was classified as "Men III" and her medications were listed as Zoloft, Depakote, and Elavil. In 9/25/2012, Lisa was diagnosed with Depression, NOS and Personality Disorder, NOS by Dr. Nallely Galvan and also classified as a high risk for suicide. These records note that she was taking Risperdal.

Currently, she takes Risperidone, Prozac, Elavil, Lipitor, Diltiazem, Isosorbide Mononitrate, Levothyroxine Sodium, Omeprazole, and Aspirin. She also has an Albuterol inhaler, Nitroglycerin pills, and Hydrocortisone cream prescribed for use as needed.

## Clinical conclusions

Throughout the current evaluation, Lisa was cooperative and exerted a reasonable effort to engage and answer questions. Over two full days of meetings, she presented notably differently in affect, physical presentation and mood. For example, on the first day of the evaluation, she reported to the meeting with curled hair and makeup and evidenced an energetic style of interacting. On the second day, she presented with her hair pulled off her face and with little makeup, presenting a starker appearance. Her mood on the second day was also different, as she was more subdued, tearful and at times, detached. She denied current suicidal or homicidal ideation, though noted a substantial history of suicidality, including three suicide attempts in her life. Lisa's thinking was mostly on-task, though she often became distracted and took long pauses

before answering. She demonstrated poor memory for many events in her life. While a self-report of not remembering events is impossible to verify objectively, particularly in the context of an evaluation for a criminal act where a subject may be motivated not to report certain acts, Lisa's level of disconnection from her memories and elaboration of deep uncertainty about whether events in her life were real or not was pervasive and appeared to mirror what others who lived with her said about her. That is, that she frequently appeared out of touch with reality and unable to tell the difference between her ideas and facts, particularly those related to her bodily integrity and pregnancies.

Lisa demonstrated over the course of the evaluation clinical indicators of **complex post-traumatic stress**, the characteristics of which will be discussed below. Her clinical presentation is noteworthy for **severe dissociative symptoms**, reported across multiple contexts, by numerous reporters, including herself, and dating back to her adolescent years. This dissociative symptomatology will also be discussed in detail below.

*Complex post-traumatic stress*

Lisa's clinical presentation and history is consistent with the developmental and emotional impairments of individuals who have experienced severe childhood maltreatment and trauma (Herman, 1992, van der Kolk, 2010). While the multiple diagnoses ascribed to her over the last several years of her incarceration are useful in capturing some of her symptoms (such as depressive thinking, mood instability, behavioral dysregulation, and anxiety), the most comprehensive diagnosis for her condition is complex posttraumatic stress disorder (CPTSD) (Cloitre et al., 2009, Cloitre at al., 2013, D'Andrea et al., 2013). Individuals with complex posttraumatic stress disorder, a diagnostic category proposed for inclusion in the World Health Organization International Classification of Diseases, 11th version, and arrived at by consensus among a panel of international trauma experts (Cloitre et al., 2012) manifest difficulties in the regulation of multiple emotional, interpersonal, cognitive and behavioral capacities (Cloitre at al., 2009). Complex traumatic stress is a chronic condition that also likely exacerbates other mental disorders and conditions. Thus, the Bipolar and depressive disorder that is well-documented in Lisa's prison record is likely to have been worsened by the emotional dysregulation that is prominent in her complex traumatic stress condition.

Below are the symptoms of complex post-traumatic stress manifested by Lisa.

1. ***Emotional dysregulation***: Individuals who have experienced chronic trauma and victimization in childhood often demonstrate difficulties recognizing and managing their own emotions. Specifically, survivors of childhood trauma are often erratic in their emotional presentation, self-injurious, and unable to handle their feeling states. Lisa has demonstrated this type of emotional dysregulation, particularly in terms of becoming overwhelmed and unable to manage her emotions, much of her life. Her first husband, Carl, described her as erratic in her presentation in her late teens and twenties, sometimes talking excessively at people without stopping and other times retreating to her room to read for days on end. As a teenager, she is remembered as shy and withdrawn and then

suddenly outgoing and talkative. Lisa's emotional turmoil resulted in her attempting suicide as a teenager after her sexual abuse by her stepfather was discovered. As a young adult, she managed her overwhelming feelings with alcohol abuse and hypersexual behaviors. She is reported by many family members as drinking excessively in adulthood, often becoming drunk and unable to care for her children. She also reportedly engaged in multiple sexual encounters throughout her late adolescence and adulthood, including with strangers who would go off with her for extended periods of time while her children were present.

2. **Disturbed sense of self**: Survivors of chronic trauma, particularly victimization that has occurred over a long period of time by trusted caregivers often demonstrate a highly disturbed self-concept. This can include feelings of being damaged or worthless or less than others. Throughout her entire adulthood, Lisa demonstrated a profoundly disturbed sense of self. This was evident in her distorted relationship to her body and pregnancy. Multiple individuals noted over the years of her adulthood that Lisa presented with impossible pregnancies and an identity as a pregnant woman that was completely unbelievable. Family members avoided or denied the truth of this presentation, essentially allowing Lisa to enact a delusional version of herself as a pregnant woman. For Lisa, the role as a pregnant woman created a purpose for her, even when it was patently obvious that it was not true. Her construction of stories to explain away the pregnancies, such as babies that were "absorbed" back into her or delivered and then discarded, defied credulity and pointed to her fragile hold on reality. For Lisa, her sense of self was so distorted that it was easier to create completely outlandish explanations that supported her fragile identity as a mother than to accept the reality of her life as an overburdened mother of growing children. This type of identity distortion, while unusual, is consistent with the dynamics of Lisa's family. In her family, relatives use children as ways to gain power and control over one another and to punish each other for perceived grievances. As a pregnant woman, Lisa possessed power in the form of a new child who could not be taken from her. Indeed, when talking about her tubal fulguration and her confusion about whether she obtained this procedure, Lisa noted that having children was "the only thing I'm good for," thereby underscoring how threatening to her sense of self this procedure must have been.

3. **Interpersonal Disturbances**: Individuals who suffer chronic childhood victimization experience relationships as threatening and unstable, a source of tremendous anxiety and distress. Lisa's descriptions of her life are replete with images, stories and perceptions of relationships as fraught with violence, coercion, control and manipulation. Throughout the course of the evaluation, she told stories of family members conspiring against one another, attempting to harm one another and betraying one another with cruel and exploitative acts. Many of these stories anchored around people attempting to take each other's children. Lisa's mother, Judy, serves as the fulcrum around which this interpersonal abuse and exploitation centers. Judy first abuses and degrades Lisa as a child, demonstrating with her abandonment of Diane that she is completely capable of giving a child away, and then essentially hands Lisa over to her husband Jack for sexual abuse, blaming her later for this horrific exploitation. With this kind of disturbed structure to a parental relationship, it was almost inevitable that Lisa would develop

deeply distorted relationships in her adulthood. She married men who sexually abused her, engaged in multiple extramarital sexual relationships, and could barely function as a parent to her four children. This kind of interpersonal devastation was the byproduct of Lisa's lifelong experience of victimization and emotional exploitation and abuse.

*4. Hyperarousal and re-experiencing of traumatic events:* Lisa described hyperarousal symptoms that are consistent with post-traumatic nervous system activation. She noted that she periodically has intrusive images of Jack Kleiner's sexual assault of her. For example, she described how having her face in her pillow will result in her becoming frightened because she is reminded of being face down while Jack Kleiner raped her from behind. Her first husband, who was married to her shortly after her abuse by Jack, noted that she had frequent nightmares and difficulty sleeping, because she would wake up crying. Her description of physiological discomfort, such as heart racing, gag reflex, and feeling afraid is consistent with post-traumatic arousal in the face of trauma reminders. Notably, because her clinical condition is so dominated by dissociation (which will be discussed below), her report of experienced hyperarousal and intrusive remembering is less frequent.

*Dissociation*

The most pronounced manifestation of Lisa Montgomery's extensive trauma history is her dissociative symptomatology and manner of managing stress. Dissociation is a process of the human nervous system in which neurochemical reactions to excessive stress lead to alterations in consciousness and perceptions of senses, the environment, and the self. Dissociation represents a lowering of consciousness, sometimes to the point of actual rupture of consciousness and awareness (Lanius, Paulsen & Corrigan, 2014). Clinical models of dissociation demonstrate how humans, like animals, when under severe threat, will sometimes experience the release of neurochemicals that are anesthetic in nature and that therefore lower the organism's experience of pain and fear. When humans experience this peritraumatic ("during the trauma") dissociation however, they are often left with residual difficulties after the trauma, such as amnesia, fragmentation of memory, and other disturbances. If the individual suffers multiple traumatic events that lead to frequent and lengthy periods of peritraumatic dissociation, the after effects will likely be more pervasive and more severe. These can include altered states of consciousness that linger after the traumatic events, such as time distortions, cognitive confusion, bodily symptoms (depersonalization and derealization) and emotional numbing. (Frewen and Lanius, 2014). Dissociative symptoms can reach the level of psychosis, as when an individual suffers hallucinatory phenomena, such as voices talking at him or her in an attacking manner.

Lisa Montgomery's extensive childhood history of physical, sexual and emotional abuse by trusted caregivers throughout the course of her neurobiological development likely created the conditions that led to her profound and pervasive dissociative symptoms. She has additional vulnerability to dissociative-like symptoms, according to the evaluation of her completed by Dr. Siddhartha Nadkarni. Dr. Nadkarni

noted that Lisa likely suffers from complex partial seizures and neurophysiologic dysfunction that manifest as dissociative and psychotic symptoms.

The dissociative symptoms that are prevalent in Lisa's functioning fall into categories listed below:

1. **Confused thought process**. Lisa's thought process was grossly intact, with her demonstrating awareness of time, place and circumstance. However, she manifested frequently confused thinking that indicated questions about the reality of certain events and perceptions in her past. She noted substantial confusion about events related to her past, particularly events around her body and her pregnancy history. For example, when asked about the story told by her ex-husband that she had told him she had an abortion or gave up a child as a teenager, she stared blankly at the examiner and repeated, "I don't know about that." Additionally, when asked about "false pregnancies" or past events where she told others she was pregnant, Lisa became tearful and said "I don't know. I don't know." Finally, when asked about the reported tubal fulguration she underwent, Lisa noted that she came home from the procedure and did not think it had really happened. She noted that if her mother said something was true and she thought something else was true, she had no way of knowing what the actual truth was. Lisa's presentation as a vague and confused reporter of her past and of reality is consistent with a profoundly dissociated state, and it is something that others who knew her throughout her life recall about her.

2. **Disengagement**: Dissociation can manifest itself as an experience of being inattentive or "out of it." Multiple friends and family members note that this was a prevalent quality in Lisa's functioning. A classmate described Lisa as "spacing out" in high school and needing to be brought back to attention by a teacher yelling at her. Her stepfather Richard Boman who came into her life towards the end of Jack Kleiner and Judy's marriage, described her as "in a world of her own," and "just star[ing] into space." Her first husband, Carl, described Lisa as "not emotionally present...she was in her own world and distant from everything." Her half-brother, Tommy Kleiner, noted that Lisa was "in her own little world" and that "the house could burn down around Lisa and she wouldn't notice." Carl described her staying in bed for days at a time, repeatedly reading the same books. Her brother, Teddy, described her as "in her own little world" and "often spaced out or star[ing] into space." Her husband, Kevin, also described her becoming disengaged: "...she got a blank look on her face and didn't respond. I wondered if she was daydreaming. I could tell she didn't hear me: it was like she wasn't even there." Lisa's daughter Kayla described her mother as fundamentally absent, even when she was with her children. She noted: "She was always distracted and seemed to be thinking about something else. Her body was around, but her mind was not with me or playing with me." Kayla noted that the first time she had a "real" conversation with her mother when her mother seemed to be able to focus and listen was in 2012, when her mother was taking psychotropic medication.

Lisa noted that she has struggled much of her life with absent-mindedness and feeling as though she is in her own world. She gave examples of being at her job and not

remembering how she got there, often feeling like she lost track of time, and during the year before her arrest, feeling that she would need to write what day it was on her hand in order to stay oriented to time.

3. **Depersonalization:** Depersonalization occurs when an individual feels detached from her own body or like she does not belong in her body. Lisa is described by numerous family members as being "filthy" and smelling badly, a possible indicator of a depersonalized state in which she could not care for her own body. Lisa noted strong symptoms of depersonalization around sexual activity. She described sex with her husband and her feeling that "you could not be there," a description of her mental disconnect from her body, as well as her viewing herself in the second person, "you", rather than the first person, "I". She noted that sex with her husband, Kevin, would "take me back to Jack." Lisa noted that sometimes she felt "like I'm separate" from the world and would have to tell herself, "I'm here...I'm walking."

4. **Derealization:** Derealization is a form of dissociation in which the person feels that his or her surroundings are not familiar and, in some cases, not even real. Lisa described often feeling that she is unsure whether her environment is real. She described the world feeling "dreamy" to her at times and noted that there were days that were "nonexistent" to her. Lisa recalled receiving letters and not knowing if they were real or not when she was incarcerated in CCA. She described how she learned to develop "strategies" to "show me this is where I am." She described looking out her window and seeing a tree and feeling she was able to tell herself that she *knew* she was seeing a real tree. Lisa described a fundamental sense of unreality that shapes her perception of the world and the logic she uses to try to assess reality: "I can feel it, so I know it's real. If I can't feel it, I'm not sure it's real." This weak hold on reality pervades much of Lisa's consciousness and has been prevalent in her functioning since she was a teenager. According to Lisa, things started to get "less real" after Jack Kleiner began raping her. With some hesitation, she described not being sure if she really had her children or not, saying,

> "..like being a mom—did I really have them? I had them, I don't remember that period of time but I won't know if I really had them. I have to remember but I can't. I have an idea of it, but I'm not sure if it happened."

Lisa's confused and illogical language here demonstrates the rupture in her sense of reality.

5. **Identity dissociation:** Dissociation can include a split in an individual's identity where the person feels like she has different people inside herself or like there are people inside who are talking to her. Lisa describes how she struggled for many years with her mother's voice in her head, saying "You can't do anything right," and telling her she was a "bad girl." This experience of a voice that is not one's own but that is speaking in second person and disparaging the individual is a hallmark sign of the altered consciousness of trauma-induced dissociation. (Frewen & Lanius, 2014). She describes a split in her identity that has recurred since she was a teenager and her mother

discovered Jack's sexual abuse of her. At that time, her mother cut Lisa's hair, an event that she links to being viewed as "bad." Since that time, Lisa describes several occasions where she has become preoccupied with cutting her hair as a way to demonstrate the "bad" part of herself. Lisa's first husband, Carl, stated that when Judy would verbally mock and abuse Lisa, Lisa would appear to get "a different look on her face," something he described as her "going someplace else mentally." Lisa noted that the uterine fulguration that she underwent was also part of her being "bad" because she had been unfaithful to Carl and had another man's child. Lisa's split identity is also evident in her description of herself as "only good for having babies."

Family members report that Lisa also demonstrated identity confusion in relation to her cousin, Wendy Treibs, whom she began to emulate as an adult. Notably, Wendy, who Lisa described in the current evaluation as "the perfect mom" and who Lisa's mother reportedly said "was a better mom than me," had reversed a tubal ligation and gone on to have two children after the procedure. Lisa has at times been reported to have said that she too had a tubal fulguration reversed. Additionally, in 2004, Lisa is reported to have gone to court during the custody battle with her mother over her brother's baby and dressed and had her hair notably like Wendy's. Lisa also used the name Abigail for Mrs. Stinnet's baby, a name that Wendy said would be her next child's name. During this time in 2004, Lisa's ex-husband Carl noted that Lisa was "spaced out and getting a lot worse," something that he noted seemed related to her false pregnancy. He noted that Lisa was so "strange" at this point that her children did not want to have people come to their home and see her.

6. **Memory disturbance**: Individuals who dissociate often describe impaired memory functioning, including blank spells and loss of time. Numerous family members describe Lisa as forgetful and scattered. Her years of parenting young children are described as chaotic and her ability to run a household with even a modicum of organization was nonexistent. Her home was described as filthy, disorganized and replete with unfinished projects. Lisa described going to the grocery store and coming home with items that the family already had. She noted that her ability to follow through on an activity was very poor, until she began taking Risperdal in the BOP. Lisa described her fundamental inability to remember major events of her life. She stated, "I know I graduated from high school, but I have no memory of it." She also noted that she has no memory of marrying her first husband, Carl, and almost no memory of testifying in court about her stepfather's sexual abuse of her.

7. **Emotional constriction**: Dissociative symptoms can include restricted or limited emotional experience, including numbness and lack of appropriate positive or negative feelings. Lisa described intense emotional constriction, particularly around her body and childbirth. She noted that she held her daughter after returning from the hospital and thought, "I should feel love and I'm not feeling anything." Lisa recalled how she didn't cry about her stepfather raping her because it was "going on for years and I learned not to deal with it." Later, her emotional constriction was used against her by her mother who told her, "If you hadn't wanted [the sexual abuse] to happen, you would have cried." Thus, Lisa's blunted emotional response to years of violent sexual abuse was ultimately

used against her by her primary caregiver. As a young mother, Lisa described struggling to connect to her children, saying, "the emotions weren't there." Recently, when a friend said that she was worried about Lisa's husband, Lisa noted that she had to "stop and think about it—I had to try to connect to his emotions." Lisa's extensive victimization likely affected her capacity to tolerate emotions. Individuals with high rates of dissociation have been shown to have difficulty with recognizing emotions in others. This difficulty with reading other's emotions has been linked to neurobiological dysfunction that occurs in the limbic system of emotion regulation in dissociative states. (Lanius, Paulsen and Corrigan, 2014).

**Conclusion**

Lisa Montgomery's life history demonstrates the tragic and devastating consequences of abuse and exploitation of children by those who should protect and nurture them. Raised within a family whose treatment of children as objects to be used in internecine family conflicts spanned multiple generations, Lisa grew up learning that she, too, was an object to be exploited and abused by her caregivers. Lisa's childhood in which she was brutally beaten, humiliated, and ultimately raped for several years by a stepfather, created conditions for her to develop profoundly distorted perceptions of interpersonal relationships, human emotions and, even her own body. Lisa, like many survivors of severe sexual abuse, developed a dissociative response to her feelings and body states that stayed with her throughout her life. While this dissociation can protect a child, for instance from the actual sensations of a disturbing rape, it can, if required frequently enough, result in a rupture of the child's developing sense of self, the world and relationships. Lisa's development suffered such distortions and she grew into adulthood with a disconnected sense of her emotions, a tenuous hold on reality, a completely warped view of human relationships, and a split and damaged sense of herself and of her body. These developmental impairments had tragic consequences in this woman's life and the life of those around her.

I will continue to examine data, as it is provided to me, and update you as necessary. Please do not hesitate to contact me if you have further questions.

Thank you.

Sincerely,

Katherine Porterfield, Ph.D.
NY State License Number 014105-1

References

Anda, R. Felitti, V. Bremner, J , Walker, J. , Whitfield , C., Perry, B.,Dube, S. , and Giles, W. (2006) The enduring effects of abuse and related adverse experiences in childhood A convergence of evidence from neurobiology and epidemiology. *Eur Arch Psychiatry Clin* 256 : 174–186.

Beitchman, J. et al., (1992) A Review of the Long-Term Effects of Child Sexual Abuse, *Child Abuse & Neglect* . (16) 101.

Bremner JD (2003) Long-term effects of childhood abuse on brain and neurobiology. *Child Adolesc Psychiatr Clin North Am* 12:271–292.

Cloitre, M., Courtois, C.A., Ford, J.D., Green, B. L., Alexander, P., Briere, J., Herman, J.L., Lanius, R., Stolbach, B.C., Spinazzola, J., Van der Kolk, B., Van der Hart, O. (2012). The ISTSS Expert Consensus Treatment Guidelines for Complex PTSD in Adults. http://www.istss.org.

Cloitre, M., Garvert, D., Brewin, C., Bryant, R., & Maercker, A. (2013). Evidence for proposed ICD-11 PTSD and complex PTSD: A latent profile analysis. *European Journal of Psychotraumatology,* 4.

Cloitre, M., Stolbach, B. C., Herman, J. L., Kolk, B. V. D., Pynoos, R., Wang, J., & Petkova, E. (2009). A developmental approach to complex PTSD: Childhood and adult cumulative trauma as predictors of symptom complexity. *Journal of traumatic stress, 22*(5), 399-408.

D'Andrea, W., Ford, J. D., Stolbach, B., Spinazzola, J., & van der Kolk, B. (2012). Phenomenology of symptoms following interpersonal trauma exposure in children: An empirically-based rationale for enhancing diagnostic parsimony. *American Journal of Orthopsychiatry*, 82, 187–200.

De Bellis MD, Baum AS, Birmaher B, Keshavan MS, Eccard CH, Boring AM, Jenkins FJ, Ryan ND (1999) AE Bennett Research Award. Developmental traumatology. Part I: Biological stress systems. *Biological Psychiatry* 15(45):1259–1270.

De Bellis, MD, Keshavan, M., Clark, D. Casey, BJ, Giedd, J., Boring, A., Frustaci, K, Ryan, N. (1999). Developmental Traumatology Part II: Brain Development, AE Bennett Research Award. *Biological Psychiatry* 15(45):1271-1284.

Driessen M, Herrmann J, Stahl K, Zwaan M, Meier S, Hill A, Os- terheider M, Petersen D (2000) Magnetic resonance imaging volumes of the hippocampus and the Amygdala in women with borderline personality disorder and early traumatization. *Arch Gen Psychiatry* 57:1115–1122

Edwards, V., Holden, G., Felitti, V., and Anda, R. (2003) Relationship Between Multiple Forms of Childhood Maltreatment and Adult Mental Health in Community Respondents: Results From the Adverse Childhood Experiences Study *AM J Psychiatry, 160 (8), 1453-1460.*

Ford, J, Connor, D, Hawke, J. (2009) Complex Trauma Among Psychiatrically Impaired Children: A Cross-Sectional, Chart-Review Study. *J Clin Psychiatry.* 70 (8), 1155-1163.

Frewen, P. & Lanius, R. (2014). Trauma related altered states of consciousness: Exploring the 4-D model. Journal of Trauma and Dissociation. 15: (436-456.).

Herman, J. (1992). Complex PTSD: A Syndrome in Survivors of Prolonged and Repeated Trauma, *J. Traumatic Stress* (5) 377 .

Lanius, U., Paulsen, S., & Corrigan, F. (2014). Neurobiology and Treatment of Traumatic Dissociation: Toward an Embodied Self. Springer: New York.

Malinosky-Rummell, R and Hansen, D. (1993) Long-Term Consequences of Childhood Physical Abuse. *Psychological Bulletin.* 114 (1), 68-79.

Perry et al., (1995) Childhood Trauma, the Neurobiology of Adaptation, and "Use-dependent" Development of the Brain: How "States" Become "Traits." *Infant Mental Health Journal* 16 (4) 271-291).

Plotsky PM, Meaney MJ (1993) Early postnatal experience alters hypothalamic-corticotropin-releasing factor (CRF) mRNA, median eminence CRF content and stress-induced releasing in adult rats. *Mol Brain Res* 18:195–200.

Putnam, F. (2003). Ten Year Research Update Review: Child Sexual Abuse. *Journal of the American Academy of Child and Adolescent Psychiatry,* 42 (3): 269-278.

Teicher, M. (200)Wounds That Time Won't Heal: The Neurobiology of Child Abuse. *Cerebrum: The Dana Forum on Brain Science.* 2(4)

U.S. Department of Health and Human Services (2009), Understanding the Effects of Child Maltreatment on Brain Development, *Child Welfare Information Gateway,* Washington, D.C. (https://www.childwelfare.gov/survey/publications/index.cfm. )

US Department of Justice, Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention, Combating Violence and Delinquency: The National Juvenile Justice Action Plan. 1996.

U.S. Department of Justice, Report of the Attorney General's National Task Force on Children Exposed to Violence. 2012.

Whittle, S, Dennison, M., Vijayakumar, N., Simmons, J., Yu€cel, M., Lubman, D., Pantelis, C., Allen, N. ( 2013) Childhood Maltreatment and Psychopathology Affect Brain Development During Adolescence. *Journal of the American Academy of Child and Adolescent Psychiatry,* 52 (9), 940-952.

**Katherine Porterfield, Ph.D.**
591 10th Street, Suite #1
Brooklyn, NY 11215
New York State License #014105-1


Kelley J. Henry
Supervisor AFPD-Capital Habeas
810 Broadway, Suite 200
Nashville, TN 37203

October 10, 2016

Dear Ms. Henry,

This letter will serve as an addendum to my previous report in this case. Subsequent to my April 22, 2016 report, I have received additional data which confirms and supports my initial clinical conclusions and opinions.

In addition to the materials previously reviewed, I have also reviewed the following:

- Supplemental Declaration of Jan Vogelsang
- Declaration of Linda Baker
- Declaration of Wesley Gann
- Declaration of David Kidwell
- Supplemental Declaration of Carl Boman
- Interrogatory Answers of Judy Kleiner in the divorce case of Kleiner v. Kleiner
- Obituary of Gerald "Shorty" Shipley
- Hand-written note of Lisa Montgomery with the names of two perpetrators

Further, I interviewed Mr. David Kidwell and Lisa Montgomery.

I.   SUMMARY OF ADDITIONAL DATA

A. Interview of David Kidwell

I personally interviewed Mr. David Kidwell via telephone on September 1, 2016. Mr. Kidwell stated that he was a cousin of Lisa Montgomery. He recalled that Lisa had lived with him for a short while when she was a child. Mr. Kidwell lost contact with Lisa and her family for a time. Later, when Lisa's family moved back to Oklahoma, Mr. Kidwell drove down for a visit. Mr. Kidwell, who was in law enforcement at the time, described a feeling of unease when Jack Kleiner and a group of other adult males entered the room. He noticed Lisa physically react to the presence of these men.

1

Mr. Kidwell further described a second visit to Sperry, Oklahoma wherein he noticed a marked change in Lisa's appearance and demeanor. Mr. Kidwell recalled that there was a group of men present at the trailer along with Lisa's stepfather, Jack Kleiner. Mr. Kidwell stated that Lisa appeared "terrified" of the men and situated herself behind him as if for protection. Mr. Kidwell then described how Lisa retreated to the room that had been added on to the trailer. When Mr. Kidwell went to say goodbye to Lisa she was seated on her bed and asked Mr. Kidwell if he really had to leave. He stated that Lisa's "whole demeanor" had changed.

Mr. Kidwell told me that he was very bothered by these interactions and instinctively felt that something was amiss. He returned to Sperry to ascertain just exactly what was going on with Lisa and these men. Mr. Kidwell described his conversation with Lisa. He stated that Lisa disclosed that she had been the victim of extreme, repeated, sexual assaults by these adult males, as many as four at a time. Mr. Kidwell recalled that Lisa reported that these men would force her to submit to anal, oral, and vaginal intercourse. The men would take turns, one after the other. The men would physically punish Lisa if "she wasn't doing it right." As a final humiliation, the men would urinate on Lisa. Mr. Kidwell stated that Lisa begged him not to report the abuse because "Jack would kill her" if she did. Mr. Kidwell expressed regret for his failure to report these events.

Mr. Kidwell described the change in Lisa over the course of her adolescence. He stated that she became "spacy" and "out of it," often seeming to not hear people when they spoke to her, "like she was in another world." He noted that, in her adulthood, while he always was able to get along with her, others in the family could not, due to Lisa's irritability, anger and mood changes. He noted that Lisa was "jumpy" and easily startled in her adulthood. He stated that everyone in the family knew there was "something wrong" with Lisa.

B. Further Interview of Lisa Montgomery

When I became aware of Mr. Kidwell's statement, I asked to speak with him as well as Mrs. Montgomery. I advised the legal team to tell Mrs. Montgomery that I would like to come and speak with her about the information that Mr. Kidwell had reported. It was reported to me that when Ms. Harwell told Lisa that I would be coming to interview her regarding what Mr. Kidwell had reported, Ms. Montgomery disclosed to Ms. Harwell the names of some of the people who raped her by writing them on a piece of paper.

I conducted that interview over a five and one half hour period on September 14, 2016 at the FMC-Carswell in the conference room of the administrative unit where Lisa Montgomery is housed.

Lisa Montgomery was cooperative throughout the interview, though she appeared and stated that she was anxious at various points during the interview. Present in the room were two of Lisa's current attorneys, Amy Harwell and Kelley Henry.

*Confirmation of Mr. Kidwell's report*

2

When I broached the topic of having spoken with Mr. Kidwell, Lisa became tearful and her face flushed red. Lisa stated that "when I told before no one did anything." Lisa's next statement was "no one knows how involved my mom was in all of it." She then stated, "that's how they paid for the new living room."

Over the course of the interview, Lisa elaborated at various points on the information reported by Mr. Kidwell. She explained that when the family added on to the trailer, Lisa was told that she had to engage in sex acts with the plumber, electrician, and other workers. Lisa's mother told Lisa that Lisa had to "pay the bills" by letting these various repairmen engage in sexual acts with her. Lisa stated that her mother would blame Lisa and say things like "you wanted your own room, well you have to pay for it." Lisa was clear that "paying for it" meant "doing whatever [these men] wanted." Lisa recalled one time that after one of these men had sexually assaulted her, Lisa's mother "quit crying." Lisa recalled how one time her mother said "thank you" to her because now "we paid that bill." Lisa stated that one of the men, the plumber whose nickname was "Uncle Shorty" would leave money in her nightstand, because he knew her mother wasn't sharing any of the proceeds with her.

Lisa recalled that when her mother would leave for the grocery store she would take the other children with her, but Lisa had to stay behind with her stepfather, Jack Kleiner. She stated that Jack would bring his friends over and Lisa would have to let them do "whatever they wanted." Lisa would have to "wait on them" and "make them drinks."

Lisa confirmed that at times as many as four men raped her in the same occurrence. Lisa stated that in addition to the anal, oral, and vaginal rapes, the men would also physically assault her in ways that left bruises. Lisa stated that "hitting was allowed." She reported having to wear long dresses and pants to cover bruising on her legs.

Lisa's disclosures came in pieces. She was unable to give a linear, narrative account. Periodically she would report something in the past using the present tense – a common occurrence in individuals who are recounting traumatic events and suggestive of reexperiencing phenomena. She described having nightmares and flashes of memory, but she does not have a clear chronological memory of the events. Throughout the interview, Lisa repeatedly struggled to speak about the sexual violence, saying, "I can't," when asked to describe what had happened. It required several hours to conduct the interview, given Lisa's grave distress when asked to recall the rapes by these men.

*Further information regarding Jack Kleiner's abuse of Lisa*

Lisa stated that abuse by Mr. Kleiner started with Mr. Kleiner forcing her to strip naked as a young girl and then whipping her. Lisa stated that Jack's "favorite thing" was to "make you strip so he could whip you." Lisa stated that she would think about running away but she feared that she would be caught. She said she knew that what would happen when she would be brought back (if she ran away) would be far worse, so she never tried.

Lisa described the night that Judy "found" Jack on top of Lisa. Lisa said that Judy was aware that Jack had been sexually violating Lisa for some time, but she pretended like it was only the other men. Judy pulled a gun and Lisa reportedly still vividly remembers hearing the gun click. Lisa recalls that even though Judy made Jack leave that night, he was allowed to return to the home on Lisa's 16th birthday, two or three days later. Judy ultimately left Jack after Jack punched Patty in the face. Lisa also stated that Judy waited until she had another man (Richard Boman) that she was involved with before leaving Jack.

*Further information about Judy Kleiner's covering up abuse of Lisa*

Lisa spoke about Judy Kleiner's explicit direction to Lisa that she was not to tell others— including a mental health counselor involved with the family during the divorce and the Court itself during the divorce proceeding--about the sexual abuse of her by the other men. Lisa stated that her mother threatened her that if she told the whole story of what had been going on in the Kleiner home that Judy would not get custody of the younger children and that they would all be split up into foster homes. Judy told Lisa to only report what Jack had done and to leave the other men (and Judy) out of the story. Judy told Lisa that the counselor she was seeing would tell Judy everything that Lisa said during counseling sessions. As a result, Lisa followed her mother's instructions and never revealed to her counselor or the court that Lisa had been essentially sexually trafficked by her mother and stepfather. The counselor's records from this time confirm only the report of Jack Kleiner's abuse.

Lisa noted that after the divorce, Lisa's mother would blame Lisa for "everything." The divorce was Lisa's "fault." That Judy had to go to work to provide for the family was Lisa's "fault." Judy "made [Lisa] question what was real or not real." Judy would "twist things" and "blame" Lisa. Lisa heard her mother tell others, including family members, that the sexual abuse from Jack was brought on by Lisa – that Lisa had "stolen" Judy's husband. Lisa said she could not speak up for herself and simply didn't talk about what happened.

Lisa said that she told part of what happened to Carl Boman, but did not tell him everything. She reported feeling helpless because "no one ever did anything when I did tell [about Jack.]"

Lisa stated that for the rest of her life on the outside, Judy would threaten Lisa that Lisa would lose her kids if Lisa ever revealed what Judy had done to Lisa (i.e. selling her daughter for sex). Lisa recalled going with Judy to court in Oklahoma and Judy telling Lisa to "keep your mouth shut or I won't get Hope" (the minor child of Teddy Kleiner).

*Additional clinical information regarding Lisa's mental state*

In the current interview, Lisa reported experiences consistent with dissociation and post-traumatic symptomatology. For example, Lisa reported that when these men were sexually assaulting her she began to "go away" in her mind. She stated that she would "build houses" in her mind and in that way it would be as if what was happening wasn't really happening to her. Lisa described having frequent nightmares of the abuse as a child. She also described having severe headaches.

4

As she described what memories she did have, I observed Lisa to have an involuntary gag reflex. I also noticed tearfulness and trembling. She bit her lip repeatedly. I observed her hands and body shaking. I noticed her neck and face flush red. Lisa reported feeling "sick to her stomach" and feeling "tight inside" during the interview when discussing the rapes.

During the five and half hours of interview, Lisa often returned to the question of "how could my mother have done that to me?" She questioned, "how could a mother who loved her child do that to her?" Lisa continued, "I did everything she asked me to do." Lisa would answer her own question with "maybe she didn't love me" and "I just wasn't lovable." These types of statements reflect Lisa's distorted sense of self stemming from the abuse.

Lisa discussed how she has blamed herself for the abuse over the years. She stated that she often felt like it was her fault. She said, "If I hadn't wanted my own room, maybe I wouldn't have to do these things." Again, her distorted sense of herself as having been responsible for her victimization is noteworthy and consistent with the severe psychological impact of childhood sexual abuse.

Lisa also described feeling out of place as a teenager at school. She stated that school "was a whole different life." She would look at other kids and feel as if she did not "belong" at school because of what her life was at home. This type of statement reflects further distortions in Lisa's developing sense of self and of her relationship to the world—a distortion in which she is damaged and disconnected from others due to her victimization.

Lisa also described an ongoing sense of vulnerability reflected in her continuing vigilance regarding her bodily integrity. In her current cell, she said she can only sleep once the cell door is locked. Once the door is unlocked she wakes up. Also, Lisa states she can have a "normal" father/daughter relationship with her biological father because she is incarcerated and he cannot touch her. She stated that her relationship with her husband Kevin is also better now that she is incarcerated because she doesn't "have to touch him."

Lisa stated that she is able to function much better in prison due to feeling more protected than she ever felt on the outside. She also attributes her improved behavior to her psychotropic medications which help her to think and perceive things more accurately (eg. "know what is real and not real".)

Lisa did say that she still considers suicide, but now goes to her wall and looks at her pictures of her grandchildren. Lisa described two serious attempts at suicide since being in BOP custody. One attempt in June, 2012 was nearly successful. Lisa describes how another inmate entered her cell and punched her in the face multiple times before the inmate was pulled off Lisa. Even though Lisa had done nothing to provoke the attack, she was told she was going to be locked down during the investigation. Lisa said that the fact that she was going to be punished for being attacked was extremely distressing to her. She took over seventy Tylenol and when the officers came to take her to lock her down, she refused. She was cuffed up for hours and only after she started to cough up blood was she taken to the hospital. By the time she reached the

5

hospital she was in liver failure. The discharge summary from the suicide attempt reflects that Lisa was diagnosed with Bipolar Disorder and PTSD by N. Lorenzi, M.D.

## C. Other Collateral Witnesses/Information

*Carl Boman*

I reviewed a declaration from Mr. Carl Boman, Lisa Montgomery's first husband. In this declaration Mr. Boman discloses that he also knew of the adult men sexually aassaultingLisa in her teenage years.. Mr. Boman noted in his declaration that "early in [his] relationship with Lisa" –when she was "likely still 16 years old -- he learned from Lisa that "3 or 4" of Jack's friends had oral, vaginal, and anal intercourse with Lisa. Mr. Boman notes that Lisa was sometimes "tied up" during the sexual assaults by these men. Also he describes that Lisa said "she would go away in her mind and try not to be present" during these rapes. Mr. Boman noted that this was a "secret" [he has] guarded for Lisa since early in their relationship.

*Wesley Gann*

Independent witnesses describe other sexually deviant behavior of Jack Kleiner. Mr. Wesley Gann, a neighbor, recalls Jack Kleiner as volatile, violent, and perverse. Mr. Gann recounts Jack Kleiner standing outside his trailer openly masturbating while observing Mr. Gann's two year-old daughter. Mr. Gann states that Kleiner threatened to kill Mr. Gann and take his daughter as his own.

*Linda Baker*

Linda Baker, whose husband delivered propane to the Kleiner property, states that Judy revealed that Jack Kleiner would peer through the windows to watch young girls change their clothes. Linda Baker also recalls being incredulous when Judy suggested that Lisa had brought on the abuse,asking Judy how in the world a teenage girl could be responsible for the actions of an adult man. Baker describes Lisa as being very frightened during the time she was staying at the Baker home, stating "you would be too if you went through what she went through."

*Corroboration of the alleged perpetrators' presence*

As previously mentioned, Lisa told her attorney, Ms. Harwell, that she "knew some of their names," referring to the men who had abused her. Ms. Harwell reported that though Lisa had not talked with her about the specifics of what had happened, she wrote two names on a piece of paper and gave it to Ms. Harwell. The two names were Gerald Shipley and Harold Alee. Shipley and Alee were both named as male associates of Judy Kleiner in divorce paperwork. Mr. Kidwell noted that the men who made Lisa visibly frightened were "friends" of Jacks who were there when he visited. Shipley's obituary states that his nickname was "Shorty" and that he was a plumber. Teddy Kleiner's declaration, which I had previously reviewed, describes how various repairmen would come to the home and all of the children except for Lisa would be told to go outside while Lisa and her mother stayed inside the trailer.

## II.    CLINICAL OPINION

It is my clinical opinion that the additional information that I have reviewed above further supports and confirms my original conclusions regarding Lisa Montgomery. I stated in my previous declaration:

> *Lisa's clinical presentation and history is consistent with the developmental and emotional impairments of individuals who have experienced severe childhood maltreatment and trauma (Herman, 1992, van der Kolk, 2010). While the multiple diagnoses ascribed to her over the last several years of her incarceration are useful in capturing some of her symptoms (such as depressive thinking, mood instability, behavioral dysregulation, and anxiety), the most comprehensive diagnosis for her condition is complex posttraumatic stress disorder (CPTSD) (Cloitre et al., 2009, Cloitre at al., 2013, D'Andrea et al., 2013).    Individuals with complex posttraumatic stress disorder, a diagnostic category proposed for inclusion in the World Health Organization International Classification of Diseases, 11th version, and arrived at by consensus among a panel of international trauma experts (Cloitre et al., 2012) manifest difficulties in the regulation of multiple emotional, interpersonal, cognitive and behavioral capacities (Cloitre at al., 2009).  Complex traumatic stress is a chronic condition that also likely exacerbates other mental disorders and conditions. Thus, the Bipolar and depressive disorder that is well-documented in Lisa's prison record is likely to have been worsened by the emotional dysregulation that is prominent in her complex traumatic stress condition.*

The additional information regarding Lisa's polyvictimization shows that her victimization was far more severe than what I reported in my initial report. That is, in addition to suffering years of coercive sexual abuse and physical abuse at the hands of multiple perpetrators, she was in fact, trafficked into sexual activity as a young adolescent by her mother and stepfather and forced to engage in sex acts with adult men, sometimes with multiple men. These events are verified by several witnesses, as well as by Lisa herself.

The impact of these violent rapes enacted by multiple perpetrators—and sanctioned and arranged by her own parents—was devastating to Lisa's psychological functioning and development as a young adolescent. In fact, during the interview, some of these symptoms were apparent as Lisa disclosed this information. These symptoms included gagging, blushing, crying, trembling, and staring into space. Also, the additional material reviewed here contains further reports of symptoms manifested by Lisa that are also consistent with her suffering from post traumatic stress conditions throughout her life.  For example, she is described as "jumpy and on edge" as a teenager and later "spaced out" and "in another world" as an adult. To this day, she reports ongoing hypervigilance and preoccupation with being sexually assaulted, particularly by men.  These symptoms, along with Lisa's severely distorted sense of herself and of her relationship to the world, are confirmatory of her post-traumatic condition.

Lisa's severe functional impairments—her emotional dysregulation, her interpersonal distortions, her damaged sense of her body and herself, and her post-traumatic symptomatology – are clearly related to the severely destructive traumatic events she suffered as a child and adolescent at the hands of her caregivers and other abusive adults.

If there is further information that is made available to me that changes or adds to my conclusions, I will provide further documentation of those opinions.

Sincerely,

Katherine Porterfield, Ph.D.
Licensed NY State Psychologist
Senior Psychologist
Bellevue/NYU Program for Survivors of Torture
NYU School of Medicine

## DECLARATION OF DAVID KIDWELL, SR.

I, David Kidwell, Sr., being of lawful age and a resident of Osage County, KS, declare the following:

1. I am Lisa Montgomery's first cousin. My mother, Ann, was Judy's sister. I am about 6 years younger than Judy was. I grew up with Judy because after my real father abandoned me we lived with my grandfather and grandmother.

2. I love living on the farm but Judy did not. She wanted to get out and see the world. My grandparents were very strict. When Judy was young we laughed and played and got along really well. As she got older, something changed in Judy and she became different. She didn't want to follow all of the rules that my grandparents had and they had a hard time with her. Judy's moods changed a lot and she became very promiscuous. I remember one time that Judy took me into Manhattan and we went to an older man's apartment. Judy went into the back bedroom with the man. I assumed they were having sex. I heard a knock on the door and opened it to find my grandfather. He told me to go get in the car and he went to get Judy out of there. Looking back on it now, I really think that Judy was bipolar. Of course back then we didn't know that word. I just knew she had these mood swings.

3. Judy got in with the wrong crowd and just started acting different. She wasn't the fun little girl that I remembered growing up with. She got with these men who were really abusive to her. Lisa's father was very abusive to Judy. Really all of Judy's husbands until Danny were abusive to Judy.


DK

1

B-251

4. I knew Jack Kleiner before Judy ever met him. I knew him from Manhattan, KS. He worked in a salvage yard and I would go in there to buy parts from him. He would be drunk at work. He was the sort of guy who was a real know-it-all and he always wanted you to know he knew more than you did. I never liked him. I really don't understand why Judy married him, but then I don't understand why women stay with men who abuse women.

5. Jack was very controlling of everyone, including Judy. Judy couldn't go to the store without asking permission. He really didn't like her to go anywhere without him being there. I would come over for visits and I would hear him talk so bad to her and call her terrible names. He would say things like "you stupid bitch, go get me a beer." One time I said, "why can't you get your own beer?" Jack said, "that' what I've got her for."

6. You could tell that Judy was very afraid of Jack. She just wasn't the Judy that I played with as a child. One time when she came up to Topeka she had a black eye. I asked her where she got it and she made up some excuse. I told her "I know damn good and well where you got that." I don't know why she married that man. I tried to convince her to leave him. I told her that I would help her pack up all of her things and the kids and I would give her a place to live. Judy was too afraid to leave. She said he would hurt her and the kids if she tried to leave. Jack just had so much control over Judy.

7. When Lisa was a little girl, she came and lived with me for a while. Her sister Patty did one time too. Lisa was so happy and talkative when she lived with me. She didn't give me any problems. I loved all of Judy's kids. After that Judy and Jack left the area for a while and moved around a lot. I didn't see them for a long time.


DK

2

8.  I will never forget how I learned that Jack had been abusing Lisa. I had come down from Kansas for a visit. This was the first time I had been to see them since Lisa had been little. They were living in Sperry in the trailer that had the add on room where Lisa stayed. Judy, the kids and I were just sitting in the living room visiting. Then Jack came in with four of his friends. They had been off to a side room drinking beer. I did not know the men, I just knew that they were older. They came into get another beer. Everything about Lisa totally changed. You could tell that something was wrong with these guys and she was afraid. It bothered me, but I couldn't quite place what was wrong. It was a long drive back home and I had to leave. It bothered me to leave.

9.  I went back down a month or two later and this time Lisa's whole demeanor was different. It was like night and day from what she had been when she was little. She was very quiet. She was nervous and jumpy. The slightest noise would startle her. She was constantly looking around. Eventually Lisa got up and went to her room. I was really bothered by what I was picking up on. I asked Judy what was wrong and she said "Oh Lisa is just having a bad day." It seemed like more than that to me. This time Jack was there with three other men. These three had been there on the visit before. When they came into the room and saw me, Lisa just got behind me. They said that they were just coming to get a beer. I could tell that Lisa was terrified of them. But nobody said anything.

10. Eventually Lisa went back to her room. When it came time to leave, I went to Lisa's room. She was just sitting on her bed. I told her we were leaving. I could tell she didn't want for me to go. She had the saddest look in her eyes. She looked up at me and said,


DK

3

"Do you have to?" I said, "Yes, sweetie, I've gotta get back home." She just looked down and said, "Ok. Bye."

11. After I got back to Kansas, Lisa's reaction to those men just kept eating at me. I was in law enforcement at the time and had also worked at the Topeka State Hospital. My training and instincts told me something was not right. I decided to go back down and ask Lisa what was wrong. I drove back down to Oklahoma like I was just coming for a visit. I got Lisa off to the side and said, "Lisa, what is wrong? Is somebody hurting you?" She said, "Can we go somewhere?" I said "Sure, let's go get a coke."

12. Before Lisa would agree to tell me anything she made me promise to never tell a soul. She said that "He (meaning Jack) said he would kill me if I ever told anyone." She also said that Jack threatened the rest of the family if Lisa ever told. I promised her I would never tell. I was not prepared to hear what she was about to tell me.

13. Lisa told me that those men and Jack raped her. The rapes were anal, oral, and vaginal. She said it was over and over, one man right after the other, and went on for hours. They were also physically violent. They would beat and slap her if she was "doing it wrong." When they were done, they urinated on her like she was trash. I asked Lisa if these men did this to her just one time and she said no. It happened a lot of times. I was horrified. I wanted to go and beat the living daylights out of Jack right then. I told Lisa that she needed to tell the police. She said that she couldn't. She was terrified that Jack would kill her. I knew she had reason to believe that. Jack was a ruthless person and a mean drunk. I had seen the bruises on Judy, I knew what a drunk Jack was, and if he would do all these things it wasn't a stretch to believe that he was capable of killing


DK

4

Lisa. I didn't have any law enforcement contacts in Sperry.  Sperry was a just a little rural town and I know how those places work. I couldn't protect her from Jack down there. If it had been in my jurisdiction it would have been a whole different story.  I was afraid for Lisa and I had given her my word. I was sick to my stomach and heartbroken. But I dropped Lisa back at home and went back to Kansas.  I did not visit them again until after Judy left Jack which was many months later.

14.   I was afraid of what I might do if I ever saw Jack again. I live with regret for not speaking up about what happened to Lisa. I wonder if I had if all of this could have been prevented. I just didn't know what to do.

15. I could tell that Lisa was telling me the truth. The way she acted around those men and the graphic way she told me what they had been doing. She was crying and shaking when she told me the story.  She wasn't making it up.

16. Lisa was never the same after this.  She wasn't the happy kid who had lived me with. She was edgy and irritable. Her moods would change quickly. She would just go off on people.  She would get really spacey.  People would try to get her attention and it was like she just didn't hear them. They would have to yell to get her attention and then when she finally noticed them she would get really angry and say "why are you yelling at me."

17. Lisa's relationship with Judy changed after this. Before they had a mother/daughter relationship.  After it happened, they would be real irritated and agitated with each other.


DK

5

B-255

18. At family reunions people would comment that Lisa was "nuts" and "crazy." She would be irritable with other family members, but not with me. We had this bond. I never broke my word to her.

19. I remember Lisa and her mother getting into an argument the summer before this crime happened. It was over Lisa saying she was pregnant. Judy and Lisa were so angry with each other. They called each other awful names and Lisa stormed out. Judy looked at me and said she just didn't understand what was wrong with Lisa that she would keep saying she was pregnant. I said, "Why can't you just leave it alone. We know she can't have kids, why do you have to keep rubbing salt in old wounds."

20. I remember testifying at Lisa's trial. I was surprised at how few questions the attorney asked me. It seems like it took longer to swear me in than for my testimony. I had spoken to someone on Lisa's defense team many months before the trial, but that wasn't the lawyer who was asking me questions in court. I told them a lot of what is in this declaration, but not the graphic details. It seems like they didn't spend that much time with me. I thought that I was going to be asked these questions in court. I was willing to testify to all of this information. It bothered me that the lawyer didn't ask me these questions.

21. I believe in the death penalty and I believe that Lisa should pay the price for what she did. I just don't think that she deserves the death penalty because I know what she went through and I know that she could not have been in her right mind when this happened. The Lisa I knew and took care of as a little girl, would never do anything like this. After Jack and his buddies did what they did to her, she changed.

DK

6

I declare under penalty of perjury and the laws of the United States that the foregoing is
true and correct to the best of my information and belief.

Dated this 3rd day of September, 2016 in Topeka, Shawnee County, Kansas.


David Kidwell, Sr.

DK

7

# DECLARATION OF LINDA BAKER

I, Linda Baker, being of lawful age and a resident of Osage County, Oklahoma, declare the following:

1. My name is Linda Baker. My husband and I knew Judy and Jack Kleiner. My husband, who is now deceased, delivered propane for a living. He met Jack Kleiner delivering propane. Then I met Judy. Judy then brought the kids around.
2. I remember the day that Judy caught Jack raping her oldest daughter, Lisa. She told me about it. She told me that she heard a noise and went out and found Jack on top of Lisa. She told him to get out and he wouldn't. So she went and got a shotgun and put it to his head but it didn't go off.
3. Judy told me that she caught Jack peeping through the windows at the girls who would come over to the house to visit Lisa and also at his own daughters. He would watch them dress and undress. Judy hid in the closet and caught him doing it.
4. Judy brought the girls to stay with my husband and me after she discovered Jack raping Lisa.  The girls were very scared. You would be too if you knew what they went through. Lisa told her mom that it had been going on for years. Judy didn't want to believe her. Then she said well maybe Lisa caused it. I told her "how can a child cause a grown man to do such a thing."
5. Jack had them out in the country kind of in his own little kingdom. They were isolated. They could have screamed and the neighbors probably wouldn't have heard them.
6. I can imagine that Judy would be the type of person who wouldn't want Jack to go to prison. She would have wanted to take care of things herself.
7. Judy moved in with Richard Boman. She came and got the girls and they moved in with Judy and Richard.
8. I did not have much contact with them after that. They just disappeared and I hadn't heard about them until Lisa's lawyer called me.
9. The above statement was read out loud to me by Kelley Henry.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Dated this 18th day of August, 2016 in Sand Springs, Oklahoma.


Linda Baker