# SUMMARY of conclusions

Lisa Montgomery's childhood and adolescent experiences as a victim of severe trauma, abuse and neglect led to massive and pervasive impairments in her biopsychosocial functioning and capacities.

These impairments are well researched to be present in those who suffer unremitting, severe victimization as children.

Lisa Montgomery suffers from severe and chronic post traumatic stress (Clinically labeled: Complex PTSD), Bipolar Disorder and severe dissociative symptomatology.

# Methodology: Multiple sources of data

- 1. Data regarding Lisa Montgomery's history and development
  - -Voluminous records
  - -Declarations of witnesses
  - Interview of witness
  - -Other expert testimony
  - -Reported by Mrs. Montgomery

- 2. Data regarding Lisa Montgomery's clinical conditions
  - -Records of her functioning
  - -Witnesses descriptions of her functioning
  - -Clinical observations from interview

# Scientific basis of the analysis of the data regarding Lisa Montgomery

- Normal child development literature
- ACE Studies
- Neurobiological science regarding childhood traumatic stress
- Clinical experience with traumatized populations
- Clinical literature regarding PTSD and Complex PTSD

# NORMAL CHILD DEVELOPMENT

# The primary task of normal child development:

*BIOPSYCHOSOCIAL REGULATION*

Learning to control and regulate oneself in relation to one's body, feelings, thoughts, relationships to others and the world, and sense of self.

# Children grow to be able to regulate themselves:

Through parental/caregiver responsiveness

Through a predictable, nurturing environment

Through experiencing body safety and feeling increased ability to control selves (toileting, impulses, feeding, language)

Through some of their innate neurophysiological capacities

# What if the child's environment is not a source of safety, but a source of threat, humiliation, unpredictability, and terror?

# Then the child adapts…

*“Survival coping”*

-- helps the child manage the stress of the environment

--later causes problems in normal situations

Ex: Lisa “daydreams” with duct tape over her mouth

- .

# Survival coping and brain changes in traumatized children

-NEUROCHEMICAL

-NEUROENDOCRINE

-NEUROANATOMICAL

# Childhood traumatic stress and brain changes

Extensive body of empirical literature that shows changes in neurobiology of traumatized children:

- Brain's chemical messengers (*Neurotransmitters*) have been shown to be underactivated and overactivated in stressed children (DeBellis et al., 1999, Bremner, 2003, Nemeroff et al, 2013).
- Brain's stress response chemicals (*Neuroendocrine system)* have been shown to have alterations due to early stress in children. (Plotsky and Meaney, 1992, Ladd, 1996, Teicher, 2000, Heim et al., 2010.)
- Brain's actual structures (*Neuroanatomy)* been shown to have structural abnormalities in stressed/maltreated children. ( DeBellis, 1999, Driessen, 2000, Bremner, 2003, Teicher et al., 2013)

# At what point in the child's development does this matter?

- Throughout childhood and adolescence
- "What fires together, wires together"
- Frontal lobe (Planning, impulse control, reasoning) and Limbic system (controls emotional responses) not fully developed until *adolescence*. Both can be impacted through adolescence by experiences.

# How do those brain changes affect their functioning?

# Adverse Child Experiences (ACE) Study

17,337 adult HMO members

A “normal” community sample

Assessed 10 childhood adverse events:

-ABUSE: Emotional, physical, sexual abuse

-HOUSEHOLD DYSFUNCTION: substance abuse, mental illness, mother treated violently, incarcerated household member, parental separation or divorce

NEGLECT: emotional, physical

Then, looked at health outcomes in the sample

# FINDINGS from ACE: DOSE-response to stressors

Risk of EVERY negative outcome increased in a graded fashion as the ACE score increased:

- Mental health disturbances: Panic, depression, anxiety, hallucinations
- Somatic disturbances: sleep problems, obesity, multiple somatic sx
- Substance use and abuse
- Sexuality: early intercourse, promiscuity, sexual dissatisfaction
- Impaired memory of childhood
- High perceived stress, difficulty with anger, risk of perpetrating intimate partner violence

# Lisa Montgomery: ACE score

- 9 out of 10 ACE events:
  - Emotional abuse
  - Physical abuse
  - Sexual abuse
  - Parental substance abuse
  - Parental mental illness
  - Mother treated violently
  - Parental separation or divorce
  - Emotional neglect
  - Physical neglect

# Lisa Montgomery’s clinical condition

# PTSD – A disorder of memory and arousal

"Fear Network": Systems in our body that tell us we are in danger—physical responses get activated (heart, respiration, muscle tone, perspiration, etc.)

This fear network in our brain and nervous system gets "linked" to the memory of the trauma.

Remembering means being AFRAID.



# Posttraumatic Stress Disorder(PTSD) DSM V Criteria

*Criterion A:* **Exposure** to event(s)

*Criterion B:* ***Intrusive reexperiencing***

*Criterion C:* ***Avoiding thoughts and feelings and reminders***

*Criterion D:* ***Negative changes in thoughts or mood***

*Criterion E:* ***Alterations in arousal/reactivity***

# What about when the trauma is ongoing, pervasive and inescapable?

# “Complex” post-traumatic stress

-Polyvictimization--by caregivers and others who you should be able to trust

-Captivity – “learned helplessness”

-Chronic and unremitting

# Multiply traumatized children develop "complex" PTSD because they experienced:

*Prolonged states of fear* *ed caregivers*
*at the hands of…*

THUS, they develop within a context of disordered threat detection and arousal (PTSD) *as well as* disordered attachment and sense of self.

# Complex post-traumatic stress

- FIRST: the sx of PTSD:
  - Re-experiencing
  - Avoidance
  - Sense of threat

- PLUS: Symptoms of disrupted self-organization
  - Affective dysregulation
  - Negative self concept
  - Interpersonal disturbances

# RISK FACTORS IN LISA'S CHILDHOOD

Sexual Abuse

Physical Abuse

Emotional Abuse

Neglect

Parental Loss and Separation

Violence in the Home

Substance Abuse

Mentally Ill Parent

Multigenerational Patterns of Child Objectification, Abduction, and Abandonment

# Risk Factors: Sexual Abuse

- Gang rapes/trafficking
- Jack rapes of LM
- Diane’s rape with LM there
- Jack physical punishment with nudity

# Risk Factor: Physical Abuse

- Cold showers for bed wetting
- Whippings with belt, cords, hangers
- Judy beating Lisa with hairbrush
- Beaten with a broom by Jack
- Being beaten by men during rape

# Risk Factor: Emotional Abuse

- Ongoing environment of disparaging, degrading the children
- Diane being threatened with and then ultimately removed from the home
- Watching Diane being put out on the porch in the cold
- Jack threatening rape of Patty
- Jack threatening to kill family
- Cutting Lisa's hair
- Blaming Lisa for sexual abuse
- Allowing Jack back into the house
- Sending Lisa away after the sexual abuse

# Emotional Abuse (Contd)

- Judy publically humiliating Lisa by telling others sexual abuse was Lisa's fault
- Judy's lack of empathy for Lisa
- Judy killing the family dog
- Siblings forced to assault each other with 2 x 4s
- Leaving Lisa alone at home to be raped by Jack and other men

# Neglect: Emotional and Physical

- Absence of nurturance, support, emotional connection
- Poverty: Lack of resources, clothing
- Leaving Lisa in high chair for prolonged periods
- Not changing Lisa’s diapers
- Lisa and Patty with lice and scabs

# Risk Factor: Parental Loss/Separation

- John Patterson-kidnapping the children
- John Patterson abandoning Lisa

# Risk Factor: Violence in the home

- Judy and John Patterson's violence with each other
- Judy's violence with boyfriends
- Jack's violence against Judy
- Kids having to fight each other
- Jack's assaulting Lisa and her siblings

# Risk Factor: Substance Abuse

- John Patterson
- Judy Kleiner
- Jack Kleiner
- Siblings
- Parents' friends

# Risk Factor: Multigenerational patterns of child objectification, abduction, and abandonment

- Lisa's paternal grandfather kidnapped her father
- Lisa's maternal grandfather's family abducted his children
- Lisa's father absconded with her and her sister
- Judy frequently threatened Lisa and Lisa's brother with removing their children from the home
- Carl and Judy took children from Lisa
- Multiple intra-family threats of "taking" each other's children
- Lisa sexually trafficked as a child to adult men

# Risk factor: Mentally Unstable Parents

- John Patterson: PTSD from Vietnam, depression, didn't trust himself to be around his children
- Judy: promiscuity, alcohol use, labile, physically assaultive
- Jack Kleiner: promiscuity, alcohol use, labile, physically assaultive

# Psychological effects on Ms. Montgomery of her childhood and adolescence

# Massive detrimental impact of trauma on almost all aspects of her functioning and development

- Emotional dysregulation
  - Children's and husbands' descriptions
  - Mr. Kidwell description
  - Own description
- Distorted/damaged sense of self
  - Damaged
  - Only good for babies
  - My fault
  - Must have wanted it if I wanted a room
  - Unlovable
  - Body as confusing

# Massive detrimental impact of adverse life events on almost all aspects of her functioning and development (contd.)

- Distorted perception of interpersonal relationships
  - Source of threat
  - Source of coercion
  - Source of silencing/annihilation
  - Source of destruction of autonomy and reality
- Dissociation

# *Dissociation: Altered consciousness*



# Dissociation

1. A lack of integration of mental/bodily systems

-Makes memories vulnerable to degradation, manipulation, fragmentation.

-Impairs reality testing

2. An altered consciousness

-Anesthetizes pain and distress

3. A defense mechanism

-Decreases horror

-Changes reality

# Why do children dissociate?

Pain is too much

Horror is too much

So the brain releases

anesthetizing chemicals

These chemicals decrease:

Pain

Sensory experiences

Consciousness

# Other experts' opinions

- Dr. Martell— "willing participant"
- Dr. Dietz— "whether sexual contact was willing or not"; "compromising position"

BOTH of these formulations essentially erase the most powerful disease-inducing, toxic factors in her life and therefore lead to spurious conclusions regarding her subsequent functioning.

Disease-inducing aspect of rape at age 14 for two years—informs her behaviors, thoughts, feelings, interpersonal and self capacities.

# References


Anda, R. Felitti, V. Bremner, J , Walker, J. , Whitfield , C., Perry, B.,Dube, S. , and Giles, W. (2006) The enduring effects of abuse and related adverse experiences in childhood: A convergence of evidence from neurobiology and epidemiology. *Eur Arch Psychiatry Clin* 256 : 174–186.

Bremner JD (2003) Long-term effects of childhood abuse on brain and neurobiology. *Child Adolesc Psychiatr Clin North Am* 12:271–292.

Cloitre, M., Garvert, D, Brewin, C., Bryant, R., & Maercker, A. (2013) Evidence for proposed ICD-11 PTSD and complex PTSD: a latent profile analysis. *European Journal of Psychotraumatology,* 4: 1-12.

D'Andrea, W., Ford, J. D., Stolbach, B., Spinazzola, J., & van der Kolk, B. (2012). Phenomenology of symptoms following interpersonal trauma exposure in children: An empirically-based rationale for enhancing diagnostic parsimony. *American Journal of Orthopsychiatry*, 82, 187–200.

De Bellis MD, Baum AS, Birmaher B, Keshavan MS, Eccard CH, Boring AM, Jenkins FJ, Ryan ND (1999) AE Bennett Research Award. Developmental traumatology. Part I: Biological stress systems. *Biological Psychiatry* 15(45):1259–1270.

De Bellis, MD, Keshavan, M., Clark, D. Casey, BJ, Giedd, J., Boring, A., Frustaci, K, Ryan, N. (1999). Developmental Traumatology Part II: Brain Development, AE Bennett Research Award. *Biological Psychiatry* 15(45):1271-1284.

Driessen M, Herrmann J, Stahl K, Zwaan M, Meier S, Hill A, Os- terheider M, Petersen D (2000) Magnetic resonance imaging volumes of the hippocampus and the Amygdala in women with borderline personality disorder and early traumatization. *Arch Gen Psychiatry* 57:1115–1122

Edwards, V., Holden, G., Felitti, V., and Anda, R. (2003) Relationship Between Multiple Forms of Childhood Maltreatment and Adult Mental Health in Community Respondents: Results From the Adverse Childhood Experiences Study *AM J Psychiatry, 160 (8), 1453-1460.*

Ford, J, Connor, D, Hawke, J. (2009) Complex Trauma Among Psychiatrically Impaired Children: A Cross-Sectional, Chart-Review Study. *J Clin Psychiatry.* 70 (8), 1155-1163.

Hawkins, J.D., Herrenkohl, T.I., Farrington, D.P., Brewer, D., Catalano, R.F., Harachi, T.W., & Cothern, L. (April 2000). Predictors of youth violence. Juvenile Justice Bulletin. U.S. Department of Justice, Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

Heim, C., Shugart, M., Craighead, WE, Nemeroff, CB. (2010). Neurobiological and psychiatric consequences of child abuse and neglect. *Developmental Psychobiology. 52: 671-690.*

Ladd CO, Owens MJ, Nemeroff CB (1996) Persistent changes in corticotropin-releasing factor neuronal systems induced by maternal separation. *Endocrinology* 137:1212–1218 .

Malinosky-Rummell, R and Hansen, D. (1993) Long-Term Consequences of Childhood Physical Abuse. *Psychological Bulletin.* 114 (1), 68-79.

Nemeroff, CB. & Seligman, F. (2013). The pervasive and persistent neurobiological and clinical aftermath of child abuse and neglect. *Journal of Clinical Psychiatry.* 74L 10.

Perry et al., (1995) Childhood Trauma, the Neurobiology of Adaptation, and “Use-dependent” Development of the Brain: How “States” Become “Traits.” *Infant Mental Health Journal* 16 (4) 271-291).

Plotsky PM, Meaney MJ (1993) Early postnatal experience alters hypothalamic-corticotropin-releasing factor (CRF) mRNA, median eminence CRF content and stress-induced releasing in adult rats. *Mol Brain Res* 18:195–200.

Schauer, M. & Elbert, T. (2010). Dissociation following traumatic stress: Etiology and treatment. *Journal of Psychology.* 218 (2), 109-127.

Teicher, M. (2000)Wounds That Time Won’t Heal: The Neurobiology of Child Abuse. *Cerebrum: The Dana Forum on Brain Science.* 2(4)

Teicher, M., Anderson, S., Polcari, A, Anderson, C., Navalta, C., & Kim, D. (2003) The Neurobiological Consequences of Early Stress and Child Maltreatment. *Neuroscience and Biobehavioral Reviews,* (27) 33-44.

U.S. Department of Health and Human Services (1993), National Center for Health Statistics, *Survey of Child Health,* Washington, D.C.

U.S. Department of Health and Human Services (2009), Understanding the Effects of Child Maltreatment on Brain Development, *Child Welfare Information Gateway,* Washington, D.C. (https://www.childwelfare.gov/survey/publications/index.cfm. )

US Department of Justice, Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention, (Michael Shader) Risk Factors for Delinquency: An Overview. 2001.

US Department of Justice, Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention, Combating Violence and Delinquency: The National Juvenile Justice Action Plan. 1996.

U.S. Department of Justice, Report of the Attorney General's National Task Force on Children Exposed to Violence. 2012.

Whittle, S, Dennison, M., Vijayakumar, N., Simmons, J., Yucel, M., Lubman, D., Pantelis, C., Allen, N. ( 2013) Childhood Maltreatment and Psychopathology Affect Brain Development During Adolescence. *Journal of the American Academy of Child and Adolescent Psychiatry,* 52 (9), 940-952.

UNIVERSITY OF PENNSYLVANIA - SCHOOL OF MEDICINE
Curriculum Vitae

Date: August 2016

Ruben C. Gur, Ph.D.


OFFICE ADDRESS: Brain Behavior Laboratory
Department of Psychiatry
10 Gates Building
University of Pennsylvania
Philadelphia, PA 19104-4283
gur@upenn.edu
Tel: (215) 615-3604
Fax: (215) 662-7903


EDUCATION:

| | | |
|---|---|---|
| 1967-70 | B.A. | Hebrew University of Jerusalem |
| 1970-71 | M.A. | Michigan State University |
| 1971-73 | Ph.D. | Michigan State University |
| 1973-74 | | Postdoctoral Fellowship, Stanford University |

POSTGRADUATE TRAINING AND FELLOWSHIP APPOINTMENTS:

| | | |
|---|---|---|
| Doctorate: | 1971 | NIMH<br>Summer Traineeship, Psychiatric Clinic<br>Oakland County Juvenile Court<br>Pontiac, Michigan |
| | 1971-72 | Psychology Internship, Psychiatric Clinic<br>State Prison of Southern Michigan<br>Jackson, Michigan |
| | 1972-73 | Psychology Internship, Counseling Center<br>Michigan State University<br>East Lansing, Michigan |
| Postdoctorate: | 1973-74 | Research Associate, Department of Psychology<br>Stanford University, Stanford California |
| | 1974-76 | Postdoctorate supervised clinical experience<br>Department of Psychiatry<br>University of Pennsylvania |

MILITARY SERVICE: 1965-67 Israeli Defense Forces

FACULTY APPOINTMENTS:

1974-81 Assistant Professor

Department of Psychology
University of Pennsylvania
Philadelphia, PA

1981-84 Research Associate Professor of Psychology in Neurology and Psychiatry
University of Pennsylvania School of Medicine

1984-88 Associate Professor of Psychology with Tenure in Psychiatry, Neurology and Radiology
University of Pennsylvania School of Medicine

1988-Present Professor of Psychology with Tenure in Psychiatry, Neurology and Radiology
University of Pennsylvania School of Medicine

HOSPITAL AND ADMINISTRATIVE APPOINTMENTS:

1974-81 Supervisor, Clinical Training Program
Department of Psychology
University of Pennsylvania

1982-84 Director of Neuropsychology
Department of Neurology
The Graduate Hospital

1984-Present Director of Neuropsychology and the Brain Behavior Laboratory
Department of Psychiatry
Hospital of the University of Pennsylvania

2005-Present Director of the Center for Neuroimaging in Psychiatry
Department of Psychiatry
Hospital of the University of Pennsylvania

2005-Present Staff Psychologist
Philadelphia Veterans Administration Medical Center

BOARD SPECIALTY CERTIFICATION:
Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

LICENSURE: Licensed Psychologist, Commonwealth of Pennsylvania
Lic. #PS002389L

AWARDS, HONORS AND MEMBERSHIP IN HONORARY SOCIETIES:

Erickson Award for Scientific Excellence for Writing in Hypnosis - 1976

Member, Sigma Xi
Elected to Fellow status, National Academy of Neuropsychologists, 1986
Elected to Fellow status, American Psychological Association, Divisions 6 & 30, 1987
NAMI Stephen V. Logan Award, 1990
Elected to Fellow status, The Association for Psychological Science, 1992
Brain & Behavior Research Foundation - Distinguished Investigator Award - 2007
Brain & Behavior Research Foundation - Lieber Prize for Outstanding Achievement in Schizophrenia Research – 2009 (with Raquel E. Gur, MD, PhD)
American Psychological Association George A. Miller Award - 2009

MEMBERSHIP IN PROFESSIONAL AND SCIENTIFIC SOCIETIES:

American Psychological Association, FELLOW ; Association for Psychological Science, FELLOW; American College of Neuropsychopharmacology, FELLOW; The John Morgan Society; American Association for the Advancement of Science; International Neuropsychological Society; National Academy of Neuropsychologists; International Society for Neuroimaging in Psychiatry

EDITORIAL/ADVISORY POSITIONS:

Member, NIH Study Sections: Clinical Neuroscience and Biological Psychopathology (1993-1996); Neural Basis of Psychopathology, Addictions and Sleep Disorders (NPAS) (2004-2008); NIH Distinguished Editors Panel, BBBP - Biobehavioral & Behavioral Processes IRG (2009); Adult Psychopathology and Disorders of Aging (2013-2017 – presently)
Editorial Board: Archives of Clinical Neuropsychology (1985-1997), Journal of Mental Imagery (1984-present), Brain and Cognition (1989-present), Brain and Language (1990-present), Brain Imaging and Behavior (1994-present; founding member), Social Neuroscience (founding member), Schizophrenia Research (2004-present)
Action Editor: Brain and Cognition (2002-present)
Advisory Board: The Greenwall Initiative on Imaging and Treating the Human Brain: Ethical and Social Implications. The Center for Bioethics, University of Pennsylvania; Institute for Strategic Threat Analysis and Response (ISTAR), University of Pennsylvania, (2002-), The Conte Center on the Neurobiology of Suicide, Columbia University (J Mann, MD, PI), Boston Center for Intervention Development and Applied Research (CIDAR is a NIMH-sponsored program project, "Vulnerability to Progression in Schizophrenia"; NIMH workgroup on harmonization of neurocognitive measures in prodrome studies.
Advisor, DSM-5 Work Group on Diagnostic Instrument (2011-2013)

ACADEMIC COMMITTEES AT THE UNIVERSITY OF PENNSYLVANIA:

| | |
|---|---|
| 1975-1977 | Admissions Committee, Psychology Department |
| 1984-1994 | Research Committee, Psychiatry Department |
| 1984-1987 | Computer Task Force, Psychiatry Department |
| 1984-1988 | Chairman's Council for Planning and Development, Psychiatry Department |
| 1990-1992 | Senate Committee on Academic Freedom and Responsibility, Penn |
| 1996-1998 | Search Committee for Chair of Radiology |
| 2000-2002 | Search Committee for fMRI Physicist |
| 2002-Present | Steering Committee Center for Functional Neuroimaging |
| 2002-Present | Project Development Committee Center for Functional Neuroimaging |
| 1999-Present | University Scholars Council |

2011-2012 Search Committee for Chair of Radiology
2012- 2013 Neuroscience of Behavior Initiative Search Committee
2013- Present Steering Committee for the Center for Biomedical Image Computing and Analytics
2014- Present Committee to evaluate Center for Cognitive Neuroscience

MAJOR TEACHING & CLINICAL RESPONSIBILITIES AT THE UNIVERSITY OF PENNSYLVANIA:

A. Teaching:
1. Co-founder and Advisor, Biological Basis of Behavior Undergraduate Major program
2. Supervisor of postdoctoral Fellows and doctoral students (NIMH T32 Training Grant)
3. Member of dissertation committees
4. Rounds and teaching conferences for Psychiatry residents and Neuropsychology Fellows (HUP and VAMC)
5. Supervisor of undergraduate Honors theses
6. Co-Founder and Mentor, International Research Training Grant (IRTG 1328) between University of Pennsylvania and the Jülich-Aachen Research Alliance, Germany

B. Clinical:
1. Director of Neuropsychology, Department of Psychiatry, Hospital of the University of Pennsylvania
2. Supervisor of interns and practicum students in neuropsychology.
3. Director of Forensic Neuropsychiatry Center, Hospital of the University of Pennsylvania
4. Psychologist, Philadelphia Veterans Administration Medical Center

PRESENTATIONS & LECTURES BY INVITATION: (Outside Philadelphia, Past 5 years, partial list)

December 5, 2011 "Adolescent Brains: The Constancy of Change" ACNP 50th Annual Meeting, Waikoloa, Hawaii.

January 6, 2012 "Neuroimaging genomics: A new agenda for neuropsychology" Grand Rounds at Columbia University, Department of Psychiatry, New York, New York.

June 20, 2012 "Integrating Diverse Datasets to Understand Development: The Philadelphia Neurodevelopmental Cohort (PNC)" Special Invitation, National Institutes of Mental Health, Bethesda, Maryland.

September 4, 2012 "A Lab Rat in the Courtroom? When Neuroscience Weighs in on Life or Death" Law and Neuroscience Speaker Series, Fordham Law School, New York, New York (they asked for the same title).

September 24, 2013, "A Lab Rat in the Courtroom? When Neuroscience Weighs in on Life or Death" Law and Neuroscience Speaker Series, Fordham Law School, New York, New York (they asked for the same title).

September 26, 2013, "Neuroscience in the Courtroom: Too Early, Too Late, or Just in Time?" Brain Matters: Neuroscience in Criminal Law and Policy Colloquium, Loyola University,

Chicago, Illinois.

January 6, 2014, "Neuroscience of violence: Integration of neuroimaging with genomics". Aachen University, Department of Psychiatry and Psychotherapy, Aachen, Germany.

January 12, 2014, "Functional neuroimaging of emotion regulation systems in psychosis". Tel Aviv University, Department of Psychiatry, Tel Aviv, Israel

March 4, 2014, "The Cognition battery for NASA research", NASA Twins Investigators Working Group, Houston, Texas.

May 10, 2014, "A dimensional approach to psychopathology: Results from 9500 youths from the Philadelphia neurodevelopmental cohort", Society of Biological Psychiatry, New York, New York.

May 10, 2014, "Age Effects and sex differences in structural and functional brain organization enabling the development of executive functions: Evidence from the Philadelphia neurodevelopmental cohort", Society of Biological Psychiatry, New York, New York.

May 22, 2014, 1. Cao H, Benus S, Gur RC, Verma R, Nenkova A. "Prosodic cues for emotion: analysis with discrete characterization of intonation." Proceedings of the International Conference on Speech Prosody, Dublin, Ireland, p 130-134.

May 29, 2014, "Neurocognitive functioning in the prediction of suicide in Servicemembers". Army STARRS Scientific Advisory Board Meeting, Ann Arbor, Michigan.

June 19, 2014, "Structural and functional brain abnormalities in 22q11.2 deletion syndrome", 9th Biennial International 22q11.2 DS Meeting, Mallorca, Spain.

August 15, 2014, "Neuroscience transition into big science: A personal journey", International Symposium on Updates in Psychosis, Sao Paolo, Brasil.

November 6, 2014, "From Neuroscience to Big Science: Neuroimaging genomics is a long journey, might as well enjoy the scenery", UCSF, San Francisco, California.

November 8, 2014, "Multimodal imaging in a population-based sample: Developmental warning signals before psychosis hits. Molecular Psychiatry Meeting, San Francisco, California.

November 20, 2014, "Neuroscience challenges to the court perspective on morality, free will, and executive functions". Fordham Law Conference on Neuroscience in the Courtroom, New York, New York.

November 24, 2014, "Criminal liability and violence risk assessment by neuropsychology and neuroimaging", German Association for Psychiatry, Psychotherapy and Psychosomatics (DGPPN), Berlin, Germany.

December 8, 2014, "Multimodal Imaging in a Large Population-Based Sample: Results from the Philadelphia Neurodevelopmental Cohort", American College of Neuropsychopharmacology (ACNP) Annual Meeting, Phoenix, Arizona.

February 21, 2015, "Cognition and Criminality: Sociolegal Implications of Neuroscience", RebLaw 2015 (Yale Law School), New Haven, Connecticut.

April 10, 2015, "Multimodal brain and behavior indices of psychosis risk", 63rd annual Nebraska Symposium on Motivation (University of Nebraska – Lincoln), Lincoln, Nebraska.

August 19, 2015, "Multimodal Neuroimaging and Behavioral Phenotyping in a Genomic Neurodevelopmental Context", Program on Challenges in Computational Neuroscience (CCNS) at Statistical and Applied Mathematical Sciences Institute (UNC – Chapel Hill), Chapel Hill, North Carolina.

October 6, 2015, panel discussion member on Neuroscience and Sentencing (Fordham University School of Law), New York, New York.

December 2, 2015, "Clinical risk for psychosis in the general population: Lessons from the Philadelphia Neurodevelopmental Cohort", Johns Hopkins Schizophrenia Center's Seminar Series, Baltimore, Maryland.

April 26, 2016, "Big Data to elucidate brain-behavior relations: Opportunities and challenges", Harvard Medical School McLean Hospital Neuroscience Seminar, Belmont, Massachusetts.

May 2, 2016, participant in the Verily (formerly Google Life Sciences) Conference, New York, New York.

ORGANIZING ROLES IN SCIENTIFIC MEETINGS:

Co-Chaired a session at the 9th World Congress of Biological Psychiatry. Paris, France

Co-Chaired a session at the Schizophrenic International Research Society Conference. Florence, Italy

Moderated a press conference at the Society for Neuroscience 2012. New Orleans, Louisiana.

Program Committee, 2015 Annual Meeting, Society of Biological Psychiatry, Toronto, Canada.

BIBLIOGRAPHY:
Research Publications, peer reviewed:
(h-index: 109; i10-index 349; http://scholar.google.com/citations?user=s0c4v8MAAAAJ&hl=en)

1. Gur RC. An attention-controlled operant procedure for enhancing hypnotic susceptibility. J Abnorm Psychol. 1974, 83(6), 644-650.

2. Gur RC, Gur RE. Handedness, sex, and eyedness as moderating variables in the relation between hypnotic susceptibility and functional brain asymmetry. J Abnorm Psychol. 1974, 83(6), 635-643.

3. Alexander LT, Gur RC, Gur RE, Patterson L. Peer assisted learning. Improving Human Performance Quarterly. 1974, 3(4), 175-186.

4. Gur RE, Gur RC, Harris LJ. Cerebral activation, as measured by subjects' lateral eye movements, is

influenced by experimenter location. Neuropsychologia. 1975, 13(1), 35-44.

5. Gur RE, Gur RC, Marshalek B. Classroom seating and functional brain asymmetry. J Educ Psychol. 1975, 67(1), 151-153.

6. Gur RE, Gur RC. Defense mechanisms, psychosomatic symptomatology, and conjugate lateral eye movements. J Consult Clin Psychol. 1975, 43(3), 416-420.

7. Gur RC, Hilgard ER. Visual imagery and the discrimination of differences between altered pictures simultaneously and successively presented. Br J Psychol. 1975, 66(3), 341-345.

8. Gur RC, Sackeim HA, Gur RE. Classroom seating and psychopathology: some initial data. J Abnorm Psychol. 1976, 85(1), 122-124.

9. Gur RC, Reyher J. Enhancement of creativity via free-imagery and hypnosis. Am J Clin Hypn. 1976, 18(4), 237-249.

10. Sackeim HA, Packer IK, Gur RC. Hemisphericity, cognitive set, and susceptibility to subliminal perception. J Abnorm Psychol. 1977, 86(6), 624-630.

11. Gur RE, Gur RC. Sex differences in the relations among handedness, sighting-dominance and eye-acuity. Neuropsychologia. 1977, 15(4-5), 585-590.

12. Sackeim HA, Gur RC, Saucy MC. Emotions are expressed more intensely on the left side of the face. Science. 1978, 202(4366), 434-436.

13. Sackeim HA, Gur RC. Lateral asymmetry in intensity of emotional expression. Neuropsychologia. 1978, 16(4), 473-481.

14. Gur RC. Measuring hypnotic susceptibility: a guest editorial. Am J Clin Hypn. 1978, 21(2-3), 64-67.

15. Gur RC, Sackeim HA. Self-confrontation and psychotherapy: a reply to Sanborn, Pyke and Sanborn. Psychotherapy: Theory, Research and Practice. 1978, 15(3), 258-265.

16. Levick SE, Voneida TJ, Schweitzer L, Becker E, Welsh H, Gur RE, Gur RC. Eye movements in schizophrenic vs normal subjects. Arch Gen Psychiatry. 1979, 36(4), 493-494.

17. Sackeim HA, Nordlie JW, Gur RC. A model of hysterical and hypnotic blindness: cognition, motivation, and awareness. J Abnorm Psychol. 1979, 88(5), 474-489.

18. Sackeim HA, Gur RC. Self-deception, other-deception, and self-reported psychopathology. J Consult Clin Psychol. 1979, 47(1), 213-215.

19. Gur RC, Sackeim HA. Self-deception: A concept in search of a phenomenon. Journal of Personality and Social Psychology. 1979, 37(2), 147-169.

20. Sackeim HA, Gur RC. Asymmetry in facial expression. Science. 1980, 209(4458), 834-836.

21. Gur RC, Reivich M. Cognitive task effects on hemispheric blood flow in humans: evidence for individual differences in hemispheric activation. Brain Lang. 1980, 9(1), 78-92.

22. Gur RC, Packer IK, Hungerbuhler JP, Reivich M, Obrist WD, Amarnek WS, Sackeim HA. Differences in the distribution of gray and white matter in human cerebral hemispheres. Science. 1980, 207(4436), 1226-1228.

23. Sackeim HA, Greenberg MS, Weiman AL, Gur RC, Hungerbuhler JP, Geschwind N. Hemispheric asymmetry in the expression of positive and negative emotions. Neurologic evidence. Arch Neurol. 1982, 39(4), 210-218.

24. Gur RC, Sussman NM, Alavi A, Gur RE, Rosen AD, O'Connor M, Goldberg HI, Greenberg JH, Reivich M. Positron emission tomography in two cases of childhood epileptic encephalopathy (Lennox-Gastaut syndrome). Neurology. 1982, 32(10), 1191-1194.

25. Gur RC, Gur RE, Obrist WD, Hungerbuhler JP, Younkin D, Rosen AD, Skolnick BE, Reivich M. Sex and handedness differences in cerebral blood flow during rest and cognitive activity. Science. 1982, 217(4560), 659-661.

26. Gur RE, Skolnick BE, Gur RC, Caroff S, Rieger W, Obrist WD, Younkin D, Reivich M. Brain function in psychiatric disorders. I. Regional cerebral blood flow in medicated schizophrenics. Arch Gen Psychiatry. 1983, 40(11), 1250-1254.

27. Gur RC, Gur RE, Rosen AD, Warach S, Alavi A, Greenberg J, Reivich M. A cognitive-motor network demonstrated by positron emission tomography. Neuropsychologia. 1983, 21(6), 601-606.

28. Natale M, Gur RE, Gur RC. Hemispheric asymmetries in processing emotional expressions. Neuropsychologia. 1983, 21(5), 555-565.

29. Sussman NM, Gur RC, Gur RE, O'Connor MJ. Mutism as a consequence of callosotomy. J Neurosurg. 1983, 59(3), 514-519.

30. Reivich M, Gur R, Alavi A. Positron emission tomographic studies of sensory stimuli, cognitive processes and anxiety. Hum Neurobiol. 1983, 2(1), 25-33.

31. Gur RE, Skolnick BE, Gur RC, Caroff S, Rieger W, Obrist WD, Younkin D, Reivich M. Brain function in psychiatric disorders. II. Regional cerebral blood flow in medicated unipolar depressives. Arch Gen Psychiatry. 1984, 41(7), 695-699.

32. Gur RE, Gur RC, Sussman NM, O'Connor MJ, Vey MM. Hemispheric control of the writing hand: the effect of callosotomy in a left-hander. Neurology. 1984, 34(7), 904-908.

33. Reivich M, Alavi A, Gur RC. Positron emission tomographic studies of perceptual tasks. Ann Neurol. 1984, 15 Suppl, S61-5.

34. Gur RE, Gur RC, Skolnick BE, Caroff S, Obrist WD, Resnick S, Reivich M. Brain function in psychiatric disorders. III. Regional cerebral blood flow in unmedicated schizophrenics. Arch Gen Psychiatry. 1985, 42(4), 329-334.

35. Reivich M, Alavi A, Gur RC, Greenberg J. Determination of local cerebral glucose metabolism in humans: methodology and applications to the study of sensory and cognitive stimuli. Res Publ Assoc Res Nerv Ment Dis. 1985, 63, 105-119.

36. Younkin D, Hungerbuhler JP, O'Connor M, Goldberg H, Burke A, Kushner M, Hurtig H, Obrist W, Gordon J, Gur R. Superficial temporal-middle cerebral artery anastomosis: effects on vascular, neurologic, and neuropsychological functions. Neurology. 1985, 35(4), 462-469.

37. Sackeim HA, Gur RC. Voice recognition and the ontological status of self-deception. J Pers Soc Psychol. 1985, 48(5), 1365-1372.

38. Stern MB, Gur RC, Saykin AJ, Hurtig HI. Dementia of Parkinson's disease and Alzheimer's disease. Is there a difference? J Am Geriatr Soc. 1986, 34(6), 475-478.

39. Trivedi SS, Gur RC, Gur RE, Skolnick BE, Obrist WD, Reivich M, Herman GT. Imaging regional cerebral blood flow measured by the 133-Xenon technique. rCBF Bulletin. 1986, 9, 175-178.

40. Gur RC, Gur RE, Obrist WD, Skolnick BE, Reivich M. Age and regional cerebral blood flow at rest and during cognitive activity. Arch Gen Psychiatry. 1987, 44(7), 617-621.

41. Knight H, Millman RP, Gur RC, Saykin AJ, Doherty JU, Pack AI. Clinical significance of sleep apnea in the elderly. Am Rev Respir Dis. 1987, 136(4), 845-850.

42. Trivedi SS, Gur RC. Computer graphics for neuropsychological data. Proceedings of the National Computer Graphics Association. 1987, 3, 22-32.

43. Trope I, Fishman B, Gur RC, Sussman NM, Gur RE. Contralateral and ipsilateral control of fingers following callosotomy. Neuropsychologia. 1987, 25(1B), 287-291.

44. Gur RC, Gur RE, Resnick SM, Skolnick BE, Alavi A, Reivich M. The effect of anxiety on cortical cerebral blood flow and metabolism. J Cereb Blood Flow Metab. 1987, 7(2), 173-177.

45. Gur RE, Resnick SM, Alavi A, Gur RC, Caroff S, Dann R, Silver FL, Saykin AJ, Chawluk JB, Kushner M. Regional brain function in schizophrenia. I. A positron emission tomography study. Arch Gen Psychiatry. 1987, 44(2), 119-125.

46. Gur RE, Resnick SM, Gur RC, Alavi A, Caroff S, Kushner M, Reivich M. Regional brain function in schizophrenia. II. Repeated evaluation with positron emission tomography. Arch Gen Psychiatry. 1987, 44(2), 126-129.

47. Gur RC, Gur RE, Silver FL, Obrist WD, Skolnick BE, Kushner M, Hurtig HI, Reivich M. Regional cerebral blood flow in stroke: hemispheric effects of cognitive activity. Stroke. 1987, 18(4), 776-780.

48. Warach S, Gur RC, Gur RE, Skolnick BE, Obrist WD, Reivich M. The reproducibility of the 133Xe inhalation technique in resting studies: task order and sex related effects in healthy young adults. J Cereb Blood Flow Metab. 1987, 7(6), 702-708.

49. Gur RC, Trivedi SS, Saykin AJ, Gur RE. "Behavioral imaging" - a procedure for analysis and display of neuropsychological test scores: I. Construction of algorithm and initial clinical evaluation. Neuropsychiatry, Neuropsychology and Behavioral Neurology. 1988, 1(1), 53-60.

50. Gur RC, Saykin AJ, Blonder LX, Gur RE. "Behavioral imaging": II. Application of the quantitative algorithm to hypothesis testing in a population of hemiparkinsonian patients. Neuropsychiatry, Neuropsychology and Behavioral Neurology. 1988, 1(2), 87-96.

51. Gottlieb GL, McAllister TW, Gur RC. Depot neuroleptics in the treatment of behavioral disorders in patients with Alzheimer's disease. J Am Geriatr Soc. 1988, 36(7), 619-621.

52. Gur RC, Gur RE, Skolnick BE, Resnick SM, Silver FL, Chawluk J, Muenz L, Obrist WD, Reivich M. Effects of task difficulty on regional cerebral blood flow: relationships with anxiety and performance. Psychophysiology. 1988, 25(4), 392-399.

53. Resnick SM, Gottlieb GL, Gur RE, Gur RC, Forciea MA, Zimmerman RA, Malamut B, Saykin AJ, Reivich M, Alavi A. Identical twins with probable Alzheimer's Disease: behavior, anatomy and physiology. Neuropsychiatry, Neuropsychology and Behavioral Neurology. 1988, 1(1), 61-72.

54. Schmidt ML, Gur RE, Gur RC, Trojanowski JQ. Intraneuronal and extracellular neurofibrillary tangles exhibit mutually exclusive cytoskeletal antigens. Ann Neurol. 1988, 23(2), 184-189.

55. Resnick SM, Gur RE, Alavi A, Gur RC, Reivich M. Positron emission tomography and subcortical glucose metabolism in schizophrenia. Psychiatry Res. 1988, 24(1), 1-11.

56. Gottlieb GL, Gur RE, Gur RC. Reliability of psychiatric scales in patients with dementia of the Alzheimer type. Am J Psychiatry. 1988, 145(7), 857-860.

57. Trope I, Rozin P, Gur RC. Validation of the lateral limits technique with a callosotomy patient. Neuropsychologia. 1988, 26(5), 673-684.

58. Blonder LX, Gur RE, Gur RC. The effects of right and left hemiparkinsonism on prosody. Brain Lang. 1989, 36(2), 193-207.

59. Erwin RJ, Mawhinney-Hee M, Gur RC, Gur RE. Effects of task and gender on EEG indices of hemispheric activation: similarities to previous rCBF findings. Neuropsychiatry, Neuropsychology, and Behavioral Neurology. 1989, 2(4), 248-260.

60. Gur RE, Resnick SM, Gur RC. Laterality and frontality of cerebral blood flow and metabolism in schizophrenia: relationship to symptom specificity. Psychiatry Res. 1989, 27(3), 325-334.

61. Saykin AJ, Gur RC, Sussman NM, O'Connor MJ, Gur RE. Memory deficits before and after temporal lobectomy: effect of laterality and age of onset. Brain Cogn. 1989, 9(2), 191-200.

62. Blonder LX, Gur RE, Gur RC, Saykin AJ, Hurtig HI. Neuropsychological functioning in hemiparkinsonism. Brain Cogn. 1989, 9(2), 244-257.

63. Trojanowski JQ, Schmidt ML, Otvos L,Jr, Gur RC, Gur RE, Hurtig H, Lee VM. Selective expression of epitopes in multiphosphorylation repeats of the high and middle molecular weight neurofilament proteins in Alzheimer neurofibrillary tangles. Ann Med. 1989, 21(2), 113-116.

64. Trivedi SS, Gur RC. Topographic mapping of cerebral blood flow and behavior. Comput Biol Med. 1989, 19(4), 219-229.

65. Stafiniak P, Saykin AJ, Sperling MR, Kester DB, Robinson LJ, O'Connor MJ, Gur RC. Acute naming deficits following dominant temporal lobectomy: prediction by age at 1st risk for seizures. Neurology. 1990, 40(10), 1509-1512.

66. Gur RC, Saykin AJ, Benton A, Kaplan E, Levin H, Kester DB, Gur RE. Behavioral imaging: III. Interexpert agreement and reliability of weightings. Neuropsychiatry, Neuropsychology, and Behavioral Neurology. 1990, 3(2), 113-124.

67. Gur RE, Gur RC. Gender differences in regional cerebral blood flow. Schizophr Bull. 1990, 16(2), 247-254.

68. Gur RE, Gur RC, Saykin AJ. Neurobehavioral studies in schizophrenia: implications for regional brain dysfunction. Schizophr Bull. 1990, 16(3), 445-451.

69. Gur RC, Saykin AJ, Muenz LR, Trivedi S, Gur RE. Response to Yeo et al.'s critique of behavioral imaging. Neuropsychiatry, Neuropsychology, and Behavioral Neurology. 1990, 3(4), 304-312.

70. Sperling MR, Gur RC, Alavi A, Gur RE, Resnick S, O'Connor MJ, Reivich M. Subcortical metabolic alterations in partial epilepsy. Epilepsia. 1990, 31(2), 145-155.

71. Kester DB, Saykin AJ, Sperling MR, O'Connor MJ, Robinson LJ, Gur RC. Acute effect of anterior temporal lobectomy on musical processing. Neuropsychologia. 1991, 29(7), 703-708.

72. Kohn MI, Tanna NK, Herman GT, Resnick SM, Mozley PD, Gur RE, Alavi A, Zimmerman RA, Gur RC. Analysis of brain and cerebrospinal fluid volumes with MR imaging. Part I. Methods, reliability, and validation. Radiology. 1991, 178(1), 115-122.

73. Robinson LJ, Kester DB, Saykin AJ, Kaplan EF, Gur RC. Comparison of two short forms of the Wisconsin Card Sorting Test. Arch Clin Neuropsychol. 1991, 6(1-2), 27-33.

74. Gur RC, Mozley PD, Resnick SM, Gottlieb GL, Kohn M, Zimmerman R, Herman G, Atlas S, Grossman R, Berretta D. Gender differences in age effect on brain atrophy measured by magnetic resonance imaging. Proc Natl Acad Sci U S A. 1991, 88(7), 2845-2849.

75. Gur RE, Mozley PD, Resnick SM, Shtasel D, Kohn M, Zimmerman R, Herman G, Atlas S,

Grossman R, Erwin R, Gur RC. Magnetic resonance imaging in schizophrenia. I. Volumetric analysis of brain and cerebrospinal fluid. Arch Gen Psychiatry. 1991, 48(5), 407-412.

76. Erwin RJ, Mawhinney-Hee M, Gur RC, Gur RE. Midlatency auditory evoked responses in schizophrenia. Biol Psychiatry. 1991, 30(5), 430-442.

77. Saykin AJ, Gur RC, Gur RE, Mozley PD, Mozley LH, Resnick SM, Kester DB, Stafiniak P. Neuropsychological function in schizophrenia. Selective impairment in memory and learning. Arch Gen Psychiatry. 1991, 48(7), 618-624.

78. Gur RE, Mozley PD, Resnick SM, Levick S, Erwin R, Saykin AJ, Gur RC. Relations among clinical scales in schizophrenia. Am J Psychiatry. 1991, 148(4), 472-478.

79. Shtasel DL, Gur RE, Mozley PD, Richards J, Taleff MM, Heimberg C, Gallacher F, Gur RC. Volunteers for biomedical research. Recruitment and screening of normal controls. Arch Gen Psychiatry. 1991, 48(11), 1022-1025.

80. Warach S, Gur RC, Gur RE, Skolnick BE, Obrist WD, Reivich M. Decreases in frontal and parietal lobe regional cerebral blood flow related to habituation. J Cereb Blood Flow Metab. 1992, 12(4), 546-553.

81. Erwin RJ, Gur RC, Gur RE, Skolnick B, Mawhinney-Hee M, Smailis J. Facial emotion discrimination: I. Task construction and behavioral findings in normal subjects. Psychiatry Res. 1992, 42(3), 231-240.

82. Gur RC, Erwin RJ, Gur RE, Zwil AS, Heimberg C, Kraemer HC. Facial emotion discrimination: II. Behavioral findings in depression. Psychiatry Res. 1992, 42(3), 241-251.

83. Heimberg C, Gur RE, Erwin RJ, Shtasel DL, Gur RC. Facial emotion discrimination: III. Behavioral findings in schizophrenia. Psychiatry Res. 1992, 42(3), 253-265.

84. Shtasel DL, Gur RE, Gallacher F, Heimberg C, Gur RC. Gender differences in the clinical expression of schizophrenia. Schizophr Res. 1992, 7(3), 225-231.

85. Trope I, Rozin P, Kemler Nelson D, Gur RC. Information processing in the separated hemispheres of callosotomy patients: does the analytic-holistic dichotomy hold? Brain Cogn. 1992, 19(2), 123-147.

86. Malamut BL, Graff-Radford N, Chawluk J, Grossman RI, Gur RC. Memory in a case of bilateral thalamic infarction. Neurology. 1992, 42(1), 163-169.

87. Gur RC, Erwin RJ, Gur RE. Neurobehavioral probes for physiologic neuroimaging studies. Arch Gen Psychiatry. 1992, 49(5), 409-414.

88. Gur RE, Gur RC. Neurotransmitters are important, but so is metabolism. Commentary on "The current status of PET scanning with respect to schizophrenia". Neuropsychopharmacology. 1992, 7(1), 63-5; discussion 73-5.

89. Shtasel DL, Gur RE, Gallacher F, Heimberg C, Cannon T, Gur RC. Phenomenology and functioning in first-episode schizophrenia. Schizophr Bull. 1992, 18(3), 449-462.

90. Levick SE, Lorig T, Wexler BE, Gur RE, Gur RC, Schwartz GE. Asymmetrical visual deprivation: a technique to differentially influence lateral hemispheric function. Percept Mot Skills. 1993, 76(3 Pt 2), 1363-1382.

91. Crawford HJ, Gur RC, Skolnick B, Gur RE, Benson DM. Effects of hypnosis on regional cerebral blood flow during ischemic pain with and without suggested hypnotic analgesia. Int J Psychophysiol. 1993, 15(3), 181-195.

92. Gur RC, Jaggi JL, Ragland JD, Resnick SM, Shtasel D, Muenz L, Gur RE. Effects of memory processing on regional brain activation: cerebral blood flow in normal subjects. Int J Neurosci. 1993, 72(1-2), 31-44.

93. Skolnick BE, Gur RC, Stern MB, Hurtig HI. Reliability of regional cerebral blood flow activation to cognitive tasks in elderly normal subjects. J Cereb Blood Flow Metab. 1993, 13(3), 448-453.

94. Gur RE, Jaggi JL, Shtasel DL, Ragland JD, Gur RC. Cerebral blood flow in schizophrenia: effects of memory processing on regional activation. Biol Psychiatry. 1994, 35(1), 3-15.

95. Gur RE, Mozley PD, Shtasel DL, Cannon TD, Gallacher F, Turetsky B, Grossman R, Gur RC. Clinical subtypes of schizophrenia: differences in brain and CSF volume. Am J Psychiatry. 1994, 151(3), 343-350.

96. Schneider F, Gur RC, Jaggi JL, Gur RE. Differential effects of mood on cortical cerebral blood flow: a 133xenon clearance study. Psychiatry Res. 1994, 52(2), 215-236.

97. Gur RC, Skolnick BE, Gur RE. Effects of emotional discrimination tasks on cerebral blood flow: regional activation and its relation to performance. Brain Cogn. 1994, 25(2), 271-286.

98. Gur RC, Ragland JD, Resnick SM, Skolnick BE, Jaggi J, Muenz L, Gur RE. Lateralized increases in cerebral blood flow during performance of verbal and spatial tasks: relationship with performance level. Brain Cogn. 1994, 24(2), 244-258.

99. Mozley PD, Gur RE, Resnick SM, Shtasel DL, Richards J, Kohn M, Grossman R, Herman G, Gur RC. Magnetic resonance imaging in schizophrenia: relationship with clinical measures. Schizophr Res. 1994, 12(3), 195-203.

100. Holdnack JA, Moberg PJ, Arnold SE, Gur RE, Gur RC. MMPI characteristics in adults diagnosed with ADD: a preliminary report. Int J Neurosci. 1994, 79(1-2), 47-58.

101. Saykin AJ, Shtasel DL, Gur RE, Kester DB, Mozley LH, Stafiniak P, Gur RC. Neuropsychological deficits in neuroleptic naive patients with first-episode schizophrenia. Arch Gen Psychiatry. 1994, 51(2), 124-131.

102. Cannon TD, Zorrilla LE, Shtasel D, Gur RE, Gur RC, Marco EJ, Moberg P, Price RA. Neuropsychological functioning in siblings discordant for schizophrenia and healthy volunteers. Arch Gen Psychiatry. 1994, 51(8), 651-661.

103. Cowell PE, Turetsky BI, Gur RC, Grossman RI, Shtasel DL, Gur RE. Sex differences in aging of the human frontal and temporal lobes. J Neurosci. 1994, 14(8), 4748-4755.

104. Resnick SM, Lazar J, Gur RE, Gur RC. The stability of tachistoscopic measures of hemispheric specialization. Neuropsychologia. 1994, 32(11), 1419-1430.

105. Schneider F, Gur RC, Gur RE, Muenz LR. Standardized mood induction with happy and sad facial expressions. Psychiatry Res. 1994, 51(1), 19-31.

106. Kareken DA, Gur RC, Mozley PD, Mozley LH, Saykin AJ, Shtasel DL, Gur RE. Cognitive functioning and neuroanatomic volume measures in schizophrenia. Neuropsychology. 1995, 9(2), 211-219.

107. Heimberg C, Gallacher F, Gur RC, Gur RE. Diet and gender moderate clozapine-related weight gain. Human Psychopharmacology. 1995, 10(5), 367-371.

108. Schneider F, Gur RC, Gur RE, Shtasel DL. Emotional processing in schizophrenia: neurobehavioral probes in relation to psychopathology. Schizophr Res. 1995, 17(1), 67-75.

109. Wang GJ, Volkow ND, Logan J, Fowler JS, Schlyer D, MacGregor RR, Hitzemann RJ, Gur RC, Wolf AP. Evaluation of age-related changes in serotonin 5-HT2 and dopamine D2 receptor availability in healthy human subjects. Life Sci. 1995, 56(14), PL249-53.

110. Turetsky B, Cowell PE, Gur RC, Grossman RI, Shtasel DL, Gur RE. Frontal and temporal lobe brain volumes in schizophrenia. Relationship to symptoms and clinical subtype. Arch Gen Psychiatry. 1995, 52(12), 1061-1070.

111. Gur RC, Gur RE. Hypofrontality in schizophrenia: RIP. Lancet. 1995, 345(8962), 1383-1384.

112. Saykin AJ, Stafiniak P, Robinson LJ, Flannery KA, Gur RC, O'Connor MJ, Sperling MR. Language before and after temporal lobectomy: specificity of acute changes and relation to early risk factors. Epilepsia. 1995, 36(11), 1071-1077.

113. Schneider F, Gur RE, Mozley LH, Smith RJ, Mozley PD, Censits DM, Alavi A, Gur RC. Mood effects on limbic blood flow correlate with emotional self-rating: a PET study with oxygen-15 labeled water. Psychiatry Res. 1995, 61(4), 265-283.

114. Saykin AJ, Gur RC, Gur RE, Shtasel DL, Flannery KA, Mozley LH, Malamut BL, Watson B, Mozley PD. Normative neuropsychological test performance: effects of age, education, gender and ethnicity. Appl Neuropsychol. 1995, 2(2), 79-88.

115. Arnold SE, Gur RE, Shapiro RM, Fisher KR, Moberg PJ, Gibney MR, Gur RC, Blackwell P, Trojanowski JQ. Prospective clinicopathologic studies of schizophrenia: accrual and assessment of patients. Am J Psychiatry. 1995, 152(5), 731-737.

116. Kareken DA, Gur RC, Saykin AJ. Reading on the Wide Range Achievement Test-Revised and parental education as predictors of IQ: comparison with the Barona formula. Arch Clin Neuropsychol. 1995, 10(2), 147-157.

117. Ragland JD, Gur RC, Deutsch GK, Censits DM, Gur RE. Reliability and construct validity of the Paired-Associate Recognition Test: A test of declarative memory using Wisconsin Card Sorting stimuli. Psychological Assessment. 1995, 7(1), 25-32.

118. Gur RE, Mozley PD, Resnick SM, Mozley LH, Shtasel DL, Gallacher F, Arnold SE, Karp JS, Alavi A, Reivich M, Gur RC. Resting cerebral glucose metabolism in first-episode and previously treated patients with schizophrenia relates to clinical features. Arch Gen Psychiatry. 1995, 52(8), 657-667.

119. Gur RC, Mozley LH, Mozley PD, Resnick SM, Karp JS, Alavi A, Arnold SE, Gur RE. Sex differences in regional cerebral glucose metabolism during a resting state. Science. 1995, 267(5197), 528-531.

120. Arnold SE, Franz BR, Gur RC, Gur RE, Shapiro RM, Moberg PJ, Trojanowski JQ. Smaller neuron size in schizophrenia in hippocampal subfields that mediate cortical-hippocampal interactions. Am J Psychiatry. 1995, 152(5), 738-748.

121. Holdnack JA, Moberg PJ, Arnold SE, Gur RC, Gur RE. Speed of processing and verbal learning deficits in adults diagnosed with attention deficit disorder. Neuropsychiatry, Neuropsychology and Behavioral Neurology. 1995, 8(4), 282-292.

122. Wang GJ, Volkow ND, Fowler JS, Logan J, Gur R, Netusil N, Hitzemann RJ, Pappas NS. Age associated decrements in dopamine D2 receptors in thalamus and in temporal insula of human subjects. Life Sci. 1996, 59(1), PL31-5.

123. Ragland JD, Censits DM, Gur RC, Glahn DC, Gallacher F, Gur RE. Assessing declarative memory in schizophrenia using Wisconsin Card Sorting Test stimuli: the Paired Associate

Recognition Test. Psychiatry Res. 1996, 60(2-3), 135-145.

124. Schneider F, Gur RE, Alavi A, Seligman ME, Mozley LH, Smith RJ, Mozley PD, Gur RC. Cerebral blood flow changes in limbic regions induced by unsolvable anagram tasks. Am J Psychiatry. 1996, 153(2), 206-212.

125. Volkow ND, Ding YS, Fowler JS, Wang GJ, Logan J, Gatley SJ, Hitzemann R, Smith G, Fields SD, Gur R. Dopamine transporters decrease with age. J Nucl Med. 1996, 37(4), 554-559.

126. Mozley PD, Kim HJ, Gur RC, Tatsch K, Muenz LR, McElgin WT, Kung MP, Mu M, Myers AM, Kung HF. Iodine-123-IPT SPECT imaging of CNS dopamine transporters: nonlinear effects of normal aging on striatal uptake values. J Nucl Med. 1996, 37(12), 1965-1970.

127. Kareken DA, Moberg PJ, Gur RC. Proactive inhibition and semantic organization: relationship with verbal memory in patients with schizophrenia. J Int Neuropsychol Soc. 1996, 2(6), 486-493.

128. Mozley LH, Gur RC, Gur RE, Mozley PD, Alavi A. Relationships between verbal memory performance and the cerebral distribution of fluorodeoxyglucose in patients with schizophrenia. Biol Psychiatry. 1996, 40(6), 443-451.

129. Gur RE, Petty RG, Turetsky BI, Gur RC. Schizophrenia throughout life: sex differences in severity and profile of symptoms. Schizophr Res. 1996, 21(1), 1-12.

130. Cowell PE, Kostianovsky DJ, Gur RC, Turetsky BI, Gur RE. Sex differences in neuroanatomical and clinical correlations in schizophrenia. Am J Psychiatry. 1996, 153(6), 799-805.

131. Szymanski S, Gur RC, Gallacher F, Mozley LH, Gur RE. Vulnerability to tardive dyskinesia development in schizophrenia: an FDG-PET study of cerebral metabolism. Neuropsychopharmacology. 1996, 15(6), 567-575.

132. Mozley PD, Gur RC, Swanson CL, Turetsky BI, Gur RE, Nienow T, Alavi A. [Tc-99m] ECD SPECT demonstrates that dopaminergic drugs affect cerebral blood flow in healthy human volunteers. Journal of Nuclear Medicine. 1997, 38(5), 171.

133. Finkelstein JR, Cannon TD, Gur RE, Gur RC, Moberg P. Attentional dysfunctions in neuroleptic-naive and neuroleptic-withdrawn schizophrenic patients and their siblings. J Abnorm Psychol. 1997, 106(2), 203-212.

134. Gur RC, Ragland JD, Gur RE. Cognitive Changes in Schizophrenia: A Critical Look. International Review of Psychiatry. 1997, 9(4), 449-458.

135. Coleman AR, Moberg PJ, Ragland JD, Gur RC. Comparison of the Halstead-Reitan and infrared light beam finger tappers. Assessment. 1997, 4(3), 277-286.

136. Mozley PD, Sadek AM, Alavi A, Gur RC, Muenz LR, Bunow BJ, Kim HJ, Stecker MH, Jolles P, Newberg A. Effects of aging on the cerebral distribution of technetium-99m hexamethylpropylene amine oxime in healthy humans. Eur J Nucl Med. 1997, 24(7), 754-761.

137. Schneider F, Grodd W, Weiss U, Klose U, Mayer KR, Nagele T, Gur RC. Functional MRI reveals left amygdala activation during emotion. Psychiatry Res. 1997, 76(2-3), 75-82.

138. Gur RC, Ragland JD, Mozley LH, Mozley PD, Smith R, Alavi A, Bilker W, Gur RE. Lateralized changes in regional cerebral blood flow during performance of verbal and facial recognition tasks: correlations with performance and "effort". Brain Cogn. 1997, 33(3), 388-414.

139. Censits DM, Ragland JD, Gur RC, Gur RE. Neuropsychological evidence supporting a neurodevelopmental model of schizophrenia: a longitudinal study. Schizophr Res. 1997, 24(3), 289-298.

140. Moberg PJ, Doty RL, Turetsky BI, Arnold SE, Mahr RN, Gur RC, Bilker W, Gur RE. Olfactory identification deficits in schizophrenia: correlation with duration of illness. Am J Psychiatry. 1997, 154(7), 1016-1018.

141. Ragland JD, Glahn DC, Gur RC, Censits DM, Smith RJ, Mozley PD, Alavi A, Gur RE. PET regional cerebral blood flow change during working and declarative memory: relationship with task performance. Neuropsychology. 1997, 11(2), 222-231.

142. Glahn DC, Gur RC, Ragland JD, Censits DM, Gur RE. Reliability, performance characteristics, construct validity, and an initial clinical application of a visual object learning test (VOLT). Neuropsychology. 1997, 11(4), 602-612.

143. Volkow ND, Gur RC, Wang GJ, Fowler JS, Moberg PJ, Ding YS, Hitzemann R, Smith G, Logan J. Association between decline in brain dopamine activity with age and cognitive and motor impairment in healthy individuals. Am J Psychiatry. 1998, 155(3), 344-349.

144. Kohler C, Gur RC, Swanson CL, Petty R, Gur RE. Depression in schizophrenia: I. Association with neuropsychological deficits. Biol Psychiatry. 1998, 43(3), 165-172.

145. Kohler C, Swanson CL, Gur RC, Mozley LH, Gur RE. Depression in schizophrenia: II. MRI and PET findings. Biol Psychiatry. 1998, 43(3), 173-180.

146. Gur RE, Cowell P, Turetsky BI, Gallacher F, Cannon T, Bilker W, Gur RC. A follow-up magnetic resonance imaging study of schizophrenia. Relationship of neuroanatomical changes to clinical and neurobehavioral measures. Arch Gen Psychiatry. 1998, 55(2), 145-152.

147. Ragland JD, Gur RC, Glahn DC, Censits DM, Smith RJ, Lazarev MG, Alavi A, Gur RE. Frontotemporal cerebral blood flow change during executive and declarative memory tasks in schizophrenia: a positron emission tomography study. Neuropsychology. 1998, 12(3), 399-413.

148. Coleman AR, Norstrand JA, Moberg PJ, Kohler CG, Gur RC, Gur RE. MMPI-2 characteristics of adults diagnosed with attention deficit disorder. Int J Neurosci. 1998, 96(3-4), 161-175.

149. Erwin RJ, Turetsky BI, Moberg P, Gur RC, Gur RE. P50 abnormalities in schizophrenia: relationship to clinical and neuropsychological indices of attention. Schizophr Res. 1998, 33(3), 157-167.

150. Volkow ND, Wang GJ, Fowler JS, Ding YS, Gur RC, Gatley J, Logan J, Moberg PJ, Hitzemann R, Smith G, Pappas N. Parallel loss of presynaptic and postsynaptic dopamine markers in normal aging. Ann Neurol. 1998, 44(1), 143-147.

151. Swanson CL,Jr, Gur RC, Bilker W, Petty RG, Gur RE. Premorbid educational attainment in schizophrenia: association with symptoms, functioning, and neurobehavioral measures. Biol Psychiatry. 1998, 44(8), 739-747.

152. Gur RE, Maany V, Mozley PD, Swanson C, Bilker W, Gur RC. Subcortical MRI volumes in neuroleptic-naive and treated patients with schizophrenia. Am J Psychiatry. 1998, 155(12), 1711-1717.

153. McBride T, Arnold SE, Gur RC. A comparative volumetric analysis of the prefrontal cortex in human and baboon MRI. Brain Behav Evol. 1999, 54(3), 159-166.

154. Mozley PD, Acton PD, Barraclough ED, Plossl K, Gur RC, Alavi A, Mathur A, Saffer J, Kung HF. Effects of age on dopamine transporters in healthy humans. J Nucl Med. 1999, 40(11), 1812-1817.

155. Ragland JD, Gur RE, Klimas BC, McGrady N, Gur RC. Neuropsychological laterality indices of

schizophrenia: interactions with gender. Schizophr Bull. 1999, 25(1), 79-89.

156. Moberg PJ, Agrin R, Gur RE, Gur RC, Turetsky BI, Doty RL. Olfactory dysfunction in schizophrenia: a qualitative and quantitative review. Neuropsychopharmacology. 1999, 21(3), 325-340.

157. Cecil KM, Lenkinski RE, Gur RE, Gur RC. Proton magnetic resonance spectroscopy in the frontal and temporal lobes of neuroleptic naive patients with schizophrenia. Neuropsychopharmacology. 1999, 20(2), 131-140.

158. Gur RE, Turetsky BI, Bilker WB, Gur RC. Reduced gray matter volume in schizophrenia. Arch Gen Psychiatry. 1999, 56(10), 905-911.

159. Gur RC, Turetsky BI, Matsui M, Yan M, Bilker W, Hughett P, Gur RE. Sex differences in brain gray and white matter in healthy young adults: correlations with cognitive performance. J Neurosci. 1999, 19(10), 4065-4072.

160. Volkow ND, Logan J, Fowler JS, Wang GJ, Gur RC, Wong C, Felder C, Gatley SJ, Ding YS, Hitzemann R, Pappas N. Association between age-related decline in brain dopamine activity and impairment in frontal and cingulate metabolism. Am J Psychiatry. 2000, 157(1), 75-80.

161. Kohler CG, Bilker W, Hagendoorn M, Gur RE, Gur RC. Emotion recognition deficit in schizophrenia: association with symptomatology and cognition. Biol Psychiatry. 2000, 48(2), 127-136.

162. Habel U, Gur RC, Mandal MK, Salloum JB, Gur RE, Schneider F. Emotional processing in schizophrenia across cultures: standardized measures of discrimination and experience. Schizophr Res. 2000, 42(1), 57-66.

163. Gur RC, Alsop D, Glahn D, Petty R, Swanson CL, Maldjian JA, Turetsky BI, Detre JA, Gee J, Gur RE. An fMRI study of sex differences in regional activation to a verbal and a spatial task. Brain Lang. 2000, 74(2), 157-170.

164. Ragland JD, Gur RC, Lazarev MG, Smith RJ, Schroeder L, Raz J, Turetsky BI, Alavi A, Gur RE. Hemispheric activation of anterior and inferior prefrontal cortex during verbal encoding and recognition: a PET study of healthy volunteers. Neuroimage. 2000, 11(6 Pt 1), 624-633.

165. Kohler CG, Ances BM, Coleman AR, Ragland JD, Lazarev M, Gur RC. Marchiafava-Bignami disease: literature review and case report. Neuropsychiatry Neuropsychol Behav Neurol. 2000, 13(1), 67-76.

166. Gur RE, Cowell PE, Latshaw A, Turetsky BI, Grossman RI, Arnold SE, Bilker WB, Gur RC. Reduced dorsal and orbital prefrontal gray matter volumes in schizophrenia. Arch Gen Psychiatry. 2000, 57(8), 761-768.

167. Matsui M, Gur RC, Turetsky BI, Yan MX, Gur RE. The relation between tendency for psychopathology and reduced frontal brain volume in healthy people. Neuropsychiatry Neuropsychol Behav Neurol. 2000, 13(3), 155-162.

168. Ragland JD, Coleman AR, Gur RC, Glahn DC, Gur RE. Sex differences in brain-behavior relationships between verbal episodic memory and resting regional cerebral blood flow. Neuropsychologia. 2000, 38(4), 451-461.

169. Gur RE, Turetsky BI, Cowell PE, Finkelman C, Maany V, Grossman RI, Arnold SE, Bilker WB, Gur RC. Temporolimbic volume reductions in schizophrenia. Arch Gen Psychiatry. 2000, 57(8), 769-775.

170. Glahn DC, Cannon TD, Gur RE, Ragland JD, Gur RC. Working memory constrains abstraction in schizophrenia. Biol Psychiatry. 2000, 47(1), 34-42.

171. Matsuzawa J, Matsui M, Konishi T, Noguchi K, Gur RC, Bilker W, Miyawaki T. Age-related volumetric changes of brain gray and white matter in healthy infants and children. Cereb Cortex. 2001, 11(4), 335-342.

172. Kurtz MM, Moberg PJ, Gur RC, Gur RE. Approaches to cognitive remediation of neuropsychological deficits in schizophrenia: a review and meta-analysis. Neuropsychol Rev. 2001, 11(4), 197-210.

173. Kurtz MM, Ragland JD, Bilker W, Gur RC, Gur RE. Comparison of the continuous performance test with and without working memory demands in healthy controls and patients with schizophrenia. Schizophr Res. 2001, 48(2-3), 307-316.

174. Gur RC, Ragland JD, Moberg PJ, Turner TH, Bilker WB, Kohler C, Siegel SJ, Gur RE. Computerized neurocognitive scanning: I. Methodology and validation in healthy people. Neuropsychopharmacology. 2001, 25(5), 766-776.

175. Gur RC, Ragland JD, Moberg PJ, Bilker WB, Kohler C, Siegel SJ, Gur RE. Computerized neurocognitive scanning: II. The profile of schizophrenia. Neuropsychopharmacology. 2001, 25(5), 777-788.

176. Moelter ST, Hill SK, Ragland JD, Lunardelli A, Gur RC, Gur RE, Moberg PJ. Controlled and automatic processing during animal word list generation in schizophrenia. Neuropsychology. 2001, 15(4), 502-509.

177. Ragland JD, Gur RC, Raz J, Schroeder L, Kohler CG, Smith RJ, Alavi A, Gur RE. Effect of schizophrenia on frontotemporal activity during word encoding and recognition: a PET cerebral blood flow study. Am J Psychiatry. 2001, 158(7), 1114-1125.

178. Kurtz MM, Moberg PJ, Mozley LH, Swanson CL, Gur RC, Gur RE. Effectiveness of an attention- and memory-training program on neuropsychological deficits in schizophrenia. Neurorehabil Neural Repair. 2001, 15(1), 75-80.

179. Hill SK, Ragland JD, Gur RC, Gur RE. Neuropsychological differences among empirically derived clinical subtypes of schizophrenia. Neuropsychology. 2001, 15(4), 492-501.

180. Hill SK, McBride T, Moberg PJ, Ragland JD, Gur RE, Gur RC. The relationship between elevated MMPI-2 profiles and neuropsychological performance in healthy volunteers. Journal of Clinical Psychology. 2001, 14, 83-88.

181. Mozley LH, Gur RC, Mozley PD, Gur RE. Striatal dopamine transporters and cognitive functioning in healthy men and women. Am J Psychiatry. 2001, 158(9), 1492-1499.

182. Gur RC, Schroeder L, Turner T, McGrath C, Chan RM, Turetsky BI, Alsop D, Maldjian J, Gur RE. Brain activation during facial emotion processing. Neuroimage. 2002, 16(3 Pt 1), 651-662.

183. Langleben DD, Schroeder L, Maldjian JA, Gur RC, McDonald S, Ragland JD, O'Brien CP, Childress AR. Brain activity during simulated deception: an event-related functional magnetic resonance study. Neuroimage. 2002, 15(3), 727-732.

184. Gur RC, Gunning-Dixon FM, Turetsky BI, Bilker WB, Gur RE. Brain region and sex differences in age association with brain volume: a quantitative MRI study of healthy young adults. Am J Geriatr Psychiatry. 2002, 10(1), 72-80.

185. Rosen AC, Gur RC. Ethical considerations for neuropsychologists as functional magnetic

imagers. Brain Cogn. 2002, 50(3), 469-481.

186. Gur RE, McGrath C, Chan RM, Schroeder L, Turner T, Turetsky BI, Kohler C, Alsop D, Maldjian J, Ragland JD, Gur RC. An fMRI study of facial emotion processing in patients with schizophrenia. Am J Psychiatry. 2002, 159(12), 1992-1999.

187. Gur RE, Gur RC. Gender differences in aging: cognition, emotions, and neuroimaging studies. Dialogues Clin Neurosci. 2002, 4(2), 197-210.

188. Turetsky BI, Moberg PJ, Mozley LH, Moelter ST, Agrin RN, Gur RC, Gur RE. Memory-delineated subtypes of schizophrenia: relationship to clinical, neuroanatomical, and neurophysiological measures. Neuropsychology. 2002, 16(4), 481-490.

189. Gur RC, Sara R, Hagendoorn M, Marom O, Hughett P, Macy L, Turner T, Bajcsy R, Posner A, Gur RE. A method for obtaining 3-dimensional facial expressions and its standardization for use in neurocognitive studies. J Neurosci Methods. 2002, 115(2), 137-143.

190. Gur RC, Gur RE. Neuroimaging applications in elderly patients. Am J Geriatr Psychiatry. 2002, 10(1), 5-11.

191. Hill SK, Ragland JD, Gur RC, Gur RE. Neuropsychological profiles delineate distinct profiles of schizophrenia, an interaction between memory and executive function, and uneven distribution of clinical subtypes. J Clin Exp Neuropsychol. 2002, 24(6), 765-780.

192. Goldstein RZ, Volkow ND, Chang L, Wang GJ, Fowler JS, Depue RA, Gur RC. The orbitofrontal cortex in methamphetamine addiction: involvement in fear. Neuroreport. 2002, 13(17), 2253-2257.

193. Silver H, Shlomo N, Turner T, Gur RC. Perception of happy and sad facial expressions in chronic schizophrenia: evidence for two evaluative systems. Schizophr Res. 2002, 55(1-2), 171-177.

194. Gur RC, Gunning-Dixon F, Bilker WB, Gur RE. Sex differences in temporo-limbic and frontal brain volumes of healthy adults. Cereb Cortex. 2002, 12(9), 998-1003.

195. Ragland JD, Turetsky BI, Gur RC, Gunning-Dixon F, Turner T, Schroeder L, Chan R, Gur RE. Working memory for complex figures: an fMRI comparison of letter and fractal n-back tasks. Neuropsychology. 2002, 16(3), 370-379.

196. Gunning-Dixon FM, Gur RC, Perkins AC, Schroeder L, Turner T, Turetsky BI, Chan RM, Loughead JW, Alsop DC, Maldjian J, Gur RE. Age-related differences in brain activation during emotional face processing. Neurobiol Aging. 2003, 24(2), 285-295.

197. Dubb A, Gur R, Avants B, Gee J. Characterization of sexual dimorphism in the human corpus callosum. Neuroimage. 2003, 20(1), 512-519.

198. Bilker WB, Brensinger C, Kurtz MM, Kohler C, Gur RC, Siegel SJ, Gur RE. Development of an abbreviated schizophrenia quality of life scale using a new method. Neuropsychopharmacology. 2003, 28(4), 773-777.

199. Indersmitten T, Gur RC. Emotion processing in chimeric faces: hemispheric asymmetries in expression and recognition of emotions. J Neurosci. 2003, 23(9), 3820-3825.

200. Kohler CG, Turner TH, Bilker WB, Brensinger CM, Siegel SJ, Kanes SJ, Gur RE, Gur RC. Facial emotion recognition in schizophrenia: intensity effects and error pattern. Am J Psychiatry. 2003, 160(10), 1768-1774.

201. Windischberger C, Barth M, Lamm C, Schroeder L, Bauer H, Gur RC, Moser E. Fuzzy cluster analysis of high-field functional MRI data. Artif Intell Med. 2003, 29(3), 203-223.

202. Ragland JD, Moelter ST, McGrath C, Hill SK, Gur RE, Bilker WB, Siegel SJ, Gur RC. Levels-of-processing effect on word recognition in schizophrenia. Biol Psychiatry. 2003, 54(11), 1154-1161.

203. Kryspin-Exner I, Gur RC, Hoheisel B, Klein M, Six N. Neurobehavioral Probes: Adaptierung und Erweiterung von Verfahren zur computergestützen neuropsychologischen Diagnostik. Verhaltenstherapie und Verhaltensmedizin. 2003, 24, 27-51.

204. Gur RE, Kohler C, Ragland JD, Siegel SJ, Bilker WB, Loughead J, Phend N, Gur RC. Neurocognitive performance and clinical changes in olanzapine-treated patients with schizophrenia. Neuropsychopharmacology. 2003, 28(11), 2029-2036.

205. Silver H, Feldman P, Bilker W, Gur RC. Working memory deficit as a core neuropsychological dysfunction in schizophrenia. Am J Psychiatry. 2003, 160(10), 1809-1816.

206. Weiser M, Reichenberg A, Rabinowitz J, Knobler HY, Lubin G, Yazvitzky R, Nahon D, Gur RC, Davidson M. Cognitive performance of male adolescents is lower than controls across psychiatric disorders: a population-based study. Acta Psychiatr Scand. 2004, 110(6), 471-475.

207. Keefe RS, Seidman LJ, Christensen BK, Hamer RM, Sharma T, Sitskoorn MM, Lewine RR, Yurgelun-Todd DA, Gur RC, Tohen M, Tollefson GD, Sanger TM, Lieberman JA. Comparative effect of atypical and conventional antipsychotic drugs on neurocognition in first-episode psychosis: a randomized, double-blind trial of olanzapine versus low doses of haloperidol. Am J Psychiatry. 2004, 161(6), 985-995.

208. Kohler CG, Turner T, Stolar NM, Bilker WB, Brensinger CM, Gur RE, Gur RC. Differences in facial expressions of four universal emotions. Psychiatry Res. 2004, 128(3), 235-244.

209. Elliott MA, Gualtieri EE, Hulvershorn J, Ragland JD, Gur R. The effects of geometric distortion correction on motion realignment in fMRI. Acad Radiol. 2004, 11(9), 1005-1010.

210. Ragland JD, Gur RC, Valdez J, Turetsky BI, Elliott M, Kohler C, Siegel S, Kanes S, Gur RE. Event-related fMRI of frontotemporal activity during word encoding and recognition in schizophrenia. Am J Psychiatry. 2004, 161(6), 1004-1015.

211. Sachs G, Steger-Wuchse D, Kryspin-Exner I, Gur RC, Katschnig H. Facial recognition deficits and cognition in schizophrenia. Schizophr Res. 2004, 68(1), 27-35.

212. Lowery N, Ragland JD, Gur RC, Gur RE, Moberg PJ. Normative data for the symbol cancellation test in young healthy adults. Appl Neuropsychol. 2004, 11(4), 218-221.

213. Irani F, Dankert M, Brensinger C, Bilker WB, Nair SR, Kohler CG, Kanes SJ, Turetsky BI, Moberg PJ, Ragland JD, Gur RC, Gur RE, Siegel SJ. Patient attitudes towards surgically implantable, long-term delivery of psychiatric medicine. Neuropsychopharmacology. 2004, 29(5), 960-968.

214. Kurtz MM, Ragland JD, Moberg PJ, Gur RC. The Penn Conditional Exclusion Test: a new measure of executive-function with alternate forms of repeat administration. Arch Clin Neuropsychol. 2004, 19(2), 191-201.

215. Kohler CG, Turner TH, Gur RE, Gur RC. Recognition of facial emotions in neuropsychiatric disorders. CNS Spectr. 2004, 9(4), 267-274.

216. Kurtz MM, Moberg PJ, Gur RC, Gur RE. Results from randomized, controlled trials of the effects of cognitive remediation on neurocognitive deficits in patients with schizophrenia. Psychol Med. 2004, 34(3), 569-570.

217. Gur RE, Kohler C, Turetsky BI, Siegel SJ, Kanes SJ, Bilker WB, Brennan AR, Gur RC. A sexually dimorphic ratio of orbitofrontal to amygdala volume is altered in schizophrenia. Biol

Psychiatry. 2004, 55(5), 512-517.

218. Gelber EI, Kohler CG, Bilker WB, Gur RC, Brensinger C, Siegel SJ, Gur RE. Symptom and demographic profiles in first-episode schizophrenia. Schizophr Res. 2004, 67(2-3), 185-194.

219. Bilker WB, Brensinger C, Gur RC. A two factor ANOVA-like test for correlated correlations: CORANOVA. Multivariate Behavioral Research. 2004, 39(4), 565-594.

220. Goldstein RZ, Alia-Klein N, Leskovjan AC, Fowler JS, Wang GJ, Gur RC, Hitzemann R, Volkow ND. Anger and depression in cocaine addiction: association with the orbitofrontal cortex. Psychiatry Res. 2005, 138(1), 13-22.

221. Gur RC. Brain maturation and its relevance to understanding criminal culpability of juveniles. Curr Psychiatry Rep. 2005, 7(4), 292-296.

222. Dubb A, Xie Z, Gur R, Gur R, Gee J. Characterization of brain plasticity in schizophrenia using template deformation. Acad Radiol. 2005, 12(1), 3-9.

223. Davatzikos C, Ruparel K, Fan Y, Shen DG, Acharyya M, Loughead JW, Gur RC, Langleben DD. Classifying spatial patterns of brain activity with machine learning methods: application to lie detection. Neuroimage. 2005, 28(3), 663-668.

224. Calkins ME, Gur RC, Ragland JD, Gur RE. Face recognition memory deficits and visual object memory performance in patients with schizophrenia and their relatives. Am J Psychiatry. 2005, 162(10), 1963-1966.

225. Nucifora PG, Verma R, Melhem ER, Gur RE, Gur RC. Leftward asymmetry in relative fiber density of the arcuate fasciculus. Neuroreport. 2005, 16(8), 791-794.

226. Ragland JD, Gur RC, Valdez JN, Loughead J, Elliott M, Kohler C, Kanes S, Siegel SJ, Moelter ST, Gur RE. Levels-of-processing effect on frontotemporal function in schizophrenia during word encoding and recognition. Am J Psychiatry. 2005, 162(10), 1840-1848.

227. Williams LM, Grieve SM, Whitford TJ, Clark CR, Gur RC, Goldberg E, Flor-Henry P, Peduto AS, Gordon E. Neural synchrony and gray matter variation in human males and females: integration of 40 Hz gamma synchrony and MRI measures. J Integr Neurosci. 2005, 4(1), 77-93.

228. Moelter ST, Hill SK, Hughett P, Gur RC, Gur RE, Ragland JD. Organization of semantic category exemplars in schizophrenia. Schizophr Res. 2005, 78(2-3), 209-217.

229. Verma R, Davatzikos C, Loughead J, Indersmitten T, Hu R, Kohler C, Gur RE, Gur RC. Quantification of facial expressions using high-dimensional shape transformations. J Neurosci Methods. 2005, 141(1), 61-73.

230. Yushkevich P, Dubb A, Xie Z, Gur R, Gur R, Gee J. Regional structural characterization of the brain of schizophrenia patients. Acad Radiol. 2005, 12(10), 1250-1261.

231. Kurtz MM, Moberg PJ, Ragland JD, Gur RC, Gur RE. Symptoms versus neurocognitive test performance as predictors of psychosocial status in schizophrenia: a 1- and 4-year prospective study. Schizophr Bull. 2005, 31(1), 167-174.

232. Langleben DD, Loughead JW, Bilker WB, Ruparel K, Childress AR, Busch SI, Gur RC. Telling truth from lie in individual subjects with fast event-related fMRI. Hum Brain Mapp. 2005, 26(4), 262-272.

233. Davatzikos C, Shen D, Gur RC, Wu X, Liu D, Fan Y, Hughett P, Turetsky BI, Gur RE. Whole-brain morphometric study of schizophrenia revealing a spatially complex set of focal abnormalities. Arch Gen Psychiatry. 2005, 62(11), 1218-1227.

234. Sanders RD, Joo YH, Almasy L, Wood J, Keshavan MS, Pogue-Geile MF, Gur RC, Gur RE, Nimgaonkar VL. Are neurologic examination abnormalities heritable? A preliminary study. Schizophr Res. 2006, 86(1-3), 172-180.

235. Dickinson D, Ragland JD, Calkins ME, Gold JM, Gur RC. A comparison of cognitive structure in schizophrenia patients and healthy controls using confirmatory factor analysis. Schizophr Res. 2006, 85(1-3), 20-29.

236. Gur RE, Kohler CG, Ragland JD, Siegel SJ, Lesko K, Bilker WB, Gur RC. Flat affect in schizophrenia: relation to emotion processing and neurocognitive measures. Schizophr Bull. 2006, 32(2), 279-287.

237. Ragland JD, Valdez JN, Loughead J, Gur RC, Gur RE. Functional magnetic resonance imaging of internal source monitoring in schizophrenia: recognition with and without recollection. Schizophr Res. 2006, 87(1-3), 160-171.

238. Silver H, Goodman C, Bilker W, Gur RC, Isakov V, Knoll G, Feldman P. Impaired error monitoring contributes to face recognition deficit in schizophrenia patients. Schizophr Res. 2006, 85(1-3), 151-161.

239. Schneider F, Gur RC, Koch K, Backes V, Amunts K, Shah NJ, Bilker W, Gur RE, Habel U. Impairment in the specificity of emotion processing in schizophrenia. Am J Psychiatry. 2006, 163(3), 442-447.

240. Ragland JD, McCarthy E, Bilker WB, Brensinger CM, Valdez J, Kohler C, Gur RE, Gur RC. Levels-of-processing effect on internal source monitoring in schizophrenia. Psychol Med. 2006, 36(5), 641-648.

241. Platek SM, Loughead JW, Gur RC, Busch S, Ruparel K, Phend N, Panyavin IS, Langleben DD. Neural substrates for functionally discriminating self-face from personally familiar faces. Hum Brain Mapp. 2006, 27(2), 91-98.

242. Moberg PJ, Arnold SE, Doty RL, Gur RE, Balderston CC, Roalf DR, Gur RC, Kohler CG, Kanes SJ, Siegel SJ, Turetsky BI. Olfactory functioning in schizophrenia: relationship to clinical, neuropsychological, and volumetric MRI measures. J Clin Exp Neuropsychol. 2006, 28(8), 1444-1461.

243. Siegel SJ, Irani F, Brensinger CM, Kohler CG, Bilker WB, Ragland JD, Kanes SJ, Gur RC, Gur RE. Prognostic variables at intake and long-term level of function in schizophrenia. Am J Psychiatry. 2006, 163(3), 433-441.

244. Aliyu MH, Calkins ME, Swanson CL,Jr, Lyons PD, Savage RM, May R, Wiener H, McLeod-Bryant S, Nimgaonkar VL, Ragland JD, Gur RE, Gur RC, Bradford LD, Edwards N, Kwentus J, McEvoy JP, Santos AB, McCleod-Bryant S, Tennison C, Go RC, Allen TB, PAARTNERS Study Group. Project among African-Americans to explore risks for schizophrenia (PAARTNERS): recruitment and assessment methods. Schizophr Res. 2006, 87(1-3), 32-44.

245. Weiss EM, Kohler CG, Nolan KA, Czobor P, Volavka J, Platt MM, Brensinger C, Loughead J, Delazer M, Gur RE, Gur RC. The Relationship between history of violent and criminal behavior and recognition of facial expression of emotions in men with schizophrenia and schizoaffective disorder. Journal of Aggressive Behavior. 2006, 32(3), 187-194.

246. Irani F, Platek SM, Panyavin IS, Calkins ME, Kohler C, Siegel SJ, Schachter M, Gur RE, Gur RC. Self-face recognition and theory of mind in patients with schizophrenia and first-degree relatives. Schizophr Res. 2006, 88(1-3), 151-160.

247. Pinkham AE, Gur RE, Gur RC. Affect recognition deficits in schizophrenia: neural substrates and psychopharmacological implications. Expert Rev Neurother. 2007, 7(7), 807-816.

248. Wolf DH, Gur RC, Valdez JN, Loughead J, Elliott MA, Gur RE, Ragland JD. Alterations of fronto-temporal connectivity during word encoding in schizophrenia. Psychiatry Res. 2007, 154(3), 221-232.

249. Habel U, Windischberger C, Derntl B, Robinson S, Kryspin-Exner I, Gur RC, Moser E. Amygdala activation and facial expressions: explicit emotion discrimination versus implicit emotion processing. Neuropsychologia. 2007, 45(10), 2369-2377.

250. Moser E, Derntl B, Robinson S, Fink B, Gur RC, Grammer K. Amygdala activation at 3T in response to human and avatar facial expressions of emotions. J Neurosci Methods. 2007, 161(1), 126-133.

251. Kohler CG, Barrett FS, Gur RC, Turetsky BI, Moberg PJ. Association between facial emotion recognition and odor identification in schizophrenia. J Neuropsychiatry Clin Neurosci. 2007, 19(2), 128-131.

252. Aigner M, Sachs G, Bruckmuller E, Winklbaur B, Zitterl W, Kryspin-Exner I, Gur R, Katschnig H. Cognitive and emotion recognition deficits in obsessive-compulsive disorder. Psychiatry Res. 2007, 149(1-3), 121-128.

253. Fan Y, Shen D, Gur RC, Gur RE, Davatzikos C. COMPARE: classification of morphological patterns using adaptive regional elements. IEEE Trans Med Imaging. 2007, 26(1), 93-105.

254. Alvino C, Kohler C, Barrett F, Gur RE, Gur RC, Verma R. Computerized measurement of facial expression of emotions in schizophrenia. J Neurosci Methods. 2007, 163(2), 350-361.

255. Calkins ME, Dobie DJ, Cadenhead KS, Olincy A, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Mintz J, Nuechterlein KH, Radant AD, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. The Consortium on the Genetics of Endophenotypes in Schizophrenia: model recruitment, assessment, and endophenotyping methods for a multisite collaboration. Schizophr Bull. 2007, 33(1), 33-48.

256. Gur RE, Calkins ME, Gur RC, Horan WP, Nuechterlein KH, Seidman LJ, Stone WS. The Consortium on the Genetics of Schizophrenia: neurocognitive endophenotypes. Schizophr Bull. 2007, 33(1), 49-68.

257. Turetsky BI, Kohler CG, Indersmitten T, Bhati MT, Charbonnier D, Gur RC. Facial emotion recognition in schizophrenia: when and why does it go awry? Schizophr Res. 2007, 94(1-3), 253-263.

258. Wang J, Korczykowski M, Rao H, Fan Y, Pluta J, Gur RC, McEwen BS, Detre JA. Gender difference in neural response to psychological stress. Soc Cogn Affect Neurosci. 2007, 2(3), 227-239.

259. Gur RC, Turetsky BI, Loughead J, Waxman J, Snyder W, Ragland JD, Elliott MA, Bilker WB, Arnold SE, Gur RE. Hemodynamic responses in neural circuitries for detection of visual target and novelty: An event-related fMRI study. Hum Brain Mapp. 2007, 28(4), 263-274.

260. Greenwood TA, Braff DL, Light GA, Cadenhead KS, Calkins ME, Dobie DJ, Freedman R, Green MF, Gur RE, Gur RC, Mintz J, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Schork NJ. Initial heritability analyses of endophenotypic measures for schizophrenia: the consortium on the genetics of schizophrenia. Arch Gen Psychiatry. 2007, 64(11), 1242-1250.

261. Gur RE, Loughead J, Kohler CG, Elliott MA, Lesko K, Ruparel K, Wolf DH, Bilker WB, Gur RC. Limbic activation associated with misidentification of fearful faces and flat affect in

schizophrenia. Arch Gen Psychiatry. 2007, 64(12), 1356-1366.

262. Gur RE, Nimgaonkar VL, Almasy L, Calkins ME, Ragland JD, Pogue-Geile MF, Kanes S, Blangero J, Gur RC. Neurocognitive endophenotypes in a multiplex multigenerational family study of schizophrenia. Am J Psychiatry. 2007, 164(5), 813-819.

263. Kohler CG, Martin EA, Kujawski E, Bilker W, Gur RE, Gur RC. No effect of donepezil on neurocognition and social cognition in young persons with stable schizophrenia. Cogn Neuropsychiatry. 2007, 12(5), 412-421.

264. Halpern DF, Benbow CP, Geary DC, Gur RC, Hyde JS, Gernsbacher MA. The Science of Sex Differences in Science and Mathematics. Psychol Sci Public Interest. 2007, 8(1), 1-51.

265. Halpern DF, Benbow CP, Geary DC, Gur RC, Hyde JS, Gernsbacher MA. Sex, Math and Scientific Achievement: Why do men dominate the fields of science, engineering and mathematics? Sci Am Mind. 2007, 18(6), 44-51.

266. Silver H, Goodman C, Bilker WB, Knoll G, Gur RC, Povar G. Suboptimal processing strategy and working-memory impairments predict abstraction deficit in schizophrenia. Journal of Clinical and Experimental Neuropsychology. 2007, 29(8), 823-830.

267. Gur RE, Turetsky BI, Loughead J, Snyder W, Kohler C, Elliott M, Pratiwadi R, Ragland JD, Bilker WB, Siegel SJ, Kanes SJ, Arnold SE, Gur RC. Visual attention circuitry in schizophrenia investigated with oddball event-related functional magnetic resonance imaging. Am J Psychiatry. 2007, 164(3), 442-449.

268. Turetsky BI, Greenwood TA, Olincy A, Radant AD, Braff DL, Cadenhead KS, Dobie DJ, Freedman R, Green MF, Gur RE, Gur RC, Light GA, Mintz J, Nuechterlein KH, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Calkins ME. Abnormal auditory N100 amplitude: a heritable endophenotype in first-degree relatives of schizophrenia probands. Biol Psychiatry. 2008, 64(12), 1051-1059.

269. Leitman DI, Loughead J, Wolf DH, Ruparel K, Kohler CG, Elliott MA, Bilker WB, Gur RE, Gur RC. Abnormal superior temporal connectivity during fear perception in schizophrenia. Schizophr Bull. 2008, 34(4), 673-678.

270. Wolf DH, Turetsky BI, Loughead J, Elliott MA, Pratiwadi R, Gur RE, Gur RC. Auditory Oddball fMRI in Schizophrenia: Association of Negative Symptoms with Regional Hypoactivation to Novel Distractors. Brain Imaging Behav. 2008, 2(2), 132-145.

271. Wang P, Barrett F, Martin E, Milonova M, Gur RE, Gur RC, Kohler C, Verma R. Automated video-based facial expression analysis of neuropsychiatric disorders. J Neurosci Methods. 2008, 168(1), 224-238.

272. Kohler CG, Loughead J, Ruparel K, Indersmitten T, Barrett FS, Gur RE, Gur RC. Brain activation during eye gaze discrimination in stable schizophrenia. Schizophr Res. 2008, 99(1-3), 286-293.

273. Kohler CG, Martin EA, Milonova M, Wang P, Verma R, Brensinger CM, Bilker W, Gur RE, Gur RC. Dynamic evoked facial expressions of emotions in schizophrenia. Schizophr Res. 2008, 105(1-3), 30-39.

274. Ragland JD, Moelter ST, Bhati MT, Valdez JN, Kohler CG, Siegel SJ, Gur RC, Gur RE. Effect of retrieval effort and switching demand on fMRI activation during semantic word generation in schizophrenia. Schizophr Res. 2008, 99(1-3), 312-323.

275. Derntl B, Windischberger C, Robinson S, Lamplmayr E, Kryspin-Exner I, Gur RC, Moser E,

Habel U. Facial emotion recognition and amygdala activation are associated with menstrual cycle phase. Psychoneuroendocrinology. 2008, 33(8), 1031-1040.

276. Hakun JG, Seelig D, Ruparel K, Loughead JW, Busch E, Gur RC, Langleben DD. fMRI investigation of the cognitive structure of the Concealed Information Test. Neurocase. 2008, 14(1), 59-67.

277. Dickinson D, Ragland JD, Gold JM, Gur RC. General and specific cognitive deficits in schizophrenia: Goliath defeats David? Biol Psychiatry. 2008, 64(9), 823-827.

278. Almasy L, Gur RC, Haack K, Cole SA, Calkins ME, Peralta JM, Hare E, Prasad K, Pogue-Geile MF, Nimgaonkar V, Gur RE. A genome screen for quantitative trait loci influencing schizophrenia and neurocognitive phenotypes. Am J Psychiatry. 2008, 165(9), 1185-1192.

279. Loughead J, Gur RC, Elliott M, Gur RE. Neural circuitry for accurate identification of facial emotions. Brain Res. 2008, 1194, 37-44.

280. Ray R, Loughead J, Wang Z, Detre J, Yang E, Gur R, Lerman C. Neuroimaging, genetics and the treatment of nicotine addiction. Behav Brain Res. 2008, 193(2), 159-169.

281. Pinkham AE, Sasson NJ, Calkins ME, Richard J, Hughett P, Gur RE, Gur RC. The other-race effect in face processing among African American and Caucasian individuals with schizophrenia. Am J Psychiatry. 2008, 165(5), 639-645.

282. Dyck M, Winbeck M, Leiberg S, Chen Y, Gur RC, Mathiak K. Recognition profile of emotions in natural and virtual faces. PLoS One. 2008, 3(11), e3628.

283. Green MF, Penn DL, Bentall R, Carpenter WT, Gaebel W, Gur RC, Kring AM, Park S, Silverstein SM, Heinssen R. Social cognition in schizophrenia: an NIMH workshop on definitions, assessment, and research opportunities. Schizophr Bull. 2008, 34(6), 1211-1220.

284. Kohler CG, Martin EA, Stolar N, Barrett FS, Verma R, Brensinger C, Bilker W, Gur RE, Gur RC. Static posed and evoked facial expressions of emotions in schizophrenia. Schizophr Res. 2008, 105(1-3), 49-60.

285. Fan Y, Gur RE, Gur RC, Wu X, Shen D, Calkins ME, Davatzikos C. Unaffected family members and schizophrenia patients share brain structure patterns: a high-dimensional pattern classification study. Biol Psychiatry. 2008, 63(1), 118-124.

286. Russ JB, Gur RC, Bilker WB. Validation of affective and neutral sentence content for prosodic testing. Behav Res Methods. 2008, 40(4), 935-939.

287. Wild J, Gur RC. Verbal memory and treatment response in post-traumatic stress disorder. Br J Psychiatry. 2008, 193(3), 254-255.

288. Horan WP, Braff DL, Nuechterlein KH, Sugar CA, Cadenhead KS, Calkins ME, Dobie DJ, Freedman R, Greenwood TA, Gur RE, Gur RC, Light GA, Mintz J, Olincy A, Radant AD, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Green MF. Verbal working memory impairments in individuals with schizophrenia and their first-degree relatives: findings from the Consortium on the Genetics of Schizophrenia. Schizophr Res. 2008, 103(1-3), 218-228.

289. Derntl B, Habel U, Robinson S, Windischberger C, Kryspin-Exner I, Gur RC, Moser E. Amygdala activation during recognition of emotions in a foreign ethnic group is associated with duration of stay. Soc Neurosci. 2009, 4(4), 294-307.

290. Derntl B, Windischberger C, Robinson S, Kryspin-Exner I, Gur RC, Moser E, Habel U.

Amygdala activity to fear and anger in healthy young males is associated with testosterone. Psychoneuroendocrinology. 2009, 34(5), 687-693.

291. Halene TB, Ehrlichman RS, Liang Y, Christian EP, Jonak GJ, Gur TL, Blendy JA, Dow HC, Brodkin ES, Schneider F, Gur RC, Siegel SJ. Assessment of NMDA receptor NR1 subunit hypofunction in mice as a model for schizophrenia. Genes Brain Behav. 2009, 8(7), 661-675.

292. Glocker ML, Langleben DD, Ruparel K, Loughead JW, Gur RC, Sachser N. Baby Schema in Infant Faces Induces Cuteness Perception and Motivation for Caretaking in Adults. Ethology. 2009, 115(3), 257-263.

293. Glocker ML, Langleben DD, Ruparel K, Loughead JW, Valdez JN, Griffin MD, Sachser N, Gur RC. Baby schema modulates the brain reward system in nulliparous women. Proc Natl Acad Sci U S A. 2009, 106(22), 9115-9119.

294. Carter CS, Barch DM, Gur R, Gur R, Pinkham A, Ochsner K. CNTRICS final task selection: social cognitive and affective neuroscience-based measures. Schizophr Bull. 2009, 35(1), 153-162.

295. Talkowski ME, McClain L, Allen T, Bradford LD, Calkins M, Edwards N, Georgieva L, Go R, Gur R, Gur R, Kirov G, Chowdari K, Kwentus J, Lyons P, Mansour H, McEvoy J, O'Donovan MC, O'Jile J, Owen MJ, Santos A, Savage R, Toncheva D, Vockley G, Wood J, Devlin B, Nimgaonkar VL. Convergent patterns of association between phenylalanine hydroxylase variants and schizophrenia in four independent samples. Am J Med Genet B Neuropsychiatr Genet. 2009, 150B(4), 560-569.

296. Loughead J, Wileyto EP, Valdez JN, Sanborn P, Tang K, Strasser AA, Ruparel K, Ray R, Gur RC, Lerman C. Effect of abstinence challenge on brain function and cognition in smokers differs by COMT genotype. Mol Psychiatry. 2009, 14(8), 820-826.

297. Williams LM, Mathersul D, Palmer DM, Gur RC, Gur RE, Gordon E. Explicit identification and implicit recognition of facial emotions: I. Age effects in males and females across 10 decades. J Clin Exp Neuropsychol. 2009, 31(3), 257-277.

298. Mathersul D, Palmer DM, Gur RC, Gur RE, Cooper N, Gordon E, Williams LM. Explicit identification and implicit recognition of facial emotions: II. Core domains and relationships with general cognition. J Clin Exp Neuropsychol. 2009, 31(3), 278-291.

299. Satterthwaite TD, Wolf DH, Gur RC, Ruparel K, Valdez JN, Gur RE, Loughead J. Frontolimbic responses to emotional face memory: the neural correlates of first impressions. Hum Brain Mapp. 2009, 30(11), 3748-3758.

300. Derntl B, Habel U, Windischberger C, Robinson S, Kryspin-Exner I, Gur RC, Moser E. General and specific responsiveness of the amygdala during explicit emotion recognition in females and males. BMC Neurosci. 2009, 10, 91-2202-10-91.

301. Watanabe K, Matsui M, Matsuzawa J, Tanaka C, Noguchi K, Yoshimura N, Hongo K, Ishiguro M, Wanatabe S, Hirono K, Uese K, Ichida F, Origasa H, Nakazawa J, Oshima Y, Miyawaki T, Matsuzaki T, Yagihara T, Bilker W, Gur RC. Impaired neuroanatomic development in infants with congenital heart disease. J Thorac Cardiovasc Surg. 2009, 137(1), 146-153.

302. Wiener HW, Klei L, Irvin MD, Perry RT, Aliyu MH, Allen TB, Bradford LD, Calkins ME, Devlin B, Edwards N, Gur RE, Gur RC, Kwentus J, Lyons PD, McEvoy JP, Nasrallah HA, Nimgaonkar VL, O'Jile J, Santos AB, Savage RM, Go RC. Linkage analysis of schizophrenia in African-American families. Schizophr Res. 2009, 109(1-3), 70-79.

303. Dyck M, Loughead J, Boers F, Kellermann T, Ruparel K, Gur R, Mathiak K. The Neural

Correlates of Emotion Experience – Mood Induction with Facial Expressions and Classical Music. Neuroimage. 2009, 47, Supplement 1, S191.

304. Gur RC, Ragland JD, Reivich M, Greenberg JH, Alavi A, Gur RE. Regional differences in the coupling between resting cerebral blood flow and metabolism may indicate action preparedness as a default state. Cereb Cortex. 2009, 19(2), 375-382.

305. Butler PD, Abeles IY, Weiskopf NG, Tambini A, Jalbrzikowski M, Legatt ME, Zemon V, Loughead J, Gur RC, Javitt DC. Sensory contributions to impaired emotion processing in schizophrenia. Schizophr Bull. 2009, 35(6), 1095-1107.

306. Hakun JG, Ruparel K, Seelig D, Busch E, Loughead JW, Gur RC, Langleben DD. Towards clinical trials of lie detection with fMRI. Soc Neurosci. 2009, 4(6), 518-527.

307. Patterson F, Jepson C, Strasser AA, Loughead J, Perkins KA, Gur RC, Frey JM, Siegel S, Lerman C. Varenicline improves mood and cognition during smoking abstinence. Biol Psychiatry. 2009, 65(2), 144-149.

308. Leitman DI, Wolf DH, Ragland JD, Laukka P, Loughead J, Valdez JN, Javitt DC, Turetsky BI, Gur RC. "It's Not What You Say, But How You Say it": A Reciprocal Temporo-frontal Network for Affective Prosody. Front Hum Neurosci. 2010, 4, 19.

309. Radant AD, Dobie DJ, Calkins ME, Olincy A, Braff DL, Cadenhead KS, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Meichle SP, Millard SP, Mintz J, Nuechterlein KH, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang MT, Turetsky BI, Tsuang DW. Antisaccade performance in schizophrenia patients, their first-degree biological relatives, and community comparison subjects: data from the COGS study. Psychophysiology. 2010, 47(5), 846-856.

310. Satterthwaite TD, Wolf DH, Loughead J, Ruparel K, Valdez JN, Siegel SJ, Kohler CG, Gur RE, Gur RC. Association of enhanced limbic response to threat with decreased cortical facial recognition memory response in schizophrenia. Am J Psychiatry. 2010, 167(4), 418-426.

311. Loughead JW, Luborsky L, Weingarten CP, Krause ED, German RE, Kirk D, Gur RC. Brain activation during autobiographical relationship episode narratives: a core conflictual relationship theme approach. Psychother Res. 2010, 20(3), 321-336.

312. Gur RC, Richard J, Hughett P, Calkins ME, Macy L, Bilker WB, Brensinger C, Gur RE. A cognitive neuroscience-based computerized battery for efficient measurement of individual differences: standardization and initial construct validation. J Neurosci Methods. 2010, 187(2), 254-262.

313. Young RC, Schulberg HC, Gildengers AG, Sajatovic M, Mulsant BH, Gyulai L, Beyer J, Marangell L, Kunik M, Ten Have T, Bruce ML, Gur R, Marino P, Evans JD, Reynolds CF,3rd, Alexopoulos GS. Conceptual and methodological issues in designing a randomized, controlled treatment trial for geriatric bipolar disorder: GERI-BD. Bipolar Disord. 2010, 12(1), 56-67.

314. Sasson NJ, Pinkham AE, Richard J, Hughett P, Gur RE, Gur RC. Controlling for response biases clarifies sex and age differences in facial affect recognition. Journal of Nonverbal Behavior. 2010, 34(4), 207-221.

315. Wassermann D, Kanterakis E, Gur RC, Deriche R, Verma R. Diffusion-based population statistics using tract probability maps. Med Image Comput Comput Assist Interv. 2010, 13(Pt 1), 631-639.

316. Ingalhalikar M, Kanterakis S, Gur R, Roberts TP, Verma R. DTI based diagnostic prediction of a

disease via pattern classification. Med Image Comput Comput Assist Interv. 2010, 13(Pt 1), 558-565.

317. Loughead J, Ray R, Wileyto EP, Ruparel K, Sanborn P, Siegel S, Gur RC, Lerman C. Effects of the alpha4beta2 partial agonist varenicline on brain activity and working memory in abstinent smokers. Biol Psychiatry. 2010, 67(8), 715-721.

318. Pinkham AE, Griffin M, Baron R, Sasson NJ, Gur RC. The face in the crowd effect: anger superiority when using real faces and multiple identities. Emotion. 2010, 10(1), 141-146.

319. Gur RE, Gur RC. Functional magnetic resonance imaging in schizophrenia. Dialogues Clin Neurosci. 2010, 12(3), 333-343.

320. Seidel EM, Habel U, Kirschner M, Gur RC, Derntl B. The impact of facial emotional expressions on behavioral tendencies in women and men. J Exp Psychol Hum Percept Perform. 2010, 36(2), 500-507.

321. Seidel EM, Habel U, Finkelmeyer A, Schneider F, Gur RC, Derntl B. Implicit and explicit behavioral tendencies in male and female depression. Psychiatry Res. 2010, 177(1-2), 124-130.

322. Olincy A, Braff DL, Adler LE, Cadenhead KS, Calkins ME, Dobie DJ, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Mintz J, Nuechterlein KH, Radant AD, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Wagner BD, Freedman R. Inhibition of the P50 cerebral evoked response to repeated auditory stimuli: results from the Consortium on Genetics of Schizophrenia. Schizophr Res. 2010, 119(1-3), 175-182.

323. Rubright J, Sankar P, Casarett DJ, Gur R, Xie SX, Karlawish J. A memory and organizational aid improves Alzheimer disease research consent capacity: results of a randomized, controlled trial. Am J Geriatr Psychiatry. 2010, 18(12), 1124-1132.

324. Kalkstein S, Hurford I, Gur RC. Neurocognition in schizophrenia. Curr Top Behav Neurosci. 2010, 4, 373-390.

325. Calkins ME, Tepper P, Gur RC, Ragland JD, Klei L, Wiener HW, Richard J, Savage RM, Allen TB, O'Jile J, Devlin B, Kwentus J, Aliyu MH, Bradford LD, Edwards N, Lyons PD, Nimgaonkar VL, Santos AB, Go RC, Gur RE. Project among African-Americans to explore risks for schizophrenia (PAARTNERS): evidence for impairment and heritability of neurocognitive functioning in families of schizophrenia patients. Am J Psychiatry. 2010, 167(4), 459-472.

326. Prasad KM, Almasy L, Gur RC, Gur RE, Pogue-Geile M, Chowdari KV, Talkowski ME, Nimgaonkar VL. RGS4 polymorphisms associated with variability of cognitive performance in a family-based schizophrenia sample. Schizophr Bull. 2010, 36(5), 983-990.

327. Eack SM, Mermon DE, Montrose DM, Miewald J, Gur RE, Gur RC, Sweeney JA, Keshavan MS. Social cognition deficits among individuals at familial high risk for schizophrenia. Schizophr Bull. 2010, 36(6), 1081-1088.

328. Seidel EM, Eickhoff SB, Kellermann T, Schneider F, Gur RC, Habel U, Derntl B. Who is to blame? Neural correlates of causal attribution in social situations. Soc Neurosci. 2010, 5(4), 335-350.

329. Patterson F, Jepson C, Loughead J, Perkins K, Strasser AA, Siegel S, Frey J, Gur R, Lerman C. Working memory deficits predict short-term smoking resumption following brief abstinence. Drug Alcohol Depend. 2010, 106(1), 61-64.

330. Pinkham AE, Loughead J, Ruparel K, Overton E, Gur RE, Gur RC. Abnormal modulation of amygdala activity in schizophrenia in response to direct- and averted-gaze threat-related facial expressions. Am J Psychiatry. 2011, 168(3), 293-301.

331. Pinkham AE, Brensinger C, Kohler C, Gur RE, Gur RC. Actively paranoid patients with schizophrenia over attribute anger to neutral faces. Schizophr Res. 2011, 125(2-3), 174-178.

332. Wolf DH, Satterthwaite TD, Loughead J, Pinkham A, Overton E, Elliott MA, Dent GW, Smith MA, Gur RC, Gur RE. Amygdala abnormalities in first-degree relatives of individuals with schizophrenia unmasked by benzodiazepine challenge. Psychopharmacology (Berl). 2011, 218(3), 503-512.

333. Greenwood TA, Lazzeroni LC, Murray SS, Cadenhead KS, Calkins ME, Dobie DJ, Green MF, Gur RE, Gur RC, Hardiman G, Kelsoe JR, Leonard S, Light GA, Nuechterlein KH, Olincy A, Radant AD, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Freedman R, Braff DL. Analysis of 94 candidate genes and 12 endophenotypes for schizophrenia from the Consortium on the Genetics of Schizophrenia. Am J Psychiatry. 2011, 168(9), 930-946.

334. Hamm J, Kohler CG, Gur RC, Verma R. Automated Facial Action Coding System for dynamic analysis of facial expressions in neuropsychiatric disorders. J Neurosci Methods. 2011, 200(2), 237-256.

335. Gur RC, Irani F, Seligman S, Calkins ME, Richard J, Gur RE. Challenges and opportunities for genomic developmental neuropsychology: examples from the Penn-Drexel collaborative battery. Clin Neuropsychol. 2011, 25(6), 1029-1041.

336. Dyck M, Loughead J, Kellermann T, Boers F, Gur RC, Mathiak K. Cognitive versus automatic mechanisms of mood induction differentially activate left and right amygdala. Neuroimage. 2011, 54(3), 2503-2513.

337. Veselinovic T, Schorn H, Vernaleken I, Schiffl K, Hiemke C, Zernig G, Gur R, Grunder G. Effects of antipsychotic treatment on psychopathology and motor symptoms. A placebo-controlled study in healthy volunteers. Psychopharmacology (Berl). 2011, 218(4), 733-748.

338. Silver H, Goodman C, Gur RC, Gur RE, Bilker WB. 'Executive' functions and normal aging: selective impairment in conditional exclusion compared to abstraction and inhibition. Dement Geriatr Cogn Disord. 2011, 31(1), 53-62.

339. Kohn N, Kellermann T, Gur RC, Schneider F, Habel U. Gender differences in the neural correlates of humor processing: implications for different processing modes. Neuropsychologia. 2011, 49(5), 888-897.

340. Stone WS, Giuliano AJ, Tsuang MT, Braff DL, Cadenhead KS, Calkins ME, Dobie DJ, Faraone SV, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Mintz J, Nuechterlein KH, Olincy A, Radant AD, Roe AH, Schork NJ, Siever LJ, Silverman JM, Swerdlow NR, Thomas AR, Tsuang DW, Turetsky BI, Seidman LJ. Group and site differences on the California Verbal Learning Test in persons with schizophrenia and their first-degree relatives: findings from the Consortium on the Genetics of Schizophrenia (COGS). Schizophr Res. 2011, 128(1-3), 102-110.

341. Derntl B, Seidel EM, Eickhoff SB, Kellermann T, Gur RC, Schneider F, Habel U. Neural correlates of social approach and withdrawal in patients with major depression. Soc Neurosci. 2011, 6(5-6), 482-501.

342. Leitman DI, Wolf DH, Laukka P, Ragland JD, Valdez JN, Turetsky BI, Gur RE, Gur RC. Not pitch perfect: sensory contributions to affective communication impairment in schizophrenia. Biol Psychiatry. 2011, 70(7), 611-618.

343. Satterthwaite TD, Wolf DH, Pinkham AE, Ruparel K, Elliott MA, Valdez JN, Overton E,

Seubert J, Gur RE, Gur RC, Loughead J. Opposing amygdala and ventral striatum connectivity during emotion identification. Brain Cogn. 2011, 76(3), 353-363.

344. Pinkham A, Loughead J, Ruparel K, Wu WC, Overton E, Gur R, Gur R. Resting quantitative cerebral blood flow in schizophrenia measured by pulsed arterial spin labeling perfusion MRI. Psychiatry Res. 2011, 194(1), 64-72.

345. Wolf DH, Gerraty R, Satterthwaite TD, Loughead J, Campellone T, Elliott MA, Turetsky BI, Gur RC, Gur RE. Striatal intrinsic reinforcement signals during recognition memory: relationship to response bias and dysregulation in schizophrenia. Front Behav Neurosci. 2011, 5, 81.

346. Leitman DI, Wolf DH, Loughead J, Valdez JN, Kohler CG, Brensinger C, Elliott MA, Turetsky BI, Gur RE, Gur RC. Ventrolateral prefrontal cortex and the effects of task demand context on facial affect appraisal in schizophrenia. Soc Cogn Affect Neurosci. 2011, 6(1), 66-73.

347. Bhatia T, Agarwal A, Shah G, Wood J, Richard J, Gur RE, Gur RC, Nimgaonkar VL, Mazumdar S, Deshpande SN. Adjunctive cognitive remediation for schizophrenia using yoga: an open, non-randomized trial. Acta Neuropsychiatr. 2012, 24(2), 91-100.

348. Gur RC, Richard J, Calkins ME, Chiavacci R, Hansen JA, Bilker WB, Loughead J, Connolly JJ, Qiu H, Mentch FD, Abou-Sleiman PM, Hakonarson H, Gur RE. Age group and sex differences in performance on a computerized neurocognitive battery in children age 8-21. Neuropsychology. 2012, 26(2), 251-265.

349. Gold R, Butler P, Revheim N, Leitman DI, Hansen JA, Gur RC, Kantrowitz JT, Laukka P, Juslin PN, Silipo GS, Javitt DC. Auditory emotion recognition impairments in schizophrenia: relationship to acoustic features and cognition. Am J Psychiatry. 2012, 169(4), 424-432.

350. Nucifora PG, Wu X, Melhem ER, Gur RE, Gur RC, Verma R. Automated diffusion tensor tractography: implementation and comparison to user-driven tractography. Acad Radiol. 2012, 19(5), 622-629.

351. Satterthwaite TD, Ruparel K, Loughead J, Elliott MA, Gerraty RT, Calkins ME, Hakonarson H, Gur RC, Gur RE, Wolf DH. Being right is its own reward: load and performance related ventral striatum activation to correct responses during a working memory task in youth. Neuroimage. 2012, 61(3), 723-729.

352. Goldenberg PC, Calkins ME, Richard J, McDonald-McGinn D, Zackai E, Mitra N, Emanuel B, Devoto M, Borgmann-Winter K, Kohler C, Conroy CG, Gur RC, Gur RE. Computerized neurocognitive profile in young people with 22q11.2 deletion syndrome compared to youths with schizophrenia and at-risk for psychosis. Am J Med Genet B Neuropsychiatr Genet. 2012, 159B(1), 87-93.

353. Irani F, Brensinger CM, Richard J, Calkins ME, Moberg PJ, Bilker W, Gur RE, Gur RC. Computerized neurocognitive test performance in schizophrenia: a lifespan analysis. Am J Geriatr Psychiatry. 2012, 20(1), 41-52.

354. Derntl B, Habel U, Robinson S, Windischberger C, Kryspin-Exner I, Gur RC, Moser E. Culture but not gender modulates amygdala activation during explicit emotion recognition. BMC Neurosci. 2012, 13, 54-2202-13-54.

355. Bilker WB, Hansen JA, Brensinger CM, Richard J, Gur RE, Gur RC. Development of abbreviated nine-item forms of the Raven's standard progressive matrices test. Assessment. 2012, 19(3), 354-369.

356. Bamne M, Wood J, Chowdari K, Watson AM, Celik C, Mansour H, Klei L, Gur RC, Bradford

LD, Calkins ME, Santos AB, Edwards N, Kwentus J, McEvoy JP, Allen TB, Savage RM, Nasrallah HA, Gur RE, Perry RT, Go RC, Devlin B, Yolken R, Nimgaonkar VL. Evaluation of HLA polymorphisms in relation to schizophrenia risk and infectious exposure. Schizophr Bull. 2012, 38(6), 1149-1154.

357. Yokley JL, Prasad KM, Chowdari KV, Talkowski ME, Wood J, Gur RC, Gur RE, Almasy L, Nimgaonkar VL, Pogue-Geile MF. Genetic associations between neuregulin-1 SNPs and neurocognitive function in multigenerational, multiplex schizophrenia families. Psychiatr Genet. 2012, 22(2), 70-81.

358. Ingalhalikar M, Smith AR, Bloy L, Gur R, Roberts TP, Verma R. Identifying sub-populations via unsupervised cluster analysis on multi-edge similarity graphs. Med Image Comput Comput Assist Interv. 2012, 15(Pt 2), 254-261.

359. Satterthwaite TD, Wolf DH, Loughead J, Ruparel K, Elliott MA, Hakonarson H, Gur RC, Gur RE. Impact of in-scanner head motion on multiple measures of functional connectivity: relevance for studies of neurodevelopment in youth. Neuroimage. 2012, 60(1), 623-632.

360. Epperson CN, Amin Z, Ruparel K, Gur R, Loughead J. Interactive effects of estrogen and serotonin on brain activation during working memory and affective processing in menopausal women. Psychoneuroendocrinology. 2012, 37(3), 372-382.

361. Irani F, Seligman S, Kamath V, Kohler C, Gur RC. A meta-analysis of emotion perception and functional outcomes in schizophrenia. Schizophr Res. 2012, 137(1-3), 203-211.

362. Da Silva FN, Irani F, Richard J, Brensinger CM, Bilker WB, Gur RE, Gur RC. More than just tapping: index finger-tapping measures procedural learning in schizophrenia. Schizophr Res. 2012, 137(1-3), 234-240.

363. Zhang T, Satterthwaite TD, Elliott M, Gur RC, Gur RE, Davatzikos C. Multivariate fMRI Analysis using Optimally-Discriminative Voxel-Based Analysis. Int Workshop Pattern Recognit Neuroimaging. 2012, 2012, 33-36.

364. Seidel EM, Satterthwaite TD, Eickhoff SB, Schneider F, Gur RC, Wolf DH, Habel U, Derntl B. Neural correlates of depressive realism--an fMRI study on causal attribution in depression. J Affect Disord. 2012, 138(3), 268-276.

365. Sachs G, Moser E, Katschnig H, Gur RC, Gur RE, Erfurth A. No amygdala attenuation in schizophrenic patients treated with atypical antipsychotics. Psychiatry Res. 2012, 202(2), 168-171.

366. Vatss S, Mehar H, Bhatia T, Richard J, Gur RC, Gur RE, Nimgaonkar VL, Deshpande SN. Patterns of Tobacco Consumption among Indian Men with Schizophrenia Compared to Their Male Siblings. Psychiatry Investig. 2012, 9(3), 245-251.

367. Eavani H, Filipovych R, Davatzikos C, Satterthwaite TD, Gur RE, Gur RC. Sparse dictionary learning of resting state fMRI networks. Int Workshop Pattern Recognit Neuroimaging. 2012, 73-76.

368. Mesholam-Gately RI, Giuliano AJ, Zillmer EA, Barakat LP, Kumar A, Gur RC, McAndrew LM, Bilker WB, Elderkin-Thompson V, Moberg PJ. Verbal learning and memory in older adults with minor and major depression. Arch Clin Neuropsychol. 2012, 27(2), 196-207.

369. Shah M, Cooper DG, Cao H, Gur RC, Nenkova A, Verma R. Action Unit Models of Facial Expression of Emotion in the Presence of Speech. Int Conf Affect Comput Intell Interact Workshops. 2013, 2013, 49-54.

370. Pawliczek CM, Derntl B, Kellermann T, Gur RC, Schneider F, Habel U. Anger under control: neural correlates of frustration as a function of trait aggression. PLoS One. 2013, 8(10), e78503.

371. Kukshal P, Bhatia T, Bhagwat AM, Gur RE, Gur RC, Deshpande SN, Nimgaonkar VL, Thelma BK. Association study of neuregulin-1 gene polymorphisms in a North Indian schizophrenia sample. Schizophr Res. 2013, 144(1-3), 24-30.

372. Loughead J, Ray R, Wileyto EP, Ruparel K, O'Donnell GP, Senecal N, Siegel S, Gur RC, Lerman C. Brain activity and emotional processing in smokers treated with varenicline. Addict Biol. 2013, 18(4), 732-738.

373. Veselinovic T, Schorn H, Vernaleken IB, Hiemke C, Zernig G, Gur R, Grunder G. Effects of antipsychotic treatment on cognition in healthy subjects. J Psychopharmacol. 2013, 27(4), 374-385.

374. Perkins KA, Karelitz JL, Jao NC, Gur RC, Lerman C. Effects of bupropion on cognitive performance during initial tobacco abstinence. Drug Alcohol Depend. 2013, 133(1), 283-286.

375. Ashare RL, Wileyto EP, Ruparel K, Goelz PM, Hopson RD, Valdez JN, Gur RC, Loughead J, Lerman C. Effects of tolcapone on working memory and brain activity in abstinent smokers: a proof-of-concept study. Drug Alcohol Depend. 2013, 133(3), 852-856.

376. Schneider K, Regenbogen C, Pauly KD, Gossen A, Schneider DA, Mevissen L, Michel TM, Gur RC, Habel U, Schneider F. Evidence for gender-specific endophenotypes in high-functioning autism spectrum disorder during empathy. Autism Res. 2013, 6(6), 506-521.

377. Thomas P, Bhatia T, Gauba D, Wood J, Long C, Prasad K, Dickerson FB, Gur RE, Gur RC, Yolken RH, Nimgaonkar VL, Deshpande SN. Exposure to herpes simplex virus, type 1 and reduced cognitive function. J Psychiatr Res. 2013, 47(11), 1680-1685.

378. Satterthwaite TD, Wolf DH, Erus G, Ruparel K, Elliott MA, Gennatas ED, Hopson R, Jackson C, Prabhakaran K, Bilker WB, Calkins ME, Loughead J, Smith A, Roalf DR, Hakonarson H, Verma R, Davatzikos C, Gur RC, Gur RE. Functional maturation of the executive system during adolescence. J Neurosci. 2013, 33(41), 16249-16261.

379. Monroe JF, Griffin M, Pinkham A, Loughead J, Gur RC, Roberts TP, Christopher Edgar J. The fusiform response to faces: explicit versus implicit processing of emotion. Hum Brain Mapp. 2013, 34(1), 1-11.

380. Greenwood TA, Swerdlow NR, Gur RE, Cadenhead KS, Calkins ME, Dobie DJ, Freedman R, Green MF, Gur RC, Lazzeroni LC, Nuechterlein KH, Olincy A, Radant AD, Ray A, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Sugar CA, Tsuang DW, Tsuang MT, Turetsky BI, Light GA, Braff DL. Genome-wide linkage analyses of 12 endophenotypes for schizophrenia from the Consortium on the Genetics of Schizophrenia. Am J Psychiatry. 2013, 170(5), 521-532.

381. Huang J, Wang Y, Jin Z, Di X, Yang T, Gur RC, Gur RE, Shum DH, Cheung EF, Chan RC. Happy facial expression processing with different social interaction cues: an fMRI study of individuals with schizotypal personality traits. Prog Neuropsychopharmacol Biol Psychiatry. 2013, 44, 108-117.

382. Liu J, Richmond TS, Raine A, Cheney R, Brodkin ES, Gur RC, Gur RE. The Healthy Brains and Behavior Study: objectives, design, recruitment, and population coverage. Int J Methods Psychiatr Res. 2013, 22(3), 204-216.

383. Satterthwaite TD, Wolf DH, Ruparel K, Erus G, Elliott MA, Eickhoff SB, Gennatas ED, Jackson C, Prabhakaran K, Smith A, Hakonarson H, Verma R, Davatzikos C, Gur RE, Gur RC. Heterogeneous impact of motion on fundamental patterns of developmental changes in functional connectivity during youth. Neuroimage. 2013, 83, 45-57.

384. Eavani H, Satterthwaite TD, Gur RE, Gur RC, Davatzikos C. Identifying Patterns in Temporal

Variation of Functional Connectivity using Resting State Fmri. Proc IEEE Int Symp Biomed Imaging. 2013, 2013, 1086-1089.

385. Seidel EM, Silani G, Metzler H, Thaler H, Lamm C, Gur RC, Kryspin-Exner I, Habel U, Derntl B. The impact of social exclusion vs. inclusion on subjective and hormonal reactions in females and males. Psychoneuroendocrinology. 2013, 38(12), 2925-2932.

386. Satterthwaite TD, Elliott MA, Gerraty RT, Ruparel K, Loughead J, Calkins ME, Eickhoff SB, Hakonarson H, Gur RC, Gur RE, Wolf DH. An improved framework for confound regression and filtering for control of motion artifact in the preprocessing of resting-state functional connectivity data. Neuroimage. 2013, 64, 240-256.

387. Gur RE, Kaltman D, Melhem ER, Ruparel K, Prabhakaran K, Riley M, Yodh E, Hakonarson H, Satterthwaite T, Gur RC. Incidental findings in youths volunteering for brain MRI research. AJNR Am J Neuroradiol. 2013, 34(10), 2021-2025.

388. Pawliczek CM, Derntl B, Kellermann T, Kohn N, Gur RC, Habel U. Inhibitory control and trait aggression: neural and behavioral insights using the emotional stop signal task. Neuroimage. 2013, 79, 264-274.

389. Ghanbari Y, Herrington J, Gur RC, Schultz RT, Verma R. Locality preserving non-negative basis learning with graph embedding. Inf Process Med Imaging. 2013, 23, 316-327.

390. Cai K, Singh A, Roalf DR, Nanga RP, Haris M, Hariharan H, Gur R, Reddy R. Mapping glutamate in subcortical brain structures using high-resolution GluCEST MRI. NMR Biomed. 2013, 26(10), 1278-1284.

391. Gur RC, Gur RE. Memory in health and in schizophrenia. Dialogues Clin Neurosci. 2013, 15(4), 399-410.

392. Schneider K, Pauly KD, Gossen A, Mevissen L, Michel TM, Gur RC, Schneider F, Habel U. Neural correlates of moral reasoning in autism spectrum disorder. Soc Cogn Affect Neurosci. 2013, 8(6), 702-710.

393. Roalf DR, Gur RC, Almasy L, Richard J, Gallagher RS, Prasad K, Wood J, Pogue-Geile MF, Nimgaonkar VL, Gur RE. Neurocognitive performance stability in a multiplex multigenerational study of schizophrenia. Schizophr Bull. 2013, 39(5), 1008-1017.

394. Wolf DH, Pinkham AE, Satterthwaite TD, Ruparel K, Elliott MA, Valdez J, Smith MA, Detre JA, Gur RC, Gur RE. Oral alprazolam acutely increases nucleus accumbens perfusion. Mol Psychiatry. 2013, 18(9), 960-961.

395. Thomas ML, Brown GG, Gur RC, Hansen JA, Nock MK, Heeringa S, Ursano RJ, Stein MB. Parallel psychometric and cognitive modeling analyses of the Penn Face Memory Test in the Army Study to Assess Risk and Resilience in Servicemembers. J Clin Exp Neuropsychol. 2013, 35(3), 225-245.

396. Watson AM, Prasad KM, Klei L, Wood JA, Yolken RH, Gur RC, Bradford LD, Calkins ME, Richard J, Edwards N, Savage RM, Allen TB, Kwentus J, McEvoy JP, Santos AB, Wiener HW, Go RC, Perry RT, Nasrallah HA, Gur RE, Devlin B, Nimgaonkar VL. Persistent infection with neurotropic herpes viruses and cognitive impairment. Psychol Med. 2013, 43(5), 1023-1031.

397. Wiener H, Klei L, Calkins M, Wood J, Nimgaonkar V, Gur R, Bradford LD, Richard J, Edwards N, Savage R, Kwentus J, Allen T, McEvoy J, Santos A, Gur R, Devlin B, Go R. Principal components of heritability from neurocognitive domains differ between families with schizophrenia and control subjects. Schizophr Bull. 2013, 39(2), 464-471.

398. Calkins ME, Ray A, Gur RC, Freedman R, Green MF, Greenwood TA, Light GA, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Sugar C, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL, Lazzeroni LC, Gur RE. Sex differences in familiality effects on neurocognitive performance in schizophrenia. Biol Psychiatry. 2013, 73(10), 976-984.

399. Gulsuner S, Walsh T, Watts AC, Lee MK, Thornton AM, Casadei S, Rippey C, Shahin H, Consortium on the Genetics of Schizophrenia (COGS), PAARTNERS Study Group, Nimgaonkar VL, Go RC, Savage RM, Swerdlow NR, Gur RE, Braff DL, King MC, McClellan JM. Spatial and temporal mapping of de novo mutations in schizophrenia to a fetal prefrontal cortical network. Cell. 2013, 154(3), 518-529.

400. Eavani H, Satterthwaite TD, Gur RE, Gur RC, Davatzikos C. Unsupervised learning of functional network dynamics in resting state fMRI. Inf Process Med Imaging. 2013, 23, 426-437.

401. Roalf DR, Ruparel K, Verma R, Elliott MA, Gur RE, Gur RC. White matter organization and neurocognitive performance variability in schizophrenia. Schizophr Res. 2013, 143(1), 172-178.

402. Falcone M, Wileyto EP, Ruparel K, Gerraty RT, LaPrate L, Detre JA, Gur R, Loughead J, Lerman C. Age-related differences in working memory deficits during nicotine withdrawal. Addict Biol. 2014, 19(5), 907-917.

403. Collier AK, Wolf DH, Valdez JN, Turetsky BI, Elliott MA, Gur RE, Gur RC. Comparison of auditory and visual oddball fMRI in schizophrenia. Schizophr Res. 2014, 158(1-3), 183-188.

404. Light G, Greenwood TA, Swerdlow NR, Calkins ME, Freedman R, Green MF, Gur RE, Gur RC, Lazzeroni LC, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. Comparison of the heritability of schizophrenia and endophenotypes in the COGS-1 family study. Schizophr Bull. 2014, 40(6), 1404-1411.

405. Yi JJ, Tang SX, McDonald-McGinn DM, Calkins ME, Whinna DA, Souders MC, Zackai EH, Goldmuntz E, Gaynor JW, Gur RC, Emanuel BS, Gur RE. Contribution of congenital heart disease to neuropsychiatric outcome in school-age children with 22q11.2 deletion syndrome. Am J Med Genet B Neuropsychiatr Genet. 2014, 165B(2), 137-147.

406. Cao H, Cooper DG, Keutmann MK, Gur RC, Nenkova A, Verma R. CREMA-D: Crowd-sourced Emotional Multimodal Actors Dataset. IEEE Trans Affect Comput. 2014, 5(4), 377-390.

407. Swerdlow NR, Light GA, Sprock J, Calkins ME, Green MF, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Nuechterlein KH, Radant AD, Ray A, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Sugar CA, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. Deficient prepulse inhibition in schizophrenia detected by the multi-site COGS. Schizophr Res. 2014, 152(2-3), 503-512.

408. Bilker WB, Wierzbicki MR, Brensinger CM, Gur RE, Gur RC. Development of abbreviated eight-item form of the Penn Verbal Reasoning Test. Assessment. 2014, 21(6), 669-678.

409. Hamm J, Pinkham A, Gur RC, Verma R, Kohler CG. Dimensional information-theoretic measurement of facial emotion expressions in schizophrenia. Schizophr Res Treatment. 2014, 2014, 243907.

410. Eavani H, Satterthwaite TD, Gur RE, Gur RC, Davatzikos C. Discriminative sparse connectivity patterns for classification of fMRI Data. Med Image Comput Comput Assist Interv. 2014, 17(Pt 3), 193-200.

411. Ruocco AC, Reilly JL, Rubin LH, Daros AR, Gershon ES, Tamminga CA, Pearlson GD, Hill

SK, Keshavan MS, Gur RC, Sweeney JA. Emotion recognition deficits in schizophrenia-spectrum disorders and psychotic bipolar disorder: Findings from the Bipolar-Schizophrenia Network on Intermediate Phenotypes (B-SNIP) study. Schizophr Res. 2014, 158(1-3), 105-112.

412. Thompson PM, Stein JL, Medland SE, Hibar DP, Vasquez AA, Renteria ME, Toro R, Jahanshad N, Schumann G, Franke B, Wright MJ, Martin NG, Agartz I, Alda M, Alhusaini S, Almasy L, Almeida J, Alpert K, Andreasen NC, Andreassen OA, Apostolova LG, Appel K, Armstrong NJ, Aribisala B, Bastin ME, Bauer M, Bearden CE, Bergmann O, Binder EB, Blangero J, Bockholt HJ, Boen E, Bois C, Boomsma DI, Booth T, Bowman IJ, Bralten J, Brouwer RM, Brunner HG, Brohawn DG, Buckner RL, Buitelaar J, Bulayeva K, Bustillo JR, Calhoun VD, Cannon DM, Cantor RM, Carless MA, Caseras X, Cavalleri GL, Chakravarty MM, Chang KD, Ching CR, Christoforou A, Cichon S, Clark VP, Conrod P, Coppola G, Crespo-Facorro B, Curran JE, Czisch M, Deary IJ, de Geus EJ, den Braber A, Delvecchio G, Depondt C, de Haan L, de Zubicaray GI, Dima D, Dimitrova R, Djurovic S, Dong H, Donohoe G, Duggirala R, Dyer TD, Ehrlich S, Ekman CJ, Elvsashagen T, Emsell L, Erk S, Espeseth T, Fagerness J, Fears S, Fedko I, Fernandez G, Fisher SE, Foroud T, Fox PT, Francks C, Frangou S, Frey EM, Frodl T, Frouin V, Garavan H, Giddaluru S, Glahn DC, Godlewska B, Goldstein RZ, Gollub RL, Grabe HJ, Grimm O, Gruber O, Guadalupe T, Gur RE, Gur RC, Goring HH, Hagenaars S, Hajek T, Hall GB, Hall J, Hardy J, Hartman CA, Hass J, Hatton SN, Haukvik UK, Hegenscheid K, Heinz A, Hickie IB, Ho BC, Hoehn D, Hoekstra PJ, Hollinshead M, Holmes AJ, Homuth G, Hoogman M, Hong LE, Hosten N, Hottenga JJ, Hulshoff Pol HE, Hwang KS, Jack CR,Jr, Jenkinson M, Johnston C, Jonsson EG, Kahn RS, Kasperaviciute D, Kelly S, Kim S, Kochunov P, Koenders L, Kramer B, Kwok JB, Lagopoulos J, Laje G, Landen M, Landman BA, Lauriello J, Lawrie SM, Lee PH, Le Hellard S, Lemaitre H, Leonardo CD, Li CS, Liberg B, Liewald DC, Liu X, Lopez LM, Loth E, Lourdusamy A, Luciano M, Macciardi F, Machielsen MW, Macqueen GM, Malt UF, Mandl R, Manoach DS, Martinot JL, Matarin M, Mather KA, Mattheisen M, Mattingsdal M, Meyer-Lindenberg A, McDonald C, McIntosh AM, McMahon FJ, McMahon KL, Meisenzahl E, Melle I, Milaneschi Y, Mohnke S, Montgomery GW, Morris DW, Moses EK, Mueller BA, Munoz Maniega S, Muhleisen TW, Muller-Myhsok B, Mwangi B, Nauck M, Nho K, Nichols TE, Nilsson LG, Nugent AC, Nyberg L, Olvera RL, Oosterlaan J, Ophoff RA, Pandolfo M, Papalampropoulou-Tsiridou M, Papmeyer M, Paus T, Pausova Z, Pearlson GD, Penninx BW, Peterson CP, Pfennig A, Phillips M, Pike GB, Poline JB, Potkin SG, Putz B, Ramasamy A, Rasmussen J, Rietschel M, Rijpkema M, Risacher SL, Roffman JL, Roiz-Santianez R, Romanczuk-Seiferth N, Rose EJ, Royle NA, Rujescu D, Ryten M, Sachdev PS, Salami A, Satterthwaite TD, Savitz J, Saykin AJ, Scanlon C, Schmaal L, Schnack HG, Schork AJ, Schulz SC, Schur R, Seidman L, Shen L, Shoemaker JM, Simmons A, Sisodiya SM, Smith C, Smoller JW, Soares JC, Sponheim SR, Sprooten E, Starr JM, Steen VM, Strakowski S, Strike L, Sussmann J, Samann PG, Teumer A, Toga AW, Tordesillas-Gutierrez D, Trabzuni D, Trost S, Turner J, Van den Heuvel M, van der Wee NJ, van Eijk K, van Erp TG, van Haren NE, van 't Ent D, van Tol MJ, Valdes Hernandez MC, Veltman DJ, Versace A, Volzke H, Walker R, Walter H, Wang L, Wardlaw JM, Weale ME, Weiner MW, Wen W, Westlye LT, Whalley HC, Whelan CD, White T, Winkler AM, Wittfeld K, Woldehawariat G, Wolf C, Zilles D, Zwiers MP, Thalamuthu A, Schofield PR, Freimer NB, Lawrence NS, Drevets W, Alzheimer's Disease Neuroimaging Initiative, EPIGEN Consortium, IMAGEN Consortium, Saguenay Youth Study (SYS) Group. The ENIGMA Consortium: large-scale collaborative analyses of neuroimaging and genetic data. Brain Imaging Behav. 2014, 8(2), 153-182.

413. Kohler CG, Richard JA, Brensinger CM, Borgmann-Winter KE, Conroy CG, Moberg PJ, Gur RC, Gur RE, Calkins ME. Facial emotion perception differs in young persons at genetic and clinical high-risk for psychosis. Psychiatry Res. 2014, 216(2), 206-212.

414. Iannacone S, Leary M, Esposito EC, Ruparel K, Savitt A, Mott A, Richard JA, Gur RC, Abella

BS. Feasibility of cognitive functional assessment in cardiac arrest survivors using an abbreviated laptop-based neurocognitive battery. Ther Hypothermia Temp Manag. 2014, 4(3), 131-136.

415. Dyck M, Loughead J, Gur RC, Schneider F, Mathiak K. Hyperactivation balances sensory processing deficits during mood induction in schizophrenia. Soc Cogn Affect Neurosci. 2014, 9(2), 167-175.

416. Satterthwaite TD, Shinohara RT, Wolf DH, Hopson RD, Elliott MA, Vandekar SN, Ruparel K, Calkins ME, Roalf DR, Gennatas ED, Jackson C, Erus G, Prabhakaran K, Davatzikos C, Detre JA, Hakonarson H, Gur RC, Gur RE. Impact of puberty on the evolution of cerebral perfusion during adolescence. Proc Natl Acad Sci U S A. 2014, 111(23), 8643-8648.

417. Schmitt JE, Yi JJ, Roalf DR, Loevner LA, Ruparel K, Whinna D, Souders MC, McDonald-McGinn DM, Yodh E, Vandekar S, Zackai EH, Gur RC, Emanuel BS, Gur RE. Incidental radiologic findings in the 22q11.2 deletion syndrome. AJNR Am J Neuroradiol. 2014, 35(11), 2186-2191.

418. Tsuang D, Esterberg M, Braff D, Calkins M, Cadenhead K, Dobie D, Freedman R, Green MF, Greenwood T, Gur R, Gur R, Horan W, Lazzeroni LC, Light GA, Millard SP, Olincy A, Nuechterlein K, Seidman L, Siever L, Silverman J, Stone W, Sprock J, Sugar C, Swerdlow N, Tsuang M, Turetsky B, Radant A. Is there an association between advanced paternal age and endophenotype deficit levels in schizophrenia? PLoS One. 2014, 9(2), e88379.

419. Kohn N, Falkenberg I, Kellermann T, Eickhoff SB, Gur RC, Habel U. Neural correlates of effective and ineffective mood induction. Soc Cogn Affect Neurosci. 2014, 9(6), 864-872.

420. Wang Y, Yang TX, Su L, Yan C, Wang Y, Huang J, Fan MX, Yin DZ, Jin Z, Zeng YW, Shum DH, Gur RC, Chan RC. Neural correlates of prospective memory in individuals with schizotypal personality features. Neuropsychology. 2014, 28(3), 373-381.

421. Gur RE, Yi JJ, McDonald-McGinn DM, Tang SX, Calkins ME, Whinna D, Souders MC, Savitt A, Zackai EH, Moberg PJ, Emanuel BS, Gur RC. Neurocognitive development in 22q11.2 deletion syndrome: comparison with youth having developmental delay and medical comorbidities. Mol Psychiatry. 2014, 19(11), 1205-1211.

422. Gur RC, Calkins ME, Satterthwaite TD, Ruparel K, Bilker WB, Moore TM, Savitt AP, Hakonarson H, Gur RE. Neurocognitive growth charting in psychosis spectrum youths. JAMA Psychiatry. 2014, 71(4), 366-374.

423. Satterthwaite TD, Elliott MA, Ruparel K, Loughead J, Prabhakaran K, Calkins ME, Hopson R, Jackson C, Keefe J, Riley M, Mentch FD, Sleiman P, Verma R, Davatzikos C, Hakonarson H, Gur RC, Gur RE. Neuroimaging of the Philadelphia neurodevelopmental cohort. Neuroimage. 2014, 86, 544-553.

424. Roalf DR, Ruparel K, Gur RE, Bilker W, Gerraty R, Elliott MA, Gallagher RS, Almasy L, Pogue-Geile MF, Prasad K, Wood J, Nimgaonkar VL, Gur RC. Neuroimaging predictors of cognitive performance across a standardized neurocognitive battery. Neuropsychology. 2014, 28(2), 161-176.

425. Schmeidler J, Lazzeroni LC, Swerdlow NR, Ferreira RP, Braff DL, Calkins ME, Cadenhead KS, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Olincy A, Nuechterlein KH, Radant AD, Seidman LJ, Siever LJ, Stone WS, Sprock J, Sugar CA, Tsuang DW, Tsuang MT, Turetsky BI, Silverman JM. Paternal age of schizophrenia probands and endophenotypic differences from unaffected siblings. Psychiatry Res. 2014, 219(1), 67-71.

426. Bhatia T, Mazumdar S, Mishra NN, Gur RE, Gur RC, Nimgaonkar VL, Deshpande SN. Protocol to evaluate the impact of yoga supplementation on cognitive function in schizophrenia: a randomised

controlled trial. <u>Acta Neuropsychiatr.</u> 2014, 26(5), 280-290.

427. Tang SX, Yi JJ, Calkins ME, Whinna DA, Kohler CG, Souders MC, McDonald-McGinn DM, Zackai EH, Emanuel BS, Gur RC, Gur RE. Psychiatric disorders in 22q11.2 deletion syndrome are prevalent but undertreated. <u>Psychol Med.</u> 2014, 44(6), 1267-1277.

428. Calkins ME, Moore TM, Merikangas KR, Burstein M, Satterthwaite TD, Bilker WB, Ruparel K, Chiavacci R, Wolf DH, Mentch F, Qiu H, Connolly JJ, Sleiman PA, Hakonarson H, Gur RC, Gur RE. The psychosis spectrum in a young U.S. community sample: findings from the Philadelphia Neurodevelopmental Cohort. <u>World Psychiatry.</u> 2014, 13(3), 296-305.

429. Ingalhalikar M, Smith A, Parker D, Satterthwaite TD, Elliott MA, Ruparel K, Hakonarson H, Gur RE, Gur RC, Verma R. Reply to Joel and Tarrasch: On misreading and shooting the messenger. <u>Proc Natl Acad Sci U S A.</u> 2014, 111(6), E638.

430. Satterthwaite TD, Vandekar S, Wolf DH, Ruparel K, Roalf DR, Jackson C, Elliott MA, Bilker WB, Calkins ME, Prabhakaran K, Davatzikos C, Hakonarson H, Gur RE, Gur RC. Sex differences in the effect of puberty on hippocampal morphology. <u>J Am Acad Child Adolesc Psychiatry.</u> 2014, 53(3), 341-50.e1.

431. Ingalhalikar M, Smith A, Parker D, Satterthwaite TD, Elliott MA, Ruparel K, Hakonarson H, Gur RE, Gur RC, Verma R. Sex differences in the structural connectome of the human brain. <u>Proc Natl Acad Sci U S A.</u> 2014, 111(2), 823-828.

432. Collier AK, Wolf DH, Valdez JN, Gur RE, Gur RC. Subsequent memory effects in schizophrenia. <u>Psychiatry Res.</u> 2014, 224(3), 211-217.

433. Tang SX, Yi JJ, Moore TM, Calkins ME, Kohler CG, Whinna DA, Souders MC, Zackai EH, McDonald-McGinn DM, Emanuel BS, Bilker WB, Gur RC, Gur RE. Subthreshold psychotic symptoms in 22q11.2 deletion syndrome. <u>J Am Acad Child Adolesc Psychiatry.</u> 2014, 53(9), 991-1000.e2.

434. Roalf DR, Gur RE, Ruparel K, Calkins ME, Satterthwaite TD, Bilker WB, Hakonarson H, Harris LJ, Gur RC. Within-individual variability in neurocognitive performance: age- and sex-related differences in children and youths from ages 8 to 21. <u>Neuropsychology.</u> 2014, 28(4), 506-518.

435. Schmitt JE, Vandekar S, Yi J, Calkins ME, Ruparel K, Roalf DR, Whinna D, Souders MC, Satterwaite TD, Prabhakaran K, McDonald-McGinn DM, Zackai EH, Gur RC, Emanuel BS, Gur RE. Aberrant Cortical Morphometry in the 22q11.2 Deletion Syndrome. <u>Biol Psychiatry.</u> 2015, 78(2), 135-143.

436. Nuechterlein KH, Green MF, Calkins ME, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Light GA, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. Attention/vigilance in schizophrenia: performance results from a large multi-site study of the Consortium on the Genetics of Schizophrenia (COGS). <u>Schizophr Res.</u> 2015, 163(1-3), 38-46.

437. Stone WS, Mesholam-Gately RI, Braff DL, Calkins ME, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Light GA, Nuechterlein KH, Olincy A, Radant AD, Siever LJ, Silverman JM, Sprock J, Sugar CA, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Seidman LJ. California Verbal Learning Test-II performance in schizophrenia as a function of ascertainment strategy: comparing the first and second phases of the Consortium on the Genetics of Schizophrenia (COGS). <u>Schizophr Res.</u> 2015, 163(1-3), 32-37.

438. Cordes JS, Mathiak KA, Dyck M, Alawi EM, Gaber TJ, Zepf FD, Klasen M, Zvyagintsev M,

Gur RC, Mathiak K. Cognitive and neural strategies during control of the anterior cingulate cortex by fMRI neurofeedback in patients with schizophrenia. Front Behav Neurosci. 2015, 9, 169.

439. Satterthwaite TD, Kable JW, Vandekar L, Katchmar N, Bassett DS, Baldassano CF, Ruparel K, Elliott MA, Sheline YI, Gur RC, Gur RE, Davatzikos C, Leibenluft E, Thase ME, Wolf DH. Common and Dissociable Dysfunction of the Reward System in Bipolar and Unipolar Depression. Neuropsychopharmacology. 2015, 40(9), 2258-2268.

440. Merikangas KR, Calkins ME, Burstein M, He JP, Chiavacci R, Lateef T, Ruparel K, Gur RC, Lehner T, Hakonarson H, Gur RE. Comorbidity of physical and mental disorders in the neurodevelopmental genomics cohort study. Pediatrics. 2015, 135(4), e927-38.

441. Satterthwaite TD, Vandekar SN, Wolf DH, Bassett DS, Ruparel K, Shehzad Z, Craddock RC, Shinohara RT, Moore TM, Gennatas ED, Jackson C, Roalf DR, Milham MP, Calkins ME, Hakonarson H, Gur RC, Gur RE. Connectome-wide network analysis of youth with Psychosis-Spectrum symptoms. Mol Psychiatry. 2015, 20(12), 1508-1515.

442. Chan RC, Geng FL, Lui SS, Wang Y, Ho KK, Hung KS, Gur RE, Gur RC, Cheung EF. Course of neurological soft signs in first-episode schizophrenia: Relationship with negative symptoms and cognitive performances. Sci Rep. 2015, 5, 11053.

443. Hartung EA, Laney N, Kim JY, Ruebner RL, Detre JA, Liu HS, Davatzikos C, Erus G, Doshi JJ, Schultz RT, Herrington JD, Jawad AF, Moodalbail DG, Gur RC, Port AM, Radcliffe J, Hooper SR, Furth SL. Design and methods of the NiCK study: neurocognitive assessment and magnetic resonance imaging analysis of children and young adults with chronic kidney disease. BMC Nephrol. 2015, 16, 66-015-0061-1.

444. Basner M, Savitt A, Moore TM, Port AM, McGuire S, Ecker AJ, Nasrini J, Mollicone DJ, Mott CM, McCann T, Dinges DF, Gur RC. Development and Validation of the Cognition Test Battery for Spaceflight. Aerosp Med Hum Perform. 2015, 86(11), 942-952. *recipient of Space Medicine Association Award for Journal Publication.

445. Moore TM, Scott JC, Reise SP, Port AM, Jackson CT, Ruparel K, Savitt AP, Gur RE, Gur RC. Development of an abbreviated form of the Penn Line Orientation Test using large samples and computerized adaptive test simulation. Psychol Assess. 2015, 27(3), 955-964.

446. Gu S, Satterthwaite TD, Medaglia JD, Yang M, Gur RE, Gur RC, Bassett DS. Emergence of system roles in normative neurodevelopment. Proc Natl Acad Sci U S A. 2015, 112(44), 13681-13686.

447. Corcoran CM, Keilp JG, Kayser J, Klim C, Butler PD, Bruder GE, Gur RC, Javitt DC. Emotion recognition deficits as predictors of transition in individuals at clinical high risk for schizophrenia: a neurodevelopmental perspective. Psychol Med. 2015, 45(14), 2959-2973.

448. Wang AL, Romer D, Elman I, Turetsky BI, Gur RC, Langleben DD. Emotional graphic cigarette warning labels reduce the electrophysiological brain response to smoking cues. Addict Biol. 2015, 20(2), 368-376.

449. Choudhary M, Kumar A, Tripathi M, Bhatia T, Shivakumar V, Beniwal RP, Gur RC, Gur RE, Nimgaonkar VL, Deshpande SN. F-18 fluorodeoxyglucose positron emission tomography study of impaired emotion processing in first episode schizophrenia. Schizophr Res. 2015, 162(1-3), 103-107.

450. Seidman LJ, Hellemann G, Nuechterlein KH, Greenwood TA, Braff DL, Cadenhead KS, Calkins ME, Freedman R, Gur RE, Gur RC, Lazzeroni LC, Light GA, Olincy A, Radant AD, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar C, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky

BI, Green MF. Factor structure and heritability of endophenotypes in schizophrenia: findings from the Consortium on the Genetics of Schizophrenia (COGS-1). Schizophr Res. 2015, 163(1-3), 73-79.

451. Wolf DH, Satterthwaite TD, Calkins ME, Ruparel K, Elliott MA, Hopson RD, Jackson CT, Prabhakaran K, Bilker WB, Hakonarson H, Gur RC, Gur RE. Functional neuroimaging abnormalities in youth with psychosis spectrum symptoms. JAMA Psychiatry. 2015, 72(5), 456-465.

452. Keutmann MK, Moore SL, Savitt A, Gur RC. Generating an item pool for translational social cognition research: methodology and initial validation. Behav Res Methods. 2015, 47(1), 228-234.

453. Robinson EB, Kirby A, Ruparel K, Yang J, McGrath L, Anttila V, Neale BM, Merikangas K, Lehner T, Sleiman PM, Daly MJ, Gur R, Gur R, Hakonarson H. The genetic architecture of pediatric cognitive abilities in the Philadelphia Neurodevelopmental Cohort. Mol Psychiatry. 2015, 20(4), 454-458.

454. Honnorat N, Eavani H, Satterthwaite TD, Gur RE, Gur RC, Davatzikos C. GraSP: geodesic Graph-based Segmentation with Shape Priors for the functional parcellation of the cortex. Neuroimage. 2015, 106, 207-221.

455. Roalf DR, Vandekar SN, Almasy L, Ruparel K, Satterthwaite TD, Elliott MA, Podell J, Gallagher S, Jackson CT, Prasad K, Wood J, Pogue-Geile MF, Nimgaonkar VL, Gur RC, Gur RE. Heritability of subcortical and limbic brain volume and shape in multiplex-multigenerational families with schizophrenia. Biol Psychiatry. 2015, 77(2), 137-146.

456. Eavani H, Satterthwaite TD, Filipovych R, Gur RE, Gur RC, Davatzikos C. Identifying Sparse Connectivity Patterns in the brain using resting-state fMRI. Neuroimage. 2015, 105, 286-299.

457. Erus G, Battapady H, Satterthwaite TD, Hakonarson H, Gur RE, Davatzikos C, Gur RC. Imaging patterns of brain development and their relationship to cognition. Cereb Cortex. 2015, 25(6), 1676-1684.

458. Yi JJ, Calkins ME, Tang SX, Kohler CG, McDonald-McGinn DM, Zackai EH, Savitt AP, Bilker WB, Whinna DA, Souders MC, Emanuel BS, Gur RC, Gur RE. Impact of psychiatric comorbidity and cognitive deficit on function in 22q11.2 deletion syndrome. J Clin Psychiatry. 2015, 76(10), e1262-70.

459. Satterthwaite TD, Wolf DH, Roalf DR, Ruparel K, Erus G, Vandekar S, Gennatas ED, Elliott MA, Smith A, Hakonarson H, Verma R, Davatzikos C, Gur RE, Gur RC. Linked Sex Differences in Cognition and Functional Connectivity in Youth. Cereb Cortex. 2015, 25(9), 2383-2394.

460. Thomas ML, Brown GG, Gur RC, Moore TM, Patt VM, Nock MK, Naifeh JA, Heeringa S, Ursano RJ, Stein MB, Army STARRS Collaborators. Measurement of latent cognitive abilities involved in concept identification learning. J Clin Exp Neuropsychol. 2015, 37(6), 653-669.

461. Gur RE, March M, Calkins ME, Weittenhiller L, Wolf DH, Turetsky BI, Gur RC. Negative symptoms in youths with psychosis spectrum features: Complementary scales in relation to neurocognitive performance and function. Schizophr Res. 2015, 166(1-3), 322-327.

462. Gur RC, Braff DL, Calkins ME, Dobie DJ, Freedman R, Green MF, Greenwood TA, Lazzeroni LC, Light GA, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Gur RE. Neurocognitive performance in family-based and case-control studies of schizophrenia. Schizophr Res. 2015, 163(1-3), 17-23.

463. Calkins ME, Merikangas KR, Moore TM, Burstein M, Behr MA, Satterthwaite TD, Ruparel K, Wolf DH, Roalf DR, Mentch FD, Qiu H, Chiavacci R, Connolly JJ, Sleiman PM, Gur RC,

Hakonarson H, Gur RE. The Philadelphia Neurodevelopmental Cohort: constructing a deep phenotyping collaborative. J Child Psychol Psychiatry. 2015, 56(12), 1356-1369.

464. Ibrahim I, Tobar S, Elassy M, Mansour H, Chen K, Wood J, Gur RC, Gur RE, El Bahaei W, Nimgaonkar V. Practice effects distort translational validity estimates for a Neurocognitive Battery. J Clin Exp Neuropsychol. 2015, 37(5), 530-537.

465. Moore TM, Reise SP, Gur RE, Hakonarson H, Gur RC. Psychometric properties of the Penn Computerized Neurocognitive Battery. Neuropsychology. 2015, 29(2), 235-246.

466. Kogler L, Muller VI, Chang A, Eickhoff SB, Fox PT, Gur RC, Derntl B. Psychosocial versus physiological stress - Meta-analyses on deactivations and activations of the neural correlates of stress reactions. Neuroimage. 2015, 119, 235-251.

467. Schneider I, Regenbogen C, Kohn N, Zepf FD, Bubenzer-Busch S, Schneider F, Gur RC, Habel U. Reduced Responsiveness to Social Provocation in Autism Spectrum Disorder. Autism Res. 2015, 8(3), 297-306.

468. Hill SK, Reilly JL, Ragozzino ME, Rubin LH, Bishop JR, Gur RC, Gershon ES, Tamminga CA, Pearlson GD, Keshavan MS, Keefe RS, Sweeney JA. Regressing to Prior Response Preference After Set Switching Implicates Striatal Dysfunction Across Psychotic Disorders: Findings From the B-SNIP Study. Schizophr Bull. 2015, 41(4), 940-950.

469. Radant AD, Millard SP, Braff DL, Calkins ME, Dobie DJ, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Light GA, Meichle SP, Nuechterlein KH, Olincy A, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Sugar CA, Tsuang MT, Turetsky BI, Tsuang DW. Robust differences in antisaccade performance exist between COGS schizophrenia cases and controls regardless of recruitment strategies. Schizophr Res. 2015, 163(1-3), 47-52.

470. Kogler L, Gur RC, Derntl B. Sex differences in cognitive regulation of psychosocial achievement stress: brain and behavior. Hum Brain Mapp. 2015, 36(3), 1028-1042.

471. Vandekar SN, Shinohara RT, Raznahan A, Roalf DR, Ross M, DeLeo N, Ruparel K, Verma R, Wolf DH, Gur RC, Gur RE, Satterthwaite TD. Topologically dissociable patterns of development of the human cerebral cortex. J Neurosci. 2015, 35(2), 599-609.

472. Turetsky BI, Dress EM, Braff DL, Calkins ME, Green MF, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Nuechterlein KH, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Swerdlow NR, Tsuang DW, Tsuang MT, Light G. The utility of P300 as a schizophrenia endophenotype and predictive biomarker: clinical and socio-demographic modulators in COGS-2. Schizophr Res. 2015, 163(1-3), 53-62.

473. Light GA, Swerdlow NR, Thomas ML, Calkins ME, Green MF, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Nuechterlein KH, Pela M, Radant AD, Seidman LJ, Sharp RF, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Tsuang DW, Tsuang MT, Braff DL, Turetsky BI. Validation of mismatch negativity and P3a for use in multi-site studies of schizophrenia: characterization of demographic, clinical, cognitive, and functional correlates in COGS-2. Schizophr Res. 2015, 163(1-3), 63-72.

474. Lee J, Green MF, Calkins ME, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Light GA, Nuechterlein KH, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. Verbal working memory in schizophrenia from the Consortium on the Genetics of Schizophrenia (COGS) study: the moderating role of smoking status and antipsychotic medications. Schizophr Res. 2015, 163(1-3), 24-31.

475. Seidel EM, Kogler L, Moser E, Windischberger C, Kryspin-Exner I, Gur RC, Habel U, Derntl B. Weiblicher vs. männlicher Stresstyp? Ein aktueller Überblick zur europsychologischen Stressforschung. Zeitschrift für Psychiatrie, Psychologie und Psychotherapie. 2015, 71-79.

476. Roalf DR, Gur RE, Verma R, Parker WA, Quarmley M, Ruparel K, Gur RC. White matter microstructure in schizophrenia: associations to neurocognition and clinical symptomatology. Schizophr Res. 2015, 161(1), 42-49.

477. Loughead J, Wileyto EP, Ruparel K, Falcone M, Hopson R, Gur R, Lerman C. Working memory-related neural activity predicts future smoking relapse. Neuropsychopharmacology. 2015, 40(6), 1311-1320.

478. Ferri SL, Kreibich AS, Torre M, Piccoli CT, Dow H, Pallathra AA, Li H, Bilker WB, Gur RC, Abel T, Brodkin ES. Activation of basolateral amygdala in juvenile C57BL/6J mice during social approach behavior. Neuroscience. 2016, 335, 184-194.

479. Germine L, Robinson E, Smoller J, Calkins ME, Moore T, Hakonarson H, Daly M, Lee P, Holmes A, Buckner RL, Gur RC, Gur RE. Association between polygenic risk for schizophrenia, neurocognition, and social cognition across development. Translational psychiatry. 2016, In press.

480. Montano C, Taub MA, Jaffe A, Briem E, Feinberg JI, Trygvadottir R, Idrizi A, Runarsson A, Berndsen B, Gur RC, Moore TM, Perry RT, Fugman D, Sabunciyan S, Yolken RH, Hyde TM, Kleinman JE, Sobell JL, Pato CN, Pato MT, Go RC, Nimgaonkar V, Weinberger DR, Braff D, Gur RE, Fallin MD, Feinberg AP. Association of DNA Methylation Differences With Schizophrenia in an Epigenome-Wide Association Study. JAMA Psychiatry. 2016, 73(5), 506-514.

481. Loughead J, Falcone M, Wileyto EP, Albelda B, Audrain-McGovern J, Cao W, Kurtz MM, Gur RC, Lerman C. Can brain games help smokers quit?: Results of a randomized clinical trial. Drug Alcohol Depend. 2016, 168, 112-118.

482. Faulconbridge LF, Ruparel K, Loughead J, Allison KC, Hesson LA, Fabricatore AN, Rochette A, Ritter S, Hopson RD, Sarwer DB, Williams NN, Geliebter A, Gur RC, Wadden TA. Changes in neural responsivity to highly palatable foods following roux-en-Y gastric bypass, sleeve gastrectomy, or weight stability: An fMRI study. Obesity (Silver Spring). 2016, 24(5), 1054-1060.

483. Moore TM, Martin IK, Gur OM, Jackson CT, Scott JC, Calkins ME, Ruparel K, Port AM, Nivar I, Krinsky HD, Gur RE, Gur RC. Characterizing social environment's association with neurocognition using census and crime data linked to the Philadelphia Neurodevelopmental Cohort. Psychol Med. 2016, 46(3), 599-610.

484. Shanmugan S, Wolf DH, Calkins ME, Moore TM, Ruparel K, Hopson RD, Vandekar SN, Roalf DR, Elliott MA, Jackson C, Gennatas ED, Leibenluft E, Pine DS, Shinohara RT, Hakonarson H, Gur RC, Gur RE, Satterthwaite TD. Common and Dissociable Mechanisms of Executive System Dysfunction Across Psychiatric Disorders in Youth. Am J Psychiatry. 2016, 173(5), 517-526.

485. Kalkstein S, Scott JC, Biester R, Brownlow JA, Harpaz-Rotem I, Gur RC. Comparison of Blast-Exposed OEF/OIF Veterans with and without a History of TBI Symptoms on a Brief Computerized Neuropsychological Battery. Appl Neuropsychol Adult. 2016, 1-6.

486. Wagels L, Bergs R, Clemens B, Bauchmuller M, Gur RC, Schneider F, Habel U, Kohn N. Contextual exclusion processing: an fMRI study of rejection in a performance-related context. Brain Imaging Behav. 2016.

487. Jones JD, Scott JC, Calkins ME, Ruparel K, Moore TM, Gur RC, Gur RE. Correspondence between adolescent and informant reports of substance use: Findings from the Philadelphia

Neurodevelopmental Cohort. Addict Behav. 2016, 65, 13-18.

488. Moore TM, Reise SP, Roalf DR, Satterthwaite TD, Davatzikos C, Bilker WB, Port AM, Jackson CT, Ruparel K, Savitt AP, Baron RB, Gur RE, Gur RC. Development of an Itemwise Efficiency Scoring Method: Concurrent, Convergent, Discriminant, and Neuroimaging-Based Predictive Validity Assessed in a Large Community Sample. Psychol Assess. 2016.

489. Schmitt JE, Yi J, Calkins ME, Ruparel K, Roalf DR, Cassidy A, Souders MC, Satterthwaite TD, McDonald-McGinn DM, Zackai EH, Gur RC, Emanuel BS, Gur RE. Disrupted anatomic networks in the 22q11.2 deletion syndrome. Neuroimage Clin. 2016, 12, 420-428.

490. Kaczkurkin AN, Moore TM, Ruparel K, Ciric R, Calkins ME, Shinohara RT, Elliott MA, Hopson R, Roalf DR, Vandekar SN, Gennatas ED, Wolf DH, Scott JC, Pine DS, Leibenluft E, Detre JA, Foa EB, Gur RE, Gur RC, Satterthwaite TD. Elevated Amygdala Perfusion Mediates Developmental Sex Differences in Trait Anxiety. Biol Psychiatry. 2016.

491. Tunc B, Solmaz B, Parker D, Satterthwaite TD, Elliott MA, Calkins ME, Ruparel K, Gur RE, Gur RC, Verma R. Establishing a link between sex-related differences in the structural connectome and behaviour. Philos Trans R Soc Lond B Biol Sci. 2016, 371(1688), 20150111.

492. Hartung EA, Kim JY, Laney N, Hooper SR, Radcliffe J, Port AM, Gur RC, Furth SL. Evaluation of Neurocognition in Youth with CKD Using a Novel Computerized Neurocognitive Battery. Clin J Am Soc Nephrol. 2016, 11(1), 39-46.

493. Kos MZ, Carless MA, Peralta J, Blackburn A, Almeida M, Roalf D, Pogue-Geile MF, Prasad K, Gur RC, Nimgaonkar V, Curran JE, Duggirala R, Glahn DC, Blangero J, Gur RE, Almasy L. Exome Sequence Data From Multigenerational Families Implicate AMPA Receptor Trafficking in Neurocognitive Impairment and Schizophrenia Risk. Schizophr Bull. 2016, 42(2), 288-300.

494. Greenwood TA, Light GA, Swerdlow NR, Calkins ME, Green MF, Gur RE, Gur RC, Lazzeroni LC, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Sugar CA, Tsuang DW, Tsuang MT, Turetsky BI, Freedman R, Braff DL. Gating Deficit Heritability and Correlation With Increased Clinical Severity in Schizophrenia Patients With Positive Family History. Am J Psychiatry. 2016, 173(4), 385-391.

495. Ibrahim I, Salah H, El Sayed H, Mansour H, Eissa A, Wood J, Fathi W, Tobar S, Gur RC, Gur RE, Dickerson F, Yolken RH, El Bahaey W, Nimgaonkar V. Hepatitis C virus antibody titers associated with cognitive dysfunction in an asymptomatic community-based sample. J Clin Exp Neuropsychol. 2016, 38(8), 861-868.

496. Xu T, Wang Y, Li Z, Huang J, Lui SS, Tan SP, Yu X, Cheung EF, He MG, Ott J, Gur RE, Gur RC, Chan RC. Heritability and familiality of neurological soft signs: evidence from healthy twins, patients with schizophrenia and non-psychotic first-degree relatives. Psychol Med. 2016, 46(1), 117-123.

497. Roalf DR, Quarmley M, Elliott MA, Satterthwaite TD, Vandekar SN, Ruparel K, Gennatas ED, Calkins ME, Moore TM, Hopson R, Prabhakaran K, Jackson CT, Verma R, Hakonarson H, Gur RC, Gur RE. The impact of quality assurance assessment on diffusion tensor imaging outcomes in a large-scale population-based cohort. Neuroimage. 2016, 125, 903-919.

498. Weinberger R, Yi J, Calkins M, Guri Y, McDonald-McGinn DM, Emanuel BS, Zackai EH, Ruparel K, Carmel M, Michaelovsky E, Weizman A, Gur RC, Gur RE, Gothelf D. Neurocognitive profile in psychotic versus nonpsychotic individuals with 22q11.2 deletion syndrome. Eur Neuropsychopharmacol. 2016, 26(10), 1610-1618.

499. Yi JJ, Weinberger R, Moore TM, Calkins ME, Guri Y, McDonald-McGinn DM, Zackai EH, Emanuel BS, Gur RE, Gothelf D, Gur RC. Performance on a computerized neurocognitive battery in 22q11.2 deletion syndrome: A comparison between US and Israeli cohorts. Brain Cogn. 2016, 106, 33-41.

500. Satterthwaite TD, Connolly JJ, Ruparel K, Calkins ME, Jackson C, Elliott MA, Roalf DR, Ryan Hopsona KP, Behr M, Qiu H, Mentch FD, Chiavacci R, Sleiman PM, Gur RC, Hakonarson H, Gur RE. The Philadelphia Neurodevelopmental Cohort: A publicly available resource for the study of normal and abnormal brain development in youth. Neuroimage. 2016, 124(Pt B), 1115-1119.

501. Langleben DD, Hakun JG, Seelig D, Wang AL, Ruparel K, Bilker WB, Gur RC. Polygraphy and Functional Magnetic Resonance Imaging in Lie Detection: A Controlled Blind Comparison Using the Concealed Information Test. J Clin Psychiatry. 2016, 77(10), 1372-1380.

502. Gur RC. Prospective Community Studies Linking Cognitive Deficits to Subclinical Symptoms and a Step Toward Precision Medicine. JAMA Psychiatry. 2016, 73(2), 109-110.

503. Bhatia T, Mazumdar S, Wood J, He F, Gur RE, Gur RC, Nimgaonkar VL, Deshpande SN. A randomised controlled trial of adjunctive yoga and adjunctive physical exercise training for cognitive dysfunction in schizophrenia. Acta Neuropsychiatr. 2016, 1-13.

504. Gur RE, Gur RC. Sex differences in brain and behavior in adolescence: Findings from the Philadelphia Neurodevelopmental Cohort. Neurosci Biobehav Rev. 2016, 70, 159-170.

505. Kogler L, Muller VI, Seidel EM, Boubela R, Kalcher K, Moser E, Habel U, Gur RC, Eickhoff SB, Derntl B. Sex differences in the functional connectivity of the amygdalae in association with cortisol. Neuroimage. 2016, 134, 410-423.

506. Gur RC, Gur RE. Social cognition as an RDoC domain. Am J Med Genet B Neuropsychiatr Genet. 2016, 171B(1), 132-141.

507. Satterthwaite TD, Wolf DH, Calkins ME, Vandekar SN, Erus G, Ruparel K, Roalf DR, Linn KA, Elliott MA, Moore TM, Hakonarson H, Shinohara RT, Davatzikos C, Gur RC, Gur RE. Structural Brain Abnormalities in Youth With Psychosis Spectrum Symptoms. JAMA Psychiatry. 2016, 73(5), 515-524.

508. van Erp TG, Hibar DP, Rasmussen JM, Glahn DC, Pearlson GD, Andreassen OA, Agartz I, Westlye LT, Haukvik UK, Dale AM, Melle I, Hartberg CB, Gruber O, Kraemer B, Zilles D, Donohoe G, Kelly S, McDonald C, Morris DW, Cannon DM, Corvin A, Machielsen MW, Koenders L, de Haan L, Veltman DJ, Satterthwaite TD, Wolf DH, Gur RC, Gur RE, Potkin SG, Mathalon DH, Mueller BA, Preda A, Macciardi F, Ehrlich S, Walton E, Hass J, Calhoun VD, Bockholt HJ, Sponheim SR, Shoemaker JM, van Haren NE, Pol HE, Ophoff RA, Kahn RS, Roiz-Santianez R, Crespo-Facorro B, Wang L, Alpert KI, Jonsson EG, Dimitrova R, Bois C, Whalley HC, McIntosh AM, Lawrie SM, Hashimoto R, Thompson PM, Turner JA. Subcortical brain volume abnormalities in 2028 individuals with schizophrenia and 2540 healthy controls via the ENIGMA consortium. Mol Psychiatry. 2016, 21(4), 547-553.

509. Vandekar SN, Shinohara RT, Raznahan A, Hopson RD, Roalf DR, Ruparel K, Gur RC, Gur RE, Satterthwaite TD. Subject-level measurement of local cortical coupling. Neuroimage. 2016, 133, 88-97.

510. Roalf DR, Quarmley M, Calkins ME, Satterthwaite TD, Ruparel K, Elliott MA, Moore TM, Gur RC, Gur RE, Moberg PJ, Turetsky BI. Temporal Lobe Volume Decrements in Psychosis Spectrum Youths. Schizophr Bull. 2016.

Contributions to peer-reviewed clinical research publications, participation cited but not by authorship: Not tracked.

Research Publications, non-peer reviewed: Not tracked.

Abstracts: (Excluding abstracts subsequently published as full-length papers; Past 3 years only)
Not tracked.

Editorials, Reviews, Chapters, including participation in committee reports: (not updated past 2009)


1. Gur RE, Gur RC. Correlates of conjugate lateral eye movement behavior in humans. In S. Harnad et al (eds.), Lateralization in the nervous system. New York: Academic Press, 1976.

2. Gur RE, Levy J, Gur RC. Clinical studies of brain organization and behavior. In A. Frazer, A. Winokur (eds.), Biological basis of psychiatric disorders. New York: Spectrum, 1977.

3. Sackeim HA, Gur RC. Self-confrontations, self-deception and consciousness. In G.E. Schwartz, D. Shapiro (eds.), Consciousness and self-regulation: advances in research. New York: Plenum Press, 1978.

4. Gur RC. Imagery, absorption and the tendency toward "mind exploration" as correlates of hypnotic susceptibility in males and females. In F.H. Frankel, H.S. Zamansky (eds.), Hypnosis at its bicentennial: selected papers. New York: Plenum, 1978.

5. Gur RC, Gur RE. Handedness and individual differences in hemispheric activation. In J. Herron (ed.), The Neuropsychology of left-handedness. New York: Academic Press, 1979.

6. Levy J, Gur RC. Individual differences in psychoneurological organization. In J. Herron (ed.), The neuropsychology of left-handedness. New York: Academic Press, 1979.

7. Sackeim HA, Gur RC. Facial symmetry, perceiver biases and the communication of emotion. In J.T. Cacioppo, R.E. Petty (eds.), Social Psychophysiology. New York: Guilford, 1983.

8. Gur RC. Measurement and imaging of regional brain function: Implications for neuropsychiatry. In P. Flor-Henry, J. Gruzelier (eds.), Laterality and psychopathology. Amsterdam: Elsevier, 1983.

9. Reivich M, Gur RC. Sensory and psychological effects on local glucose metabolism in humans. In M. Reivich (ed.), Positron emission tomography. New York: Liss, 1985.

10. Gur RC, Gur RE, Sussman NM, Selzer M. Positron emission tomography in epilepsy. In M. Reivich (ed.), Positron emission tomography. New York: Liss, 1985.

11. Gur RC. Measurement of regional brain physiology in humans: early applications in behavioral neurology. In M-M. Mesulam (ed.), Principles of behavioral neurology. Philadelphia: F.A. Davis, 1985.

12. Alavi A, Chawluk JB, Hurtig HI, Dann RW, Saykin AJ, Gur RC, Reivich M. Determination of regional cerebral function and structure in normal aging and dementia with positron emission tomography (PET), magnetic resonance imaging (MRI) and x-ray computed tomography (XCT). In H. Hafner, G. Moschel, N. Sartorius (eds.), Mental health in the elderly. Heidelberg: Springer-Verlag, 1985.

13. Gur RC, Gur RE. Hemispheric specialization and regional cerebral blood flow. In A. Glass (ed.), Individual differences in hemispheric specialization. New York: Plenum Publications, l987.

14. Gur RC. Imaging the activity of the human brain. National Forum, 1987, 67, 13-16.

15. Gur RC. Integration of multifaceted data on regional brain function: from metabolic images to behavioral images. In R. Takahashi, P. Flor-Henry, J. Gruzelier, S. Niwa (eds.), Cerebral dynamics, laterality and psychopathology. Amsterdam: Elsevier, 1987.

16. Gur RC. Atlas of brain imaging: The 133-Xenon inhalation technique. Masters in Psychiatry, 1987.

17. Gur RC, Gur RE, Saykin AJ. The neuropsychological study of schizophrenia. In C.A. Tamminga, S.C. Schulz (eds.), Advances in Neuropsychiatry and Psychopharmacology, Vol 1. Schizophrenia Research. New York: Raven Press, 1991, pp.153-162.

18. Gur RC, Gur RE. The use of neuroimaging techniques in brain injury. In J. Dywan, R. Kaplan (eds.), Neuropsychology and the Law. New York:Springer-Verlag, 1991.

19. Gur RC, Gur RE. The impact of neuroimaging on human neuropsychology. In R.G. Lister, H.J. Weingartner (eds.), Perspectives on Cognitive Neuroscience. Oxford University Press, 1991, 23, 417-435.

20. Gur RC, Gur RE. Laterality in schizophrenia: PET studies. In N.D. Volkow (ed), Positron Emission Tomography in Schizophrenia,1991, 3, 47-58.

21. Gur RC, Saykin AJ, Gur RE. Neuropsychological assessment in psychiatric research and practice. In S.B. Guze, J. Helzer (eds), Psychiatry, 1991, 72, 1-16.

22. Gur RC, Gur RE. Neurobehavioral and neuroimaging data in the medical-legal context. In H.V. Hall, R.J. Sbordone (eds.), Disorders of Executive Functions: Civil and Criminal Law Applications, 1993, 4, 107-122.

23. Gur RC. Neuropsychological methods for evaluating regional brain dysfunction. In A. Wilner (ed.), Cerebral Damage Before and After Cardiac Surgery. England: Kluwer, 1993, 8, 101-111.

24. Gur RC, Gur RE, Saykin AJ. Behavioral Imaging: The Neuropsychological Assessment. In K. Maurer (ed.), Imaging of the Brain in Psychiatry and Related Fields. New York: Springer-Verlag, 1993, 351-361.

25. Gur RC, Saykin AJ, Gur RE. Brain function in schizophrenia: application of neurobehavioral studies. In N.C. Andreasen (ed.), Schizophrenia: From Mind to Molecule, 1994, 5, 93-104.

26. Gur RC, Gur RE. Methods for the study of brain-behavior relationships. In A. Frazer, P.B. Molinoff, A. Winokur (eds.), Biological Bases Of Brain Function and Disease. Raven Press. 1994, 15, 261-279.

27. Gur RC, Gur RE. The potential of physiological neuroimaging for the study of schizotypy: experiences from applications to schizophrenia. In A. Raine, T. Lencz, S.A. Mednick (eds.), Schizotypal Personality. Cambridge University Press, 1995, 17, 406-425.

28. Gur RC, Gutierrez JM, Holdnack JA, Mahr RN. Neurobehavioral probes as applied in physiologic neuroimaging studies: Methodologic considerations. In E.D. Bigler (ed.), Handbook of Human Brain Function: Neuroimaging. New York: Plenum Press, 1996, 10, 199-214.

29. Gur RC, Moberg PJ, Gur RE. Aging and cognitive functioning. In R. Lavizzo-Mourey, M. Forciea (eds.), Geriatric Secrets, 1996, 26, 126-129. 3rd Edition.

30. Gutierrez JM, Gur RC. A computerized forced-choice method for detection of malingering. in: CR Reynolds (Editor) Detection of During Head Injury Litigation (Critical Issues in Neuropsychology). New York: Planum 1998.

31. Gur RE, Gur RC. Blood flow and metabolism in schizophrenia. In R. Mathew (ed.), Cerebral Blood Flow in Neuropsychiatric Disorders. Great Neck, NY: PMA Publishing Corp., 1993

32. Gur RE, Gur RC. Schizophrenia: Brain Structure and Function. In H.I. Kaplan, B.J. Sadock (eds.), Comprehensive Textbook of Psychiatry/VII, Philadelphia: Lippincott Williams & Wilkins, 2000.

33. Gur RC, Cowell P, Gur RE. Gender Differences in Neuropsychological Testing. In L.J. Dickstein, B.L. Kennedy (eds.), Gender Differences in the Brain: Linking Biology to Psychiatry. New York:Guilford Publications, Inc., 2000.

34. Gur RC, Moelter ST, Ragland JD. Learning and memory in schizophrenia. In, Sharma, T., & Harvey, P. (Eds.), Cognition in Schizophrenia. Oxford University Press: Oxford, G.B., 1999.

35. Gur RC, Gur RE. Neuroimaging applications in the elderly. American Journal of Geriatric Psychiatry, 2002, 10, 5-11.

36. Gur RE, Gur RC. Neuroimaging in Schizophrenia: Linking Neuropsychiatric Manifestations to Neurobiology. In H.I. Kaplan, B.J. Sadock (eds.), Comprehensive Textbook of Psychiatry/VIII, Philadelphia: Lippincott Williams & Wilkins, 2005.

37. Gur RC, Gur RE. Neural substrates for sex differences in cognition. In S.J. Ceci, W.N. Williams (eds.), Why Aren't More Women in Science? Washington, DC: American Psychological Association Press, 2007, 189-198.

38. Gur RC, Contreras D, Gur RE. Function and Indeterminacy: Brain and Behavior. In Ciprut, JV, Indeterminacy: The Mapped, the Navigable and the Uncharted, Cambridge Massachusetts, MIT Press, 2008, 195-214.

39. Gur RE, Gur RC. Schizophrenia: Functional Human Brain Imaging. In Kaplan and Sadock (eds.) Comprehensive Textbook of Psychiatry/IX, Baltimore: Wolters Kluwer/Lippincott Williams and Wilkins, 2009

COMMENTARIES: (not tracked past 2000)

1. Gur RC. Measuring hypnotic susceptibility: A guest editorial. American Journal of Clinical Hypnosis, 1979, 21, No. 2 and 3, (October 1978/January 1979). (Two issues devoted to the psychometrics of hypnotizability, edited by RC Gur).

2. Gur RE, Gur RC. A note on Levick and Voneida: Eye movements in schizophrenics vs. normal subjects. Archives of General Psychiatry, 1979, 36, 493-494.

3. Sackeim HA, Gur RC. Asymmetry in facial expression. Science, 1980, 209, 834-836.

4. Sackeim HS, Gur RC. Voice recognition and the ontological status of self-deception. Journal of Personality and Social Psychology, 1985, 48, 1365-1368.

5. Gur RE, Skolnick BE, Gur RC. Gruzelier's "reconsideration" considered. (Response to J. Gruzelier's reconsideration of Gur et al [1983] conclusions). Archives of General Psychiatry, 1985, 42, 633.

6. Saykin AJ, Gur RC. A review of Neuropsychological Assessment of Neuropsychiatric Disorders. In I. Grant, K.M. Adams (eds.), New York, Oxford University Press, 1986.

7. Gur RC. Do we have a research method for studying self reports? A review of A. Giorgi (ed.), Phenomenology and psychological research. Contemporary Psychology: A Journal of Reviews, 1987, 32, 547-548.

8. Nasrallah HA, Mitchell AJ, Gur RE, Gur RC, Turetsky BI, Cannon TD, Mozley PD. Brain and CSF Volume Differences in Schizophrenic Subtypes. American Journal of Psychiatry, 1995, 152, 817-818.

9. Gur RC, Gur RE. Hypofrontality in schizophrenia: RIP. The Lancet, 1995, 345, 1383-1384.

10. Lenkinsky RE, Gur RC. MRS: A novel tool for studying brain function. Contemporary Psychology: A Journal of Reviews, 1997, 42, 351-352.

11. Moberg PJ, Doty RL, Turetsky BI, Arnold SE, Mahr RN, Gur RC, Bilker WB, Gur RE. Olfactory identification abilities deteriorate in patients with schizophrenia, even for those with relatively recent onset [letter; reply]. American Journal of Psychiatry, 1998, 155, 1463-1464.

12. Gur RC, McBride T. Toward a unitary description of neuropsychological functions: a review of Handbook of Clinical and Experimental Neuropsychology Edited by Gianfranco Denes and Luigi Pizzamiglio. Contemporary Psychology, 2000, 45, 682-683.

BOOKS:

Gur RE, Andreasen NA, Asarnow R, Gur RC, Jones P, Kendler K, Matcheri K, Lieberman J, McCarley R, Murray R, Rapoport J, Tamminga C, Tsuang M, Walker E, Weinberger D. Commission on Schizophrenia. In D.L. Evans, E. Foa, R.E. Gur, H. Hendrin, C. O'Brien, M. Seligman, B.T. Walsh, (Eds), Treating and Preventing Adolescent Mental Health Disorders: What We Know and What We Don't Know. New York: Oxford University Press, The Annenberg Foundation Trust at Sunnylands, and the Annenberg Public Policy Center of the University of Pennsylvania, 2005.

RESEARCH SUPPORT

Ongoing Research Support

NIH T32 MH019112; (PI: Gur, RE) 07/01/93 - 06/30/19

Schizophrenia: A Neuropsychiatric Perspective. This postdoctoral training grant provides stipends for Fellows to pursue research training in the neurobiology of schizophrenia.

NIH U01 MH087626 (PI: Gur, RE) 09/10/10 - 05/31/16

1/2 –Brain Behavior & Genetic studies of the 22q11DS. A collaborative R01 between CHOP and Penn that combines genetic and neurobehavioral paradigms to advance understanding of pathogenesis of schizophrenia.

NIH P50MH096891 (Gur, RE) 09/01/12-05/31/17

Developmental Trajectories of Negative Symptoms in Schizophrenia. The goal of this Center grant is to probe brain circuitry that underlies the core negative symptoms of schizophrenia, diminished emotional expressivity and social drive, in humans and mice.

NIH P50 MH099910 (PI: Epperson, N) 08/06/12-07/31/17

Prepubertal Stress, Windows of Risk & Sex Bias for Affective Disturbance. The goal of the scientific Projects in this SCOR proposal is to determine how the experience of prepubertal adversity reprograms the brain toward stress dysregulation.

NIH R01MH099156 (PI: Turetsky, BI) 12/01/12-11/30/17

Olfactory Neuroimaging Markers of Heightened Developmental Risk for Schizophrenia. This project examines structural measures of the integrity of the primary olfactory system in schizophrenia patients and in youths with either genetic risk or clinical risk for developing schizophrenia.

NIH P30MH097488 (PI: Evans) 06/03/13 – 05/31/18

Penn mental health AIDS research center. This Center focuses on the combination of mental illness and HIV/AIDS and related comorbidities to develop innovative, integrated treatments.

NIH U01 MH096756 (Subcontract PI: Gur, RC) 01/10/13-12/31/17

1/3 Genomics of Schizophrenia in the South African Xhosa. This project uses our computerized neurocognitive battery translated to Xhosa in Cape Town and surrounding communities.

NASA NNX14AH27G (CoPIs: Basner, M & Gur, RC) 4/14/14-04/13/17

Cognition on Monozygotic Twin on Earth and in Space. This study will evaluate neurobehavioral data on monozygotic twins, one on Earth and the other an astronaut in a 1-year ISS mission.

NSBRI 10-10_NSBRI_2-2002 (PI: Basner, M) 10/1/11 - 09/30/16

Individualized Real-Time Neurocognitive Assessment Toolkit for Spaceflight Fatigue. Developed and validated on astronauts and ground personnel a rapid computerized neurocognitive battery, which was deployed for the first time on the ISS in November 28, 2014.

NASA NNX14AH98G (PI: Basner, M) 4/24/14-9/30/16

Cognitive Performance and Crew Cohesion During Confinement in NASA's Human Research Program Exploration Research Analog (HERA). This project systematically assesses cognitive performance in crewmembers confined to the HERA facility for one week, while exposed to stressors, including high and low workload, sleep deprivation, and time delays.

NIH R34 MH105248-01 (MPI: Grant, P & Gur, RC) 10/01/14-08/31/17

Developing CBT-informed social enactment training curricula for CHR youths. This grant performs a pilot proof of concept study to construct an effective protocol for incorporating thespian principles into the treatment of social cognition deficits in clinical high risk for psychosis (CHR) youths.

NIH R01MH042191 (Gur, RE) 03/01/15 – 02/28/19

1/3-A Neurobehavioral Family Study of Schizophrenia

The goal of this project is to identify rare genetic variations that contribute to the brain deficits and the risk for schizophrenia, using extensive family based resources that we have already accumulated. Also to exploit the latest genetic technologies in achieving these goals.

U01MH105634 (Gur, RE) 03/01/15 – 02/28/19

3/3: Pedigree-based Whole Genome Sequencing of Affective and Psychotic Disorders

This is an eight site international consortium designed to identify rare causal variants for affective and psychotic illnesses using extended multiplex pedigrees. The goal is to identify genes that increase risk for affective and psychotic disorders like schizophrenia, bipolar disorder and major depression.

NIH R01MH107235-01 (Gur, RC) 07/01/15 – 06/30/18

Multimodal brain maturation indices modulating psychopathology and neurocognition

The project will identify candidate parameters for genomic analysis with a battery of network diagnostics including segregation and modularity as defined by multi-scale community detection methods, establish normative development effects and aberrations associated with psychopathology, examine the GWAS- findings from the PGC and associated polygene scores and their effects on patterns of development and emerging biotypes, and validate these findings in a sample with 24 and 36 months follow-up.

Subcontract with Yale University (subcontract PI: Gur, RE) 07/01/15-06/30/19

1/9 - Predictors and mechanisms of conversion to psychosis. The study plan involves the recruitment and evaluation of 162 psychosis-spectrum (PS) cases with clinical, neurocognitive, neuroimaging, and blood-based assays at baseline and 18-month and 36-month follow-up.

Completed Research Support (in the past 5 years)

NIH R01 DK085615 (CoPIs: Wadden, T & Gur, RC) 04/01/10 - 01/31/16

Changes in neural response to eating after bariatric surgery: An fMRI study. An 18-month prospective observational study of extremely obese patients who seek laparoscopic adjustable gastric banding (LAGB) or roux-en-Y gastric bypass (RYGB) surgery.

PADOH N/A (PI: Raine, A, Gur RC, Cheney R, Richmond, T) 6/01/08 - 05/31/12

Biosocial Prediction and Intervention on Childhood Aggression. The overarching goals are to conduct a systematic integration of biosocial risk factors for childhood aggression in

order to predict later aggression, and perform a biosocial interventions on childhood aggression

NIH R01-MH060722 (PI: Gur, RC) 6/01/07 - 05/31/12

Neurobiology of Affective Dysfunction in Schizophrenia. The objective of this grant is to investigate neural substrates of emotion processing in schizophrenia through neurobehavioral paradigms, structural and functional MRI.

NIH R01 MH084856 (PI: Gur, RC) 9/25/08 - 05/31/12

Adapting Experimental Cognitive and Affective Tasks for Schizophrenia. The objectives of this research grant was to refine and optimize a set of computerized tests adapted from cognitive and affective neuroscience for application in schizophrenia and other neurocognitive disorders.

NIH R01DA026849 (PIs: Loughead, J & Lerman C) 8/01/09 - 05/31/12

Neural Substrates of Cognitive Deficits in Nicotine Withdrawal. The study aims to provide a critical mechanistic understanding of the role of COMT in nicotine dependence, thereby facilitating development of novel medications.

NIH R01 MH079938 (PI: Verma, R) 5/25/07 - 03/31/12

Computational Analysis of Diffusion Tensor Images: Application to Schizophrenia. The main goal of this project is to develop sophisticated computational neuroanatomic techniques for processing and statistically analyzing DTI data, in order to identify and quantify complex patterns of structural changes associated with inter-individual variability and those induced by pathology.

NIH P50 MH064045 (PI: Gur, RE) 9/15/01 - 07/31/12

The Neurobiology of Stimulus Encoding in Schizophrenia

The Conte Center for the Neuroscience of Mental Disorders (CCNMD) integrates basic and clinical neuroscience research in a cohesive effort to help elucidate neural substrates of schizophrenia.

NIH R01-MH063381 (PI: Moberg, PJ) 03/01/08 - 02/28/13

Olfactory Function in Schizophrenia: A Lifespan Analysis. The primary goal of this project is to examine the neurodevelopmental contributions to chemosensory dysfunction in schizophrenia utilizing measures of nasal/palate volume, structural MRI, and quantitative examination of facial morphology.

NIH R03 DA027438-01 (PIs: Lerman, C & Loughead J) 9/01/09 - 08/31/11

Nicotine Abstinence Induced Cognitive Alterations by COMT Genotype. This project aims to identify the genetic and neural factors that underlie early nicotine abstinence symptoms, specifically, smoking urges and deficits in emotional and cognitive (working memory) processing.

NIH RC2 MH089983 (PI: Gur, RE) 09/30/09 - 08/31/13

Neurodevelopmental Genomics: Trajectories of Complex Phenotypes. This study performed phenotypic characterization of 10,000 genotyped children and adolescents - clinical, neurocognition, affect and, in a subsample, neuroimaging - creating a landmark dataset to propel understanding and treatment of developmental neuropsychiatric disorders.

NIH U01 MH087981 (Subcontract PI: Gur, RC) 07/01/11 – 06/30/15

Modifiable Risk and Protective Factors For Suicidal Behaviors in the US Army. This subcontract implements computerized neurocognitive testing for predicting suicidality and vulnerability to PTSD and as part of the biomarkers effort.

NIH R01MH097273 (PI: Gur, RC) 07/01/12-06/30/15

2/3-Networks from Multidimensional Data for Schizophrenia and Related Disorders. This project applies methods to integrate multi-dimensional data, applied first to schizophrenia, and develop platforms, pipelines and user-friendly software for the

scientific community.

NIH R01DA 030819 (PI: Lerman, C, Kurtz M) 09/30/10-06/30/15

Cognitive Training for Nicotine Dependence. Evaluates whether CRT improves quitting success with standard nicotine patch therapy and examines intermediate outcomes of CRT which contribute to its effects on quitting success

NSBRI (PI: Gur, RC) 11/1/2014-10/30/2015

Cognition validation study in high-performing healthy controls. This study administers the Cognition battery adopted by NASA to a sample of high-performing individuals who match astronauts in their professional background. The battery will be administered across all platform envisioned for use in spaceflight.

PATENT:

Gur RC, Gur RE, Trivedi SS. "Behavioral Imaging: Topographic Display of Neuropsychological Data, U.S. Patent No. 4862359.

# Lisa Montgomery

**Federal District Court**

**Kansas City, Missouri**

**November 2016**

**George W. Woods, M.D.**

# REFERRAL QUESTIONS

- Capacity to appreciate the wrongfulness of her conduct or to conform her conduct to the requirements of law significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge?

# REFERRAL QUESTIONS (contd – 2)

- Under severe mental or emotional disturbance at the time of the offense?

- Is Ms. Montgomery's neurobehavioral history an important component of her social history?

# REFERRAL QUESTIONS (contd – 3)

- Did prior assessments of Ms. Montgomery by trial defense and government experts accurately reflect Ms. Montgomery's neurobehavioral history?
- Must a reliable psychiatric assessment of Ms. Montgomery include consideration of her neurological deficits?

# REFERRAL QUESTIONS (contd – 4)

- Did Ms. Montgomery’s impairments and medications affect her ability to rationally assist her counsel prior to and during the trial?
- Did her impairments and medications inform her demeanor at trial?

# METHODOLOGY

- Review of data in biopsychosocial history, science of trauma and neurobiology plus clinical assessment
- Data about events and functioning: Biopsychosocial history
- Multigenerational – back and forward

# METHODOLOGY (contd – 2)

- Documents across life span from social service, education
- Reports of other mental health evaluators
- Clinical interviews
- Neuro assessment
- Science of trauma and neurobiology

# DR. WOODS' CLINICAL FINDINGS

- She has brain impairment.
- The brain impairment is life long
- Early brain structures are impaired
- Brain impairments such as loss of volume occurred later.
- Brain impairment behaviors are present

# CLINICAL FINDINGS: BRAIN IMPAIRMENTS

- Her academic functioning made her look better than she was.
- Day to day life requires more than reading and writing
- She treated her lice on her children but did not treat lice on her own body
- She could add but not go to store and shop.
- She can read, but not remember.
- She could not help her children with homework.
- She could not make a menu.

# BRAIN IMPAIRMENTS (contd 2)

- It took her a month to learn to make her bed in prison.
- She hit the children but wanted to be a good mother.
- She started a project on the table and was unable to complete it.  She wiped the project off the table and started from the beginning.
- She bought all new tools each time she started the project.
- It’s sequencing issue.  She started projects and took them apart to start over.
- She did not bathe, change clothes, or clean house.
- She had a certain obsessive quality.

# CLINICAL FINDINGS OF DISABILITIES

- Complex PTSD.  Appeared in childhood and interacted with brain impairments.
- Bipolar disorder, consistent with early childhood behaviors and prodromal phase that correlates with known sexual abuse.
- Difficult to determine which symptoms and behaviors are prodromal for bipolar and which are trauma based.
- Bipolar and Complex PTSD are comorbid.

# CLINICAL FINDINGS:  COMORBIDITY

- Brain impairments don’t go away.
- Traumatic experiences undermine her perception of reality consistently.
- Sisters describe her as going away, spacing out.
- Bipolar disorder not clinically controlled until she received antipsychotic medication post trial.
- Her thought process is impaired.
- Psychotic disorder supported by clinical testing with Risperidone.
- She is now better able to develop compensatory mechanisms, due to Risperidone.

# CLINICAL FINDINGS: COMPENSATORY MECHANISMS

- She can take notes.
- She can write things down.
- She can use a calendar.
- Her antipsychotics make her able to take advantage of her compensatory mechanisms.

# CLINICAL FINDINGS RELEVANT TO FORENSIC FINDINGS

- These mental impairments were present at the time of the offense undermining her ability to conform her actions to the law.
- The disorders were exacerbated by environmental stressors.
- At the time of trial, she received inadequate forensic assessments.

# INADEQUATE TRIAL FORENSIC ASSESSMENTS

- Limited social history about the extent of mood disorders in the family.
- Dr. Fucetola's testing was not followed with a neurologic assessment although he did give some good data about some brain impairments.
- The jail clinical assessment that she was psychotic and bipolar was not translated into forensic conclusions.
- Her clinical presentation undermined her ability to rationally assist her counsel.

# FORENSICS: GOING TO HELP HER ATTORNEYS NOW

- Unable to mobilize her energy to help.
- Implies recognition that everything fell apart.
- It’s too late.
- Frontal lobe sequencing issue.
- Not able to help until it was too late.
- If it is withholding – it’s bad withholding.

# FORENSICS: EFFECT OF MEDICATION ON HER APPEARANCE

- Medication impaired her presentation to the jury.
- Elavil (amitriptyline) is sedating.
- Elavil has motor component that gives masked facis – blank stare. Impairs motor ability in face.
- Elavil's interaction with mood stabilizer increases amount of Elavil.

# SUMMARY OF DR. WOODS' CONCLUSIONS TO REFERRAL QUESTIONS

- **Under severe mental and emotional disturbance at time of offense**
- **Capacity to appreciate and ability to conform impaired**
- **Neurological history important**
- **Neurological history not considered (or erroneously presented), incomplete, and unreliable**
- **Medications affected demeanor and affect; masked her symptoms and their severity. Created false impression of her emotional state.**
- **Incompetent to aid and assist counsel.**

# DR. WOODS' CLINICAL INTERVIEWS WITH MS. MONTGOMERY

- BOP FORT CARSWELL MEDICAL FACILITY, FORT WORTH, TEXAS
- January 17, 2013
- February 8, 2013
- July 19, 2016
- August 31, 2016

# CLINICAL ASSESSMENT

- Social history and clinical assessment are foundation of forensic assessment
- Clinical interview informed by available information.
- Medical records, neuropsychological testing, brain imaging allows broadening types of questions to ask and to develop more accurate differential diagnoses

# MS. MONTGOMERY'S MEMORY

- We can only tell if she has memories by our attempts to get the information.
- Biopsychosocial history informs interviews.
- Trauma about trafficking was a wall she couldn't get over.
- Developed facts about trafficking from other sources in order to break through.

# TRAFFICKING FACTS

- Declaration of cousin David Kidwell
- Confirmed by ex-husband
- Repetitive, brutal, debasing treatment when she was a child
- Sexually and physically assaulted by multiple men at the same time

# IMPACT OF MOTHER'S INVOLVEMENT IN SEXUAL ABUSE AND TRAFFICKING

- Her mother betrayed her.
- A child clings to the parent in spite of abuse.
- If a child gains attention through abhorrent actions, that becomes a part of their life in the same way as if they had positive things going on.
- Ms. Montgomery became sexually active, but it is not a sign of her being immoral. These were the tools she was given by her parents to make contact, to cope.

# ROLE OF PARENTS

- Teach children coping mechanisms
- Reinforce positive coping mechanisms
- Eliminate negative coping mechanisms
- Understand compensatory mechanisms
- Children go to parents for attention
- Children do not distinguish between types of attention

# BIOPSYCHOSOCIAL HISTORY

- Maternal and paternal history of neglect, abandonment, sexual dysfunction
- Multigenerational history of unusual perspectives about taking children from one family member and giving children to other family members
- Maternal and paternal history of mood disorders
- Multiple marriages and divorces
- Cognitive impairments in multiple generations of family

# BIOPSYCHOSOCIAL HISTORY (contd – 2)

- Multigenerational alcoholism
- Severe sexual and physical trauma that was power oriented
- Exposure to alcohol in utero
- Multiple head trauma
- Survived severe chronic trauma and neglect since early childhood
- Victim of sex trafficking by her mother and stepfather
- Impaired functioning in across time

# MENTAL HEALTH SYMPTOMS OVER LIFE

- Loss of contact with reality
- Perceptual disorder
- Dissociation
- Psychosis
- Impaired working memory
- Delusions
- Impaired judgment and insight
- Affective dysregulation
- Mental confusion
- Mood lability
- Child like dependence

# JAN VOGELSANG'S HISTORY OF MS. MONTGOMERY'S NEUROLOGICAL FUNCTIONING

- Difficulty performing simple tasks
- Difficulty finishing tasks
- Could not take stock and figure out what groceries were needed
- Problems budget
- Problems budgeting her children
- Problems with braiding and brushing hair
- Could not plan meals
- Could not track daily tasks
- Could not keep home clean
- Could not maintain hygiene
- Moved locations w/o plans
- Traveled without plans
- Sought menial jobs
- Avoided complexities of life

# NEUROLOGICAL FINDINGS 2013

- Cerebellar dysfunction
- Impaired motor control
- Impaired cognitive functions
  - Attention and language
  - Regulating fear and pleasure

# EFFECTS OF CEREBELLUM DYSFUNCTION

- Distractibility
- Hyperactivity
- Impulsivity
- Disinhibition
- Anxiety
- Irritability
- Ruminative and obsessive behaviors
- Dysphoria
- Depression
- Tactile defensiveness
- Sensory overload
- Apathy
- Childlike behavior

# QUALITY OF TRAUMA

- It started early in her life as a child
- Step father stripped them naked to discipline them – grooming.
- Became more significantly sexual.
- Affected her ability to stay in the world
- Moved her to more frequently dissociative states

# CLINICAL PRESENTATION BEFORE DISCUSSION OF TRAFFICKING

- Guarded, pleasant
- Appeared to be cognitively intact
- Could talk about daily activities
- Engaged in projects
- Still fragile, anticipatory

# CLINICAL PRESENTATION AFTER DISCUSSION OF TRAFFICKING

- Flushed
- Delayed answers
- Unable to elaborate
- Dissociative

Q: WHAT WOULD HAPPEN IF WE TALKED ABOUT IT?

A: “I JUST CAN’T.  I JUST CAN’T.  I DON’T KNOW.  I DON’T KNOW”

# RISPERIDONE RELATED IMPROVEMENTS AT BOP

- She can recognize what is real and what is not real
- She can plan, organize and carry out activities
- She is able to read and remember what she has read
- She can focus, pay attention, and concentrate
- She is better able to disclose details of trauma

# FAMILY MEMBERS AND MEDICATION

- Antipsychotics and mood stabilizers work across generations.
- Her brother Tommy took Paxil, Lithium, Depakote, Risperidone
- Her brother Teddy took Geodone and Zyprexa
- Her cousin Kenny took Haldol, Lithium and Depakote.

# BARKLEY DEFICITS IN EXECUTIVE FUNCTIONING SCALE OCTOBER 23, 2016

- Measure of executive functioning deficits over time in
  - Self-organization
  - Self-restraint
  - Self-motivation
  - Self regulation of emotion
  - Self-management to time

# BARKLEY'S DRIVE AND SEQUENCING (contd)

- Attention
- Alertness
- Visual-spatial functions
- Autonomic emotional functioning
- Memory
- Sensory/perceptual functioning
- Language
- Motor functions
- Cognition
- Self-awareness

# BARKLEY SCORES

| Subtest | Raw | Percentile | Descriptor |
|---|---|---|---|
| • Time | 63 | 99 | Markedly Deficient |
| • Organization | 78.5 | 98 | Markedly Deficient |
| • Restraint | 55.5 | 99 | Markedly Deficient – Severe |
| • Motivation: | 41 | 99 | Markedly Deficient |
| • Emotions: | 35 | 95 | Markedly Deficient – Severe |

# MEANING OF BARKLEY SCORES

- Impaired functioning in
  - Independent
  - Purposive
  - Self-serving behavior

# DUCHARDT'S DECLARATION

- She never appeared mentally ill as postulated in my report
- She was able to engage in conversation
- She never had trouble understanding proceedings
- She never had problems asking questions
- Never had problems understanding why attorneys were asking her the questions they were asking
- She let down her protective shield and was able to answer questions

# MR. DUCHARDT'S OBSERVATIONS

- Uninformed considerations.
- Do not take into account the presence of her mental illness and impairments.
- Do not take into account her treatment for mental illness.
- Staff at the hospital are treating her with medication and reporting her symptoms.

# DR. MARILYN HUTCHINSON, JANUARY 21 AND 28, 2005 AND MARCH 8, 2005

- Surprisingly elevated mood
- Attributed strong and rapid mood change to religious experience
- Full suicide watch, two blankets, one mattress, paper gown
- Dissociative Experience Scale indicates habitual dissociation
- Isolated housing exacerbates her despair

# DR. HUTCHINSON (contd – 2)

- Hoarding antidepressants as back up plan for suicide
- Numb when she scratched her wrist w/o conscious awareness
- Pounded wall, pulled her hair, frustrated, helpless
- Symptoms not addressed by prescribed trazadone: dangerous medication for her
- Thought disturbance should be treated

# DR. HUTCHINSON (contd - 3)

- Ruminative and traumatized by isolation
- Conditions of confinement unbearable
- Dr. McCandless diagnosed her with bipolar disorder
- Does not trust her psychiatrist (Dr. McCandless)

# WILLIAM LOGAN, M.D. MARCH 6, 2005

- Ms. Montgomery presented herself as more competent than she was
- She masked her deficits and impairments.
- In 2007, she demonstrated symptoms of psychosis
- Dr. Logan did not have a biopsychosocial history

# DR. LOGAN (contd – 2)

- According to his declaration, Dr. Logan wanted a biopsychosocial history to examine:
  - Patterns of behavior related to trauma
  - Neurologic functioning over time
  - Psychiatric disease

# DR. LOGAN (contd – 3)

- Dissociated often
- Disrupted perceptions
- Memory impairments
- Unable to disclose information for social history
- Clearly psychotic
- Auditory and visual hallucinations

# DR. FUCETOLA JULY 26-27, 2006

- Did not know how to get a job after high school
- Spur of the moment behaviors
- Multiple low grade concussions
- History of headaches
- Nightmares, isolation, fear of being touched
- Discrepant PIQ and VIQ
- Recommended neuroimaging

# LINDA MCCANDLESS, M.D.

- Met her within a few days of confinement at CCA
- Exhibited symptoms of a psychiatric condition
- Treatment plan based on behavioral observations by Dr. McCandless and staff, and interviews with Ms. Montgomery
- Not a forensic psychiatrist
- Did not know what NGRI meant
- No attorney told her questions she would be asked at trial
- Ms. Montgomery described improvement in her thinking on Risperdal

# RUBEN GUR, PH.D. MARCH 2007

Enlarged ventricles

Loss of tissue around midline or tissue never present

Basal forebrain – frontal right side frontal/parietal

Superior parietal lobe

Hypermetabolic

Amygdala hypermetabolic

# DR. GUR (contd - 2)

Hyperactive posterior cingulate

Basal ganglia

Hypothalamus – 2 SD above normal

Cognitive deficits consistent with Barkley test scores and neurological data

# DR. RUTH KUNCEL, APRIL 9, 2007

- Interviews 1/30/07, in solitary confinement
- 3/16 and 3/17/2007 in Philadelphia
- Significant head injuries (windshield, trampoline)
- Mother drank heavily during pregnancy.
- Lisa has wideset eyes, slight rotation deformity of spine

# DR. KUNCEL, April 9, 2007 (contd - 2)

- DSRS Social worker Rhonda Gales (2003) found Lisa  mentally unstable, very moody, irrational, may be bipolar, a little delusional, family most dysfunctional
- Two cousins psychiatrically hospitalized
- Stepfather physically and sexually abused her from 11-12 to 16.

# DR. KUNCEL, April 9, 2007 (contd - 3)

- Sleep disturbed, nightmares, eats too much/too little
- Psychomotor slowing
- Tangential thinking, pressured speech, afraid of showers
- Thinking illogical, perhaps delusional

# DR. KUNCEL, April 9, 2007 (contd - 4)

- Highly anxious, very depressed, stressed, often distraught and crying
- At times too distressed to continue on a specific topic
- Memory disrupted, significant blocking, signs of dissociation
- Repeatedly focused on school, athletic and other accomplishments of her children, detailed trips to museums, outings

# DR. KUNCEL, April 9, 2007 (contd - 5)

- Not sure how many times she had been pregnant
- Attention and concentration easily disrupted by emotions and stray thoughts
- Repeatedly questions about what is real and what is not, what to believe and what not to believe
- Uncertainty about sensory perceptions (is it cold in the room?)
- How do you know what is real any more?
- I can’t think straight anymore.

# DR. KUNCEL, April 9, 2007 (contd - 6)

- How do I know anything is true?
- The only thing I’m sure of any more is that I’m sitting in this chair and even that may not be true.
- It’s an unending nightmare.

# DR. KUNCEL, April 9, 2007 (contd - 7)

- Ability to cooperate very much disrupted by difficulties with trust, anxiety, depression and confusion about what is true/not true when touching upon emotionally laden issues.
- Might decompensate if pushed too hard

# PARK DIETZ, M.D. MAY 1-3, 2007

- Ms. Montgomery denies to Dr. Dietz the observations of her behavior by family, employers, associates (lack of insight)
- No evidence of psychosis
- Does not have bipolar (no mania)
- Has PTSD
- Does not mention sex trafficking

# DR. DIETZ (contd – 2)

- Beyond scope of evaluation to determine validity of disputed sexual abuse claim
- “Disputed” sexual abuse claim
- Does not know if sexual contact was “willing or not”
- Personality disorder with borderline and antisocial features

# DANIEL MARTELL, MAY 1 – 3, 2007

- Emotionally labile
- MMPI – 2 invalid due to symptom exaggeration
- No brain dysfunction or impulsivity

# DR. V. S. RAMACHANDRAN 05-16-07

- Evaluation did not involve routine psychological testing
- He did not have reliable biopsychosocial history of her childhood
- Not licensed to practice medicine.

# DR. RAMACHANDRAN (cont – 2)

- Not qualified to diagnose PTSD, dissociative states, malingering, delusional disorders, bipolar disorder, borderline personality disorder
- Does not know legal standards for NGRI
  - Knowing right from wrong is a philosophical question.  I don't know the answer to that.
  - Uncomfortable with diagnosing PTSD

# SIDDHU NADKARNI, M.D., 2013

Neurological symptoms

- Olfactory hallucination of bad smell (evidence of frontal lobe dysfunction)
- Episodes of lost time
- Memory of experiences that she is not sure really occurred
- Word finding problems

# DR. NADKARNI (contd – 2)

Neurological symptoms (contd)

- Sustained periods when things do not seem real
- Altered states of consciousness
- Episodes of losing time

# DR. NADKARNI (contd – 3)

- Neurologic examination
  - Abulia (difficulty initiating thoughts)
  - Marked decrease attention
  - Montreal Cognitive Assessment (MOCA) 28 out of 30, missing one attention measure and one point on recall; could only name 12 “f” words in one minute

# DR. NADKARNI (contd – 4)

- Poor insight, judgment
- Cranial nerves II - XII intact, but sustained right lateral gaze horizontal nystagmus more than left (evidence of right motor impairment)
- Motor: 5/5 with significantly diminished fine finger movements in left hand
- Coordination:  decrease coordination in left hand with dysdiadochokinesia ( impaired ability to perform rapid, alternating movements, evidence of frontal motor dysfunction)

# DR. NADKARNI (contd – 5)

- Impression
  - Migraines, cognitive problems, episodes suspicious for complex partial seizures
  - Cognitive problems:  executive dysfunction, inattention, impulsivity, apraxia for doing several things
  - Evidence of cerebellar, frontal, and possible temporal dysfunction

# KATE PORTERFIELD, PH.D., 2016

- Massive and pervasive impairments in her functioning and capacities
- Severe and chronic mental disturbance related to pervasive and severe childhood victimization
- She has Complex PTSD

# CHARLES SANISLOW, PH.D., 2016

- Documented Ms. Montgomery's comorbid disorders
- Comorbid disorders are multiple psychiatric disorders
- Comorbid disorders create greater challenges in novel situations
- Comorbid disorders create atypical symptoms
- Comorbid disorders show up as multiple profiles on MMPI - 2

# DR. SANISLOW (contd - 2)

<u>2005 MMPI-2 results reflect</u>

- Trauma related disorders
- Somatoform Disorders, including dissociative symptoms
- Mood regulation disorders (in bipolar spectrum)
- Range of depressive symptoms

# DIANNE BRADFORD, PH.D., DIP. PHARM. MED

- Professor Emeritus at Morehouse School of Medicine
- Primary appointment, Department of Clinical Psychiatry and Behavioral Biology
- Taught residents' courses in psychopharmacology, genetics

# DR. BRADFORD (Contd – 2)

- Principal Investigator, NIH research group at Morehouse, on underlying genetic variations that contribute to differences in drug response
- Pharmacological research studies to assess efficacy, effectiveness, safety and adverse events for new drugs for psychiatric disorders

# DIANNE BRADFORD (contd – 3)

Referral questions

Did Ms. Montgomery's medication regimen at time of trial affect her outward behavior (manner, appearance) or interfere with her ability to respond appropriately to her external environment?

# DR. BRADFORD (contd – 4)

Referral questions (contd)

- How can genetics and stressful life events have played a role in her disorders?
- Based on her consensus diagnosis (Dr. McCandless, Dr. Woods [Dr. Kempke]) was she receiving appropriate medications for her diagnosis and presenting symptoms at time of trial?

# DR. BRADFORD (contd – 5)

Material reviewed:

CCA medical records

BOP medical records

Reports: G. W. Woods, M.D.; Janet Vogelsang, M.S.W.; and Siddhu Nadkarni, M.D.

Extensive social history documents

# DR. BRADFORD (contd – 6)

| Drug | Daily dose | Indication |
| --- | --- | --- |
| Valproic acid | 625 mg | Bipolar Disorder (mania) |
| Bupropion | 225 mg | depression |
| Amitriptyline | 25 mgs | neuropathy |
| Ranitidine | 150 mg | Stomach acid reducer |

# DR. BRADFORD (contd – 7)

Medication during trial

1. Two formulations of valproic acid in 3 divided daily doses for bipolar disorder, manic phase.
2. Bupropion, a second-generation antidepressant for depression
3. Amitriptyline (Elavil),an older tricyclic antidepressant for relief of neuropathic pain
4. Ranitidine (Zantac) for stomach and acid reducer

# DR. BRADFORD (contd – 8)

Each drug is associated with sedation and or somnolence, motor sedation, cognitive slowing.

Combination of these drugs in a polypharmaceutical regime results in additive effects of somnolence and sedation.

Interaction of amitriptyline with valproic acid prolongs somnolence and sedation during the following day

Sedation and somnolence as side effects are often exaggerated in people suffering from head trauma.

# DR. BRADFORD (contd – 9)



# DR. BRADFORD (contd. – 9)

- Sedation causes impaired cognitive functioning, decreased memory and attention
- Somnolence causes sleepiness, drowsiness and need to sleep during the day
- Both contribute to overall functional impairment

# DR. BRADFORD (contd – 10)

| | Sedation | Anticholinergic | Cardiac effects |
|---|---|---|---|
| Amitriptyline (Elavil) | +++ | +++ | +++ |
| Doxepine (Sinequan) | +++ | ++ | ++ |
| Imipramine (Tofranil) | ++ | ++ | +++ |
| Clormimpramine (Anafril) | ++ | +++ | +++ |
| Trimipramine (Surmontil) | +++ | +++ | +++ |

+ = Mild; ++ = moderate;
+++ = Moderately severe

From Hardman et al , 1996

# DR. BRADFORD (contd – 11)

- Amitriptyline produces moderately severe sedation and somnolence.
- It blocks reuptake of noradrenaline and less so serotonin
- Amitriptyline has the most pronounced adverse events of tricyclics

# DR. BRADFORD (contd – 12)

- Amitriptyline increases reaction time, diminishes accuracy, and impairs driving performance
- Adverse events do not decrease upon repeated doses (tolerance)
- Effective in treating pain due to sedation and somnolence
- Ms. Montgomery was receiving 25 mg at night prior to trial
- The dose was sufficient to produce both sedation and somnolence during the day.

# DR. BRADFORD (contd – 13)



# DR. BRADFORD (contd – 14)

- Patients taking valproic acid cite sedation as one of its adverse events
- Sedation is a clinically significant side effect that interferes with normal functioning
- Valproic acid interacts pharmacologically with amitriptyline that results in a decrease of plasma clearance of amitriptyline, prolonging amitriptyline's side effects of sedation and somnolence.

# DR. BRADFORD (contd – 16)

There are numerous documented cases of bipolar disorder, bipolar with psychotic features and psychosis in both Ms. Montgomery's maternal and fraternal families, as well as among her half-siblings contributing to her vulnerability: on her paternal side, it's suspected that the grandmother might qualify, plus a half-sibling and an aunt; on her maternal side, her half-brother, two cousins and two of their children meet the criteria for either bipolar disorder or psychosis[2],[3]. Numerous family members suffered from depression[4].

# DR. BRADFORD (contd – 17)

Psychosis seen in Ms. Montgomery

- Gross impairment in reality testing (delusions and hallucinations)
- Lack of insight
- Grossly disorganized behavior (poor hygiene, inappropriate or sloppy dressing)
- Flat affect
- Difficulty in initiating important activities

# DR. BRADFORD (contd – 18)

Ms. Montgomery’s long history of untreated psychotic behaviors were not treated at the time of trial.

# DR. BRADFORD (contd – 19)

Conclusions

Her drugs had cumulative effects

Affected her outward appearance

Reduced her ability to react to appropriate external cues

# DR. BRADFORD (contd – 20)

Caused dulling of senses, increased reaction time, decreased accuracy, unresponsiveness to external stimuli

Caused flat effect which is undistinguishable from flat affect as symptom of psychosis.

Could cause her to appear unsympathetic person w/o feeling

# DR. BRADFORD (contd - 21)

- Ms. Montgomery had moderately high risk genetically for bipolar
- Childhood maltreatment contributed to her mental illnesses
- Severe trauma contributed to psychotic symptoms
- Her genetic makeup plus traumatic childhood contributed to Bipolar Disorder with Psychotic Features.

# DR. BRADFORD (contd – 22)

- No treatment for psychotic symptoms
- Therapeutic levels of valproic acid and bupropion for bipolar
- Some bipolar symptoms reduced
- Still reporting frequent bouts of depression and manic
- Negative symptoms of flat affect in courtroom

# CAPACITY TO APPRECIATE OR CONFORM EVEN IF NOT A DEFENSE

A complex mosaic of neurobehavioral and medical disorders interacted with the effects of lifelong trauma to produce both brain damage and psychiatric disorders.

These disorders substantially impaired her capacity to conform her conduct to the requirements of the law.

# SEVERE MENTAL OR EMOTIONAL DISTURBANCE AT TIME OF OFFENSE

Ms. Montgomery was under severe mental and emotional disturbance at the time of the offense.

# IMPORTANCE OF NEUROBEHAVIORAL HISTORY IN BIOPSYCHOSOCIAL HISTORY

Her neurobehavioral history in the biopsychosocial evaluation documents the manner in which her brain damage adversely affected her life course. It is a critical component of any social history that purports to describe the factors that shaped and influenced her functioning.

# NEUROBEHAVIORAL HISTORY IN PRIOR ASSESSMENTS

Limited and incomplete evidence of neuropsychological impairments was presented at trial. Rich familial and genetic history warranted further examination.

Neither the government nor defense experts investigated the relationship between her significantly impaired every day functioning, which cannot be explained by bipolar disorder and complex trauma alone, and her behavior surrounding the offense.

# ROLE OF NEUROLOGICAL DEFICITS IN RELIABLE PSYCHIATRIC EVALUATION

A reliable psychiatric or psychological assessment must include consideration of her neurological deficits.

# ABILITY TO AID AND ASSIST COUNSEL

Her ability to rationally aid and assist her counsel was severely compromised due to two factors:

1) she did not receive appropriate medication for her symptom complex;

2) without the appropriate medication, she was unable to disclose the nature and extent of her trauma.

# DEMEANOR AT TRIAL

The combination of Ms. Montgomery's cognitive and psychiatric impairments and medications caused and explained her disengaged appearance, flat and absent affect, and inability to show emotion at trial.

# MS. MONTGOMERY'S MULTIPLE DISORDERS

## COMPLEX TRAUMA

## MOOD DISORDER

## COGNITIVE DEFICITS