1    A        Well, again, not to be too fine of a point on it but

2    it's not simply Mrs. Kleiner says, It's your fault, you did

3    this, you stole my husband, you chose this, she also then tells

4    people this publicly, and there's multiple witnesses who say

5    she said that all the time.  So now you've got this other layer

6    for this child.  It's not just, Hey, this is your fault, coming

7    from the mother -- who, by the way, knew about it clearly and

8    was bringing it about herself -- it's that she's telling

9    people.  So when you think of an adolescent, this is a time of

10   deep sort of self-consciousness and awareness of who am I in

11   the world, how do people think of me, and you have this woman

12   saying to people all around, This child did this on purpose,

13   she brought it on herself, she was having sex with my husband,

14   that is deeply, deeply disturbed behavior by Kleiner -- Mrs.

15   Kleiner and very damaging as you see in Lisa, or as I saw,

16   frankly, in my evaluation.

17   Q        And you are aware that at trial, the government's

18   experts, Dr. Dietz and Dr. Martell, relied on Judy Kleiner's

19   reports that Lisa had brought the sex on herself when they were

20   making conclusions about Lisa being a willing participant or

21   consenting to the sexual abuse?

22   A        Yes.  I'm aware that Dr. Martell and Dr. Dietz both

23   raised the specter of Lisa as, quote, a willing participant and

24   someone who possibly consented to sexual abuse when she was

25   starting at 11 years old.

1   Q      And there also have been instances of Judy actually

2   killing the family dog in front of the children; is that

3   correct?

4   A      Yes.  So this is just further emotional abuse.  I mean,

5   again, this is not the child being physically hurt but imagine

6   the child watching your mother kill a beloved, treasured pet,

7   the coercion and the control that's part of that.

8            Other examples of abuse would be forcing the kids to

9   fight one another, something that's strangely and bizarrely

10  Mrs. Kleiner chose to do having her children have to hit each

11  other with wooden boards.

12  Q      In fact, told them that they had to go out and hit each

13  other with two-by-fours and don't come back until someone's

14  bleeding?

15  A      Correct.

16  Q      And that was confirmed by multiple sources?

17  A      That's right.

18  Q      And then she would also continue to leave Lisa at home?

19  A      Well, in fact, the leaving Lisa alone at home sounds

20  almost passive and, in fact, what emerged is that Mrs. Kleiner

21  appeared to actively participate in the handing over, what we

22  call trafficking, frankly, of Lisa to adult men for sex.

23  Q      Beyond those instances of abuse, which we can all agree

24  is quite disturbing, there was also emotional and physical

25  neglect, another one of these ACE factors that adds to the

1    dose?

2    A     Yes.  The neglect, emotional and physical -- I mean,

3    again, I think as lay people, we probably have a conception of

4    these two concepts, but the emotional neglect has to do with

5    the lack of love, nurturing, tenderness that's essential to a

6    growing child.

7              Physical neglect is more the absence of needed

8    environmental sources of, you know, of health for the child.

9    So dirty home, poor home, child not getting enough food,

10   nutrition, clothing, leaving the child.  No toys has actually

11   been identified as a source of -- as a variable of neglect, not

12   letting that child grow and have something to play with.  So

13   those are both two different factors, again, present in Lisa

14   Montgomery's life.

15   Q     And what about the risk factor with respect to parental

16   loss?

17   A     Parental loss and abandonment is shown as a severe risk

18   factor for many, many years in the literature, and we know Lisa

19   Montgomery, it's quite clear her father both takes her away

20   from the mother for this sort of bizarre period of time that's

21   unclear what that was but appears to abscond with her, but then

22   he really just disappears and abandons her, and that's a risk

23   factor for kids to lose a parent.

24   Q     And that's scientifically known?

25   A     Yes.  Again, when I say risk, I apologize because --

1    what I'm saying is risk factors are events in one's life that

2    increase the likelihood that you're going to have problems,

3    psychological, emotional outcomes.

4    Q    And the violence in the home?

5    A    Well, again, this is a very, very robustly and

6    rigorously studied aspect of child development, which is are

7    they suffering violence in the home and/or witnessing domestic

8    violence?  Huge factor that predicts problems in kids to

9    witness violence in their home, and we have this in spades

10   during Lisa Montgomery's childhood.

11   Q    You saw that in the records and you have them listed

12   here some of the instances of violence you were able to glean

13   from reliable documents and data in your review?

14   A    Absolutely.  I mean, stories of -- as we heard, Diane

15   Mattingly protecting Lisa from witnessing a massive fight

16   between adults in the middle of her living room.  Mr.

17   Patterson, the first -- sorry -- Lisa's father and Judy were

18   flagrantly violent with each other and fought.

19        Mr. Kleiner was apparently brutal towards Judy.

20   She had a broken nose, black eyes, physical, you know,

21   manifestations of the amount of violence and severity of

22   violence.

23        There were a number of people coming in and out of the

24   house.  These supposed boyfriends or men who were coming to see

25   Judy, and there would be violence with them at times.

1    Q     Then, of course, we have evidence from, for example,

2    James Miller, a cousin of Lisa, who came to live with them that

3    described Jack's assaulting of Lisa and the children and

4    multiple witnesses talking about Jack's physical abuse?

5    A     Yes, extensive.

6    Q     And the risk factors regarding substance abuse in the

7    home?

8    A     Just simply there's a high correlation of children who

9    grow up in homes with substance-abusing adults as having their

10   own risk to not just substance abuse but other mental disorders

11   and other problems.  We see this extensively in the history of

12   Lisa Montgomery in terms of those adults who on that side

13   reported to be substance abusing.

14   Q     These risk factors seem to be quite astonishing and

15   unique in Lisa Montgomery's history with respect to child

16   objectification, abduction, and abandonment.  Why is that

17   important and relevant to you in your analysis of Lisa

18   Montgomery?

19   A     Well, I called this risk factor.  It's not in the ACE

20   Study, of course, because it is so -- frankly, I think it's

21   sort of rare the amount of child objectification that is

22   present in this family multigenerationally, but I have flagged

23   it because it is so pronounced in terms of a pattern that

24   existed in this family of seeing children as objects to be used

25   in battles with one another, literally people take threatening

1    to get rid of kids, getting rid of kids, threatening to steal

2    kids; and you see I've listed it here, but from Lisa's

3    childhood she saw this disturbing pattern that children were

4    objects and it, I believe, was absorbed into her very disturbed

5    sense of self.

6    Q    And then the risk factor of her mentally unstable

7    parents. What evidence did you see in Lisa's history that her

8    parents were mentally unstable?

9    A    Again, there's robust and rigorous literature on this.

10    When kids have a mentally ill parent, especially untreated,

11    that the children have much greater likelihood of mental

12    illness.

13       You've got Mr. Patterson who supposedly has

14    posttraumatic stress disorder and depression and he himself

15    didn't think he could be around his children, and Mrs. Kleiner

16    is clearly a very disturbed woman. I don't know what her

17    diagnosis would have been, but her completely out-of-control

18    behavior, her vicious sadism, her lability, meaning the mood

19    sort of instability, and her assaultiveness suggests she was

20    very mentally ill.

21       And then Mr. Kleiner, again, just a profoundly

22    disturbed man in terms of not just his behavior in the home as

23    violent but also pronounced alcohol use and, of course, most of

24    all a predatory sexual abuser.

25    Q    What was the psychological effects of Mrs. Montgomery

1   of all of this on her childhood and adolescence?

2   A        As I said, there's just massive, pervasive, severe,

3   negative impact on Mrs. Montgomery in almost all aspects of her

4   functioning due to this traumatic stress and this highly

5   disturbed childhood.

6   Q    Let's break that down a little bit, if we can.  Let's

7   talk first about the effects of Mrs. Montgomery with respect to

8   her emotional dysregulation.

9   A        So if you just think back a minute to -- we talked

10  about complex posttraumatic stress and that category falls

11  under there.  It is, again, emotional dysregulation, inability

12  to recognize, deal with, handle one's feelings and experiences.

13           Okay.  So there is extensive evidence that Mrs.

14  Montgomery was a profoundly dysregulated young woman.  So

15  starting -- I think, it really, really began to emerge in her

16  teen years when she was being raped and then going into her

17  very disturbed adulthood.  This would be -- you know, examples

18  of this are her incredible volatility, her inability to handle

19  emotions, retreating in her bed for days, sort of losing it on

20  her kids, I think mistreating her children, excessively

21  drinking, being engaged in promiscuous behavior.  These are all

22  signs of a person who is not able to manage or regulate the

23  emotions and the experiences that are going on in their body.

24  Q    I'd like to stop you right there for second.  You're

25  aware of the fact at the trial of this case trial counsel

1    talking about Lisa Montgomery as a teenager as he's seeing her,

2    and he's talked about her being retreated into herself, looking

3    incredibly frightened, shaking, trembling, showing a startled

4    response.  These are the signs of a traumatized child, and he's

5    seeing them in his teenage years -- sorry -- in her teenage

6    years.

7         He then also says that as she grew, she became this

8    strange member of the family who everyone says she's impossible

9    to deal with.  She flies off the handle.  She's irritable.  You

10   never know what she's going to do.  So then you watch that

11   dysregulation now at a different point in time and it's morphed

12   into more of what we see as this chronically undercontrolled

13   woman due to who used to be that frightened, withdrawn

14   teenager.

15   Q    Now, with respect to distorted damage to self, I know

16   that's going to become very important as we discuss

17   dissociation and psychosis.  Could you please describe for the

18   Court what it is that you mean here with respect to distorted

19   damaged sense of self?

20   A    Yes.  Ms. Montgomery has such an unbelievably troubled

21   split and damaged sense of herself.  Again, consistent with

22   what has happened to her and what her childhood was but it is

23   so pronounced, and what I mean by that is her ability to be

24   herself is almost not -- she's almost incapable of feeling a

25   sense of self; and what I mean by that is when she feels a

C-044

1    sense of self, she's confused by that.  When she has a feeling,

2    she doesn't really know if the feeling is coming from within

3    her or outside of her.  That's very, very disturbing.

4         When she does describe herself, she talks about

5    herself as being damaged, broken, only good as a body to create

6    babies, brought about by Jack's abuse.  She has these very

7    denigrating conceptions of herself.  But what's even more

8    disturbed is that there isn't really for her a sense of self

9    that is steady or consistent, and it's almost like quicksand,

10   her sense of herself in the world.

11   Q    Now, up here on the slide you mentioned, "Must have

12   wanted it if I wanted a room."  Do you recall in your clinical

13   interview of Mrs. Montgomery when you began to ask her about

14   the abuse by all of these other men, her telling you about what

15   her mother's -- her mother blaming her?  What did her mother

16   say?

17   A    Well, her mother said, first of all, Hey, you wanted a

18   room so we need to pay for those renovations.  I'm putting it

19   in quotes.  And, therefore, sort of like if you wanted this

20   room, you have to take it.  And also she herself internalized

21   it.  That's where we're getting into sense of self.  She said,

22   I must have wanted it if I wanted to have a room, right?  She

23   asked that of me almost as if it was possibly true.

24   Q    Do children do this when they're subjected to abuse?

25   A    Absolutely.

1    accurately in some cases and has trouble remembering, for

2    instance, states of her body with any accuracy.

3           So pregnancy has been discussed with her many times,

4    sex, her body during sex, what was happening to it.  These are

5    perceptions that for her are split.  They're fragmented.  I can

6    talk about dissociation but it might be easier later but I will

7    explain that.

8    Q      Sure.  We'll wait.  We're going to get there very, very

9    quickly.  What about her distorted perception in her

10   interpersonal relationships?

11   A      This is that third piece of the complex posttraumatic

12   stress.  We've got that emotional dysregulation.  We've got

13   that sense of self being distorted.  Then we have a very, very

14   troubled part of Mrs. Montgomery which is her perception of

15   other people; and what I mean by this -- and this happens to

16   severe abuse survivors -- Mrs. Montgomery grew in a context of

17   experiencing people as a source of physical pain, emotional

18   pain and neglect.  She then internalized that that is what

19   human interaction is.  People are going to hurt you.  They're

20   going to violate you.  And what emerged as she grew into an

21   adult was a difficulty perceiving people as anything except a

22   threat or an object, because people to her were the source of

23   such deep, disturbing violence as a kid.

24          So for her people were not like you or I might

25   experience, you know, a full person with a range of

1   capabilities and relationships.  You know, to me maybe you're a

2   lawyer, I'm an expert here on the stand.  We have a whole set

3   of meanings about that.  Lisa Montgomery when she sees people,

4   she experiences people as highly frightening and threatening

5   and sources of destruction, basically.

6   Q     And now we're going to move into a discussion of

7   dissociation, which is such an important finding with Mrs.

8   Montgomery.  Can you explain to the Court why children

9   dissociate?

10  A     Yes.  So this is really, I think, a very, very

11  important aspect of Mrs. Montgomery's mental disturbance.  She

12  is a very, very severe example of a person who uses

13  dissociation; and what I mean by dissociation, just for a

14  minute take it back to kids, if a child is experiencing

15  something that is physically hurting them or just horrifying

16  them, it's overwhelming them, one of the things that happens

17  physiologically is that the brain actually releases into the

18  body chemicals that are -- we call them endogenous opioids.

19  It's just like it sounds.  Endogenous from within, coming from

20  within us.  Opioids like you might think of with -- that you

21  need during surgery or during, you know, pain relief people

22  take opiates.

23        We have a set of those in our body that get released

24  during physical pain and they're incredibly protective.  I

25  mean, if a soldier -- and we hear these stories all the time

C-047

1    from veterans.  If a soldier hits an IED and his leg is wounded

2    severely and he's lying there talking to his buddy saying,

3    Okay, radio this and do that, you know, move this way, and the

4    buddy is thinking, How is he talking to me?  How is he

5    functioning?  His leg is very, very injured.  What's happening

6    is his system has kicked into opiate secretions that are

7    decreasing and detaching the pain.

8    Q      How does that work with children in a sexual abuse

9    case?

10   A      So a child who is being raped, the child -- let's say,

11   if we're going to use Mrs. Montgomery, that's obviously why

12   we're here, a young child 13, physically not developed, who's

13   being raped by an adult male is going to have a whole cascade

14   of physical discomfort, pain, and horror from that.  So they're

15   going to have smells and sounds of an adult male having sex.

16   They're going to have the physical pain in their genital area

17   of an adult male penetrating them, and all of that is going to

18   lead that body to need to, as we talked earlier, survive, cope.

19   What's going to happen is the body releases chemicals that will

20   anesthetize.  That decreases the pain the child feels.  It

21   decreases the sensory experiences, I'm not really feeling it.

22   It decreases the consciousness.  Rape survivors will tell you

23   it was like I left my body and looking down and so -- sorry.

24   Q      No.  That's a really, really important point with

25   respect to Lisa Montgomery and that consciousness issue in the

1    looking down.  What examples do you have from Lisa Montgomery?

2    A       So one of the things, again, sort of came out

3    organically in a description she was giving, she was talking

4    about Jack Kleiner's fondling her and what, again, I'm calling

5    grooming, preparing the child to be the object of my sexual

6    abuse.  She was talking about what he would do, taking off her

7    clothes and starting to touch her body and she just offhandedly

8    said, Things were still real then.  And I said, Well, what does

9    that mean?  And we began to talk about her memories, and what

10   was clear was that her memories were -- are different as she

11   gets older because they are more fragmented, and what I'm

12   positing is that they are memories that have been degraded and

13   fragmented by her dissociation.  Sorry.  That's a long

14   explanation.  But if I could have just another minute on it.

15          Those endogenous opiates I talked about, those

16   things that make you not feel the pain, the good thing is they

17   make you not feel the pain, but the other side of it is they

18   also disconnect us then as that memory of the event is being

19   laid down.  That's why after a trauma we often don't have great

20   fragmented -- sorry -- great linear memories.  We have

21   fragmented memories.  So as that opiate is decreasing pain and

22   decreasing consciousness, it's also decreasing memory and

23   connection.

24          So when Lisa Montgomery says to me, Things were

25   still real then, what she was saying is she has a memory of

1    clinical presentation of a severely dissociated person, and

2    Mrs. Montgomery has a very severe dissociative symptomatology.

3    Q    And you've used the word "severe," and we know that you

4    have, because of your work at Bellevue with Survivors of

5    Torture and your work with journalists who have been kidnapped

6    in third world countries and tortured, you've seen a lot of

7    people who have been traumatized.  Where would you place Mrs.

8    Montgomery's level of dissociation in the population of

9    individuals that you have treated which is quite unique?

10   A    Oh, it is one of the most severe cases of dissociation

11   I've ever seen.  What I mean by that is it's so pervasively

12   part of who she is.  I've seen survivors of very severe rape

13   and torture who had an okay enough childhood that, yes, they

14   have severe dissociation.  When you start reminding them about

15   the kidnapping, for instance, they dissociate.  They

16   disconnect.  I'm not feeling myself anymore.  I can't do this.

17   I'm not in my body.  The world's not real but they have a

18   fundamental sense of self that is intact.

19        Mrs. Montgomery doesn't have that.  Mrs.

20   Montgomery's entire development took place in a context of

21   stress, humiliation, degradation, and so her dissociation is

22   woven deeply into her personality.  There is no ground for her

23   to stand on.  So her dissociation is not the sort of episodic

24   blips.  Her dissociation is a completely pervasive part of who

25   she is.  She lives in a dissociated state much of the time.

C-050

1    depersonalization means is I don't feel like a person.  I'm not

2    in my body.  I'm not real.  And derealization is the world is

3    not real.  The world feels like a movie or a fog or a dream,

4    and it's really incredible because people who dissociate, they

5    talk about this as just a very frightening, disturbing

6    experience to feel that way.

7            Mrs. Montgomery has very severe derealization and

8    depersonalization, and that means she is very vulnerable to not

9    knowing if she's real, if her environment's real, if the

10   interaction is real.  It all, like I said, becomes sort of like

11   quicksand for her, and I believe that is because her

12   neurobiological response to early stress was such a heavy load

13   of anesthetizing, altering neurochemicals that she now just

14   daily functionally lives in that kind of -- in that kind of

15   operating stance, which is the world does not feel real to her.

16   Q    And so we talked, I think --

17   A    I think we talked about that.

18   Q    We talked about this.  We'll go past that.  And we've

19   talked a good deal about --

20   A    Yes.

21   Q    -- Dr. Martell and Dr. Dietz so we don't need to go

22   back there.  But you did -- there is one important point about

23   the way that a mental health professional approaches Mrs.

24   Montgomery's history and experience because is it fair to say

25   that if you -- if your construct of Mrs. Montgomery is that she

1    Q      And so would having a video camera trained on you and

2    microphone clipped to your lapel so that you are constantly

3    aware of the fact that everything you say is being recorded and

4    will be played back to people you don't even know who, would

5    that also be a barrier --

6    A      I think that would be very obstructive to a person

7    handling an interview well.

8    Q      And, Dr. Porterfield, getting back to your clinical

9    interview of Mrs. Montgomery, you have seen her a total of

10   three times; is that right?

11   A      Yes.  That's correct.

12   Q      Two days in March of 2016 and once in September?

13   A      Yes.  Correct.

14   Q      And those were both lengthy visits.  Did you -- do you

15   know about how long you spent with Mrs. Montgomery?

16   A      Yeah.  I think I spent about 11 hours, you know, about

17   18 hours, 19 hours.

18   Q      During the time that you spent with Mrs. Montgomery,

19   did you observe physical, involuntary physiological reactions

20   from her when you were discussing --

21   A      Absolutely.

22   Q      Can you describe those?

23   A      Sure.  Ms. Montgomery became very anxious and agitated

24   at times, shifting in her seat, crying, getting hot, and having

25   to sort of, you know, shake her clothing to release air.  She

1  became -- she gagged several times, literally had sort of a

2  physical gag reflex when talking about sexual abuse.  I think

3  that's most of what I remember.

4  Q     If I could have just one moment, please.

5         Thank you, Dr. Porterfield, that's all I have.  The

6  government may have some questions.

7         THE COURT:  We'll take a break now.  I'll be back at

8  five minutes till eleven.

9         (Recess taken at 10:40 a.m.)

10        MS. HENRY:  I forgot one thing, Your Honor.  May it

11 please the Court.  I apologize.

12        THE COURT:  Okay.

13        MS. HENRY:  Thank you.  I had forgotten to move into

14 evidence Movant's Exhibit No. 155, which is a hard copy of Dr.

15 Porterfield's PowerPoint which was displayed in court today.  A

16 copy has been provided to opposing counsel.  We would move that

17 it be accepted into evidence.

18        MR. KETCHMARK:  And I have no objection to that,

19 Your Honor.

20        THE COURT:  Received.

21        MS. HENRY:  Thank you, Your Honor.  No further

22 questions.

23        THE COURT:  All right.  Mr. Ketchmark.

24        MR. KETCHMARK:  Thank you, Your Honor.

25 KATHERINE PORTERFIELD resumed the stand and testified:

1   the clinical presentation that comes from posttraumatic stress.

2   Q       And, of course, if Dr. Dietz and Dr. Martell had been

3   provided the extensive biopsychosocial history that you have

4   been provided, perhaps they wouldn't have had those questions;

5   fair to say?

6   A       I don't necessarily agree with that because they were

7   provided that she was extensively raped for two years and they

8   said it was consensual.  So I don't know what further

9   information might have shifted them to not see a 14-year-old

10  having sex with their stepfather as rape.

11  Q       Good point.

12          The concept of complex posttraumatic stress disorder

13  has been around since about 1993 or even earlier than that; is

14  that correct?

15  A       Oh, yes.

16  Q       And, in fact, I'm holding in front of me a book,

17  Treating Complex Traumatic Stress Disorder by a --

18  A       Dr. Courtois and Julian Ford, two leaders in the field

19  of traumatology.

20  Q       And, as you say, the concept of posttraumatic stress

21  disorder will be in the ICD-11.  What is the ICD?

22  A       The ICD is the International Classification of Diseases

23  11th edition, which is coming out.  It is the internationally

24  recognized diagnostic formula, framework rather, that is used

25  in the United States for all medical disorders and almost all

C-054

1    insurance, and it is actually -- sorry to drill down for a

2    moment, but the complex posttraumatic stress disorder is

3    present in ICD-10, the current formulation.  It's called

4    enduring personality change due to catastrophic stress.  The

5    coming edition has simplified and classified it as complex

6    posttraumatic stress disorder.  So it is in existence.

7    Q      And, in fact, the concept of complex posttraumatic

8    stress disorder was a generally accepted clinical diagnosis at

9    the time of Mrs. Montgomery's trial?

10   A      Widely used.

11   Q      Thank you.

12          MS. HENRY:  No further questions.

13          MR. KETCHMARK:  No additional questions.

14          THE COURT:  All right.  Thank you, Dr. Porterfield.

15          THE WITNESS:  Thank you.

16          THE COURT:  You're excused.

17          (Witness excused.)

18          MS. HARWELL:  Good morning, Your Honor.  Movant

19   would call Siddhartha Nadkarni.

20          THE COURT:  Right up here, please.

21   SIDDHARTHA NADKARNI, being sworn by the courtroom deputy,

22   testified:

23   DIRECT EXAMINATION BY MS. HARWELL:

24   Q      Dr. Nadkarni, if you will state your full name and

25   spell it for our court reporter, please.

1    A        Shaughnessy.  Who trafficked her child out to the

2    plumber, to the electrician who told her it was necessary for

3    her to do this in order to get the services.  So she developed

4    a mindset of coping mechanisms that had already been groomed by

5    her stepdad who had been bathing her naked, disciplining her

6    naked as early as eight or nine years old.

7    Q        You mentioned the role of parents and I think you

8    talked about parents teaching coping mechanisms.  So we'll skip

9    over this slide.  In your opinion, did Ms. Montgomery ever

10   become a complete integrated person?

11   A        She is better now than she's ever been.  She is with

12   the antipsychotic medication with the addition of Risperidone

13   and with the addition of that treatment for years now, not just

14   for months.  It takes years to train a brain.  She's better

15   now.  And then even now she says there are certain thoughts

16   that she can't entertain.  There are certain behaviors.  But

17   she's much better in functioning in the world.

18   Q        The way you discuss the role of parents and the way in

19   which parents are to teach coping mechanisms, does the absence

20   of those sort of coping mechanisms in Ms. Montgomery's history

21   explain why she followed her mother around for years and years?

22   A        Well, Ms. Harwell, you don't have an absence of coping

23   mechanisms.  You have a substitution of coping mechanisms.

24   Q        Help me understand the difference.

25   A        Right.  Children are going to cope.  Children are going

1          THE COURT:  All right.  I will allow the government

2     to cross on those lines if they choose to.

3          MS. HENRY:  Just to be clear, Mr. Valenti, you're

4     referring strictly to the criticism of the behavioral image?

5          MR. VALENTI:  Yes, behavioral image.

6          MS. HENRY:  That's all --

7          MR. VALENTI:  My reference to Dr. Aguirre will be

8     that, to the behavioral image.  The first two reports Dr. Gur

9     created he actually talks highly of Dr. Gur.

10          MS. HENRY:  Thank you.  I appreciate that

11     clarification.

12     DIRECT EXAMINATION BY MS. HENRY:

13     Q     Now, Dr. Gur, if you could state your name for the

14     record and spell your first and last name, please.

15     A     My name is Ruben Gur, R-u-b-e-n, G-u-r.

16     Q     And, Dr. Gur, how are you employed?

17     A     Sorry?

18     Q     How are you employed?  What's your job?

19     A     Sorry.  I'm a professor with tenure at the University

20     of Pennsylvania at the Perelman School of Medicine.  My primary

21     appointment is in the Department of Psychiatry.  My secondary

22     appointments are in neurology and radiology, and I am a member

23     of the graduate group in neuroscience that awards Ph.D.s in

24     neuroscience.

25     Q     Explain what that group is.

1    A      Explain --

2    Q      What does that group do?  I'm sorry.

3    A      So in order to get a Ph.D. you have to go to a graduate

4    school, and the graduate department that awards Ph.D.s in

5    neuroscience is called the neuroscience graduate group, and I

6    am a member of that group.  So if people want to get a Ph.D. in

7    neuroscience, they can work under my supervision.

8    Q      Thank you.

9           And I think we talked a little bit before court that

10   you're a little bit hard of hearing and I need to make sure to

11   speak into the microphone.

12   A      Yeah.  I'm sorry.  Working on it.

13   Q      Sure.  If you don't understand -- if you don't hear me,

14   you let me know and I'll try to speak louder.

15   A      Okay.

16   Q      Okay.  Thank you.

17          Doctor, I notice on your CV that your office address

18   is the Brain Behavior Laboratory at the Department of

19   Psychiatry at the University of Pennsylvania.  Can you tell the

20   Court what the Brain Behavior Laboratory is?

21   A      The Brain Behavior Laboratory is a laboratory that I

22   established around 1982, and it's dedicated to using

23   neuroimaging in order to understand brain and behavior.

24   Q      You founded that laboratory?

25   A      Yes.

1    Q       And how -- what is your professional occupation?  What

2    kind of a mental health expert are you?

3    A       I am an expert in neuropsychology and neuroimaging.

4    Q       So let's go back through your educational degree and

5    we'll come forward to your current occupation.  What is your --

6    what are your degrees in?

7    A       I received a Bachelor's Degree in Psychology and

8    Philosophy from the Hebrew University in Jerusalem in 1970.  I

9    then came to the United States, obtained my Master's Degree in

10   Clinical Psychology in 1971 at Michigan State University, my

11   Ph.D. also in Clinical Psychology in 1973 from Michigan State

12   University, and I did postdoctoral training in neuroscience at

13   the Stanford University, 1973, '74, and clinical postdoctoral

14   training in clinical psychology and neuropsychology at the

15   University of Pennsylvania '74 and '76, concurrent with my

16   appointment there as an assistant professor in the Department

17   of Psychology.

18   Q       Have you been at the University of Pennsylvania ever

19   since?

20   A       I've been at the University of Pennsylvania since 1974.

21   Q       And in what capacity did you first begin to serve at

22   the University of Pennsylvania?

23   A       First I came as an assistant professor in the

24   Department of Psychology.  Then I moved to the medical school

25   where I was promoted to associate professor, then got tenure

1  and then promoted to full professor, I believe, in 1989 or

2  thereabouts.  So since then I've been full professor with

3  tenure at the University of Pennsylvania School of Medicine.

4  Q      And what courses do you teach at the University of

5  Pennsylvania School of Medicine?

6  A      I used to teach courses in psychology, abnormal

7  psychology, brain and behavior.  Since moving to the medical

8  school, my teaching is much more -- much more a part of my

9  work.  So I teach primarily medical students, graduate

10 students, postdoctoral fellows, and I participate in classes.

11 I've taught a couple of undergraduate seminars since I joined

12 medical school.  In the medical school I participated in

13 teaching brain and behavior, human neurobiology, and

14 neuroimaging.

15 Q      So by profession would you describe yourself as a

16 neuropsychologist?

17 A      Yes.

18 Q      And are you board certified?

19 A      Yes.  I'm board certified by the American Board of

20 Professional Psychology with a subspecialty of clinical

21 neuropsychology.

22 Q      Are you also a diplomat in clinical neuropsychology?

23 A      Yes.

24 Q      What does that mean?

25 A      It means that you pass a higher level of qualification

1    that is needed for just practicing in the field.

2    Q      Do you also conduct research?

3    A      Yes.  That's what I do most of my time.

4    Q      And what areas of research -- what's your research

5    focus?

6    A      My research focus is on neuropsychology and

7    neuroimaging both in healthy populations looking at the effects

8    of age and sex differences and the specific brain disorders.

9    Most of my work has been done on psychosis, but I've done

10   neuroimaging and neuropsychology work in a variety of other

11   brain disorders ranging from seizure disorders, epilepsy,

12   Alzheimer's disease, Parkinson's disease, stroke, cerebral

13   vascular disease, and several other disorders.

14   Q      And when you conduct your research, do you do that with

15   a multidisciplinary team?

16   A      Yes.  Most of my work requires a multidisciplinary

17   team.

18   Q      And what sorts of mental health professionals are

19   involved in your multidisciplinary team?

20   A      In a typical study that involves neuroimaging and

21   neuropsychology, there will be a neurologist, psychiatrist,

22   nuclear medicine experts, physicists, radiologists, chemists,

23   statisticians.  Most papers will have at least one of each.

24   Q      And do you often use students as well as those other

25   multidisciplinary experts?

1   A      Students?

2   Q      To assist you in data collection and that sort of

3   thing?

4   A      Yes.  There are students at all levels that work in the

5   laboratory.  And depending on the level, they will collect

6   data, analyze data; and when there are graduate students and

7   postdoctoral fellows, they will conduct some independent

8   research and deal with a larger range of responsibilities; and

9   if they make substantial contributions to the work, then they

10  coauthor the paper that will report the results.

11  Q      And you're the director of this laboratory, so

12  essentially you're the boss of all these people who are working

13  under you?

14  A      Yes.

15  Q      Okay.  That may be an oversimplification but you're the

16  figurehead at the top?

17  A      Yes.  It doesn't quite work like in a military setup.

18  It is more like herding cats.  But I'm responsible for what the

19  lab is doing, and I have supervisory responsibility to the

20  students and more junior faculty.  We have several faculty also

21  in the laboratory.

22  Q      You work collaboratively; is that fair to say?

23  A      Yes.

24  Q      And when you reach conclusions with respect to -- well,

25  I'm going to get back to individual clients in a minute.

1          Do you have any hospital or administrative

2     appointments?

3     A     Yes.

4     Q     Where at?

5     A     My main hospital appointment is at the Veterans

6     Administration Hospital, the Philadelphia VA.  Until recently I

7     was a quarter of my time there.  Now I've cut it to half of

8     that because of the bigger involvement I have in the research,

9     and my job at the VA is to help develop clinical research and

10    consult on especially complicated cases where the staff may

11    have a patient who has more than one problem.  For example,

12    they may have traumatic brain injury and they may suffer from

13    posttraumatic stress disorder and they may have other

14    psychiatric complications.

15    Q     So the veterans who are being treated at the VA if they

16    present with a particularly difficult comorbid diagnosis,

17    you're brought in to consult on the case?

18    A     Yes.

19    Q     To assist in patient care for that veteran?

20    A     Correct.

21    Q     Are you licensed?

22    A     Yes.

23    Q     Where are you licensed?

24    A     In the Commonwealth of Pennsylvania.

25    Q     Have you received any -- I know you've received a lot

1  of honors and awards.  Are there any ones in particular that

2  stand out and are relevant for your testimony today?

3  A      Report?

4  Q      Awards.

5  A      Awards?

6  Q      Yes.

7  A      Yes.  I think probably the most significant awards were

8  the Lieber Prize from the Brain & Behavior Research Foundation

9  that I received together with my wife, Raquel, and the George

10 Miller Prize from the American Psychological Association for

11 distinguished contribution in a specific article.

12 Q      What was that article?

13 A      That was an article that looks at sex differences in

14 brain and behavior.

15 Q      In addition to those professional credentials that you

16 possess, do you serve on any editorial or advisory boards?

17 A      Yes.  I'm on several editorial boards of brain behavior

18 journals.  I'm actually editor, meaning that an editor who

19 makes the final decision about accepting manuscripts for the

20 journal, Brain and Cognition.

21        I also served over the years in what is called Study

22 Sections, which are groups of experts -- and the National

23 Institutes of Health constitute in order to review grant

24 applications from around the country, and currently I'm

25 chairing a committee called APDA, A-P-D-A, which stands for the

1   committee that decides on grants in the area of Adult

2   Psychopathology and Disorders of Aging.

3   Q       So if someone wants to apply to the National Institutes

4   of Health for a grant in that particular area, you have been

5   vested with authority to help decide whether or not that grant

6   will be given?

7   A       The decision about grants funding depends on the

8   deliberations of the committee such as the one I chair, and so

9   all the grants in this area will come to my committee, and the

10  committee meets three times a year and goes over all these

11  grants and assigns scientific merit ratings; and based on the

12  scientific merit, the institute director decides which grants

13  to fund.

14  Q       And the National Institutes of Health is a government

15  organization; is that correct?

16  A       Yes.

17  Q       And so the United States government has seen fit to put

18  you as chairman of that committee?

19  A       Yes.

20  Q       And you serve as the editor for the journal of Brain

21  and Cognition?

22  A       It's a journal called Brain and Cognition.

23  Q       Is it a peer-reviewed journal?

24  A       I'm sorry?

25  Q       Is it a peer-reviewed journal?

1    A        Oh, yes.  This is a peer-reviewed journal.

2    Q        Do you also -- have you also received grants from the

3    National Institutes of Health?

4    A        Yes.  I've been -- I've received grants from the NIH

5    since around the time when I came to Penn.  I would say

6    probably since around 1976.

7    Q        So you routinely and regularly receive grants to do

8    your research?

9    A        Yes.

10   Q        And does that research include the use of neuroimaging?

11   A        Yes.

12   Q        And that would include MRI scans and PET scans which

13   are the subject here?

14   A        Yes.  Yes.

15   Q        You also are an expert in other areas of neuroimaging

16   such as FMRI; is that correct?

17   A        Yes.  I've been among the first to publish in this

18   area, and there are several other MR methodologies that I use

19   routinely in my work.

20   Q        But FMRI was not used in Mrs. Montgomery's case?

21   A        No.

22   Q        Can you tell the Court about your grant applications

23   with NASA?

24   A        Well, I have several grants from NASA and I participate

25   in other grants and they include neuropsychology and

1    neuroimaging.  The methods we have developed have been adapted

2    now by NASA for use in astronauts, and they are used in study

3    of astronaut analog conditions.

4            So NASA funds research on earth in conditions that

5    resemble space flight and so you can learn from those

6    conditions about effects of space flight.  So one of our grants

7    from NASA is to look at people who spend the winter in

8    Antarctica and we do imaging and neurocognitive measurement in

9    those people before they leave; and then when they get back

10   from winter over in Antarctica, we do those studies immediately

11   and then follow up those individuals.

12           I also have a grant to look at neurocognitive

13   performance of high-performing individuals who are at the level

14   of astronauts and also the astronaut candidates and ground

15   control people.

16   Q     In addition to those grants, are there any other grant

17   funding -- or I guess I should say your CV is 50 pages in

18   length?

19   A     It is exactly -- all the information here is what the

20   school requires us to put there.  So it's in the format of

21   the -- required by the University of Pennsylvania.

22   Q     And your assistant was kind enough to send us the

23   most-up-to-date CV yesterday afternoon and I've marked that as

24   Movant's Exhibit 156.  Do you have a copy of that in front of

25   you?

1    A       Yes.

2    Q       And is that curriculum vitae, which at the top is dated

3    August 2016, an accurate representation of your professional

4    accomplishments, including articles, presentations,

5    commentaries, editorial boards, grant application, committees,

6    all these things?

7    A       Yes.  I just noticed there was one piece of information

8    in that CV that was not updated.

9    Q       What is that?

10   A       And that is my h-index.  That has not been updated.

11   Q       Can you tell the Court what an h-index is?

12   A       H-index is a single number that is now increasingly

13   considered as reflecting scientific stature of an individual.

14   That number indicates the number of papers that an individual

15   published in peer-reviewed journals that were cited that number

16   of times.  So an h-index of ten means that an individual

17   published ten papers that were cited at least ten times each,

18   and that is considered to be the best index right now for

19   gauging a scientist's stature in the field.

20   Q       What is your h-index now?

21   A       So in this CV it still is an h-index of 109.

22   Q       I'm sorry, Dr. Gur.  What page?

23   A       On page 6.

24   Q       On page 6.  Okay.  Thank you.

25   A       So that's two indices.  One is the h-index and the

1    other is the i10-index, which means how many manuscripts have

2    you published that were cited at least ten times.  If a

3    manuscript is cited ten times, it's considered sort of an ace

4    in the sense that an Air Force pilot who downs ten enemy planes

5    would be called an ace.  So that's an index that reflects

6    whether your work is being cited by other scientists.

7    Q       So from August of 2016 to today your h-index went from

8    109 to what?

9    A       120.

10   Q       And the other index?

11   A       The h10-index [sic].

12   Q       Okay.

13   A       It was 349.  I believe it's now over 400.

14   Q       Okay.  And where does that place you -- we've talked

15   about the fact that you're kind of a humble guy, but where does

16   that place you in terms of scientific stature for perspective

17   for the Court?

18   A       Well, there is an annual release of the list of

19   scientists who have a 100 or higher h-index, and in the whole

20   world there are about 1,500 scientists with an h-index of 100

21   or higher.

22   Q       So you are in the top 1,500 analysts internationally?

23   A       According to that index.

24   Q       Now, Dr. Gur, I note that you had a publication in --

25   let's talk first about your behavioral image.  Can you tell the

1    Court what the -- you know what?  I'm going to get you

2    qualified before we talk about behavioral image.

3              MS. HENRY:  Your Honor, I would move to accept Dr.

4    Gur as an expert in the field of neuropsychology and

5    neuroimaging.

6              MR. VALENTI:  I don't have any problem with that,

7    Your Honor, with the exception of behavioral imaging.  I need

8    to cross at some length.

9              THE COURT:  I will consider his opinions.

10             MS. HENRY:  Thank you, Your Honor.

11   Q    (By Ms. Henry)  Let's talk, Dr. Gur, about the

12   behavioral image and let's break it apart.  First of all, could

13   you describe for the Court succinctly what the behavioral image

14   is intended to be?

15   A    Well, because there are -- there was a proliferation in

16   the field of neuropsychology, the National Institutes of Mental

17   Health were concerned that neuropsychologists will interpret

18   results of neuropsychological testing in relation to brain

19   functioning.

20             With their funding we led a project where we invited

21   the top four neuropsychologists in the country at the time who

22   had the most experience in clinical neuropsychology, and with

23   them we asked them to rate each neuropsychological test result

24   with regard to the brain regions that are implicated by these

25   results.  So they put numbers.

1        So, for example, if there is a test of verbal

2    fluency, we know that verbal fluency is affected by lesions in

3    the left frontal region.  So a deficit in verbal fluency would

4    get a high number in the left frontal region and all other

5    regions will get numbers depending on the probability that the

6    lesion in those areas would produce a deficit in verbal

7    fluency.

8        So the four experts went over each one of the tests

9    that were available at the time and produced a table of weights

10   that indicated which brain regions would be implicated if there

11   is a deficit in that particular measure.

12   Q    So I want to ask you some more about that, but, first

13   of all, I'd like to talk about these four top experts.  Did you

14   just go pick your four buddies to do this?

15   A    The four --

16   Q    Four buddies.  Were these just four pals of yours who

17   you chose to assist you in this study?

18   A    No.  No.  These were -- these are quite intimidating

19   people and I was still junior at the time.  I was hoping to

20   enlist their collaboration on that project and I'm delighted

21   that they agreed.

22        One of them was from Penn so he -- I knew him well

23   before that project.  The others were from other universities.

24   It was Arthur Benton from the University of Iowa, Edith Kaplan

25   who was from the Boston VA and Harvard, Harvey Levin who was

1   from the University of Texas, and the one who was from Penn was

2   Andrew Saykin.  But they were selected because they were

3   recognized leaders in this area, not because of any personal

4   relation or knowledge I had of them.

5   Q     So were these top experts in neuropsychology at the

6   time?

7   A     How?

8   Q     Were they top experts in neuropsychology?

9   A     Yes.  Yes.  I think everybody would agree that these

10   are to this day considered among the big giants of the field.

11   Q     And was the concern that -- we know with

12   neuropsychological tests that there's a gross result -- and

13   that's my word -- that's reported but there's also subscale

14   results?

15   A     Correct.

16   Q     Were you trying to get the granularity of the

17   information that could be obtained from these subscale results?

18   A     So, yes, but with a specific notion that we need to

19   have reliable ways of relating cognitive performance to brain

20   regions, to the functioning of brain systems.

21   Q     Is it fair to say that the behavioral image is itself

22   designed to be simply a graphic representation of the

23   information that you're able to glean from the

24   neuropsychological testing?

25   A     Yes, absolutely.  The behavioral image is not designed

1   to replace clinical judgment or standard clinical

2   interpretation of the test results.  It is just designed to

3   help standardize the way we -- the way we relate to brain

4   regions to a particular pattern of performance.

5   Q       And did you get a patent on the behavioral image?

6   A       Well, first -- I mean -- yes, I got a patent for the

7   behavioral image.

8   Q       Before you got a patent for the behavioral image, did

9   you have to subject it to peer review and have it published?

10  A       So it's a little complicated.  In fact, if you publish

11  something, then you automatically lose the right for patent.

12  You can still get the U.S. patent if you apply within a year of

13  the publication.  I didn't know that.  So we published the

14  paper, and then the university told us we should go through to

15  get a patent because they thought it was a patentable idea.

16          So we went ahead and got the patent.  That is a U.S.

17  patent.  But in order to get a patent, you have to demonstrate

18  to the Patent Office that your method is valid and reliable.

19  Q       Where did you publish your results of the behavioral

20  image?

21  A       The first paper and then some subsequent papers were

22  published in a journal called Neuropsychiatry, Neuropsychology,

23  and Behavioral Neurology.

24  Q       And are those peer-reviewed journals?

25  A       Yes.