UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-00020-JPH-DLP |
| | ) | |
| WARDEN OF USP TERRE HAUTE, IN, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |

**APPENDIX INDEX**

| **Exhibit Letter** | **Description** |
|---|---|
| A. | Cottrell Declaration dated January 9, 2021, regarding the failure of Montgomery's counsel to request that she be examined by an expert of her choosing, either in-person or through videoconferencing in the last six months |
| B. | Buckner Declaration dated January 9, 2021, regarding Montgomery's personal and legal calls and legal visits |
| C. | Dr. Christina A. Pietz, Ph.D. Declaration dated January 10, 2021, regarding (1) opinions derived from records concerning Montgomery's mental state; and (2) professional standards and norms in evaluating competency |
| D. | Dr. Leslie Wheat, Ph.D. Declaration dated January 10, 2021, regarding BOP records concerning Montgomery's mental state |
| E. | Rule 1006 Summary of BOP Medical Records |
| F. | Rule 1006 Summary of Jail Calls |
| G. | November 13, 2020 Letter from T. Garrison to K. Henry regarding statements counsel intended to raise a *Ford* claim |
| H. | Winter Declaration dated January 6, 2021 regarding execution logistics |
| I. | Wear Declaration dated January 9, 2021, concerning authentication of Montgomery's Bureau of Prisons medical and psychology records from October 16, 2020 to January 9, 2021 |

J. January 7, 2021 Letter from K. Henry to Acting Attorney General Rosen

K. Text of January 8, 2021 email from K. Hyle to K. Henry

Respectfully submitted,

JOHN CHILDRESS
Acting United States Attorney

By: */s/Brian P. Casey*
BRIAN P. CASEY
Special Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122
Fax: (816) 426-3126
Brian.Casey@usdoj.gov

*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2021, the foregoing was filed electronically through ECF/CM. On this same date, a copy of the foregoing was served electronically to all counsel of record through the Court's ECF/CM system.

*s/ Brian P. Casey*
Brian P. Casey
Special Assistant United States Attorney