UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF USP TERRE HAUTE, IN., *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:21-cv-00020-JPH-DLP |

# EXHIBIT A
# EVERETT COTTRELL DECLARATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF USP TERRE HAUTE, IN.,<br>*et al.*,<br><br>Respondents. | ) | Case No. 2:21-cv-00020-JPH-DLP |

**DECLARATION OF EVERETT COTTRELL**

I, Everett Cottrell, do hereby declare and state as follows:

1. I am currently employed by the Bureau of Prisons (BOP) as the Administrative Unit Manager at the Federal Medical Center located in Fort Worth, Texas (FMC Carswell), a position I have held since December 2016. As the Administrative Unit Manager I am responsible for the Administrative Unit Team. Inmate Lisa Montgomery, Reg. No. 11072-031 is assigned to the Administrative Unit.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. I have been advised that in the above referenced case, Ms. Montgomery has raised issues regarding her mental condition and the ability of her counsel to have her mental condition assessed by an expert of their choosing.

4. If an attorney wishes to schedule a legal visit with his or her client, the proper procedure is to request such a visit through the inmate's unit team. If an attorney wishes to have an expert evaluate his or her client for purposes of a legal proceeding, they also make that

request to unit team. Ms. Montgomery's attorneys have not contacted me or my unit team about requesting an expert evaluation (either in person or through video) in the six months prior to today.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 9th day of January, 2021.

Everett Cottrell
Unit Manager
Federal Bureau of Prisons