UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LISA MARIE MONTGOMERY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN OF USP TERRE HAUTE, IN., )<br>*et al.*, )<br>)<br>Respondents. ) | Case No. 2:21-cv-00020-JPH-DLP |

# EXHIBIT B
# BETH BUCKNER DECLARATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LISA MARIE MONTGOMERY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 2:21-cv-00020-JPH-DLP |
| | ) |
| WARDEN OF USP TERRE HAUTE, IN., | ) |
| et al., | ) |
| | ) |
| Respondents. | ) |

## DECLARATION OF BETH BUCKNER

I, Beth Buckner, do hereby declare and state as follows:

1. I am currently employed by the Bureau of Prisons (BOP) as the Captain at the Federal Medical Center located in Fort Worth, Texas (FMC Carswell), a position I have held since August 2020.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. The BOP's Inmate Telephone System (ITS) is a calling system that is available in all institutions operated by the BOP. Calls made by inmates on the (ITS) are recorded and stored in a database called TruPhone. I have access to this database in the performance of my official duties.

4. The attached calls are true and accurate copies of selected recorded calls made by inmate Lisa Montgomery, Reg. No. 11072-031 on the ITS and stored in TruPhone on August 6, August 13, August 27, September 1, November 2, November 10, November 26, December

2, December 11, December 14, and December 17, 2020, and on January 2, 2021. These calls were recorded by the BOP in the course of its regularly conducted business.

5. Inmate Montgomery has been afforded unmonitored legal calls (which are not made and stored in the ITS or TruPhone system) and legal visits from the time she was notified of her execution date on October 16, 2020, through the present.

6. Inmate Montgomery has received approximately forty-six unmonitored legal calls since October 16, 2020. She received daily legal calls (except two days when she had a legal visit scheduled during her regular legal call time) from October 22 through November 16, 2020. On November 17, 2020, Inmate Montgomery's attorney asked BOP staff to cancel the scheduled daily legal calls. Thereafter, calls were scheduled at the attorney's request. Inmate Montgomery received legal calls on November 19, November 23, November 24, November 27, December 1, December 4, December 8, December 11, December 14, December 16, December 21, December 23, December 24, December 25, December 28, and December 30, 2020. She also received legal calls on January 1, January 4, January 5, January 7, January 8, and January 9, 2021. Inmate Montgomery also has a legal call scheduled for January 10, 2021.

7. Inmate Montgomery received in-person legal visits on October 20, October 21, October 26, October 29, and November 2, 2020. On November 8, 2020, Inmate Montgomery's attorneys notified me that they had become symptomatic for Covid-19 and would need to cancel all of the legal visits scheduled between November 8 and November 22, 2020. They had a visit scheduled for November 23, 2020, and notified me that visit would remain tentative at that time. On November 19, 2020, the scheduled November 23, 2020, legal visit was canceled. On November 25, 2020, inmate Montgomery's attorneys canceled the

remaining scheduled legal visits from November 30 through December 8, 2020. Inmate Montgomery's attorneys have not scheduled any in-person legal visits with her since notifying BOP staff on November 25, 2020, that her scheduled legal visits were canceled.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 9th day of January, 2021.

_____
Beth Buckner
Captain
Federal Bureau of Prisons

iii