UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-00020-JPH-DLP |
| | ) | |
| WARDEN OF USP TERRE HAUTE, IN., *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# EXHIBIT G
# T. GARRISON LETTER TO K. HENRY
# (NOV. 13, 2020)

**U. S. Department of Justice**

*Timothy A. Garrison*
*United States Attorney*
*Western District of Missouri*

*United States Attorney's Office*
*Charles Evans Whittaker Courthouse*
*400 East Ninth Street, Suite 5510* *(816) 426-3122*
*Kansas City, Missouri 64106-2637* *FAX (816) 426-4328*

November 13, 2020

Kelley Henry
Supervisory Assistant Federal Defender
810 Broadway, Suite 200
Nashville, TN 37203

RE: Lisa Montgomery

Dear Ms. Henry:

I write regarding your client, Lisa Montgomery, whose execution is scheduled for December 8, 2020. On October 28, 2020, you filed a proposed complaint in the United States Distirct Court for District of Columbia stating that, "Whether Mrs. Montgomery is psychiatrically competent to be executed is not at issue in this suit, but will be addressed in an appropriate forum pursuant to *Madison v. Alabama*, 139 S.Ct. 718 (2019)." As we are currently fewer than four weeks from her execution date, could you please advise whether a suit raising such a claim will be filed, and if so, in which judicial district the suit will be filed? My office will assist with the Government's reponse to such a claim, and this information will greatly aid with ensuring a prompt and orderly adjudication.

Thanks in advance for your assistance with this request.

Sincerely,

Timothy A. Garrison
United States Attorney
Western District of Missouri