UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF USP TERRE HAUTE, IN., *et al.*,<br><br>Respondents. | ) | Case No. 2:21-cv-00020-JPH-DLP |

# EXHIBIT I
# JOSEPH WEAR DECLARATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF USP TERRE HAUTE, IN., *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:21-cv-00020-JPH-DLP |

**DECLARATION OF JOSEPH WEAR**

I, Joseph Wear, do hereby declare and state as follows:

1. I am currently employed by the Bureau of Prisons (BOP) as the Assistant Director of Nursing at the Federal Medical Center located in Fort Worth, Texas (FMC Carswell), a position I have held since November 2019. As the Assistant Director of Nursing, I have access to and am familiar with official records complied and maintained by the BOP, including inmate medical records.

2. Attached to the declaration are medical records for inmate Lisa Montgomery, Reg. No. 11072-031 from October 16, 2020, to January 9, 2021. These records are kept by the BOP in the course of its regularly conducted activity, and were made as a regular practice of that activity. These records were made by, or from information transmitted by, a person with knowledge of the act, event, condition, opinion, or diagnosis recorded, and were made at the or near the time of matters set forth therein.

3. The records attached hereto are true and correct copies of the printouts generated from the BOP's electronic medical record system.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 9th day of January, 2021.

Joseph Wear Acting DON

Joseph Wear
Assistant Director of Nursing
Federal Bureau of Prisons