UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LISA MARIE MONTGOMERY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-00020-JPH-DLP |
| | ) | |
| WARDEN OF USP TERRE HAUTE, IN., *et al.*, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

# EXHIBIT K
# TEXT OF EMAIL FROM K. HYLE TO K. HENRY (JANUARY 8, 2021)

From: Kenneth Hyle <KHyle@bop.gov>
Date: 1/8/21 2:38 PM (GMT-05:00)
To: Kelley_Henry@fd.org
Subject: Lisa Montgomery Correspondence

Good Afternoon -

Thank you for your letter.  Ms. Montgomery's execution date remains as scheduled. We informed you almost two months ago when you first requested a delay of Ms. Montgomery's execution date that the Bureau of Prisons would facilitate remote communication to assist counsel and others (such as medical experts) with whatever access you desire.  However, you have not made any requests for such access during this time.  We will continue to accommodate requests moving forward.

Ken Hyle
Assistant Director/General Counsel
Sent from my Verizon, Samsung Galaxy smartphone