**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRA HAUTE DIVISION**

| | | |
|---|---|---|
| **LISA MONTGOMERY,** | ) | |
| | ) | |
| **Petitioner,** | ) | **No. 021-cv-00020** |
| | ) | **DEATH PENALTY CASE** |
| **v.** | ) | |
| | ) | **SCHEDULED FOR EXECUTION** |
| **WARDEN OF USP TERRE HAUTE,** | ) | **January 12, 2021** |
| **MICHAEL CARAJAL,** | ) | |
| **JEFFREY ROSEN** | ) | |
| **Respondents.** | ) | |

---

**APPENDICES G-J**

---