OFFICE OF THE
**FEDERAL PUBLIC DEFENDER**
**MIDDLE DISTRICT OF TENNESSEE**

**HENRY A. MARTIN**
**FEDERAL PUBLIC DEFENDER**

810 BROADWAY, SUITE 200
NASHVILLE, TENNESSEE 37203-3805
TELEPHONE: 615-736-5047
FAX: 615-736-5265

***Via Email***

November 10, 2020

Ms. Kacie Inman
Senior CLC Attorney
Federal Bureau of Prisons
FMC Carswell
J Street, Building 3000
P.O. Box 27066
Fort Worth, TX 76127

Dear Ms. Inman:

This letter is in response to your message of November 10, 2020.

We are deeply concerned for Mrs. Montgomery's well-being. We are alarmed by Mrs. Montgomery's psychological deterioration while under the current restrictive housing conditions, and as a result of her fear of retaliation by your team. We are particularly concerned that Mrs. Montgomery believes that she has to please your staff in order to keep her right to wear underwear. This is inflicting significant psychological distress upon Mrs. Montgomery and interfering with Mrs. Montgomery's ability to work with us regarding her legal claims. We ask that you inform her in writing of your assurances that you will provide her with underwear and socks every day while she is in your custody, and that you will allow her to shower and use the toilet without men watching. We ask that you let her know these basic conditions will not be taken away from her regardless how she answers questions by staff.

We note that after we sent the letter asking for details about the conditions of Mrs. Montgomery's transfer to Terre Haute the warden reversed his prior determination that she could be hugged by her family members during her visits. It appears that you and your staff are withholding privileges in retaliation for our legal work. After decades of coercive control by her custodians and abusers, these kinds of retaliatory tactics are profoundly terrifying to Mrs. Montgomery. We do not

doubt that she appears fearful of you. Restoring her confidence in basic decent conditions is a critical step that you can take now to improve her psychological well-being. As you are well aware, she faces a grave risk of psychosis and break from reality when under this kind of psychological stress.

We are aware that communications between Mrs. Montgomery and her medical providers is shared with the lawyers representing the government who are seeking her execution. We ask that this practice cease immediately. Mrs. Montgomery has not and does not give you consent to share this information. She has given us consent to receive copies of her medical and psychological records. We have yet to receive those documents from you. In fact, we have been told that we can expect to wait up to six months before receiving these records. This is unacceptable.

If your goal is to treat Mrs. Montgomery, then we respectfuclly suggest that you bring in independent contract mental health experts.

Finally, we ask that you refrain from any direct or indirect interference with our attorney-client relationship with Mrs. Montgomery.

Sincerely,

Kelley J. Henry
Supervisory Assistant Federal Defender

Amy D. Harwell
Asst. Chief, Capital Habeas Unit

Lisa Nouri
Attorney at Law

BY:___________________________
Counsel for Lisa Montgomery