UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LISA MARIE MONTGOMERY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-00020-JPH-DLP |
| ) | |
| WARDEN OF USP TERRE HAUTE, ) | |
| IN, *et al.* ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' NOTICE OF APPEAL**

Notice is hereby given this 11th day of January, 2021, that Respondents in this action appeal to the United States Court of Appeals for the Seventh Circuit from the Order Granting Motion to Stay Execution Pending a Competence Hearing, [Dkt. 17], in which the Court granted Petitioner's Motion to Stay Execution, [Dkt. 12.]

Respectfully submitted,

JOHN CHILDRESS
Acting United States Attorney

By:  /s/Brian P. Casey
BRIAN P. CASEY
Special Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122
Fax: (816) 426-3126
Brian.Casey@usdoj.gov

*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 11, 2021, the foregoing was filed electronically through ECF/CM. On this same date, a copy of the foregoing was served electronically to all counsel of record through the Court's ECF/CM system.

                                      *s/ Brian P. Casey*
                                      Brian P. Casey
                                      Special Assistant United States Attorney