UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LISA MARIE MONTGOMERY, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:21-cv-00020-JPH-DLP ) |
| WARDEN OF USP TERRE HAUTE, IN, et al. | ) ) ) ) |
| Respondents. | ) |

**ORDER STAYING THE EXECUTION OF LISA MARIE MONTGOMERY**

Counsel have demonstrated that a stay of Lisa Marie Montgomery's execution is warranted. It is therefore ordered that respondents Warden of the USP Terre Haute, IN, Michael Carvajal, and Jeffrey Rosen are enjoined from executing Lisa Marie Montgomery until further order of this Court.

**SO ORDERED.**

Date: 1/12/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Brian Patrick Casey
U.S. ATTORNEY'S OFFICE
brian.casey@usdoj.gov

Amy D. Harwell
FEDERAL PUBLIC DEFENDER TNM
amy_harwell@fd.org

Kelley J. Henry
FEDERAL PUBLIC DEFENDER TNM
kelley_henry@fd.org

Lisa Nouri
lisanouri_atty@hotmail.com