UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LISA MARIE MONTGOMERY, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:21-cv-00020-JPH-DLP ) |
| WARDEN OF USP TERRE HAUTE, IN, et al. | ) ) ) ) |
| Respondents. | ) |

**ORDER DENYING EMERGENCY MOTION FOR STAY**

On January 11, 2021, the Court granted a motion to stay and entered an order staying Lisa Marie Montgomery's execution. Dkts. 17, 22. The government promptly filed a notice of appeal and an emergency motion to stay pending appeal. Dkt. 19. As the government acknowledges, the Court has considered and rejected the arguments presented in their motion to stay. *Id.* at 1. For the reasons discussed in the Court's order granting a stay of execution, the government's emergency motion for stay pending appeal, dkt. [19], is **DENIED**.

**SO ORDERED.**

Date: 1/12/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Brian Patrick Casey
U.S. ATTORNEY'S OFFICE
brian.casey@usdoj.gov

Amy D. Harwell
FEDERAL PUBLIC DEFENDER TNM
amy_harwell@fd.org

Kelley J. Henry
FEDERAL PUBLIC DEFENDER TNM
kelley_henry@fd.org

Lisa Nouri
lisanouri_atty@hotmail.com