UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LISA MARIE MONTGOMERY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  No. 2:21-cv-00020-JPH-DLP |
| | ) |
| WARDEN OF USP TERRE HAUTE, IN, et al. | ) |
| | ) |
| Respondents. | ) |

## ORDER DISMISSING ACTION AS MOOT

Lisa Marie Montgomery filed this habeas corpus petition challenging her competence to be executed. The government executed Ms. Montgomery on January 13, 2021. There now is no relief available, so this action is moot. *See McClendon v. Trigg*, 79 F.3d 557, 559 (7th Cir. 1996) (habeas petition becomes moot with petitioner's death). The action is therefore **DISMISSED**. Final judgment shall enter.

**SO ORDERED.**

Date: 5/27/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

2

Distribution:

Brian Patrick Casey
U.S. ATTORNEY'S OFFICE
brian.casey@usdoj.gov

Amy D. Harwell
FEDERAL PUBLIC DEFENDER TNM
amy_harwell@fd.org

Kelley J. Henry
FEDERAL PUBLIC DEFENDER TNM
kelley_henry@fd.org

Lisa Nouri
lisanouri_atty@hotmail.com